# United States District Court

__MIDDLE__ DISTRICT OF __FLORIDA__

HUBERT HELLER, an individual

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 8:00CV1528-T-27C

URSULA CABERTA, an individual

TO: (Name and address of defendant)
URSULA CABERTA
Belleview Biltmore Hotel
25 Belleview Blvd.
Clearwater, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

F. Wallace Pope, Jr.
JOHNSON,BLAKELY,POPE,BOKOR,RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, FL  33757
727-461-1818

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

(BY) DEPUTY CLERK

JUL 27 2000
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/27/00 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DANIEL OTERO | INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Belleview Biltmore Hotel 25 Belleview Blvd, Clearwater, Fl.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/00
             Date

Signature of Server

Address of Server: P.O. Box 15353 Tampa, Fl. 33684

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.