FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
TAMPA DIVISION

00 AUG 22 AM 11:18

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

Vs.                                  CASE NO. 8:00 CIV-1528-T-27C

URSULA CABERTA,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

    Plaintiff, Hubert Heller, by his undersigned counsel, pursuant to Rule 6(b), Fed.R.Civ.P., and Local Rule 3.01, Rules of the Middle District of Florida, moves the court for the entry of an order enlarging the time until and including September 15, 2000, in which to respond to the defensive motions filed herein. In support of this motion, plaintiff submits the following memorandum.

## MEMORANDUM

    On July 27, 2000, plaintiff filed the above-styled action. On August 14, 2000, defendant served her motion to dismiss and supporting memorandum. According to the Local Rules, plaintiff has until August 28, 2000, in which to file a response to defendant's motion.

    Defendant's undersigned counsel has long-planned vacation plans beginning August 26, 2000, and is unable to have a response ready by August 28, 2000.



With the assistance of other attorneys in the undersigned's office, plaintiff can have a response ready to file by September 15, 2000.

Plaintiff's undersigned counsel consulted on August 21, 2000, with John Merrett, counsel for defendant. Mr. Merrett refused to agree to the requested enlargement of time.

## CONCLUSION

In the Tampa Division of the Middle District of Florida, requests for modest extensions of time at the very beginning of a lawsuit are routinely acceded to by the local bar, and routinely granted by the courts, particularly where counsel has vacation plans that would otherwise be disrupted. Plaintiff respectfully requests the court to enter an order enlarging the time until and including September 15, 2000, so that plaintiff will have an adequate opportunity to respond to the defendant's motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail to John Merrett, Esq., 2716 Herschel Street, Jacksonville, FL 32205-8115 this 22 day of August, 2000.

JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.

BY: _____
F. WALLACE POPE, JR.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818
Attorneys for Plaintiff
SPN #: 00002797
FBN #: 124449

220255