UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
TAMPA DIVISION

FILED
00 AUG 22 AM 11:06

HUBERT HELLER,

   Plaintiff,

Vs.                                CASE NO. 8:00 CIV-1528-T-27C

URSULA CABERTA,

   Defendant.
_____/

### APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL (Local Rule 2.02)

I, Kendrick L. Moxon, hereby appear under Rule 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action as co-counsel on behalf of plaintiff, Hubert Heller, by whom I have been retained.

I am a member of the law firm Moxon & Kobrin 3055 Wilshire Blvd., Suite 900, Los Angeles, CA 90010 and am a member in good standing of the Bars of the State of California and the District of Columbia. I am admitted to practice in the federal district courts of the District of Columbia, Maryland and all four district courts in the State of California. I am not a resident of the State of Florida, although my firm maintains an office for the practice of law in the State of Florida, at 1100 Cleveland Street, Suite 900, Clearwater, Florida 33755. My partner, Helena Kobrin, is a member of The Florida Bar. A copy of my affidavit is attached.

This motion/petition/stipulation has been duly considered and is hereby GRANTED,
his 24 day of August, 2000.

_____
JAMES D. WHITTEMORE
U.S. DISTRICT JUDGE

RE-SCANNED

7

I hereby designate F. Wallace Pope, Jr. of the firm of Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A., 911 Chestnut Street, Clearwater, Florida 33756-1368, who is a member of the Bar of this court and who maintains an office in Florida for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

Dated: August 21, 2000

Kendrick L. Moxon
Non-Resident Attorney

## CONSENT OF DESIGNEE

I HEREBY consent to the foregoing designation.

Date: August 21, 2000

JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.

BY: _____
F. WALLACE POPE, JR.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818
SPN #: 00002797
FBN #: 124449

220214

2

## DECLARATION OF KENDRICK L. MOXON

I, Kendrick L. Moxon, hereby declare and state:

1. I make the following declaration of my own personal knowledge, and if called to testify thereto, I could and would do so competently.

2. I am admitted to practice law in the federal district courts of the District of Columbia, Maryland and all four district courts in the state of California. I am also admitted to several federal Circuit courts, including the Ninth, Fourth, First and Eleventh Circuits and the U.S. Supreme Court. I am a member of the bar in good standing in the District of Columbia and in California.

3. I was admitted to appear in one action before the Middle District of Florida circa 1991 and have made no appearances in this court in over 7 years. I have appeared in only one other action in the state courts of Florida, which action is pending in Pinellas County.

I declare under the penalties of perjury of the laws of the United States that the foregoing is true and correct. Signed this 21th day of August, 2000, in Clearwater, Florida.

_____
Kendrick L. Moxon

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appearance of Non-Resident Attorney and Designation of Local Counsel (Local Rule 2.02) has been served by Telefax and First Class Mail, this 22nd day of August, 2000, to John Merrett, 2716 Herschel St., Jacksonville, Florida, 32205.

_____
Kendrick L. Moxon