FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 AUG 25 AM 10: 40

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

vs.                            Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** came on to be considered on Plaintiff's Motion for Enlargement of Time (Dkt. 6). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is GRANTED. Plaintiff shall respond to Defendant's Motion to Dismiss on or before September 15, 2000.

**DONE AND ORDERED** in chambers this 24th day of August, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy

