RETURN OF SERVICE AFFIDAVIT
URSULA CABERTA

UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA

CASE: 8: 00CV 1528-T-27C
CIVIL DIVISION

SUMMONS IN A CIVIL CASE

HUBERT HELLER

vs.

URSULA CABERTA

Pursuant to the request of F. WALLACE POPE, JR., P.O. BOX 1368, CLEARWATER, FL. GIETZEN & ASSOCIATES, INC., received this process on July 27, 2000 at 09:50 A.M.

I, PETER THORNBURGH served same on **URSULA CABERTA**. at 25 BELLEVIEW BLVD., CLEARWATER, FL 34616 on JULY 27, 2000 at 11:00 A.M.

INDIVIDUAL SERVICE

By serving the within named person a copy of the above named document(s). FS 48.031(1)

The foregoing instrument was
acknowledged before me this day
by the process server who is
personally known to me.
July 27th, 2000

NOTARY

GIETZEN & ASSOCIATES, INC.
1302 N. MARION ST.
TAMPA, FL 33602
OFFICE (813) 223-3233

PETER THORNBURGH 47-5172226

INDEX    13343

Robert W Gietzen
My Commission CC845718
Expires July 18, 2003

# United States District Court

_____MIDDLE_____ DISTRICT OF _____FLORIDA_____

HUBERT HELLER, an individual

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 8:00CV 1528-T-27C

URSULA CABERTA, an individual

Time 11:25 am
Date 7-27-00
Signature [signature]

TO: (Name and address of defendant)
URSULA CABERTA
Belleview Biltmore Hotel
25 Belleview Blvd.
Clearwater, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

F. Wallace Pope, Jr.
JOHNSON, BLAKELY, POPE, BOKOR, RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, FL  33757
727-461-1818

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                    JUL 27 2000

CLERK                                               DATE

[signature] Sheri Peacock

(BY) DEPUTY CLERK