# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED

[ ] SEP 22 [A]: 9: 51

..._ ...... _....._.. CT COURT
..........._.............. _LORIDA
.................. ... _........

**HUBERT HELLER,**

**Plaintiff(s),**

**vs.**                                      Case No. 8:00-CV-1528-T-27C

**URSULA CABERTA,**

**Defendant(s).**

_____/

### ORDER

**THIS CAUSE** came on to be considered on Defendant's Motion to Dismiss and Supporting Memorandum (Dkt. 5). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss(Dkt. 5) is hereby DENIED AS MOOT. The First Amended Complaint, received by the Clerk of Court on September 15, 2000, is hereby deemed filed and Defendant shall file a response to said amended complaint within twenty (20) days of the date of this order.

**DONE AND ORDERED** in chambers this _21 ST_ day of September, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

