FILED

UNITED STATES DISTRICT COURT
Middle District of Florida

00 OCT 11 AM 10:49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

        Plaintiff,

Case No.: 8:00-CIV-1528-T-27C

vs

URSULA CABERTA,

        Defendant.

_____

### NOTICE OF FILING AFFIDAVIT OF URSULA CABERTA

    PLEASE TAKE NOTICE the Defendant, URSULA CABERA, files herewith her affidavit.

_____
JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone: 904.388.8891
Florida Bar No.: 0742848

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esquire, 911 Chestnut Street, Clearwater, FL 33756 and to the firm of Moxon & Kobrin, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755 by United States mail this ___ day of October, 2000.

_____
John M. Merrett

UNITED STATES DISTRICT COURT
Middle District of Florida

HUBERT HELLER,

    Plaintiff,

vs.

URSULA CABERTA,

    Defendant.

Case No.: 8:00CV-1528-T-27C

## AFFIDAVIT OF URSULA CABERTA

COMES NOW Ursula Caberta, appearing for the purpose of contesting jurisdiction and seeking dismissal of this action and no other, and says:

1. She is the named defendant in the above-styled action.

2. She is a citizen and resident of Germany.

3. She has visited the United States of America on only three occasions, to-wit: Spring 1998, Fall 1998, and July 2000. Her visit in the Spring of 1998 was on official government business. The other two visits were personal in nature, for the purpose of visiting friends.

4. She has entered the State of Florida on only one occasion, to-wit: July, 2000.

5. She has never engaged in any business activity in the United States, and has not engaged in any activity in the United States for the purpose of gaining profit, and has never had any employment or business or property interests in the United States.

6. She is, as an individual, indebted to Robert S. Minton, as an individual, for a sum of money loaned to her by Mr. Minton. The loan proceeds were received by her in

Germany, and were obtained in connection with the retirement of an earlier debt which was incurred and satisfied in Germany.

7. She has never promoted the use of the Hubbard Declaration[1] in the United States. During her July, 2000 visit to the United States she discussed the services the government of Hamburg provides to German firms seeking to avoid infiltration by Scientologists, including the availability in Germany of the Hubbard Declaration, and the fact that the Declaration is distributed on request to companies which fear infiltration by Scientology.

8. In July, 2000, she traveled at her own expense to Clearwater, Florida to publically discuss her activities in Germany.

9. All her activity concerning the Hubbard Declaration, including distribution of the Declaration, has been in her capacity as an employee of the government of Hamburg, Germany.

10. The Hubbard Declaration was developed in response to requests from businesses concerned about infiltration and subversion by Scientologists.

11. No business is required or urged by Defendant or her employer to make use of the Hubbard Declaration. The Hubbard Declaration is made available to individuals and businesses who request some means to avoid infiltration and subversion by Scientologists.

---

[1] This is the document described by Plaintiff as a "sect filter."

-2-

12. She has never, to her knowledge, had any dealings with the entity identified in the amended complaint as "POSPartner G.M.B.H.."

13. To a certainty she has never had any dealings with the entity identified in the amended complaint as "POSPartner G.M.B.H" outside her function as an official of the government of Hamburg, Germany.

14. The Lisa McPherson Trust, Inc. paid her hotel expense while she was in Clearwater in July 2000, but she received no other thing of value in connection with her trip.

15. She has no financial, employment or business arrangements with the Lisa McPherson Trust, Inc. except as set forth in Paragraph 14 above.

16. She owns no interest in the Lisa McPherson Trust, Inc.

17. Although she has in the past discussed with persons affiliated with the Lisa McPherson Trust, Inc. the possibility of opening a German office of the Lisa McPherson Trust, Inc., she was never offered remuneration or any position with such an organization.

18. To the best of her knowledge and belief, there are presently no plans to open such an office. To a certainty, she is not involved in and has no knowledge of any such plans.

_____
URSULA CABERTA

BEFORE ME, the undersigned authority, personally appeared URSULA

-3-

CABERTA, who presented PASSPORT A3202845DS as identification, and who did take an oath and said that the foregoing statements true and correct.

---

**OFFICER ADMINISTERING OATH**

Freie und Hansestadt Hamburg
Behörde für Inneres
Amt für Innere Verwaltung und Planung
Johanniswall 4, 20095 Hamburg

09. Okt. 00

-4-