FILED

## UNITED STATES DISTRICT COURT
### Middle District of Florida

00 OCT 12 PM 1:11

HUBERT HELLER,

Case No.: 8:00CV-1528-T-27C

        Plaintiff

..DLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

vs

URSULA CABERTA,

        Defendant

_____

### AFFIDAVIT OF STACY BROOKS

COMES NOW Stacy Brooks and says:

1. She is the President of the Lisa McPherson Trust, Inc.

2. She attended and participated in the press conference given at the office of the Lisa McPherson Trust by Ursula Caberta on July 25, 2000.

3. The attached Exhibit 1 is an accurate transcript of the statements and answers of Ursula Caberta at that press conference. There are no significant omissions from the translation.

4. The Lisa McPherson Trust, Inc. has given nothing of value to Ursula Caberta other than paying her hotel bill during her July, 2000 trip to Clearwater, Florida.

5. The Lisa McPherson Trust has no plans to give or pay any money or other thing of value to Ursula Caberta.

6. Although the subject has been discussed in the past, the Lisa McPherson Trust has no plans to open an office in Germany and is making no plans to open an office in Germany.

7. Ursula Caberta does not now have and has never had any ownership or other



interest in the Lisa McPherson Trust, and neither holds nor has held any employment,

office or board membership with the Lisa McPherson Trust.

_____
STACY BROOKS

BEFORE ME, the undersigned authority, personally appeared STACY BROOKS,

who presented FL DL # B 620 - 797 - 52 - 628 - 0 as identification, and who did take an oath

and said that the foregoing statements true and correct.

_____
OFFICER ADMINISTERING OATH



MARY E LAZZELL
MY COMMISSION # CC 757625
EXPIRES 08/23/2002
1-800-3-NOTARY    Fla Notary Services & Bonding Co

TRANSCRIPT OF URSULA CABERTA PRESS CONFERENCE

TUESDAY, JULY 25, 2000

[Comments from transcriber are in brackets like this]

[""SB:"" marks remarks by Stacy Brooks]

["[word?]" marks uncertain word on tape]

[""[xxx]"" marks words that could not be understood at all on tape]

[Time marks given as minutes:seconds in parentheses; for example,

""03:30"" means 3 minutes, 30 seconds from beginning of that part]

[start of Part 1]

SB: Thanks to everybody for coming. And this is really an honor for me
to be able to introduce Ursula Caberta, who"s a very dear friend of
mine, um, from Hamburg, Germany. Um, I"m afraid her, uh, visit to the
United States has not been...... a very pleasant one in certain aspects. Um,
there"s a little bit of video footage that I want to show you, uh, of
what happened when Ursula arrived at the airport in Tampa. It was, um,
something I have never seen before in my life. It was, uh, a very very
very, um, I should say, uh, embarrassing moment for me as an American,
for my friend from Germany to have this kind of a reception when she
arrived in our country.

(01:07) [Video footage shown. Many simultaneous voices were not
comprehensible
on tape. Comprehensible remarks given below:]

UNKNOWN MALE : Nazi criminal! Go back to Germany!

UNKNOWN FEMALE : Go home!

UNKNOWN MALE : Nazi criminal! Go back to Germany!

UNKNOWN FEMALE?: This lady is a criminal!

UNKNOWN MALE: Go back to Germany!

UNKNOWN VOICE: Criminal!

UNKNOWN FEMALE: We like freedom of religion! Go back to......

UNKNOWN MALE: You are bad! Go home!

[End of video footage]

(01:22) SB: You know, when Robert and I went to Germany, um, we were

very graciously welcomed. We had a wonderful stay in Hamburg, um, and we had

hoped to be able to offer Ursula the same kind of welcome. And I"m very

sorry that we weren"t able to do it.

But this morning, I would like for you to have a chance to hear

Ursula"s own story. Um, I think everybody"s already seen on TV

yesterday that Mike Rinder has called her a Nazi on public television,

uh, on national television or local television, sorry.

And, um, this is is, um, an insult for anyone to be called this. In

Germany, it"s illegal for someone to be called a Nazi. Um, Certainly, I

can tell you from my own experience that Ursula is anything but a Nazi

or a Fascist. She"s an incredibly compassionate person; she"s helped

thousands of people; and I just think that you will, um, be very lucky

to have a chance to hear it from her. Ursula.

2

[applause]

[Statements by Ursula Caberta marked with ""UC:""]

(02:38) UC: Okay, I"m sorry that my English is not good enough to tell you all the story in English, so I need a little bit of help. And he is here on my side.

[UC"S original German statements omitted; translated statements listed as ""UC(T):"". Translator"s pauses, ""uh"""s, etc. not transcribed. Translated phrase points marked by slashes.]

(02:50) UC(T): It is a pleasure to be here, and I would like to introduce myself as [xxx] that I have been in, on this work since 1988. / My work started in Hamburg as a member of Parliament for the Hamburg SPD, Socialist, uh, Social Party, / and has been the governing party in Hamburg for many years and is today the governing party in Germany.

UC: Yes. (chuckle)

(03:38) UC(T): My work really started when members of Scientology got involved in real estate purchases in Hamburg. / Today, I know that all these persons that started out at that time, were members of the so-called group WISE, which is the Scientology business association. /

(04:27) These people started by buying rental apartments, and harassing and throwing out the people that were renting these. And she got involved by those people coming to her, to the Senate and to the Parliament, and complaining about the procedure. /

(05:00) At the same time, Scientologists in and around Hamburg started

to invade schools, and tried to introduce into the school systems and into young people their own studying system. / In all these places, all the parents of these youngsters in the schools were very concerned, came to her in the Parliament and complained about them. /

(05:51) It"s good to know that Scientologists have divided up Germany into various sectors for their political and business purposes. / In this regard, Scientologists in Hamburg are responsible for all of northern Germany, and since the reunification of Germany, also for the northern-eastern part. / So it became clear after a very short time that all the responsible Scientologists were sitting in Hamburg, and drawing all their conclusions out of there. /

(06:58) Up to that time, I was not and had never been involved, really, into Scientology. I knew the name, but I wasn"t really able to even spell it. And after a short while, I really got involved in it. / In order to become more acquainted, in order to find out whether this matter of complaints by tenants and by schools and parents was really an affair that concerned the Senate or the Parliament, both at the Hamburg level or the national level, she had to get involved and dig into Scientology and get herself informed of that. /

(08:11) That"s how she started, really, to do lots of research on Scientologists in Germany and Europe and worldwide. / So she started to ask herself whether people had directed their questions and concerns directly to the Social Party, that"s the government party in Hamburg. / There were only three files on this organization that she could find. /

4

But those files obviously contained names, and these people were invited by her in order to find out where the problem really was. / And what happened after these conversations and these invitations led to experiences that she had never had before in her political career. /

(09:35) These people not only came by themselves, they came with two or three people they had invited with similar experiences. / Among these people were a lot of lawyers who had been trying to organize themselves a little bit against that organization. / (10:09) Many of those invited people already were journalists who had been put under pressure by the Scientologists. / And were afraid or would not know how to write and whether to write about this. / (10:37) And also there were parents of members of the Scientologist organization. / Overwhelmed by all of these experiences, she really started pondering of what she had to do and where to go and which route to take. / (11:11) The stories most often were so incredible that she could hardly believe that these things could have happened or could happen in a democratic country that she knows and has been professing democracy for the past fifty years. /

(11:44) So she started to read lots of files and books, and she obtained books, particularly on Ron Hubbard. / It"s called Dianetics, / and Introduction into the Ethics of Scientology.

[Omitted brief portion which was not translated]

(12:26) [UC(T):] After she read it, she really questioned herself, you know, what kind of ideology was behind this, / in particular, the book Introduction into the Ethics of Scientology / was a key book. / It was

5

a key book because she read it with eyes of a politician and not of a general person. /

(13:10) In this book, Ron Hubbard describes that there are two kinds of persons. / The good ones, the Scientologists, / the bad ones, who don"t want to know about it. /

(13:32) This book also describes what will happen after the technology, so-called ""technology"" of Ron Hubbard has taken place and has been effective and been put into place. / And describes exactly what"s going to happen in all sorts of, all levels of society in all countries [xxx]. /

(14:14) She had been warned a lot of times not to have anything to do with Scientology because of all, they"ll give you lots of difficulties, and she was not surprised then really when getting involved in it, she had those difficulties. / And everything that these people, these invited people, from the first day on had told her, everything really turned out to be true. /

(14:57) She was visited by members of the organization, / there were no problems to talk with her. / They wanted to explain to her what is good about Scientology. / Something else was striking that these people apparently did[?] want to discuss matters really, but they turned out that they couldn"t. / Everybody repeated, everybody who she was talking to repeated the same phrases. /

(15:54) She was shocked because there wasn"t a dialogue. / And that is normal in a parliamentary democracy where you have freedom of speech,

6

and you have open discussions about your point of view. / It was not possible because these people apparently had been trained. /

(16:35) She has maintained since then, many contacts with Scientologists, and even before coming here she was called by the president of the Hamburg Scientology organization, but not to wish her a good trip but to warn her to come. / Upon her questioning what could happen to her going to Clearwater and to the country of freedom, the answer was no answer given. / She was asked whether she wanted to accompany her, and she denied to accompany [xxx].

[End of part 1; start of part 2]

UC(T): [We are?] in 1988 now. / We''ve had then, back in 1988, we started parliamentary discussions on what had to be done and what steps could be taken. / The results took about three years to come up with, back in 1991. /

(00:56) Then in 1991, the Hamburg parliament decided to introduce a separate department that would only take care of Scientology questions. / It''s important to know that this was a uniform decision taken by all parties involved in the parliament. /

(01:49) Mrs. Caberta started her work as head of the department back in October 1992. / It was thought that Scientologists would sue the Hamburg parliament, because they had been going around for a long time before that talking to people and telling the world and public that they had been pursued like Jews in Nazi Germany. / But they never sued. / Which was kind of surprising. / Surprising particularly because it

7

was the only one and today still is the only department in parliament——

UC: In state.

UC(T): In state——that concerns itself only with this question of Scientology. /

(03:20) She insisted that this department had to report directly to the Minister of the Interior. / The reason for this request was that during these state parliamentary discussions for three years, it became apparent that there was a security problem for the inner security of Germany. / And all the ministries of the Interior are the ones that take care of the defense of internal problems. / So her immediate boss is the senator for interior affairs in Hamburg. /

(04:42) So the first task of this department was to gather as much information on Scientology as possible, not only to inform the public but also to help people involved and trying to get out of it. / It was surprising to see that, after three months only, so many people came in to talk to her about their concerns. / These people were very glad and recognized this particular work that was done, had been done and was to be done. /(06:08) The word came around that finally the state had captured the idea of what Scientology is all about. / That"s how we really got——developed a detailed information about the Scientologists" organization. /

(06:46) Most important on these information——gathering this information were former members of Scientology. / Everybody of these former members knew exactly about all the information about their particular areas

8

they had been working with in the organization. / Additionally, all
these members brought in lots of materials on the organization. /
(07:39) The final breakthrough, however, came through a person that was
a former member from the organization here in America, and gave them
basically most inside information. / Warren Young, his name was.

(08:10) He was invited to Germany, to Hamburg, because his testimony in
front of American courts was known. / And he brought along the
so-called ""Snow White"" program. / While it had been suspected before by
her and the Parliament, with this document ""Snow White"" it became very
clear that this is a new form of political subversiveness. Extremism,
I"m sorry. / Mr. Young talked to members and representatives of the
State, as well as the secret service. /

(09:22) In 1997, these discussions with Mr. Young led to a union or a
meeting of all the ministers of the interior, of the federal states,
which is one of the highest meetings you can imagine in Germany. / This
conference or meeting of ministers of the interior only leads to
uniform decisions. / They had to make a decision on the information
which proposed to regulate the organization. /

(10:46) Based on that information, they also became convinced that it
was a new political movement of extremists. / And they decided to have
in all federal states in Germany, Scientologist organizations be
watched by the secret service. / So it became clear for her what she
had suspected before, that this technology and organization run by Ron
Hubbard belongs into the political scene and into the political

9

extremism scene. /

(12:07) Scientologists never sued or protested against this type of decision. / They only tried in two federal states to sue directly against the local constitution. / These suits are still pending. / But they never sued against being watched. / Because that would have implied that they would have to sue the [xxx] of the conference of the ministers of the interior, which is possible to do. /

(13:11) Since then, these situations for Scientology organizations in Germany is different. / The work to obtain information on the organization becomes easier. / She was also surprised that some of the members, where she had thought that they might be come in with a little protest because that might be going too far, / not only refrained from complaining but were very happy to see these procedures continue. / And that"s very encouraging to continue on this path. /

(14:27) So my main motivation / was and has been / to help those people who have been members of the organization and desire to leave them. / Our department, my department, is open for anybody who wants to come and leave the organization. / And therefore, we are of the same opinion and doing the same work as the Lisa McPherson Trust. /

(15:17) Many people who want to leave this organization, and she has gotten to know in the past years very young people, sometimes children 13-14 years old. / Because they do prefer to finish up their school, whatever school that is, and not become members in the Sea Organization. /

10

[inaudible question from audience]

Translator: Sea Organization, Scientologist organization.

UC: They know, thank you. (chuckle)

UC(T): (16:18) This is a very healthy decision taken by these children. / They need a lot of help. / And if the parents are Scientologists, they do not accept their children''s decision just like that.

[End of part 2 / start of part 3]

UC(T): The department consists of five people. / And it''s, I''m very proud to say that I continue this work and that I''m happy to continue this work, because every person that comes out of there is worth the effort, despite harassment and attacks by Scientologists on her person, on the senator''s person who is her boss, and all the four people [xxx] who they work with her. Shameless. /

(00:58) And another motivation is the acceptance, not only the acceptance but also the support, the department and this lady receives from people worldwide, who have known about Scientology and know what it''s all about / That''s why we''re very happy and pleased to come here. /

(01:32) The reception was not the best you could imagine. / But maybe one of the reasons for that reception is that the organization shows a little bit of fear, on this organization and the Trust. / These people screaming at the airport, / are not the people, you know, that we are worried about. / (02:11) All these people I would like to help, / they

11

were there because they had been told to come, / and to harass her and offend her. / But maybe they''re a little bit afraid of something she has to tell about something that has happened here, right here in Clearwater. /

(02:52) Here and in your folders, you will see copies of all these writings on the person Antje Victore who has been in Germany. / A very famous magazine called Stern in Germany picked up that story on her, and you will find a copy of this article in your folder. / (03:34) When she heard and learned that Mrs. Victore had received political asylum here in the US, / she immediately thought about all the tricks that these people could have used in order to [xxx]. / Mrs. Victore had no problems to live in Germany, / except that she had some difficulties with some public institutions. / Not because she was a Scientologist. / But because of a tax evasion scheme that she was involved in with her boyfriend. / (04:49) This tax evasion, you know, she never talked about here. / Or any other problems, she never mentioned, like, for example, having financial difficulties, but that is known for many of the members of the organization. / It sure was surprising to know that because of those reasons, you can get political asylum in the US. / (05:30) Lots of people have financial difficulties; maybe on that reason they can come here. / It seems to be easy. /

(05:42) Today we know what tricks the organization used, from information of former members of the organization, what was used in order to get this person into [xxx] . / And that was really

12

spectacular. / And you see here, interestingly enough, all of these letters have been written right away in English, not in German. / German companies, writing to a German employee, supposed employee, writing in English, sounds kind of strange. / At least in Germany, not usual. /

(06:43) Now if you know what it was supposed to be used for, then you understand why it was written in English. / All these persons, signed signatories to these letters, / are members of Scientology and of WISE. / (07:09) And they, all three, confirm that unfortunately because of Mrs. Victore being a member of the Scientology, she is unable to obtain a job. / Because that is, in Germany, so difficult. / That"s nonsense. / But you have to produce proofs if you don"t have them. /

(07:47) Certainly you may have heard about all the campaigns and attacks that Scientologists wrote against the German government, and her department in particular. / So if you want to make believe representatives of the House or the Senate that these difficulties in Germany exist, you will have to produce these types of proofs. / And this is one of the absolute proofs the House said, that Scientology uses in order to go against the German customs and German laws and regulations. /

(09:14) In Germany, there are many people who look for political asylum. / If it becomes known that one of these asylum-seekers has lied to the courts, / he will most likely be deported within a week. / We still don"t know yet how it will work here. /

(09:54) There are many things still to be said that could be said, you know, what kinds of things Scientology uses in order to put down her country, Germany. / One example is John Travolta. / This person runs around to all official [agreements?], to Congress and Senate and whoever wants to hear it, that his movies are prohibited in Germany. / The movies are so bad that you might have that idea. / That''s not the case. / (11:03) The newest movie of John Travolta''s has just started in Hamburg, [translator, to Ursula:] what''s the title of it......

UC: Battlefield Earth.

UC(T): Battlefield Earth. (chuckle) / It''s supposed to be a bad movie. / We''ll go and see it nonetheless. / [xxx] /

(11:39) It has become clear that John Travolta is lying to the Congress. / That seems incredible. / The same is true for Chick Corea. / Who claims the same thing, that he has no possibilities to have his concerts in Germany. / That is untrue. / He can have his concert. / This one rule in Germany, that there are certain types of concerts that are supported with federal aid, / or from one of the federal states in Germany. / (12:48) So if the federal governments, state governments, pay for or support these concerts, they reserve the right to decide who will receive that aid or not. / Just as members of the rightist groups of neo-Nazis are not allowed to have their concerts / in these federally-supported [xxx] be invited, / the same way other organizations will not be invited who are known to confess points of

14

view that are against the German Constitution. They will not be invited either. /

(14:10) There is no right——human right——nowhere in the world to receive federal aid in any country in the world. / Otherwise, Chick Corea"s group is very welcome to do his concerts wherever they want to in Germany, but not with federal aid. / And nobody in Germany will greet them in the same way that this lady has been greeted here in America. /

(15:00) Chick Corea , in addition to all this, Chick Corea sued the state government of [xxx] in Germany, / and lost. / The court decided that the parliament, the state government can invite whoever it wants to to their federally-aided concerts and shows. / In this respect, it would be welcome to use any of these statements from John Travolta or Chick Corea or any group like this in front of the Senate or the Congress, to use a more critical eye, because not everything they say is true. And if there are questions and doubts, Miss Caberta would be more than happy to answer any questions if she is contacted. /

(16:58) I believe that the very good relationships and friendly relations between the two nations, Germany and the United States, should not be influenced negatively by an organization like Scientology. /

(17:22) Finally, I would like to make a very personal remark, before we open for any questions you may have. / I was born in Germany in 1950, / in a very social and democratic home. / I was raised and grew with the idea and the knowledge that the United States of America is a country

15

of freedom. / I"m about to learn that this is not the case, maybe, / in this particular case for me. / Thank you very much.

[end of part 3; end of transcript]

TRANSCRIPT OF URSULA CABERTA

Q&A SECTION

TUESDAY, JULY 25, 2000

[Comments from transcriber are in brackets like this]

["SB:" marks remarks by Stacy Brooks]

["UC:" marks untranslated remarks by Ursula Caberta]

["UC(T):" marks translated remarks by Ursula Caberta; translation

points marked by slashes]

["BM:" marks remarks by Bob Minton]

["[word?]" marks uncertain word on tape]

["[xxx]" marks words that could not be understood at all on tape]

[Time marks given as minutes:seconds in parentheses; for example,

"03:30" means 3 minutes, 30 seconds from beginning of that part]

[Most pauses and "uh's" deleted]

[Start of part 1]

SB: These letters are letters from Scientologists in Germany, who were

asked to write these letters by one of the top Scientology, uh,

intelligence operatives, whose name is Kurt Weilund[?]. He's in the

part of Scientology which is called the Office of Special Affairs

International. And he orchestrated this campaign for this German

Scientologist who was having tax troubles, to get granted asylum in the

United States to escape these tax troubles in Germany. And the way they

did it was to have Scientology business owners, uh, German Scientology

business owners write letters to this woman, Antje Victore, saying that

they refused to give her a job because she was a Scientologist, and in

Germany you can't have work if you're a Scientologist. And they wrote

the letters in English, so they could be presented to a judge in the

United States, um, because of course a judge in the United States can't

read German. So they kindly provided them in English for the judge and

made it easy for her to get asylum.

(01:18) This letter here is basically a thank-you letter from Antje

Victore to one of the people who helped her by writing a letter saying

that she could not have a job. And she thanked him for writing a

letter saying that she couldn't have a job so that she could get asylum

in the United States.

(01:40) Just as a note, one of the things that you have in your packs

is a letter from attorney John Merritt[?] to the managing assistant US

attorney in the middle district of Florida in Tampa, alerting him to

this fraud and this perjury.

(02:00) She's very much hoping that the campaign that Scientology is

currently organizing to create a rift between the German government and

the United States government will not be successful, and that the

United States will recognize, as Germany has, the threat to our

freedoms in this country that the Scientology organization poses,

particularly to free speech, which has been demonstrated during her

visit here to the United States.

[Question and answer session begins]

[Questions simply marked as "Q:" unless name of questioner given]

Q: (02:26) I'm with the St. Petersburg Times newspaper. I was invited

last night to speak with some Scientology officials down the street, as

well as a couple of local Scientologists, who said-former citizens of

Germany-who say there are very real problems with Germans to find

employment in that country because of the sect filter and because of

how the sect filter is spilling over, not only into public

organizations but into the private sector as well. Can you respond to

that?

UC(T): (03:05) 'Sect filter' is a word coined by the Scientologists. /

Because it would mean that there are many, many groups that could be

called 'sects' and it would be a [xxx] this filter would be used for

that. /

(03:49) This declaration, this issue has been developed in her

department, / the declaration that was instituted on the demand of

different companies in Germany / These demands from these companies

were based on intents of Scientologist members to introduce into these

companies technologies from Ron Hubbard. / (04:57) And these type of

technologies professed by Ron Hubbard are in contradiction of business

management policies and techniques in Germany, and can very well be judged by this lady because she has studied economics and business. / (05:35) And the goal and aim is, and can be read in the book of Ron Hubbard, / and in the directions that he has written and given, / for members of WISE, / to introduce the ideology of Ron Hubbard and that technology into the different companies in Germany. / (06:11) The ideology is the technology [xxx]. / And that does not stick to the other, the policies in the companies, at least as she was told by management of those companies. /

(06:35) There were several incidences additionally in these companies, that had led to the dismissal of the Scientology members in and employees of those companies. / That had nothing to do with them being members of Scientology. / [Acted?] like Scientologists, / (07:11) but they tried to influence other employees and management to the extent that they became, should become members of Scientology, and eventually the whole company would become a member of WISE. / Many did not want to see that happen. /

(07:44) The analysis of the department has shown that many people came to Scientology because they had been invited into seminars and training workshops, on / communications training. / And that's the same type of communications training that you do in the Scientology, so-called church. / (08:27) It's a way to cross a bridge into Scientology. / And

many companies just wanted to do their own business, wanted to pursue

their own business interests and did not want to become involved into

any Scientology. /

(09:01) So the managers of those companies, these WISE companies,

companies that are members of WISE, offer that type of training /

without saying what it's all about. / In particular, without mentioning

that the aim is that they become Scientology members and eventually

members of the organization [and?] church. /

(09:47) These companies came to the department, to this lady, in order

to ask and inquire about how to protect themselves. / On the one hand,

wondering about how to defend themselves against being subverted by

Scientologists in their own house. / But also to protect their own

rights and decision-making process, because once you are a member of

Scientology and you have these as employees, the whole thinking process

changes. And therefore intends to change the decision process in  the

company. /

(11:01) Therefore we have developed this declaration which members of

Scientology or companies may not sign. Must not sign. / And it

functions and it works. / (11:24) And this declaration, you will not

read the word Scientology. / It only is about the technology of L. Ron

Hubbard. /

(11:47) So many companies who want to have their employees participate

in training seminars, but not be in the danger of participating in

Scientology seminars, / and not become Scientologists, / and therefore

and thereby protect their own employees, / And these companies sign and

the employees sign this declaration that they will not do and

participate in any seminars based on the technology of Ron Hubbard. /

(12:49) And this is falsely being converted into a question of

religion. / I've never heard from Scientologists that the technology of

Ron Hubbard is their ideology. / Their religion, I'm sorry. / As

internally they're always talking about technology, but it's never been

heard to the outside in public that their seminars are religious. / So

participation in one of these communications seminars being a religious

seminar is unheard of. /

(14:14) Two members of Scientology have sued her department / because

of this declaration. / And Scientology Germany followed suit. / So

therefore it became clear that by going against this declaration which

does not mention Scientology at all, [xxx] the Scientology

organizations and the members involved, it became clear what the

connection is. / The church, the Scientology church, has filed the

suit, which is nonsense in respect that nobody will come to-get the

idea that they are involved in the communication seminars. / In

business [and economics?]. / As Scientology church. / And so there in

those cases, and everybody knows that they're working according to the

technology of L. Ron Hubbard and they will not be presented with that declaration. / (16:12) And that's the way the court in Hamburg also saw it. / And declined to review that suit. / As non-acceptable. / The Scientology suit is an unacceptable suit. / Those two members have had suit, / also were denied the suit, the demand. / Because the court did not see / that they were hindered by any way in doing their duties and performing their job in Germany. / Because nobody forces them to do their jobs and services according to the technology of Ron Hubbard. / (17:44) Therefore the discussion around this suit and this issue has not been terminated yet. / Scientology has appealed against that decision. / The decision is pending. It'll be interesting to see what members of Scientology will argue, for communications seminars to have a religious context.

[End of part 1; start of part 2]

Q: [The?] buildings that house Scientology personnel. Is it… On the front they call it the Church of Scientology?

UC(T): The building does show 'Church of Scientology'. / However, the companies, WISE companies, do not show that.

Q: (00:37) So when they come for your assistance, these Scientologists who want to get out, do they say that Scientology is a religion, or is it something else?

UC(T): Very interesting and very good question. Because not one of

those members… / None of these members has been in Scientology because of religious reasons. / One of the highest former members that left the organization in Hamburg specifically declared that religion has nothing to do with it; it is only business purposes.

Q: (01:49) Could you delineate or identify those activities of Scientology that the German government considers illegal or reflective of political extremism?

UC(T): In Germany the government has to … prove and analyze whether a political organization / tends into what direction, according to their writings and their publications. / (02:47) So these internal directions given by the founder of any organizations to their members is the most important priority to be analyzed in order to judge what they are. / It has to be proven that these guidelines and directions are followed. / (03:17) So you first want to prove… want to analyze and investigate whether the ideology, directions and everything being put forth by the founder and the organization their members may go against the democratic freedom in the country. / (03:49) That has to be seen, also, in the light of the German past, / both West and East, I'm a former West and East German. / (04:02) So you will take a very close look at any ideology that professes the so-called superman, in a type of ideology that's being professed here. And that's an ideology we have seen in Germany before. / We had enough of that. / (04:36) That's a

particular area of discussion that may be difficult with American

citizens, / because the United States has never gone through an

experience like this. / In Germany and in Europe it's a lot easier. /

[xxx]

Q: (05:05) What has Scientology done to you personally to obstruct your

efforts to investigate the organization? What have they done to you

personally?

UC(T): That's not important. I'm not the center of attention.

Same questioner: I understand…

UC(T) (05:26) On a daily basis, something's going on. /Investigation of

her whole life, down to when she was born, ten years old. / They

investigate, in these investigations they found a person who as a

child, nine years old, ten years old, had been stealing a couple of

apples in a farm.

UC: Me. (chuckle)

Q: (06:05) Is your department just for Hamburg, or is it countrywide?

UC: Now, countrywide and Europe-wide.

Q: Europe-wide. [Well?]

UC(T): Very close connection, Europe-wide, Germany-wide, Europe-wide,

and close connection [with?] France. / Everybody looks to Germany in

this matter, but in France things are really happening on Scientology.

Q: (06:40) Hopefully, when the new President of the United States is

elected, he won't be so infatuated with John Travolta.

(laughter; someone claps)

UC: Okay?

UC(T): You have a question?

UC: [xxx] I love this.

Q: You referred to the so-called Superman. Is that a reference to L.

Ron Hubbard, or to...?

UC(T): Superman is the ideology. / A reference to the book Mein Kampf.

/ Makes specific reference to the superiority of a person or people. /

(07:47) When you read Ron Hubbard's book, it becomes very clear very

fast that that's the same type of ideology of superiority. / And in

this respect, Germans are obviously much more sensitive to these

questions than America [would be?]. / When I read the first time of

this RPF project, / it became clear that they would have to have that

type of ideology as well. /

(08:46) The discussion yesterday came about that RPF, these types of

concentration camps that are possible here in the US, they are

impossible in Germany and Europe. / Absolutely impossible.

Q: (09:23) I had asked a question earlier about how Scientologists get

a job in Germany, and you ended by saying something about 'only in the

Bavarian state.

UC(T): Bavaria, a federal state in southern Germany, takes a little

longer, but when they do things they do them 100%. 110%.

UC: 150%.

UC(T): Members of Scientology do work in various state organizations as teachers and in public offices. / (10:17) The problem is that these people, particularly when they're teachers, immediately start their communications training approach. / And then they find out that parents are not very fond of that idea. / And then you have to talk about it. / So Bavaria concluded, look, to prevent before something happens.

Q: (11:01) Can a Scientologist walk into the tax collectors' office in Hamburg, and if qualified, get a job?

UC(T): Oh, sure, because he's not being asked whether he is in Scientology or not. Anybody can go in and get the job. [xxx] [Nothing you can do?]

Q: And if you find out later that he's a Scientologist, does that mean that he's terminated from employment?

UC(T): No. No way. / (11:29) If he doesn't do his job, but becomes 90% working during his job time in Scientology matters, then... / So that doesn't make any difference to any person who has been employed, and you later find out it's a Mafia person. [xxx] / [It's not a?] general question, it's only the particular case.

Q: (12:10) So are you saying that, if the Scientologist starts to impose their communication technology or Hubbard technology on fellow

employees or children in a school, then they lose their job?

UC(T): No. [xxx] / It's not automatically they lose their job, but the matter will be investigated, then conclusions will be drawn from that. / So in Hamburg they didn't have a case, but in other federal states there were some cases like this. But always with something really happening to the children, with the children.

Q: (13:10) Well, in the United States, if a public teacher imposes her Christian beliefs or teaches the Bible on the students, they're fired.

UC: Oh.

Voice: Interesting.

Q: (13:24) I think your answers concerning this whole issue of Scientologists being able to get a job or not get a job is probably the most misunderstood element here. When, if at all, does a Scientologist go into a German company and get refused a job? When, if at all?

UC(T): It doesn't exist like this. In other words, a person-even if they come to a company and identify themselves as Scientologist-as long as they qualify for the job, they will be hired. / Nothing to do with being a Scientologist.

SB: (14:24) We're being told, I've been told by many Scientologists there that have been coming up to me and complaining about my friendship with you, that in Germany if they're a Scientologist they can't get work.

UC (in German): Nonsense.

SB: That's what they're saying.

UC(T): Nonsense.

Q: Is that another lie [by?] the Scientologists?

UC: Absolute, yeah.

UC(T): (14:48) Some people in, many people have come but some she knows, that have been coming over here. / All the people she knows that live today here in this country or in the area, all people that have problems because of tax evasion and other similar things where they have been [sued?] by the courts.

SB: (15:24) And they're just saying, they're just saying, they're saying that the problem was discrimination as a Scientologist. But it's the same as this. [Stacy gestures, apparently towards Antje Victore letters]

UC: Yes.

SB: That she's saying one thing but in fact it's something else.

UC: Yeah. Yeah

Q: Since you're the most knowledgeable person… [interrupted by UC]

UC(T): I'm happy for whatever you know, because I've seen many people on the streets [xxx] talk to her. / Told her, you know, that they lost their job in Germany and couldn't work there. And she says okay, give me your name and your address and I'll look that you get one over

there. / [xxx] [Won't give the name?] / Because she knows that person

knows that if she gives her name, then you dig a little bit into it,

the story is untrue. / (16:32) Also a campaign some years ago in

Germany that Scientologists could not get their children into regular

schools in Germany, / nonsense. / She's grateful for every child of a

Scientologist that goes to public schools and not attends Scientology

schools. /

(17:06) Problem was, you know, that Scientologists wanted to found a

school that was run according to technology of Ron Hubbard. / And the

laws on private schools are very strict in Germany. / And the states

surrounding Hamburg that tried to do it and they were denied their

requests because they could not decide, when questioned by the state,

what kind of school they wanted to have-elementary school, middle

school, high school, couldn't answer the question. / And Ron Hubbard,

obviously they couldn't answer the question because they don't

differentiate it in Hubbard's technology. /

(18:25) And they went over further north to Denmark, / because the laws

to initiate private schools are much easier. / So all children from

Hamburg and surrounding states go attend that school in Denmark. /

[xxx] / They had to tell these people, these parents that they could be

sued under German law, / because there is the requirement that you have

to attend school in Germany. In Germany. / So the Danish school,

according to German school law, is not recognized in Germany. / So they

can be sued by any court in Germany.

Q: (19:44) Well, in the United States, if you want to have a private

school, you still have to comply with state law.

UC: Good. (chuckle)

Q: Just like in Germany. But you're so knowledgeable about Scientology,

have you been asked to testify before the State Department or any

congressional committee in the United States about what really is

happening in Germany?

UC (in German): No.

SB: (20:08) In fact, they've refused to let her testify. We've asked

them, we've, we've, we've urged them, we've told them her credentials,

and they've refused to let her.

Q: And that was in June.

SB: And that was in June.

Q: Congressional [xxx].

UC(T): Beginning of 1998, she had the opportunity to talk to members of

the Senate when she was over here... [UC appears to correct "Senate" to

"Congress"] Congress members, when she was over here with the

respective Congress members from Germany.

Q: (21:01) What is the current relationship between United States and

Germany because of what Scientology has lied about?

UC(T): German government as well as the Chancellor clearly follows what

the Supreme Court has said, that… [UC appeared to correct the

translator's use of "Chancellor" to "President"] President of Germany,

clearly follows that line that Scientology is not a…

UC: Religion

UC(T): It is a political organization.

Q: Rather than a religion?

Translator: Rather than a religion.

SB: (22:01) But what's happening, I can also answer you because I

attended a Congressional hearing, of the House International Relations

committee, which was absolutely orchestrated by Scientology. The entire

hearing room was filled with Scientologists, the people who testified

before the committee were hand-picked by Scientology, clearly because

they all talked about the terrible discrimination that Scientology is

suffering in Germany and France. The whole hearing was about the

discrimination that minority religions [crosses fingers while saying

'minority religions'] , with particular concentration on Scientology,

are suffering in Germany, France, Belgium and Austria. And there were

several committee members who have also clearly been briefed, by the

Scientologists, and are now demanding several things. One, they're

demanding economic sanctions from the World Trade Organization against

Germany and France, for their positions specifically on Scientology.

They're demanding censure by the United Nations, and they're pushing

two bills specifically condemning, that would specifically condemn

Germany and France, and Austria and Belgium, for their position on

Scientology. Of religious persecution.

Q: And they ask the President to censure Germany.

SB: Yes.

Q: In that bill.

SB: And they've asked, yes, that the President of the United States

censure Germany for Germany's position on Scientology.

Q: It's amazing.

[End of part 2; start of part 3]

[Note that, during approx. the first five minutes of this part, the

translator is not translating, and UC is speaking herself in English.]

BM: Going back to another issue for clarification purposes, when you're

talking about the technology of L. Ron Hubbard as it relates to a WISE

company or its involvement in German companies, I believe you're

speaking about the so-called management technology of L. Ron Hubbard.

UC: Yes. But it's all the same. Management technology, [xxx]

technology, all the same.

BM: Well, but I think it's important to make a distinction, because

there is an educational technology of L. Ron Hubbard as well as a

management technology.

UC: But it's the same. All the same.

SB: Yeah, that's the same as…

UC: All the same. All of it. All starts-

SB: What she's not talking about, what they're not talking about, is

the auditing technology.

UC: No. Auditing. The courses, all begin with the communication course.

It's studying technology, management technology, all the same. Not

auditing [xxx]

SB: She's differentiating between admin and tech, is what she's

differentiating between…

UC: Yes.

BM: OK. Well…

SB: Administrative technology is what they're talking about, not the

auditing technology.

BM: OK. Because when you use the blanket term 'L. Ron Hubbard

technology', to me, that includes the so-called religious technology of

Scientology as well. And I think you have to be careful to distinguish

among those two different…

UC: (01:17) But for me, there is no religion technology in Scientology.

Nothing. Nothing. That's the difference. Nothing. There is nothing

what-but-that I'm thinking is religion. Nothing. Auditing is

Q: I think you should do that. I think you should…

Q: [Is a?] statistics [xxx] [do some?] Hubbard technology there [xxx]

Q: I think you should also keep statistics on how many Scientologists…

UC: I must do that…

Q: … are working in Germany.

UC: I am doing right now, writing my new report for the Parliament in Hamburg. I have to do it [xxx] [years?]

SB: (02:58) Well, you know, I think it's important to understand also, you know, Germany doesn't really-and neither does France-feel the need to defend itself against these, what they consider to be utterly ridiculous charges that are being trumped up by Scientology. And I think this visit of Ursula's to the United States is an important experience because I think that, in Germany and France, they don't realize that anyone in this country is taking what Scientology is saying seriously. And I think it's important for Ursula to see that in the United States Scientology has made, you know, has gotten a foothold, in people's minds in what they're trying to position themselves as. In the United States, people are buying it.

Q: (03:56) When you have a subcommittee having a congressional hearing as you describe in June, then somebody needs to take it seriously.

SB: That's right.

Q: They're trying to do this PR campaign against Germany and against

France based on lies.

SB: And it's working to a certain… it's working. It's working. You know, listen to what Bob just said. 'Oh, but you have to differentiate between the technology and the religious beliefs.' There aren't any religious beliefs. But even Bob Minton is saying it. I mean… [several unintelligible voices] it's incredible to me. [unintelligible voices] It blows me away when you say that.

UC: Hey, boss, we have to [learn?] a lot.

Q: (04:35) Are you here because you're on a personal visit as a vacation, or…

UC: Yes. Like a vacation.

Q: …are you here as a spokesperson for the German government?

UC: No. Like a vacation, and like, to talk about if it's possible to do something like Lisa McPherson Trust in Hamburg too, or in [other places?]

Q: (04:56) I'm still a little confused about when the declaration is used in Germany. The so-called sect filter. When does that come into play? When…

UC: '94.

SB: No, he means-

[translator begins translating again]

Q: When you're applying for a public job?

Q: (12:36) I've got one... I'm sorry, I've got one last question. And

this might be rather sensitive, but are you aware of any investigations

by your government police or any political investigations-private

investigations-into the death of a Scientologist trying to leave

Scientology, similar to the death of Lisa McPherson? Or an

imprisonment, similar to her?

UC: No. In this form, not, no. Oh, we have a lot of deaths in members

of Scientology, but no. Not like this.

Q: A lot of deaths of members of the Church of Scientology?

UC(T): [xxx] You can't prove it, you know, but all of a sudden you find

these dead Scientologists in the street in Hamburg.

Q: Dead on the street?

[UC gestures]

Q: Shot?

[UC nods]

Q: Shot.

UC(T): There was one lady found on the street, [xxx], she had some

court action against her, and she was-I don't know what you call it-cut

open and...

Q: Cut.

UC(T): And they found it on her, in particular they found a liver as

big as only, only the worst alcoholics have. / (14:28) It was kind of

unexplainable to the prosecutor, because supposedly they don't drink

any alcohol. / [Must be?] a connection with all the tablets and all the

different type of strange diets they have. / Very similar case in

Bavaria, / same symptoms [xxx] / So it's very clear [xxx] and it has

been proven before that practices by Scientologists are very unhealthy.

SB: (15:34)We're gonna end now, and everybody can have some coffee,

[xxx] refreshments…

Voice: Thank you.

[applause]

brainwashing.

BM: Well, here, in this country, there is a religious element that

people see and I-

SB: Well, they've been granted tax exemption as a religious

organization. That's 1993, [xxx-UC talks simultaneously] religion.

UC: But [xxx] They are from the US, they are from France, they are from

Germany. Nobody told me, nobody, that he feels auditing was a religion

thing. Nobody. And I believe the people came out from Scientology. I

don't believe the people are telling what they are doing right now, the

Scientology people, in. I, for me, all the people coming out to tell me

what happened with them in, they are the people I believe.

Q: (02:15) Can you estimate how many people you've talked to that came

out of Scientology?

UC: Oh, I don't know.

Q: Was it ten?

UC: No. More.

Q: A hundred?

UC: Yes. More. Yes, all and all the time.

Q: Is it more than a hundred?

UC: I think so, yes. [We don't?...]

Q: You don't count?

UC: No, we don't know, any statistic [on that?]

[UC begins speaking in German again]

UC(T): Only upon request, when [they?] ask for counsel. [xxx] / To protect themselves, private companies come to her department-how can we protect ourselves against what's going on? Then we suggest…

SB: So, in other words, a company comes to your office and says, I need, I'm concerned to make sure that Scientologists don't infiltrate my company?

UC (in English again): Yes.

SB: That's when it happens.

UC: Yes.

Q: What about applying for a government job. Do you have to sign [it then?]

UC(T): The Hamburg government has introduced this declaration in order to protect their employees.

Q: Just the Hamburg government, or …?

UC(T): Bavaria also. / Berlin. / The state of [xxx]… / The discussion goes that the German government may [introduce?] that Germany-wide for everybody who is offering seminars.

SB: But that's not a government job.

UC: No. We don't want… If you know the tricks of Scientology, and the…

UC(T): Very important and very clear to make a point. / From the German point of view, we are dealing with an organization and ideology /

against our Constitution. / And it's a public requirement / public

necessity and requirement that this ideology not being distributed in

any state, any government. / We don't want a Germany again someday /

who introduces the ideology of a supreme minority of man. / And we do

not want again / any concentration camps / even if they're called,

then, 'RPF'.

[someone applauds]

UC: Thank you.

Q: (08:28) I've got a quick question… I was curious if your government,

or if there's any type of relief or assistance program that your

government may offer to people who are trying to get out of

Scientology.

UC(T): There's a network in Germany, / state departments, [government

departments?] / and different churches like the Catholic and the

Protestant churches, / and private initiatives mostly initiated by

former members. / And we have network around Germany where we can help

each other. / [Not a program yet?] / She's discussing with the German

government, what ways are there to make it a program. / Not only for

former members of Scientology, but also for other organizations [xxx].

Q: (10:11) Can you estimate how many Scientologists there are in

Germany today?

UC: 8000. 600 in Hamburg.

Q: (10:19) We have some WISE organizations that are very successful, very powerful, very rich, here in Florida. Sterling Management, of course, we have David [Singer's?] organization with chiropractors. We have Concerned Businessmen. That's a front organization, a political organization that is trying to gain political strength. And you have Applied Scholastics. Are all those effective in Germany, and do our local organizations have any impact throughout the world?

UC(T): Yes, they have tried to do it, but in Germany not very successfully. / WISE groups are also only the front shell, in order to break into society and break it up.

Q: (11:29) Okay, like David Singer, with his organization-chiropractic. He contributed tremendous amounts of money to the defeat of our former mayor, [Rita Garvey?]. And he was unsuccessful, his money went down the drain, but they're throwing money at her campaign, and they have been very active in this latest referendum on July 11 with the Scientologists have everything at stake. If they had won, we would have built the playground for them here at the Coachman Park, there would have been no stopping them. But now, I think that they've suffered a tremendous political defeat, and with the firing of the city manager, I don't know that they'll ever be able in our generation to achieve what they had achieved up till now. They'll... They've taken a terrific political defeat.