IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
00 OCT 12 PM 4:48
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER, an individual,

Plaintiff,

v.                                         Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

Defendant.

_____/

## CASE MANAGEMENT REPORT

The parties herewith submit their joint case management report pursuant to Local Rule 3.05, M.D.Fl. and Rule 26(f), F.R.Civ.P.

1. The meeting was held at 10:00 a.m. on September 20, 2000, attended by Kendrick Moxon on behalf of plaintiff and John Merrett on behalf of defendant.

2. The parties have agreed to the pre-discovery disclosures of core information as that term describes the disclosures required pursuant to Rule 26(a)(1), on or before November 15, 2000.

3. The parties both intend to undertake discovery by way of deposition, interrogatories, requests for production and requests to admit.

Plaintiff intends to initiate deposition discovery immediately and intends to finish such discovery, if possible, by January of 2001. The persons plaintiff presently intends to depose are Ursula Caberta, Hartmuth Wrocklage, Stacy Brooks, Robert Minton, the Lisa McPherson Trust, Inc., and Peter Reich. Defendant intends presently to depose Hubert

1



Heller and a representative from POS Partners. Both parties are expected to expand the list of deponents following initial discovery.

Because some of the witnesses, including the defendant, are foreign citizens, it is anticipated that discovery may be delayed.

Defendant believes that depositions other than those of plaintiff should not be taken until after her anticipated motion to dismiss on jurisdictional grounds is determined. This issue is disputed by the parties.

The parties propose July 15, 2001 for the completion of discovery.

4. The parties propose January 15, 2001 as the final date for the filing of third party claims, or to join other parties, and September 1, 2001 for the filing of motions for summary judgment.

5. Plaintiff is willing to mediate. Defendant has not yet decided whether or not she wishes to mediate. The parties do not view arbitration as a potential option.

6. The parties propose November 15, 2001 for the final pretrial conference and January 30, 2002 for trial.

7. The parties have signed this case management statement through counsel as indicated below.

8. Defendant requests a preliminary pretrial conference prior to the entry of a Case Management and Scheduling Order.

In addition to the matters addressed above, counsel for the parties also discussed issues addressed in F.R.Civ.P. 26(f) and agreed as follows:

(1) The initial disclosures as required under rule 26(a) are to be made by

November 15, 2000.

(2) Initial discovery by plaintiff is intended to address issues relating to jurisdiction, as framed by the issues argued in the defendants' first Motion to Dismiss and matters arising therefrom, including all defenses to the matters raised and all other facts reasonably intended to address jurisdictional matters, including the scope of defendants' public activities and employment; activities, business and relationship of defendant with Unites States entities, businesses, companies and persons; the creation, use and dissemination of the "sect filter"; and the defendant's intent with respect to the activities set forth in the amended complaint.

(3) No other limitations were informally placed upon discovery and no formal limitations are requested to be placed upon discovery, unless addressed in a future motion by a party.

(4) No discovery orders are requested by the parties at this time.

Dated: September 26, 2000

Respectfully submitted,

Kendrick Moxon
MOXON & KOBRIN
Helena Kobrin
FBN #: 0259713
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.

P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff
HUBERT HELLER

*/s/ J. Merrett*

John Merrett
2716 Herschel St.
Jacksonville, FL 32205
(904) 388-8891

Attorney for defendant
URSULA CABERTA

4