FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 OCT 13 AM 9: 53

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**HUBERT HELLER,**

        Plaintiff,

vs.                        Case No. 8:00-CV-1528-T-27C

**URSULA CABERTA,**

        Defendant.
_____/

### ORDER

**THIS CAUSE** came on to be considered *sua sponte* upon the Court's review of the record in this matter. The Court having reviewed the pleadings and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. All discovery in this matter is stayed pending the Court's determination of subject matter jurisdiction.

2. Defendant's Motion to Suspend Discovery (Dkt. 16) is denied as moot.

**DONE AND ORDERED** in chambers this _12th_ day of October, 2000.

                                      JAMES D. WHITTEMORE
                                      United States District Judge

Copies to:
Counsel of Record *via* U.S. Mail and facsimile
Courtroom Deputy

