UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
00 OCT 13 AM 9:53
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

Plaintiff,

vs.  Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

Defendant.
_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** came on to be considered *sua sponte* upon the Court's review of the record in this matter. The Court having reviewed the pleadings in this matter and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff is directed to show cause within ten (10) days of the date of this Order why this case should not be dismissed for lack of subject matter jurisdiction in light of 28 U.S.C. § 1332(a)(1988); Singh v. Daimler-Benz, AG, 9 F.3d 303 (3rd Cir. 1993) and Banci v. Wright, 44 F.Supp. 2d 1272 (S.D. Fla. 1999).

**DONE AND ORDERED** in chambers this 12th day of October, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record *via* U.S. Mail and facsimile
Courtroom Deputy
Law Clerk

