UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



HUBERT HELLER,

    Plaintiff,

vs.                                   Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION TO STAY
### RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**THIS CAUSE** came on to be considered on Plaintiff's Motion to Stay Response to Defendant's Motion to Dismiss (Dkt. 23) and Defendant's response thereto (Dkt. 24). The Court having reviewed said pleadings and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 23) is DENIED. The Court shall grant Plaintiff an extension of time until and including November 9, 2000 to file Plaintiff's Response to Defendant's Motion to Dismiss the First Amended Complaint.

**DONE AND ORDERED** in chambers this 20th day of October, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

