**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED

00 NOV -1 PM 2:08

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff(s),

v.                              Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant(s).
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

    This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

    ORDERED:

    1.    Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, except as noted below:

    Each party shall disclose, by full name and address, each non-expert witness it intends to call at trial 30 days prior to expert witness disclosure deadline.
    Expert witness disclosure, pursuant to Fed. R. Civ. P. 26(a)(2) is November 6, 2001.
    Discovery cut-off date is November 21, 2001.
    Dispositive motion filing deadline is September 12, 2001.
    Pre-trial conference is set December 21, 2001 at 9:00 A.M.
    Trial term begins February 4, 2002.

    2.    Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. <u>A copy of the Pretrial Stipulation shall be provided directly to judge's chambers</u>.



3. Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored. (See Local Rule 3.05(c)(2)(E) and Local Rule 3.05(c)(3)(D).

4. A pre-trial conference will be held in **Tampa, Florida**, on the **21st day of December, 2001, at 9:00 A.M.**

5. This case is set for **jury trial** in Tampa, Florida during the trial term beginning **February 4, 2002.**

6. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

DONE and ORDERED this __1st__ day of November, 2000.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Distribution:
- Original in Court file
- Copy to counsel and unrepresented parties
- Courtroom deputy