UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| HUBERT HELLER, | : | |
| Plaintiff, | : | Case No. 8:00-CV-1528-T-27C |
| vs. | : | |
| URSULA CABERTA, | : | |
| Defendant. | : | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES AND CERTIFICATE OF COUNSEL

Plaintiff, Hubert Heller, by his undersigned counsel, pursuant to Rule 3.01(c), Middle District Rules, moves the court for the entry of an order allowing plaintiff to file a legal memorandum up to 35 pages in length in response to defendant's motion to dismiss the above-styled action.

### MEMORANDUM

Plaintiff's responsive memorandum must be filed no later than November 9, 2000. Plaintiff must analyze in his memorandum the following distinct legal issues:

    a.    The Foreign Sovereign Immunity Act;

    b.    The Florida Long Arm Statute, with related concepts of minimum contacts and personal jurisdiction;



c.   Section 1985 of the Civil Rights Act;

d.   Plaintiff's state law claim under the theory of tortious interference; and

e.   Plaintiff's state law claim under Florida's Little FTC Act.

Each of the foregoing six areas of law is separate and distinct, stands on its own, and requires separate legal analysis.

Plaintiff respectfully requests that the court allow plaintiff up to 35 pages in which to analyze these six separate legal issues.

Plaintiff's counsel has consulted with defendant's counsel, and has been advised that defendant's counsel does not object to the relief sought herein.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that the court allow him to file a legal memorandum not exceeding 35 pages in length.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail to John M. Merrett, Esq., 2716 Herschel Street, Jacksonville, FL 32205 this 6 day of November, 2000.

JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.

BY: _____
F. WALLACE POPE, JR.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818
SPN #: 00002797
FBN #: 124449

and

2

Kendrick Moxon
Helena Kobrin
(FBN #0259713)
MOXON & KOBRIN
Helena Kobrin
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

Attorneys for Plaintiff
HUBERT HELLER

225900