UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff(s),

vs.                                    Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on to be considered on Plaintiff's Motion for Leave to File Memorandum Exceeding Twenty Pages (Dkt. 28). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Memorandum Exceeding Twenty Pages (Dkt. 28) is DENIED.

**DONE AND ORDERED** in chambers this 17th day of November, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk