

FILED

'00 NOV 20 PM 3: 07

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.    Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME**

Plaintiff, Hubert Heller, herewith moves for an Order permitting the late filing of his Opposition to Defendant's Motion to Dismiss, for the reasons that follow.

By Order dated October 20, 2000, the Court required plaintiff to file his Opposition to defendant's motion to dismiss on or before November 9, 2000.

In the preparation of such Opposition, plaintiff's counsel was unable reasonably to respond within the 20 page limit to all of the numerous issues of fact and law raised, but raised in cursory fashion in the motion to dismiss. A motion for enlargement of the page limitation was accordingly filed on November 6, 2000, seeking an additional 15 pages for the Opposition brief. As of November 9th, such motion was still pending with the Court. Thus, counsel for plaintiff filed his Opposition timely on November 9th, however, the motion was 31 pages in length. Counsel subsequently received the Court's Order of November 17th, denying the motion for enlargement of pages.

Plaintiff has accordingly reduced his brief by eliminating arguments, eliminating

1

some authorities, eliminating an introduction and reducing the depth of all of the arguments in order to reach the 20 page limit. Such brief is herewith lodged with the Clerk's office for proposed filing.

WHEREFOR, plaintiff requests leave of the Court to file the revised brief, which brief contains a 20 page memorandum of points and authorities.

Dated: November 20, 2000            Respectfully submitted,

_____
Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla.  33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME** has been served by First Class Mail, this 20th day of November, 2000 to John Merrett, 2716 Herschel St., Jacksonville, Florida, 32205.

_____
Kendrick L. Moxon