FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    00 NOV 22  PM 12: 27
TAMPA DIVISION

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

        Plaintiff(s),

vs.                                       Case No. 8:00-CV-1528-T-27C

URSULA CABERTA,

        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on to be considered on Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint (Dkt. 30). The Court having entered an order denying Plaintiff's Motion for Leave to File Memorandum Exceeding Twenty Pages (Dkt. 28), it is

**ORDERED AND ADJUDGED** that the Clerk is directed to strike Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint (Dkt. 30) and return it to counsel.

**DONE AND ORDERED** in chambers this 22nd day of November, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk

33