FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 DEC -6 AM 11:40

**HUBERT HELLER, an individual,**

Plaintiff(s),

vs.                                    Case No. 8:00-cv-1528-t-27c

**URSULA CABERTA, an individual,**

Defendant(s).
_____/

## ORDER

THIS CAUSE came on to be considered on Plaintiff's Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time (Dkt. 32). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time (Dkt. 32) is GRANTED.

**DONE AND ORDERED** in chambers this 5th day of December, 2000.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk