UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

vs.                                                                         Case No. 8:00-CV-1528-T-27-C

URSULA CABERTA,

    Defendant.
_____/

### ORDER

THIS CAUSE came on to be considered on Plaintiff's Response to the Court's Order to Show Cause (Dkt. 26). The Court having reviewed said response and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Order to Show Cause is discharged.

DONE AND ORDERED in chambers this 16th day of December, 2000.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record