FILED

UNITED STATES DISTRICT COURT
Middle District of Florida

00 DEC 29 PM 1:27

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

        Plaintiff

Case No.: 8:00-CV-1528-T-27C

vs

URSULA CABERTA,

        Defendant

## NOTICE OF APPEAL

DEFENDANT, Ursula Caberta, appeals to the Circuit Court of Appeals, Eleventh Circuit, the order of this Court dated December 16, 2000. The order appealed is an order denying claims of want of personal jurisdiction and of immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1602 et seq.

*[signature]*

JOHN M. MERRETT, ESQUIRE
Florida Bar No.: 0742848
2716 Herschel Street
Jacksonville, Florida 32205
Telephone No.: 904/388-8891

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope and to K. Moxon this 27 day of December, 2000.

*[signature]*

John M. Merrett