# UNITED STATES DISTRICT COURT
## Middle District of Florida

HUBERT HELLER,

        Plaintiff

Case No.: 8:00CV-1528-T-27C

vs

URSULA CABERTA,

        Defendant

### AMENDED NOTICE OF APPEAL

URSULA CABERTA, through her undersigned attorney, appeals to the Circuit Court of Appeal, Eleventh Circuit, the orders of this Court entered on or about December 16, 2000. The orders appealed are orders denying immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1602 et seq., finding the existence of personal jurisdiction over Defendant, and denying Defendant's motion to stay or suspend discovery.

                      JOHN M. MERRETT, ESQUIRE
                      Florida Bar No.: 0742848
                      Telephone No.: 904/388-8891

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street, Suite 1000, Clearwater, Florida 33755 by United States mail this 3 day of December, 2000.

                      John M. Merrett

39