# UNITED STATES DISTRICT COURT
## Middle District of Florida

01 JAN -8 PM 5:01

HUBERT HELLER,

               Plaintiff

Case No.: 8:00CV-1528-T-27C

vs

URSULA CABERTA,

               Defendant

### CERTIFICATE REGARDING TRANSCRIPT

APPELLANT, pursuant to the provisions of Rule 10, F.R.A.P., certifies through her undersigned attorney that no transcript will be ordered or filed in connection with this appeal.

_____
JOHN M. MERRETT, ESQUIRE
Florida Bar No.: 0742848
2716 Herschel Street
Jacksonville, Florida 32205
Telephone No.: 904/388-8891

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail this 4 day of January, 2001.

_____
John M. Merrett