UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

v.                            Case No. 8:00-CIV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

### ORDER

Before the court is **Plaintiff's Opposition to Defendant's Second Motion to Suspend Discovery; Counter Motion to Compel** (Dkt. 44).

To the extent that plaintiff moves to compel discovery, the motion is now moot. The District Judge entered an order on February 16, 2001 denying defendant's motion to suspend discovery and permitting plaintiff to conduct limited discovery. (Dkt. 26). Because the District Judge has already set forth the parameters of permissible discovery, plaintiff's motion to compel discovery is moot. Accordingly, and upon consideration, it is **ORDERED:**

(1) Plaintiff's motion to compel (Dkt. 44) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Tampa, Florida on this 20st day of February, 2001.

_____
ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:

Counsel of Record