IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-10092-II

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 3 2001

THOMAS K. KAHN
CLERK

HUBERT HELLER, an individual,

                                  Plaintiff-Appellee

versus

URSULA CABERTA, an individual,

                                  Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the record excerpts within the time fixed by the rules, effective this 23rd day of February, 2001.

                                  THOMAS K. KAHN
                       Clerk of the United States Court
                     of Appeals for the Eleventh Circuit

                    By: /s/Tonya Dumas
                        Tonya Dumas
                        Deputy Clerk

                  FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40
5/91

48