# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HUBERT HELLER,

          Plaintiff

Case No.: 8:00CV-1528-T-27C

vs

URSULA CABERTA,

          Defendant

_____

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned attorney will be traveling out of the country and therefore unavailable from Friday, March 9, 2001 until approximately Sunday, March 25, 2001. The undersigned will be in an evidentiary hearing in Liberty County Florida, on Monday, March 26, 2001, and will return to his office on or about March 27, 2001.

                                      _/s/ John M. Merrett_
                                      JOHN M. MERRETT, ESQUIRE
                                      2716 Herschel Street
                                      Jacksonville, Florida 32205
                                      Telephone: 904.388.8891
                                      Florida Bar No.: 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail this 9

day of ~~January,~~ 2001.
    March

_____
John M. Merrett