FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   01 MAR 19 PM 4: 39
TAMPA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER, an individual,

        Plaintiff,

    v.                   Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

        Defendant.

_____/

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF
### EMERGENCY MOTION TO COMPEL
### PRODUCTION OF DOCUMENTS

Defendant, Hubert Heller, hereby withdraws his motion for an emergency order compelling defendant Ursula Caberta to produce documents on shortened time, in connection with her deposition.   Such withdrawal was the subject of prior oral notice to the Court and the defendant.  This notice of withdrawal is filed because the deposition of Ms. Caberta could not be undertaken in Germany on March 20, 2001 as scheduled by the parties, and there is accordingly, no longer an emergency.

Dated: March 19, 2001            Respectfully submitted,

                           Kendrick Moxon
                           Helena Kobrin
                           FBN #: 0259713
                           MOXON & KOBRIN
                           1100 Cleveland Street, Suite 900
                           Clearwater, FL  33755

(727) 443-5620

F. Wallace Pope, Jr.
FBN #:  124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla.  33757
(727) 461-1818

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS** to be served on this 19th day of March, 2001, by Telefax and U.S. Mail, to John Merrett, 2716 Herschel St., Jacksonville, FL 32205

_____
Attorney