```
                                                           FILED

        UNITED STATES DISTRICT COURT
         MIDDLE DISTRICT OF FLORIDA
              TAMPA DIVISION                        01 MAR 23  PM 2: 45

                                                  CLERK, U.S. DISTRICT COURT
                                                  MIDDLE DISTRICT OF FLORIDA
                                                      TAMPA, FLORIDA
```

**HUBERT HELLER,**

      Plaintiff,

vs.                                  Case No. 8:00-CV-1528-T-27EAJ

**URSULA CABERTA,**

      Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION TO STAY RESPONSE TO DEFENDANT'S MOTION TO DISMISS PENDING COMPLETION OF JURISDICTIONAL DISCOVERY AND MOTION TO STRIKE

THIS CAUSE came on to be considered on Plaintiff's Motion to Stay Response to Defendant's Motion to Dismiss Pending Completion of Jurisdictional Discovery and Motion to Strike (Dkt. 19). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's motions (Dkt. 19) are DENIED. <u>See</u> Dkt. 25.

**DONE AND ORDERED** in chambers this 23rd day of March, 2001.

                                                                     JAMES D. WHITTEMORE
                                                                     United States District Judge

Copies to:
Counsel of Record

