FILED

01 MAR 26 PM 4:13

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

   Plaintiff,

v.            Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

   Defendant.

_____/

**NOTICE OF NO-OPPOSITION REGARDING MOTION
TO COMPEL DISCOVERY FROM DEFENDANT**

On March 6, 2001, plaintiff filed and served a motion to compel defendant Ursula Caberta to respond to plaintiff's First Request for Production of Documents, which request had been served upon Ms. Caberta on September 25, 2000. Plaintiff also moved that Ms. Caberta and her affiant, Willi Beib,[1] be required to appear for their depositions.

Any opposition to such motion was due to be served and filed no later than March 23, 2001. No opposition having been filed, the matter is ripe for adjudication.

Dated: March 26, 2001       Respectfully submitted,

                 _____
                 Kendrick Moxon

---

[1] Plaintiff is informed that the affiant's name is more properly spelled "Beiss", the letter "b" apparently used in the affidavit being a German letter which designates a double "s".

Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **NOTICE OF NO-OPPOSITION REGARDING MOTION TO COMPEL DISCOVERY FROM DEFENDANT** to be served on this 26th day of March, 2001, by U.S. Mail, to John Merrett, 2716 Herschel St., Jacksonville, FL 32205.

_____
Attorney