**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 MAR 29 PM 2:36

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

v.                                        Case No. 8:00-CIV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

## ORDER

Before the court is **Plaintiff's Motion to Compel Discovery** (Dkt. 50), which was filed on March 7, 2001. Plaintiff seeks an order requiring defendant to appear for deposition and to produce affiant Willi Beiss for deposition no later than April 4, 2001. Plaintiff also asks that defendant be required to produce records responsive to plaintiff's First Request For Production of Documents, which was served on September 25, 2000 and is attached to the motion as attachment 4.

On February 15, 2001 the district judge entered an order permitting plaintiff to conduct discovery, limited to the Federal Sovereign Immunities Act (FSIA) and the Court's exercise of jurisdiction over defendant, for a period of 90 days from the date of the order. (Dkt. 46).

As defendant has not responded within the time permitted by the Local Rules, defendant is deemed to have no objection to the



relief requested.[1]  See Local Rule 3.01(b), M.D. Fla.  Accordingly, and upon consideration, it is **ORDERED**:

(1)  Plaintiff's motion to compel discovery (Dkt. 50) is **GRANTED** to the extent that defendant and Willi Beiss shall appear for deposition at a date, time, and place agreeable to all parties within twenty (20) days from the date of this order.  Defendant shall respond to plaintiff's First Request For Production of Documents To Plaintiff within eleven (11) days from the date of this order.

**DONE AND ORDERED** in Tampa, Florida on this 29th day of March, 2001.

/s/ Elizabeth A. Jenkins
ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] Plaintiff also filed a notice on March 26, 2001 that defendant did not filed a timely opposition.  (Dkt. 55).