FILED

UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION    01 MAR 30  AM 11: 18

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

HUBERT HELLER,  :  Case No.: 8:00-CV-1528-T-27C

    Plaintiff  :

vs.  :

URSULA CABERTA,  :

    Defendant  :

### NON-PARTIES, ROBERT S. MINTON AND THE LISA MCPHERSON TRUSTS' MOTION FOR A PROTECTIVE ORDER LIMITING THE USE OF THE DEPOSITIONS OF NON-PARTIES TO THIS ACTION

Pursuant to Federal Rule of Civil Procedure 26(c), non-parties Robert S. Minton and The Lisa McPherson Trust move for a limited protective order. The moving non-parties seeks a protective order that:

1. The non-parties depositions are restricted to use in this case only and they may not be employed in any other legal action for any purpose.

2. The deposition will be restricted to "eyes only" viewing by the attorneys in this action and that neither the transcript nor any information gained from this deposition will be shared with anyone.

3. No one other than the deposing attorney will attend the deposition on behalf of the plaintiff.

4. The transcript will be sealed by the court reporter for transmission to your office with a copy of the stipulation attached to the sealed envelope.

A memorandum fully setting forth the grounds on which the nonparties rely is attached hereto and incorporated by reference.

1

WHEREFORE, non-parties Robert S. Minton and The Lisa McPherson Trust respectfully requests that this court grant their motion for a Protective Order limiting the persons to be present at deposition and sealing the deposition for use in this action only.

Dated: March 29, 2001

Respectfully Submitted,

LEIPOLD, DONOHUE & SHIPE, LLP

By _____
DANIEL A. LEIPOLD
Attorneys for Non-Parties Robert S. Minton and
The Lisa McPherson Trust

## CERTIFICATION OF COMPLAINCE WITH MEET AND CONFER REQUIREMENTS OF RULE 26(C)

I, Daniel Leipold, hereby certify that I have conferred by letter with counsel for Plaintiff, Herbert Heller, Kendrick Moxon, Esq. in a good faith attempt to resolve or narrow the issues at dispute in the instant motion.

_____
Daniel Leipold

2

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 960-A West Seventeenth Street, Santa Ana, CA 92706.

On <u>March 29, 2001</u> I served the foregoing document described as: **NON-PARTIES, ROBERT S. MINTON AND THE LISA McPHERSON TRUSTS' MOTION FOR PROTECTIVE ORDER LIMITING THE USE OF THE DEPOSITION OF NON-PARTIES TO THS ACTION** on the parties in this action.

[] by placing the true copies thereof enclosed in sealed envelopes addressed as stated in the attached mailing list.

[X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Kendrick Moxon, Esq.
MOXON & KOBRIN
1100 Cleveland Street, Ste. 900
Clearwater, FL 33755

John M. Merrett, Esq.
2716 Hersche Street
Jacksonville, FL 32205

[X] BY FEDERAL EXPRESS

I am readily familiar with the firm's practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited in a Federal Express Drop Box on that same day thereon fully prepaid at Santa Ana, California.

[] PERSONAL SERVICE

I delivered such envelope by hand to the addressee at the address noted above.

Executed on <u>March 29, 2001</u> at Santa Ana, California.

[] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

<u>MICHELE L. DILLARD</u>

UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,
         Plaintiff

vs.

URSULA CABERTA,

         Defendant

Case No.: 8:00CV-1528-T-27C

**PROPOSED ORDER**

Non-parties Robert S. Minton and The Lisa McPherson Trust have brought a motion for a protective order to restrict the use of the deposition of the non-parties to this action only. After having considered the filings of the non-parties and plaintiff Hubert Heller, the court on good cause shown enters the following order:

1. The non-parties depositions are restricted to use in this case only and they may not be employed in any other legal action, without permission of this court.

2. The deposition will be restricted to "eyes only" viewing by the attorneys in this action and that neither the transcript nor any information gained from this deposition will be shared with anyone.

3. No one other than the deposing attorney will attend the deposition on behalf of the plaintiff.

4. The transcript will be sealed by the court reporter for transmission to plaintiff's attorney's office with a copy of the stipulation attached to the sealed envelope.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

1

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 960-A West Seventeenth Street, Santa Ana, CA 92706.

      On <u>March 29, 2001</u> I served the foregoing document described as: **PROPOSED ORDER** on the parties in this action.

[] by placing the true copies thereof enclosed in sealed envelopes addressed as stated in the attached mailing list.

[X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Kendrick Moxon, Esq.
MOXON & KOBRIN
1100 Cleveland Street, Ste. 900
Clearwater, FL  33755

John M. Merrett, Esq.
2716 Hersche Street
Jacksonville, FL  32205

[X] BY FEDERAL EXPRESS

      I am readily familiar with the firm's practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited in a Federal Express Drop Box on that same day thereon fully prepaid at Santa Ana, California.

[]    PERSONAL SERVICE

      I delivered such envelope by hand to the addressee at the address noted above.

      Executed on <u>March 29, 2001</u> at Santa Ana, California.

[]    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

<u>MICHELE L. DILLARD</u>