FILED

UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION 01 MAR 30 AM 11:18

CLERK, U.S. DISTRICT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HUBERT HELLER, | Case No.: 8:00CV-1528-T-27C |
| Plaintiff | |
| vs. | |
| URSULA CABERTA, | |
| Defendant | |

### AFFIDAVIT OF STACY BROOKS IN SUPPORT OF NON-PARTIES ROBERT S. MINTON AND THE LISA MCPHERSON TRUSTS' MOTION FOR A PROTECTIVE ORDER

I, Stacy Brooks, depose and state as follows:

1. I am the president of the Lisa McPherson Trust (LMT). The purpose of the LMT is to expose the abusive and deceptive practices of the Church of Scientology and to help those who have been victimized by it. Since the LMT opened its doors on January 6, 2000, we have been contacted by hundreds of people who have been harmed by Scientology. We help these people by assisting them in writing affidavits about their experiences, directing them to the proper government agencies, and videotaping interviews with them so that they can tell others what happened to them in Scientology.

2. The LMT is located in downtown Clearwater, Florida, quite near the Church of Scientology's Flag Service Organization. Since the LMT was established, Scientology has been harassing not only the staff of the LMT, but also the people who have contacted us for help.

3. Because Scientology intimidated all of the property owners of the office buildings in downtown Clearwater, they all refused to rent office space to the LMT. Scientology tried to block us from coming to Clearwater. However, Robert Minton would not let Scientology stop



the LMT and decided to buy a building in downtown Clearwater where the LMT could have its offices. When Mr. Minton entered into a contract to purchase a building for the LMT, Scientology operatives tried to induce the seller to cancel the contract by offering him twice the agreed-upon price and proposing to indemnify and defend him against any lawsuit that Mr. Minton might bring against him.

4. Staff of the LMT, including myself, have been subjected to constant harassment by Scientology agents ever since we opened our doors.

5. I am constantly under surveillance, followed and subjected to harassment by Scientology-retained private investigators and process servers. This includes the placement of surveillance cameras directed at both the front and back doors of the LMT so that the comings and goings of everyone who visits the LMT can be recorded.

6. Last January, two dentists in Chicago, Bill and Barbara Zizic, asked the LMT's multimedia coordinator to fly to Chicago. The purpose of this invitation was so that Mr. Bunker could videotape their efforts to recover a substantial amount of money which the Zizics felt had been coercively and fraudulently taken from them by Scientology.

7. Mr. Bunker accompanied the Zizics to the premises of the Church of Scientology of Chicago, where the Zizics intended to get permission for Mr. Bunker to videotape a meeting with Scientology officials concerning getting their money refunded. The Zizics were on their way into the building, and Mr. Bunker was on the public sidewalk, waiting to hear if he would be allowed in the building. Suddenly two off-duty Chicago police officers hired by Scientology specifically to target Mr. Bunker grabbed him by both arms, forced him to put down his camera, and arrested him for criminal trespass, although he never set foot on Scientology property.

8. The LMT was forced to hire attorneys to defend Mr. Bunker against these baseless charges. Mr. Bunker was forced to travel back and forth to Chicago, at great expense and loss of production. The case went to trial with a 12-man jury. I was present in Chicago for this trial. Throughout the trial, one of Scientology's in-house attorneys, Elliott Abelson, made no secret of the fact that he was directing the two young female prosecutors, passing notes to them and conferring with them constantly.

9. The jury took less than thirty minutes to find Mr. Bunker not guilty. More important to Scientology was the time and money they had forced the LMT to expend in defending Mr. Bunker against these bogus criminal charges.

10. I am a former Scientologist. While I was in Scientology, I was in Scientology's high-level Sea Organization and worked in the Office of Special Affairs (OSA), which carries out all of Scientology's legal, public relations and intelligence-gathering activities. I am personally aware of Scientology's efforts to destroy the Cult Awareness Network (CAN) through a series of specious lawsuits brought by OSA through nominal plaintiffs who were low-level Scientologists doing what they were told to do by OSA. Scientology had staff members whose entire job was to destroy the Cult Awareness Network.

11. I personally participated in Scientology operations directed against Priscilla Coates and the Cult Awareness Network that were designed to undermine and destroy them.

12. While I was in Scientology I knew Kendrick Moxon. He has been a dedicated member of Scientology for approximately thirty years and a staff member of the Office of Special Affairs or its predecessor for at least twenty-five years. While I was in Scientology Mr. Moxon went to law school and this was paid for by Scientology.

13. Having been deposed by Mr. Moxon on many occasions, on many pretenses, it is very clear to me that Mr. Moxon uses the cover of legitimate legal discovery to gather intelligence information for the Office of Special Affairs. This intelligence information is then used in their attempts to destroy me and my colleagues pursuant to Scientology's Fair Game policies.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF MARCH, 2001.

Stacy Brooks, Affiant

4

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 960-A West Seventeenth Street, Santa Ana, CA 92706.

    On March 29, 2001 I served the foregoing document described as: AFFIDAVIT OF STACY BROOKS IN SUPPORT OF NON-PARTIES ROBERT S. MINTON AND THE LISA MCPHERSON TRUSTS' MOTION FOR A PROTECTIVE ORDER on the parties in this action.

[] by placing the true copies thereof enclosed in sealed envelopes addressed as stated in the attached mailing list.

[X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Kendrick Moxon, Esq.
MOXON & KOBRIN
1100 Cleveland Street, Ste. 900
Clearwater, FL 33755

John M. Merrett, Esq.
2716 Hersche Street
Jacksonville, FL 32205

[X] BY FEDERAL EXPRESS

    I am readily familiar with the firm's practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited in a Federal Express Drop Box on that same day thereon fully prepaid at Santa Ana, California.

[]    PERSONAL SERVICE

    I delivered such envelope by hand to the addressee at the address noted above.

    Executed on March 29, 2001 at Santa Ana, California.

[]    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

MICHELE L. DILLARD