UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HUBERT HELLER, | Case No.: 8:00CV-1528-T-27C |
| Plaintiff | |
| vs. | |
| URSULA CABERTA, | |
| Defendant | |

### AFFIDAVIT OF DANIEL A. LEIPOLD IN SUPPORT OF NON-PARTIES ROBERT S. MINTON AND THE LISA MCPHERSON TRUSTS' MOTION FOR A PROTECTIVE ORDER

I, Daniel Leipold, depose and state as follows:

1. I am a partner of Leipold, Donohue & Shipe, LLP and I am counsel to non-parties Robert S. Minton and the Lisa McPherson Trust in this matter. I make this affidavit based on personal knowledge.

2. Exhibit "A" hereto is a true and correct copy of a portion of a "60 Minutes" News Magazine dealing with the demise of the Cult Awareness Network and broadcast on ABC on December 18, 1997.

3. Exhibit "B" hereto is a true copy of a temporary injunction on November 30, 2000, in *Church of Scientology Flag Service Organization, Inc. v. Lisa McPherson Trust, Inc., Jesse Prince, Grady Ward, Robert S. Minton, Jr., Stacy Brooks, Jeff Jacobson, Patricia Greenway, Peter Alexander and Tony Bezanian*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 99-7430-CI-8.

4. Exhibit "C" hereto is a true and correct copy of an Order Regarding Plaintiff's Motion For Sanctions and Renewed Motion to Compel issued May 23, 2000 in *Religious*

1



*Technology Center v. Grady Ward,* USDC, for the Northern Dist of California, San Jose Division, Case No. C 96 20207 RMW EAI.

5. Exhibit "D" hereto is a true and correct copy of an Order Denying Plaintiff's Motion to Execute on Judgment in *Religious Technology Center v. Grady Ward,* USDC, for the Northern Dist of California, San Jose Division, Case No. C 96 20207 RMW EAI.

6. Exhibit "E" hereto is a true and correct copy of the first page to Religious Technology Center's Consolidated Memorandum of Law in Opposition to Motion for Protective Order and in Support of Cross-Motion For an Order of Contempt Against Robert S. Minton filed in *Religious Technology Center v. Grady Ward,* USDC, District of Massachusetts, Case No. 99-MC-10211.

7. Exhibit "F" hereto is a true and correct copy of the first page to Plaintiff Religious Technology Center's Motion and Order Supporting Brief for Reconsideration of March 14, 2001 Order, filed in *Religious Technology Center v. Grady Ward,* USDC, District of Massachusetts, Case No. 99-MC-10211.

8. Exhibit "G" hereto is a true and correct copy of the Second Amended Notice of Deposition of Robert Minton filed in *Hubert Heller v. Ursula Caberta,* USDC, Middle Dist of Florida, Tampa Division, Case No. 8:00 CV-1528-T-27C.

9. Exhibit "H" hereto is a true and correct copy of the Second Amended Notice of Deposition Person Most Knowledgeable, Lisa Mcpherson Trust, Inc. file in *Hubert Heller v. Ursula Caberta,* USDC, Middle Dist of Florida, Tampa Division, Case No. 8:00 CV-1528-T-27C.

10. Pursuant to the requirements of Rule 26(c) I hereby certify that I meet and conferred by letter with consul for the Plaintiff, Kendrick Moxon in a good faith effort to resolve or narrow the issues at dispute in the instant motion. These efforts consisted of the exchange of

at least six letters between Mr. Moxon and myself. True and correct copies of these letters are collectively attached hereto in chronological order as Exhibit "I".

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF MARCH, 2001.

_____
Daniel A. Leipold

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 960-A West Seventeenth Street, Santa Ana, CA 92706.

      On March 29, 2001 I served the foregoing document described as: AFFIDAVIT OF DANIEL A. LEIPOLD IN SUPPORT OF NON-PARTIES ROBERT S. MINTON AND THE LISA MCPHERSON TRUSTS' MOTION FOR A PROTECTIVE ORDER on the parties in this action.

[] by placing the true copies thereof enclosed in sealed envelopes addressed as stated in the attached mailing list.

[X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Kendrick Moxon, Esq.
MOXON & KOBRIN
1100 Cleveland Street, Ste. 900
Clearwater, FL 33755

John M. Merrett, Esq.
2716 Hersche Street
Jacksonville, FL 32205

[X] BY FEDERAL EXPRESS

      I am readily familiar with the firm's practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited in a Federal Express Drop Box on that same day thereon fully prepaid at Santa Ana, California.

[]    PERSONAL SERVICE

      I delivered such envelope by hand to the addressee at the address noted above.

      Executed on March 29, 2001 at Santa Ana, California.

[]    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

MICHELE L. DILLARD                                            */s/ Michele L. Dillard*

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

___ Exceeds scanner's page limit
_X_ Physical exhibit prevents scanning
___ Other:_____

# **PLEASE REFER TO COURT FILE**