**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FILED
01 APR -2 PM 3:13
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

v.                                                                 Case No. 8:00-CIV-1528-T-27EAJ

URSULA CABERTA,

    Defendant.
_____/

**ORDER**

Before the court are **Non-Parties, Robert S. Minton and the Lisa McPherson Trusts' Motion For a Protective Order Limiting the Use of the Depositions of Non-Parties to This Action** (Dkt. 57) and memorandum in support (Dkt. 58).

The motion and memorandum fail to comply with Local Rule 1.05(d), which requires that all papers tendered by counsel for filing include information under the signature line such as Florida Bar identification number (if admitted to practice in Florida), mailing address, telephone number, and facsimile number (if avaiable).

Further, it does not appear that counsel for non-parties is generally or specially admitted to practice in the Middle District of Florida. See Local Rules 2.01(a); 2.02, M.D. Fla.

Accordingly, and upon consideration, it is **ORDERED**:

(1) Non-parties' motion for protective order limiting the use of



depositions (Dkt. 57) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of April, 2001.

                                                                ELIZABETH A. JENKINS
                                                                United States Magistrate Judge

Copies to:

Counsel of Record