IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. CV-1528-T-27C

HUBERT HELLER, an Individual,

    Plaintiff,

-vs-                              **CERTIFICATE OF NON-APPEARANCE**

URSULA CABERTA, an Individual,

    Defendant.

_____/

TO:  **KENDRICK MOXON, ESQ.**
     Moxon & Korbrin
     1100 Cleveland Street
     Suite 900
     Clearwater, Florida  33755

     **JOHN MERRETT, ESQ.**
     2716 Herschel Street
     Jacksonville, Florida  32205

**STATE OF FLORIDA   )**
**COUNTY OF PINELLAS )**

    I, **Christine V. Ales,** do hereby certify that I was present at Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A., 100 N. Tampa Street, Suite 1800, Tampa, Florida on Monday, April 16, 2001 for the purpose of reporting the deposition of **URSULA CABERTA** scheduled to begin at 9:30 a.m. at the above-stated place, and date and that the deponent did not appear.

    **DATED** this 16th day of April, 2001.

                        _____
                        Christine V. Ales, CSMR-5144

                        Notary Public Florida

CHRISTINE V. ALES
MY COMMISSION # CC 963929
EXPIRES: August 28, 2004
Bonded Thru Notary Public Underwriters

**Kanabay Court Reporting**
**St. Pete/Clearwater *** (727) 821-3320**