UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

        Plaintiff

Case No.: 8:00CV-1528-T-27C

vs

URSULA CABERTA,

        Defendant

## DEFENDANT'S NOTICE REGARDING WILLI BEISS

DEFENDANT, through her undersigned attorney, gives notice that she has no control or authority over Willi Beiss, and further suggests that the Court has not acquired personal jurisdiction over Mr. Beiss for any purpose.

JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone: 904.388.8891
Florida Bar No.: 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail this 16 day of April, 2001.

John M. Merrett