FILED

IN THE UNITED STATES DISTRICT COURT 01 APR 30 PM 12: 22
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER, an individual,

    Plaintiff,

v.                    Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.

_____/

## PLAINTIFF'S OPPOSITION TO
## AMENDED MOTION FOR SANCTIONS

Plaintiff, Hubert Heller submits the instant Opposition to defendant Ursula
Caberta's motion for sanctions, served on April 13, 2001, apparently made pursuant
to Rule 11, F.R.Civ.P.

Defendant has supplied no memorandum in support of the cursory motion,
which is comprised in its entirety of only five cursory sentences.  Indeed, the motion
on its face violates Local Rule 3.01, which requires a brief or legal memorandum to
be filed in support of every motion.

Moreover, the motion violates the terms of Rule 11 itself, which requires that
the motion "shall describe the specific conduct alleged to violate subdivision (b)" of
the Rule F.R.Civ.P. 11(c)(1)(A).  The rule also requires service 21 days prior to filing
(*id.*), which was apparently not done in this instance.

In light of the absence of any memorandum, assertion of specific facts, absence

of evidence, and absence of authority, plaintiff believes there is nothing to which he need here respond. To the extent some factual underpinning for the allegations of the Complaint are deemed necessary by the filing of defendant's cursory paper, plaintiff incorporates by reference Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint, dated November 9, 2000, and the depositions of Robert Minton and Stacy Brooks taken in this case.

Dated: April 30, 2001

Respectfully submitted,

Kendrick Moxon
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff
HUBERT HELLER

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S**

**OPPOSITION TO AMENDED MOTION FOR SANCTIONS** to be served on

this 30th day of April, 2001, by U.S. Mail, to John Merrett, 2716 Herschel St.,

Jacksonville, FL 32205.

_____
Attorney

3