FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA** 0. MAY 21  AM 10: 27
**TAMPA DIVISION**

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

        Plaintiff,

vs                                             Case No.: 8:00 CV-1528-T-27C

URSULA CABERTA,

        Defendant.

_____

## DEFENDANT'S MOTION FOR STAY

Defendant, by and through her undersigned attorney, prays entry of an order staying the effect of the Magistrate Judge's order of May 8, 2001 pending determination by the Court of Defendant's objection to that order, filed May 18, 2001.

### Memorandum

The Magistrate Judge's order of May 8, 2001 requires Defendant, a German civil servant, to travel to the United States within twenty days of the date of entry of the order for the purpose of giving a deposition on the subject of the applicability of immunity under the Foreign Sovereign Immunities Act. Defendant has filed an objection to that order. The time allotted is hardly enough to allow travel at reasonable expense, even barring the time which may be occupied in briefing and deciding the issues raised on the objection. Counsel for Plaintiff objects to the instant motion.

The objection seeks a ruling by the District Court requiring that Plaintiff's inquiries be made as provided under the Hague Convention, and that Plaintiff be afforded adequate time to pursue those inquiries. Plaintiff has previously unilaterally canceled a

scheduled deposition of Defendant. It is appropriate that adequate time be afforded to determine the proper procedure for completing the immunity discovery ordered by the Court.

                /s/ J. Merrett
                JOHN M. MERRETT, ESQUIRE
                2716 Herschel Street
                Jacksonville, Florida 32205
                Telephone: 904.388.8891
                Florida Bar No.: 0742848
                Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street, Suite 900, Clearwater, Florida 33755 by United States mail this 18 day of May, 2001.

                /s/ J. Merrett
                John M. Merrett