# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HUBERT HELLER,

          Plaintiff,

vs                              Case No.: 8:00 CV-1528-T-27C

URSULA CABERTA,

          Defendant.

_____

## SUPPLEMENT TO DEFENDANT'S OBJECTION TO MAGISTRATE'S ORDER OF MAY 8, 2001

    DEFENDANT, through her undersigned attorney, supplements her previously filed objection to the Magistrate's Order of May 8, 2001, and says:

    1. Defendant has previously filed her objection to the Magistrate's Order of May 8, 2001, which required Defendant to appear in this District for deposition of the issue of her entitlement to immunity under the Foreign Sovereign Immunities Act.

    2. As noted in the said objection, Plaintiff and Defendant agreed that Defendant would be deposed in Germany on March 20, 2001. Plaintiff did not advise the Court of the agreement, and subsequently canceled the deposition, representing to the Court that Plaintiff's Motion to Compel was unopposed and should be granted. At the same time, Plaintiff proceeded with attempts to re-set the deposition of Defendant in Germany.

    3. After the original deposition was canceled by Plaintiff, and before entry of the May 8 order, Defendant's superiors informed her that she would not be permitted to give a deposition on the subject of her employment and the use of the Hubbard Technology



Declaration which is at the heart of this action.

4. Since that time, the matter has been further reviewed by the Hamburg Interior Ministry, and Defendant has been authorized to give a deposition in Germany, and the undersigned was notified of that decision on May 18, 2001. See attached exhibit.

## Memorandum

With the decision of the Hamburg Interior Ministry documented in the attached exhibit, Plaintiff is in precisely the position for which he negotiated and to which he agreed in March, 2001. The decision of the Ministry, together with the documentation that the State of Hamburg is bearing the cost of defense in this matter, serves to emphasize the likelihood of the validity of the sovereign immunity defense raised in this action, and the prudence of requiring discovery to proceed in a manner which is fair to Plaintiff but is not inconsiderate of the position taken by Defendant and her government.

*/s/ Merrett*

JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone: 904.388.8891
Florida Bar No.: 0742848
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100

Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail this 21

day of May, 2001.

_____
John M. Merrett



# Freie und Hansestadt Hamburg
## Behörde für Inneres

Bh Arbeitsgruppe Scientology, Eiffestr. 664b, D-20537 Hamburg

Per Fax – Fax-Nr. **001.904.388.8409**

Mr. John M. Merrett
Attorney and Counselor at Law
2716 Herschel Street
Jacksonville, Florida 32205

Amt für Innere Verwaltung und Planung
Arbeitsgruppe Scientology

Eiffestr. 664b IV. Stock (Eingang vom Parkdeck)
D - 20537 Hamburg

Telefon  040 - 428 86 64 44
Telefax. 040 - 428 86 64 45
Ansprechpartnerin.

eMail: fhhags@t-online.de

Geschäftszeichen (bei Antworten bitte angeben)
AGS 3

Hamburg, May 18, 2001

Dear John,

I would like to inform you of the following decisions of our authority:

I shall be available for a deposition by the opposing counsels in the Case However, in agreement with the Ministry of Foreign Affairs of Berlin, not in the United States but – and that would be preferred – in the Embassy of the United States in Berlin or – alternatively – in the Hamburg Consulate General.

I have arranged with my superiors for you to be by my side during this deposition as my counsel. The cost of your flight will be taken over by the State of Hamburg. Against this background, I would ask you to negotiate the modalities of the deposition in this sense.

With regard to the complex of questions submitted by the Moxon Law Office, I would like to make the following remarks:

Please contact me by telephone as soon as possible. Either in the office
through my cell phone
at home under

Cabrita

Exhibit