FILED
CRS

01 JUN -8 AM 11:54

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 02 2001

THOMAS K. KAHN
CLERK

No. 01-10092-II

8:00-CV-1528-T-27EAJ

HUBERT HELLER, an individual,

　　　　　　　　　　　　　　　　Plaintiff-Appellee

versus

URSULA CABERTA, an individual,

　　　　　　　　　　　　　　　　Defendant-Appellant.

-------------------------
On Appeal from the United States District Court for the
Middle District of Florida
-------------------------

BEFORE:   TJOFLAT and BLACK, Circuit Judges.

BY THE COURT:

　　Appellant's motion to remedy default, set aside dismissal and reinstate appeal is **GRANTED**.

　　Appellee's brief is due 30 days from the date of this order.

78