UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

FILED
CRS
01 JUN 19 PM 3:42

CLERK U.S. DISTRICT COURT
MIDDLE DIST. OF FLORIDA
TAMPA, FLORIDA

Sheryl L. Loesch, Clerk
Lisa Rosenthal, Chief Deputy Clerk
(813) 301-5472

Cindy Rayback
Tampa Division Manager
(813) 301-5400

**HUBERT HELLER,**

        **Plaintiff,**

v.     Case No. 8:00-cv-1528-T-27C

**URSULA CABERTA,**

        **Defendant.**

_____

**TO:**     Clerk, U.S. Court of Appeals for the Eleventh Circuit

U.S.C.A. Case No.   01-10092-II

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Certificate of Readiness with certified copies of indexed District Court docket sheet and exhibit list(s).

SHERYL L. LOESCH, Clerk

*[signature]*

By:   C. Slemmer, Deputy Clerk

June 19, 2001
Enclosure(s)
cc:   Parties (w/o encl)
     Counsel of Record (w/o encl)

79

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk
(813) 301-5412

Cindy Rauback
Tampa Division Manager
(813) 301-5400

**HUBERT HELLER,**

          **Plaintiff,**

v.                              Case No. 8:00-cv-1528-T-27C

**URSULA CABERTA,**

          **Defendant.**

_____

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:**    01-10092-II

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal as shown on the enclosed index. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

-         **Complete Record on Appeal:**

    -     5    **Volume(s) of Pleadings**

    -         **Volume(s) of Transcript**

    -     1    **Folders of Exhibits**

SHERYL L. LOESCH, CLERK

By:    C. Slemmer, Deputy Clerk

June 19, 2001

```
                                                     INTAPP ARBCAN
                                                     EAJ
                     U.S. District Court
              Middle District of Florida (Tampa)

              CIVIL DOCKET FOR CASE #: 00-CV-1528
```

Heller v. Caberta                              Filed: 07/27/00
Assigned to: Judge James D. Whittemore         Jury demand: Plaintiff
Demand: $75,000                                Nature of Suit: 360
Lead Docket: None                              Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Tort/Non-Motor Vehicle


HUBERT HELLER, an individual            F. Wallace Pope
    plaintiff                          [COR LD NTC]
                                        Johnson, Blakely, Pope, Bokor,
                                        Ruppel & Burns, P.A.
                                        911 Chestnut St.
                                        P.O. Box 1368
                                        Clearwater, FL 33757-1368
                                        USA
                                        727/461-1818

                                        Helena K. Kobrin
                                        [COR LD]
                                        Moxon & Kobrin
                                        1100 Cleveland St., Suite 900
                                        Clearwater, FL 33755

                                        Kendrick L. Moxon
                                        [COR LD NTC]
                                        Moxon & Kobrin
                                        3055 Wilshire Blvd., Suite 900
                                        Los Angeles, CA 90010


    v.


URSULA CABERTA, an individual           John Matthew Merrett
    defendant                           [COR LD NTC]
                                        Law Office of John M. Merrett
                                        2716 Herschel St.
                                        Jacksonville, FL 32205
                                        904/388-8891


---------------------------

ROBERT S. MINTON                        Daniel A. Leipold

Docket as of June 19, 2001 2:38 pm                       Page 1

Proceedings include all events.
8:00cv1528 Heller v. Caberta                                              INTAPP ARBCAN
                                                                                 EAJ

    movant                          [COR LD NTC]
                                        Leipold, Donohue & Shipe, LLP
                                        960-A W. 17th St.
                                        Santa Ana, CA 92706


THE LISA MCPHERSON TRUST               Daniel A. Leipold
    movant                          (See above)
                                        [COR LD NTC]

```
Proceedings include all events.
8:00cv1528 Heller v. Caberta                         Begin Vol 1       INTAPP ARBCAN
                                                                              EAJ
```

| Date | # | Entry |
|---|---|---|
| 7/27/00 | 1 | COMPLAINT filed; jury demand Filing fee $ 150.00 Receipt # T005463 (jlg) |
| 7/27/00 | -- | MAGISTRATE JUDGE CASE ASSIGNMENT  Magistrate assigned: Elizabeth A. Jenkins (jlg) |
| 7/27/00 | -- | **ARBITRATION candidate. (jlg) |
| 7/27/00 | -- | SUMMONS(ES) issued for Ursula Caberta . Consent(s) issued. (jlg) |
| 7/28/00 | 2 | RETURN of service executed as to Ursula Caberta on 7/27/00; Answer due on 8/16/00 for Ursula Caberta (jnb) [Entry date 07/31/00] |
| 7/31/00 | 3 | RETURN of service executed as to Ursula Caberta on 7/27/00; Answer due on 8/16/00 for Ursula Caberta (jnb) [Entry date 08/01/00] |
| 8/7/00 | 4 | NOTICE of designation under Local Rule 3.05 - TRACK 2. (ctc) (jnb) |
| 8/15/00 | 5 | MOTION by Ursula Caberta with memorandum in support to dismiss complaint (jnb) [Entry date 08/16/00] |
| 8/22/00 | 6 | MOTION by Hubert Heller with memorandum in support for enlargement of time until 9/15/00 to respond to motion to dismiss (jnb) [Entry date 08/23/00] |
| 8/22/00 | 7 | MOTION by Hubert Heller for Kendrick L. Moxon to appear pro hac vice (jnb) [Entry date 08/23/00] |
| 8/22/00 | 7 | APPEARANCE of non-resident counsel and designation of local counsel as to Hubert Heller. Local counsel: F. Wallace Pope. Non-resident counsel: Kendrick L. Moxon. (jnb) [Entry date 08/23/00] |
| 8/25/00 | 8 | ORDER granting [6-1] motion for enlargement of time until 9/15/00 to respond to motion to dismiss, response to motion set to 9/15/00 for [5-1] motion to dismiss complaint by defendant ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 08/28/00] |
| 8/25/00 | -- | ENDORSED ORDER granting [7-1] motion for Kendrick L. Moxon to appear pro hac vice ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 08/28/00] |
| 8/25/00 | 9 | RESPONSE by Ursula Caberta to [6-1] motion for enlargement of time until 9/15/00 to respond to motion to dismiss (jnb) [Entry date 08/28/00] |
| 9/6/00 | -- | RETURNED copies of endorsed order [7-1] and order [8-1] from Kendrick Moxon; marked: return to sender, addressee unknown. (jnb) |

Proceedings include all events.
8:00cv1528 Heller v. Caberta

*Val i cont* (handwritten)

INTAPP ARBCAN
EAJ

| Date | # | Entry |
|---|---|---|
| 9/6/00 | -- | COPIES of endorsed order [7-1] and order [8-1] resent to Kendrick L. Moxon (jnb) |
| 9/13/00 | 10 | RETURN of service executed as to Ursula Caberta on 7/27/00 Answer due on 8/16/00 for Ursula Caberta (jnb) [Entry date 09/14/00] |
| 9/22/00 | 11 | ORDER denying [5-1] motion to dismiss complaint as moot. The first amended complaint received by the clerk on 9/15/00 is deemed filed and defendant shall file a response to said amended complaint within 20 days of the date of this order. ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 09/25/00] |
| 9/22/00 | 12 | FIRST AMENDED COMPLAINT by Hubert Heller amending [1-1] complaint (Answer due 10/16/00 for Ursula Caberta ); jury demand (jnb) [Entry date 09/25/00] |
| 10/5/00 | 13 | CASE MANAGEMENT REPORT (jnb) [Entry date 10/06/00] |
| 10/6/00 | 14 | MOTION by Ursula Caberta with memorandum in support to dismiss amended complaint (jnb) [Entry date 10/10/00] |
| 10/6/00 | 15 | MOTION by Ursula Caberta with memorandum in support to dismiss amended complaint for prolixity, to strike jurisdictional amendments contained in the [12-1] amended complaint (jnb) [Entry date 10/10/00] |
| 10/6/00 | 16 | MOTION by Ursula Caberta with memorandum in support to suspend or restrict discovery pending resolution of the issues of sovereign immunity and personal jurisdiction (jnb) [Entry date 10/10/00] |
| 10/11/00 | 17 | NOTICE of filing affidavit of Ursula Caberta by Ursula Caberta; attached. (jnb) |
| 10/12/00 | 18 | AFFIDAVIT of Stacy Brooks by Ursula Caberta Re: [15-1] motion to dismiss amended complaint for prolixity, [15-2] motion to strike jurisdictional amendments contained in the [12-1] amended complaint, [14-1] motion to dismiss amended complaint (jnb) [Entry date 10/13/00] |
| 10/12/00 | 19 | RESPONSE by Hubert Heller in opposition to [16-1] motion to suspend or restrict discovery pending resolution of the issues of sovereign immunity and personal jurisdiction (jnb) [Entry date 10/13/00] |
| 10/12/00 | 19 | MOTION by Hubert Heller with memorandum in support to stay response to defendant's motion to dismiss pending completion of jurisdictional discovery, to strike prejudices toward scientology and inflammatory assertions (jnb) [Entry date 10/13/00] |

Docket as of June 19, 2001 2:38 pm                               Page 4

Proceedings include all events.
8:00cv1528 Heller v. Caberta                                              INTAPP ARBCAN
                                                                          EAJ

| Date | # | Entry |
|---|---|---|
| 10/12/00 | 20 | CASE MANAGEMENT REPORT (jnb) [Entry date 10/13/00] |
| 10/13/00 | 21 | ORDER. All discovery is stayed pending the court's determination of subject matter jurisdiction; denying as moot [16-1] motion to suspend or restrict discovery pending resolution of the issues of sovereign immunity and personal jurisdiction ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 10/16/00] |
| 10/13/00 | 22 | ORDER TO SHOW cause for why this case should not be dismissed for lack of subject matter jurisdiction: Response due on 10/30/00 for Hubert Heller ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 10/16/00] |
| 10/13/00 | 23 | MOTION by Hubert Heller with memorandum in support to stay response to defendant's motion to dismiss pending completion of jurisdictional discovery (jnb) [Entry date 10/16/00] |
| 10/18/00 | 24 | RESPONSE by Ursula Caberta to [19-1] motion to stay response to defendant's motion to dismiss pending of jurisdictional discovery, [19-2] motion to strike prejudices toward scientology and inflammatory assertions (jnb) |
| 10/20/00 | 25 | ORDER denying [23-1] motion to stay response to defendant's motion to dismiss pending completion of jurisdictional discovery, response to motion set to 11/9/00 for [15-1] motion to dismiss amended complaint for prolixity by defendant ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 10/23/00] |
| 10/20/00 | 26 | RESPONSE to show cause order filed by plaintiff Hubert Heller (jnb) [Entry date 10/23/00] [Edit date 10/25/00] |
| 11/1/00 | 27 | CASE MANAGEMENT AND SCHEDULING ORDER setting non-expert witness disclosure deadline 30 days prior to expert witness disclosure deadline; Expert witness disclosure deadline 11/6/01; Discovery cutoff 11/21/01; dispositive motion filing deadline for 9/12/01; Pretrial conference for 9:00 12/21/01; Jury trial set for 2/4/02; Scheduled for Judge James D. Whittemore ( signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 11/02/00] |
| 11/6/00 | 28 | MOTION by Hubert Heller with memorandum in support for leave to file memorandum exceeding 20 pages in response to defendant's motion to dismiss (jnb) [Entry date 11/07/00] |
| 11/9/00 | 29 | RESPONSE by Hubert Heller in opposition to [15-1] motion to dismiss amended complaint for prolixity, [15-2] motion to strike jurisdictional amendments contained in the [12-1] amended complaint (jnb) [Entry date 11/14/00] |

Proceedings include all events.
8:00cv1528 Heller v. Caberta

*Vol 2 Cont*

INTAPP ARBCAN
EAJ

| | | |
|---|---|---|
| 11/9/00 | 30 | MEMORANDUM by Hubert Heller in opposition to [14-1] motion to dismiss amended complaint. DOCUMENT STRICKEN AND RETURNED TO COUNSEL PURSUANT TO ORDER #33. (jnb) [Entry date 11/14/00] [Edit date 11/24/00] |
| 11/17/00 | 31 | ORDER denying [28-1] motion for leave to file memorandum exceeding 20 pages in response to defendant's motion to dismiss ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 11/20/00] |
| 11/20/00 | 32 | MOTION by Hubert Heller for leave to file opposition to motion to dismiss out of time. (Proposed, signed memorandum in opposition attached.) (sak) [Entry date 11/21/00] |
| 11/22/00 | 33 | ORDER striking plaintiff's memorandum in opposition to motion to dismiss amended complaint and return to counsel. ( Signed by Judge James D. Whittemore ) ctc (rjc) [Entry date 11/24/00] |
| 12/6/00 | 34 | ORDER granting [32-1] motion for leave to file opposition to motion to dismiss out of time ( Signed by Judge James D. Whittemore ) ctc (jnb) |
| 12/6/00 | 35 | MEMORANDUM by Hubert Heller in opposition to [15-1] motion to dismiss amended complaint for prolixity (jnb) |
| 12/18/00 | 36 | ORDER granting in part, denying in part [14-1] motion to dismiss amended complaint. Counts 1 and 2 are dismissed without prejudicei. Plaintiff is granted leave to file an amended complaint within 20 days of the date of this order, 1/10/01 amended complaint deadline at 1/10/01 for Hubert Heller. The motion is denied in all other respects. Denying motion [15-1] to dismiss amended complaint for prolixity; denying [15-2] motion to strike jurisdictional amendments contained in the [12-1] amended complaint denying [16-1] motion to suspend or restrict discovery pending resolution of the issues of sovereign immunity and personal jurisdiction ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 12/19/00] |
| 12/18/00 | 37 | ORDER discharging [22-1] order to show cause. ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 12/19/00] |
| 12/29/00 | 38 | NOTICE of interlocutory appeal of [36-1] order by Ursula Caberta. Filing fee unpaid. Transcript information form due on 1/12/01 (jlg) [Entry date 01/02/01] [Edit date 01/09/01] |
| 1/2/01 | -- | NOTICE of requirements when appeal filing fee not paid. Address appeal filing fee by 1/23/01 [38-1] appeal (jlg) |

Proceedings include all events.
8:00cv1528 Heller v. Caberta

*Val 2 cont* (handwritten)

INTAPP ARBCAN
EAJ

| Date | No. | Description |
|---|---|---|
| 1/2/01 | -- | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable, re: [38-1] appeal. Transcript information form sent. (jlg) |
| 1/8/01 | 39 | AMENDED NOTICE of interlocutory appeal of [37-1] order, [36-1] order by Ursula Caberta. Filing fee unpaid. Transcript information form due on 1/22/01 (jlg) [Entry date 01/09/01] [Edit date 01/09/01] |
| 1/8/01 | 40 | SECOND AMENDED COMPLAINT by Hubert Heller amending [12-1] amended complaint (Answer due 1/26/01 for Ursula Caberta ); jury demand (jnb) [Entry date 01/09/01] |
| 1/8/01 | 41 | Certificate regarding transcript by Hubert Heller re: [39-1] appeal. No transcript will be ordered. Per conversation with John M. Merrett, Esq. a transcript information order form will be forthcoming. (crs) [Entry date 01/10/01] |
| 1/9/01 | -- | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable, re: [39-1] appeal. Transcript information form sent. (jlg) |
| 1/9/01 | -- | APPEAL FEES received $105.00. Receipt # T008105 re: [39-1] appeal. USCA notified. (crs) [Entry date 01/10/01] |
| 1/10/01 | -- | ACKNOWLEDGMENT by USCA of receiving initial appeal package on 1/5/01 re: [39-1] appeal. USCA # not yet assigned (crs) [Entry date 01/11/01] |
| 1/16/01 | -- | NOTICE assigning 11th Circuit case number re: [39-1] appeal the initial appeal package was received by the USCA on 1/11/01.  USCA case #: 01-10092-I (dlg) [Entry date 01/17/01] |
| 1/19/01 | -- | ACKNOWLEDGMENT by USCA of receiving certified copy of paid appeal payment receipt on 1/12/01 re: [39-1] appeal (dlg) |
| 1/23/01 | 42 | MOTION by Ursula Caberta with memorandum in support (second) to dismiss action for lack of personal jurisdiction under the Federal Sovereign Immunities Act (jnb) [Entry date 01/24/01] |
| 1/23/01 | 43 | MOTION by Ursula Caberta with memorandum in support to suspend discovery pending resolution of second motion to dismiss [42-1] (jnb) [Entry date 01/24/01] |
| 2/1/01 | 44 | RESPONSE by Hubert Heller in opposition to [43-1] motion to suspend discovery pending resolution of second motion to dismiss [42-1] (jnb) [Entry date 02/02/01] |

Proceedings include all events.     *Vol 2 cont*
8:00cv1528 Heller v. Caberta                              INTAPP ARBCAN
                                                          EAJ

| Date | # | Entry |
|---|---|---|
| 2/1/01 | 44 | MOTION by Hubert Heller to compel discovery referred to Magistrate Judge Elizabeth A. Jenkins (jnb) [Entry date 02/02/01] |
| 2/8/01 | 45 | RESPONSE by Hubert Heller in opposition to [42-1] motion (second) to dismiss action for lack of personal jurisdiction under the Federal Sovereign Immunities Act (jlh) [Entry date 02/09/01] |
| 2/16/01 | 46 | ORDER denying without prejudice [42-1] motion to dismiss action for lack of personal jurisdiction under the Federal Sovereign Immunities Act, denying [43-1] motion to suspend discovery pending resolution of second motion to dismiss [42-1]. See order for details. (Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 02/20/01] |
| 2/21/01 | 47 | ORDER denying as moot [44-1] motion to compel discovery ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (jnb) [Entry date 02/22/01] |
| 2/26/01 | 48 | ORDER from USCA dismissing [39-1] appeal for failure to file the record excerpts within the time fixed by the rules. Issued as the mandate. USCA #01-10092-II () ctc (crs) |
| 3/7/01 | 50 | MOTION by Hubert Heller to compel discovery referred to Magistrate Judge Elizabeth A. Jenkins (jnb) [Entry date 03/08/01] |
| 3/12/01 | 51 | MOTION by Hubert Heller (emergency) to compel production of documents referred to Magistrate Judge Elizabeth A. Jenkins (jnb) |
| 3/12/01 | 52 | NOTICE of unavailability of counsel between 3/9/01 and 3/25/01 by Ursula Caberta (rjc) [Entry date 03/13/01] |
| 3/19/01 | 53 | NOTICE of withdrawal of emergency motion to compel production of documents by Hubert Heller (ag) |
| 3/19/01 | -- | WITHDRAWAL of [51-1] emergency motion to compel production of documents. (see document no. [53-1]) (ag) |
| 3/23/01 | 54 | ORDER denying [19-1] motion to stay response to defendant's motion to dismiss pending completion of jurisdictional discovery, denying [19-2] motion to strike prejudices toward scientology and inflammatory assertions ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 03/26/01] |
| 3/26/01 | 55 | RESPONSE (NOTICE OF NON-OPPOSITION) by Hubert Heller to [50-1] motion to compel discovery (jnb) |

Proceedings include all events.
8:00cv1528 Heller v. Caberta

*Val 2 cont*

INTAPP ARBCAN
EAJ

| Date | No. | Description |
|---|---|---|
| 3/29/01 | 56 | ORDER granting [50-1] motion to compel discovery to the extent that defendant and Willi Beiss shall appear for deposition within 20 days of the date of this order. Defendant shall respond to plaintiff's first request for production of documents within 11 days from the date of this order. ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc Note: This order is vacated as it pertains to Willi Beiss pursuant to order [70-1] entered 5/8/01. (jnb) [Edit date 05/09/01] |
| 3/30/01 | 57 | MOTION by Robert S. Minton, The Lisa McPherson Trust for protective order limiting the use of the depositions of non-parties to this action referred to Magistrate Judge Elizabeth A. Jenkins (jnb) |
| 3/30/01 | 58 | MEMORANDUM by Robert S. Minton, The Lisa McPherson in support of [57-1] motion for protective order limiting the use of the depositions of non-parties to this action (jnb) |
| 3/30/01 | 59 | AFFIDAVIT of Stacy Brooks by Robert S. Minton, The Lisa McPherson Re: [57-1] motion for protective order limiting the use of the depositions of non-parties to this action (jnb) |
| 3/30/01 | 60 | AFFIDAVIT of Priscilla Coates by Robert S. Minton, The Lisa McPherson Re: [57-1] motion for protective order limiting the use of the depositions of non-parties to this action (jnb) |
| 3/30/01 | 61 | AFFIDAVIT of Daniel A. Leipold by Robert S. Minton, The Lisa McPherson Re: [57-1] motion for protective order limiting the use of the depositions of non-parties to this action (filed under separate cover) (jnb) [Edit date 03/30/01] |
| 4/2/01 | 62 | ORDER denying without prejudice [57-1] motion for protective order limiting the use of the depositions of non-parties to this action ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (jnb) [Entry date 04/03/01] *END Val 2* |
| 4/13/01 | 63 | *Begin Val 3* MOTION by Ursula Caberta with memorandum in support for protective order, to vacate [56-1] order, or to determine compliance, and for sanctions referred to Magistrate Judge Elizabeth A. Jenkins (rm) |
| 4/17/01 | 64 | MOTION by Hubert Heller to compel production of documents, for sanctions referred to Magistrate Judge Elizabeth A. Jenkins (jnb) [Entry date 04/18/01] |
| 4/18/01 | 65 | AFFIDAVIT (CERTIFICATE OF NON-APPEARANCE) of Christine V. Ales by Hubert Heller Re: non-appearance of Ursula Caberta at deposition (jnb) [Entry date 04/19/01] |
| 4/18/01 | 66 | NOTICE regarding Willi Beiss by Ursula Caberta (jnb) [Entry date 04/19/01] *END Val 3* |

Proceedings include all events.
8:00cv1528 Heller v. Caberta                                        INTAPP ARBCAN
                                                                    EAJ

*Begin Vol 4*

| Date | # | Entry |
|---|---|---|
| 4/30/01 | 67 | RESPONSE by Hubert Heller in opposition to [63-1] motion for protective order, [63-2] motion to vacate [56-1] order, [63-3] motion to determine compliance, [63-4] motion for sanctions (jnb) |
| 4/30/01 | 67 | MOTION by Hubert Heller (counter) for evidentiary preclusion, (counter) for other sanctions referred to Magistrate Judge Elizabeth A. Jenkins (jnb) |
| 4/30/01 | 68 | RESPONSE by Hubert Heller in opposition to [64-2] motion for sanctions (jnb) |
| 5/1/01 | 69 | RESPONSE by Ursula Caberta to [64-1] motion to compel production of documents (jnb) |
| 5/8/01 | 71 | ORDER granting [64-1] motion to compel production of documents to the extent that defendant shall provide either a privilege log or documents responsive to request 12 of plaintiff's second request for production of documents within 20 days. The motion is otherwise denied. Denying [64-2] motion for sanctions ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (jnb) [Entry date 05/09/01] |
| 5/8/01 | 70 | ORDER denying [63-1] motion for protective order, granting [63-2] motion to vacate [56-1] order to the extent that the 3/29/01 order is vacated as it pertains to Willi Beiss, denying [63-3] motion to determine compliance, denying [63-4] motion for sanctions, denying without prejudice [67-1] motion for evidentiary preclusion, denying without prejudice [67-2] motion for other sanctions ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (jnb) [Entry date 05/10/01] |
| 5/18/01 | 72 | RESPONSE (OBJECTION) by Ursula Caberta to [70-1] order requiring defendant to appear for deposition in the Middle District of Florida on the issue of jurisdiction under the Foreign Sovereign Immunities Act (jnb) [Entry date 05/21/01] |
| 5/21/01 | 73 | MOTION by Ursula Caberta with memorandum in support to stay the effect of the Magistrate Judge's order of 5/8/01 pending determination by the court of defendant's objection to that order (jnb) |
| 5/22/01 | 74 | SUPPLEMENT by Ursula Caberta to [72-1] objection to Magistrate's order of 5/8/01 (jnb) *END Vol 4* |
| 5/24/01 | 75 | *Begin Vol 5* RESPONSE (OPPOSITION) by Hubert Heller to [72-1] response to Magistrate's order of 5/8/01 (jnb) [Entry date 05/25/01] |
| 5/24/01 | 75 | RESPONSE (OPPOSITION) by Hubert Heller to [73-1] motion to stay the effect of the Magistrate Judge's order of 5/8/01 pending determination by the court of defendant's objection to that order (jnb) [Entry date 05/25/01] |

Partial Docket Sheet.
8:00cv1528 Heller v. Caberta

*Vol 5 Cont*

INTAPP ARBCAN
EAJ

| | | |
|---|---|---|
| 6/4/01 | 76 | IMG MOTION by Hubert Heller for clarification of [71-1] order regarding production of documents, to amend [71-1] order regarding production of documents referred to Magistrate Judge Elizabeth A. Jenkins (jnb) [Entry date 06/05/01] |
| 6/6/01 | 77 | IMG ORDER overruling [72-1] objections to report and recommendation; denying as moot [73-1] motion to stay the effect of the Magistrate Judge's order of 5/8/01 pending determination by the court of defendant's objection to that order. The deadline for discovery related to the Federal Sovereign Immunities Act is extended to 7/31/01 and the deadline for defendant to renew her motion to dismiss is extended to 8/31/01. Each party shall bear their own costs, including travel expenses. ( Signed by Judge James D. Whittemore ) ctc (jnb) [Entry date 06/07/01] |
| 6/8/01 | 78 | IMG ORDER (USCA) that appellant's motion to remedy default, set aside dismissal and reinstate appeal is granted. Appellee's brief is due 30 days from date of order. Order filed at the 11th Circuit Court of Appeals on 4/2/01. USCA # 01-10092-II (crs) [Entry date 06/11/01] |
| 6/19/01 | 79 | CERTIFICATE of readiness with certified copies of indexed district court docket sheet sent to USCA re: [39-1] appeal (ROA consists of: Volume pleadings: 5; Volume exhibits: 1 folder;) USCA# 01-10092-II (crs) *END Vol 5* |

Certifying the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____ Deputy Clerk