UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



HUBERT HELLER,

    Plaintiff,

vs.                                        Case No.: 8:00-CIV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

## O R D E R

Before the court is Plaintiff's **Motion to Clarify and/or Amend Order Regarding Production of Documents** (Dkt. 76) filed June 1, 2001. To date, defendant has not responded to this motion.

Plaintiff seeks clarification of this court's May 8, 2001 order (Dkt. 71) which granted plaintiff's motion to compel production of documents and request for sanctions (Dkt. 64) with regard to document request 12, but denied the motion in all other respects. Specifically, plaintiff seeks clarification with respect to plaintiff's document requests 9 through 17 in the First Request for Production.

The Local Rules of this district provide that a party shall respond within ten (10) days to any motion to which it is opposed. See Local Rule 3.01(b), M.D. Fla. As the time for responding has passed and defendant has not filed a response, defendant is deemed



to have no objection to the relief requested in plaintiff's motion to clarify and/or amend order regarding production of documents. Accordingly, plaintiff's motion (Dkt. 76) is **GRANTED** to the extent that if any records responsive to Requests 9 through 17 are in the defendant's possession, custody or control, they shall be produced to plaintiff within **ten (10) days** of this order.

**DONE AND ORDERED** at Tampa, Florida this 21st day of June, 2001.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
    Counsel of Record

2

Date Printed: 06/22/2001

Notice sent to:

  \_\_\_ F. Wallace Pope, Esq.
    Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
    911 Chestnut St.
    P.O. Box 1368
    Clearwater, FL  33757-1368

  \_\_\_ Kendrick L. Moxon, Esq.
    Moxon & Kobrin
    3055 Wilshire Blvd., Suite 900
    Los Angeles, CA  90010



  \_\_\_ John Matthew Merrett, Esq.
    Law Office of John M. Merrett
    2716 Herschel St.
    Jacksonville, FL  32205

  \_\_\_ Daniel A. Leipold, Esq.
    Leipold, Donohue & Shipe, LLP
    960-A W. 17th St.
    Santa Ana, CA  92706