FILED

01 JUL 12 AM 10:22

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                                                 Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

### PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME ON MOTION TO COMPEL FORTHWITH COMPLIANCE WITH ORDER DATED JUNE 21, 2001

Simultaneous with the filing of the instant motion, plaintiff has also filed a Motion to Compel Forthwith Compliance with Order Dated June 21, 2001; Request for Sanctions. Such motion requests that this Court order defendant to immediately produce, any records responsive to plaintiff's First Request for Production, Requests 9 through 17, as required by the Court's Order of June 21st.

Moreover, it is important that the records be produced immediately, as the defendant's deposition is scheduled for June 25 and 26, 2001, in Germany. Defendant insisted that her deposition be taken in Germany, at great expense to plaintiff to retain a foreign court reporter and interpreter. To allow for the completion of this phase of discovery and to avoid the repetition of this trip, the records must be produced sufficiently prior to the deposition to permit them to be translated and reviewed.

However, defendant's procrastination – or disregard for the Court's Order – has



made it impossible to have the Motion to Compel Forthwith Compliance heard in time to require the records already overdue, to be timely produced.

The motion at hand is extremely simple and requires no particular research or advocacy: the Court has ordered production; the time for objection has passed; but the records have not been produced. Thus, the full 10 working days normally allotted to a party opposing a motion is unnecessary.

Plaintiff accordingly requests that defendant be required to oppose the Motion to Compel Forthwith Compliance, if at all, no later than July 17, 2001.

Dated: July 12, 2001

Respectfully submitted,

Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone: (727) 443-5620
Fax: (727) 443-5640

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME ON MOTION TO COMPEL FORTHWITH COMPLIANCE WITH ORDER DATED JUNE 21, 2001** to be served on this 12th day of July, 2001, by U.S. Mail, *FAX* to John Merrett, 2716 Herschel St., Jacksonville, FL 32205.

_____
Attorney