UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 JUL 12 PH 3:35

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

        Plaintiff,

v.                  CASE NO.: 8:00-CV-1528-T-27C

URSULA CABERTA,

        Defendant.
_____/

## O R D E R

    This cause comes before the court for consideration of plaintiff's **Emergency Motion to Shorten Time on Motion to Compel Forthwith Compliance with Order Dated June 21, 2001** (Dkt. 85) filed July 12, 2001. Plaintiff requests that the court require defendant file an expedited response to plaintiff's Motion to Compel Forthwith Compliance with Order Dated June 21, 2001 and Request for Sanctions (Dkt. 84) also filed on July 12, 2001.

    As plaintiff is scheduled to depose defendant in Germany on July 25 and July 26, 2001 and desires production of documents prior to the deposition, it is, upon consideration, **ORDERED THAT:**

    (1) Defendant shall file a response to plaintiff's motion to compel on or before **Tuesday, July 17, 2001.**

    **DONE and ORDERED** at Tampa, Florida this 12th day of July, 2001.

                               ELIZABETH A. JENKINS
                               United States Magistrate Judge

Copies to:
Counsel of Record



F I L E   C O P Y

Date Printed: 07/12/2001

Notice sent to:

   ___  F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

   ___  Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010

   ___  John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        2716 Herschel St.
        Jacksonville, FL  32205

   ___  Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706