UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,    Case No.: 8:00CV-1528-T-27

        Plaintiff

vs

URSULA CABERTA,

        Defendant

_____

### RESPONSE TO ORDER DATED JULY 12, 2001

In response to the Court's Order dated July 12, 2001, Defendant says:

1. As set forth in Plaintiff's Corrected Emergency Motion, the Court's order of June 21, 2001 required that "if any records responsive to Requests 9 through 17 are in the defendant's possession, custody or control, they shall be produced to plaintiff within ten (10) days of this order."

2. The cited language is plain and not subject to interpretation.

3. No records responsive to Requests 9 through 17 are in the defendant's possession, custody or control.

4. Defendant has complied with the order of June 21, 2001.

                                                /s/ Merrett
                                      JOHN M. MERRETT, ESQUIRE
                                      2716 Herschel Street
                                      Jacksonville, Florida 32205
                                      Telephone: 904.388.8891
                                      Florida Bar No.: 0742848



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail and facsimile transmission this 16 day of July, 2001.

John M. Merrett