FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 JUL 17 PM 5:32

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

vs.                                     Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

### ORDER

Before the court is plaintiff's **Motion to Increase Length of Deposition of Defendant Ursula Caberta** (Dkt. 82) and defendant's response (Dkt. 89). In his motion, plaintiff requests that the court expand the length of Ms. Caberta's deposition from one day, as required by Federal Rule of Civil Procedure 30(d)(2), to two days. The deposition will purportedly take longer since Ms. Caberta requires a translator.[1]

Upon due consideration, it is hereby **ORDERED** that:

(1) Plaintiffs' motion to increase length of deposition of defendant, Ursula Caberta, is **GRANTED**. The length of the defendant's deposition will be expanded by one day and shall be conducted on July 25 - 26, 2001.

**DONE AND ORDERED** at Tampa, Florida this 17th day of July, 2001.

                       ELIZABETH A. JENKINS
                       United States Magistrate Judge

Copies to:
Counsel of record

---

[1] In accordance with the federal rules, plaintiff has shown good cause to warrant expanding the deposition by one day. See Fed. R. Civ. P. 30(d)(2) advisory committee's note.



F I L E   C O P Y

Date Printed: 07/18/2001

Notice sent to:

    ___  F. Wallace Pope, Esq.
         Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
         911 Chestnut St.
         P.O. Box 1368
         Clearwater, FL  33757-1368

    ___  Kendrick L. Moxon, Esq.
         Moxon & Kobrin
         3055 Wilshire Blvd., Suite 900
         Los Angeles, CA  90010

    ___  John Matthew Merrett, Esq.
         Law Office of John M. Merrett
         2716 Herschel St.
         Jacksonville, FL  32205

    ___  Daniel A. Leipold, Esq.
         Leipold, Donohue & Shipe, LLP
         960-A W. 17th St.
         Santa Ana, CA  92706