UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

vs.                              Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

### ORDER

THIS CAUSE comes on for consideration of the following motion:

<u>Motion</u>: Plaintiff's **Corrected Motion to Compel Forthwith Compliance with Order Dated June 21, 2001 and Request for Sanctions** (Dkt. 86).

<u>Filing Date</u>: July 12, 2001.

<u>Disposition</u>: **DENIED** as moot as to the motion to compel; however, defendant shall show cause within **ten (10) days** of this order why sanctions should not be imposed due to its delay in providing the discovery responses at issue. <u>See</u> Fed. R. Civ. P. 37(a)(4)(A).

**DONE AND ORDERED** at Tampa, Florida this 17th day of July, 2001.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
Counsel of Record



Date Printed: 07/18/2001

Notice sent to:

    ___   F. Wallace Pope, Esq.
           Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
           911 Chestnut St.
           P.O. Box 1368
           Clearwater, FL  33757-1368

    ___   Kendrick L. Moxon, Esq.
           Moxon & Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA  90010

    ___   John Matthew Merrett, Esq.
           Law Office of John M. Merrett
           2716 Herschel St.
           Jacksonville, FL  32205

    ___   Daniel A. Leipold, Esq.
           Leipold, Donohue & Shipe, LLP
           960-A W. 17th St.
           Santa Ana, CA  92706