UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 JUL 20 PM 1:55
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff,

vs.                                Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

## ORDER

Before the court is **Plaintiffs' Motion to Compel Second Set of Interrogatories** (Dkt. 83), filed July 5, 2001. To date, defendant has not responded to this motion.

The Local Rules of this district provide that a party shall respond within ten (10) days to any motion to which it is opposed. See Local Rule 3.01(b), M.D. Fla. As the time for responding has passed and defendant has not filed a response, defendant is deemed to have no objection to the relief requested in plaintiff's motion that defendant be ordered to respond to Interrogatory No. 3 prior to her deposition on July 25, 2001.

Accordingly, it is **ORDERED** that:

(1) Plaintiffs' motion to compel second set of interrogatories is **GRANTED**. Defendant shall respond to Interrogatory No. 3 prior to her deposition on July 25, 2001.

**DONE AND ORDERED** at Tampa, Florida this 20th day of July, 2001.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
Counsel of record

Date Printed: 07/23/2001

Notice sent to:

___ F. Wallace Pope, Esq.
    Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
    911 Chestnut St.
    P.O. Box 1368
    Clearwater, FL  33757-1368

___ Kendrick L. Moxon, Esq.
    Moxon & Kobrin
    3055 Wilshire Blvd., Suite 900
    Los Angeles, CA  90010

___ John Matthew Merrett, Esq.
    Law Office of John M. Merrett
    2716 Herschel St.
    Jacksonville, FL  32205

___ Daniel A. Leipold, Esq.
    Leipold, Donohue & Shipe, LLP
    960-A W. 17th St.
    Santa Ana, CA  92706