# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

01 JUL 20 PM 2:30

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

### CLERK'S MINUTES - GENERAL

CASE NO. __00-CIV-1528-T-27EAJ__    DATE __July 20, 2001__

TITLE __Hubert Heller v. Ursula Caberta__

TIME __11:37-11:55__    TAPE __59/1891-2718__

Honorable __ELIZABETH A. JENKINS__    Courtroom Deputy: __Trisha M. Waller__

Court Reporter: __N/A__    Interpreter: __N/A__

Attorney(s) for Pltf:            Attorney(s) for Defendant(s):
Kendrick Moxon, Esq.             John Merrett, Esq.

PROCEEDINGS:

### TELEPHONIC DISCOVERY CONFERENCE

Defendant requests an emergency telephone conference re: the scheduled deposition of defendant on July 25th. Court addresses the scheduling problem and orders that the deposition begin at 2:00 p.m. instead of 9:30 a.m. in Hamburg, Germany.