**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**



FILED
01 JUL 20 PM 4: 16
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**HUBERT HELLER,**
    Plaintiff,

v.

Case No: 8:00-CV-1528-T-27EAJ

**URSULA CABERTA,**
    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as additional counsel of record for Defendant, Ursula Caberta.

Respectfully submitted,

_____
**ROBERT W. MERKLE, ESQUIRE**
Florida Bar No.: 138183
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
Telephone: (813) 281-9000
Fax: (813) 281-2223
Attorney for Defendant



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to the following this 20th day of July, 2001:

Wallace Pope, Esq.
Johnson, Blakely, et. al.
911 Chestnut Street
Clearwater, Florida 33757

Helena K. Cobrin, Esq.
Moxon & Cobrin
1100 Cleveland Street, Suite 900
Clearwater, Florida 33755

Kendrick L. Moxon
Moxon & Cobrin
3055 Wilshire Boulevard, Suite 900
Los Angeles, CA 90010

_____
Robert W. Merkle