# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HUBERT HELLER,　　　　　　　　　　Case No.: 8:00CV-1528-T-27C

　　　　　　　Plaintiff

vs

URSULA CABERTA,

　　　　　　　Defendant

_____

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned attorney will be traveling out of the country and therefore unavailable for any purpose from Thursday, July 19, 2001 until approximately Wednesday, August 1, 2001.

　　　　　　　　　　　_/s/ J. Merrett_
　　　　　　　　　　　JOHN M. MERRETT, ESQUIRE
　　　　　　　　　　　2716 Herschel Street
　　　　　　　　　　　Jacksonville, Florida 32205
　　　　　　　　　　　Telephone: 904.388.8891
　　　　　　　　　　　Florida Bar No.: 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Jr., Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail this 18 day of July, 2001.

　　　　　　　　　　　_/s/ J. Merrett_
　　　　　　　　　　　John M. Merrett

98

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
MICHAEL McCLAUGHRY,
          Plaintiff,

Case No.:

8:01-mc-56-T-23 MSS

vs

DAVID MORSE & ASSOCIATES,
          Defendant.

Case No.: CS-00-0250-RHW
In the United States District Court
Eastern District of Washington at Spokane

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned attorney will be traveling out of the country and therefore unavailable for any purpose from Thursday, July 19, 2001 until approximately Wednesday, August 1, 2001.

JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone 904.388.8891
Florida Bar No. 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Steven A. Crumb, Esq., 601 West Riverside, #1950, Spokane, Washington 99201; D. Michael Reilly, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-23389; and Charles D. Bavol, Esq., 100 South Ashley Drive, Suite 2100, Tampa, Florida 33601-3423 by United States mail delivery this 18 day of July, 2001

John M. Merrett

11

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

01 JUL 23 PM 2:22

CLERK,
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Misc No.: 8:00-MC-64-T-26A

In Re:
RELIGIOUS TECHNOLOGY CENTER,
          Plaintiff

Case No.: C-96-20207 RMW
Northern District of California

vs

GRADY WARD,
          Defendant

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned attorney will be traveling out of the country and therefore unavailable for any purpose from Thursday, July 19, 2001 until approximately Wednesday, August 1, 2001.

JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone: 904.388.8891
Florida Bar No.: 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to: Samuel Rosen, Esquire, Paul, Hastings, Janofsky & Walker, LLP, 75 East 55th Street - Room 503, New York, New York 10022 and Helena Kobrin, Esq., 1100 Cleveland Street, Suite 900, Clearwater, Florida 33755 by United States mail this 18 day of July, 2001.

John M. Merrett

71