UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 JUL 24 PM 5:27

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,                         :
                                       :
         Plaintiff,                    :
                                       :
v.                                     :   CASE No. 8:00-CV-1528-T-27EAJ
                                       :
URSULA CABERTA,                        :
                                       :
         Defendant.                    :
_____:


O R D E R

THIS CAUSE came on for consideration upon the defendant's Emergency Motion for Protective Order (Doc. 97). I have been apprised that the court held a full hearing regarding the scheduling of the defendant's deposition on Friday, July 20, 2001, and has ordered the defendant to appear for her deposition on July 25, 2001 at 2:00 p.m. (see Doc. 94). The defendant seeks relief from this order based upon an asserted miscommunication between her and her counsel, John Merrett. The defendant has not asserted grounds warranting further consideration of this matter.

It is, therefore, upon consideration,



AO 72A
(Rev.8/82)

ORDERED:

That the defendant's Emergency Motion for Protective Order (Doc. 97) be, and the same is hereby, **DENIED**.

DONE AND ORDERED at Tampa, Florida, this 24th day of July, 2001.

*[signature]*
Thomas G. Wilson
UNITED STATES MAGISTRATE JUDGE

Date Printed: 07/25/2001

Notice sent to:

    \_\_\_  F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

    \_\_\_  Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900 *runner*
        Los Angeles, CA  90010

    \_\_\_  John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        2716 Herschel St.
        Jacksonville, FL  32205

    \_\_\_  Robert Merkle, Esq.
        Merkle & Magri, P.A.
        5510 W. LaSalle St.
        Tampa, FL  33607

    \_\_\_  Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706