IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                  Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

## NOTICE OF NO RESPONSE BY DEFENDANT
## TO ORDER TO SHOW CAUSE RE SANCTIONS

By Order dated July 17, 6, 2001, this Court ruled on plaintiff's Motion to Compel Forthwith Compliance with Order dated June 21, 2001 and Request for Sanctions, stating that the motion was, "DENIED as moot as to the motion to compel; however, defendant shall show cause within ten (10) days of this order why sanctions should not be imposed due to its delay in providing the discovery responses at issue. See Fed. R. Civ. P. 37(a)(4)(A)."

Defendant has not, however, responded to the OSC within the time period Ordered by the Court, and should be deemed to have no response.

Dated: July 30, 2001                       Respectfully submitted,

                                                      Kendrick Moxon
                                                      Helena Kobrin
                                                      FBN #: 0259713

MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla.  33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **NOTICE OF NO RESPONSE BY DEFENDANT TO ORDER TO SHOW CAUSE RE SANCTIONS** to be served on this 30th day of July, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257.

_____
Attorney