FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    01 AUG 21 PM 5:15
TAMPA DIVISION

\[...\] DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

      **Plaintiff,**

v.                                     CASE NO.: 8:00-CV-1528-T-27C

URSULA CABERTA,

      **Defendant.**
_____/

## O R D E R

Before the court is plaintiff's **Notice of No Response by Defendant to Order to Show Cause re Sanctions** (Dkt. 101), filed on July 30, 2001. By order dated July 17, 2001, this court ordered defendant to show cause within ten (10) days why sanctions should not be imposed due to its delay in providing discovery responses to plaintiff. (Dkt. 92). To date, defendant has not responded to this order.

The Local Rules of this district provide that a party shall respond within ten (10) days to any motion to which it is opposed. See Local Rule 3.01(b), M.D. Fla. As the time for responding has passed and defendant has not filed a response, defendant is deemed to have no objection to the relief requested by plaintiff, specifically for $500.00 as reimbursement of the reasonable fees incurred in the preparation and filing of the Corrected Motion to Compel Forthwith Compliance with Order Dated June 21, 2001 and for Sanctions. (Dkt. 86).



Accordingly, upon due consideration, it is hereby **ORDERED THAT**:

(1) Defendant shall pay sanctions in the amount of $500.00 to plaintiff within **ten (10) days** of this order.

**DONE and ORDERED** at Tampa, Florida this 21st day of August, 2001.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
Counsel of Record

2

Date Printed: 08/22/2001

Notice sent to:

    ___   F. Wallace Pope, Esq.
           Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
           911 Chestnut St.
           P.O. Box 1368
           Clearwater, FL   33757-1368

    ___   Kendrick L. Moxon, Esq.
           Moxon & Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA   90010

    ___   John Matthew Merrett, Esq.
           Law Office of John M. Merrett
           2716 Herschel St.
           Jacksonville, FL   32205

    ___   Robert Merkle, Esq.
           Merkle & Magri, P.A.
           5510 W. LaSalle St.
           Tampa, FL   33607

    ___   Daniel A. Leipold, Esq.
           Leipold, Donohue & Shipe, LLP
           960-A W. 17th St.
           Santa Ana, CA   92706