FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                              Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

### MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO SUSPEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PENDING DEFENDANT'S COMPLIANCE WITH OUTSTANDING DISCOVERY ORDERS

Plaintiff, Hubert Heller, herewith moves as follows:

Plaintiff has today filed his Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders.

The due date for plaintiff to respond to defendant's motion for summary judgment is September 20, 2001. However, as addressed in plaintiff's motion referenced above, a response has been made impossible due to Ms. Caberta's refusal to comply with the Court's discovery Orders. Plaintiff's counsel is also out of town and has been unable to return because of the present closure of all airlines.

Plaintiff accordingly requests that defendant's response to the above referenced Motion to Suspend be required by September 18, 2001, to permit this Court to rule thereon prior to the due date of the Opposition to Defendant's Motion for Summary Judgment.

Plaintiff's counsel has contacted counsel for the defendant, Robert Merkle, in an attempt to acquire consent to the instant motion. Mr. Merkle would not consent.

Dated: September 13, 2001                    Respectfully submitted,

*/s/ Helena K. Kobrin*
Kendrick Moxon
Helena Kobrin FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone: (727) 443-5620
Fax: (727) 443-5640

F. Wallace Pope, Jr. FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
Phone: (727) 461-1818
Fax: (727) 441-8617

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused the foregoing **MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO SUSPEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PENDING DEFENDANT'S COMPLIANCE WITH OUTSTANDING DISCOVERY ORDERS** to be served on this 13th day of September, 2001, by Telefax & U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257-1147, and Robert Merkle, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

/s/ Helena R. Kobrin
Attorney