

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

vs.             Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO FILE RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION ONE DAY LATE

THIS CAUSE came on to be considered on Defendant's Motion to File Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction One Day Late (Dkt. 104). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's motion (Dkt. 104) is GRANTED.

**DONE AND ORDERED** in chambers this 13th day of September, 2001.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

F I L E   C O P Y

Date Printed: 09/17/2001

Notice sent to:

   ___   F. Wallace Pope, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
911 Chestnut St.
P.O. Box 1368
Clearwater, FL  33757-1368

   ___   Kendrick L. Moxon, Esq.
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA  90010

   ___   John Matthew Merrett, Esq.
Law Office of John M. Merrett
2716 Herschel St.
Jacksonville, FL  32205

   ___   Robert Merkle, Esq.
Merkle & Magri, P.A.
5510 W. LaSalle St.
Tampa, FL  33607

   ___   Daniel A. Leipold, Esq.
Leipold, Donohue & Shipe, LLP
960-A W. 17th St.
Santa Ana, CA  92706