UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HUBERT HELLER,**

    **Plaintiff,**

vs.                                      Case No. 8:00-CV-1528-T-27EAJ

**URSULA CABERTA,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** came on to be considered on Motion to Shorten Time to Hear Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 107) and Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 106). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1.    Plaintiff's Motion to Shorten Time to Hear Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 107) is GRANTED. Defendant shall respond to Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 106) within five (5) days of the date of this Order.

2. The deadline for Plaintiff's response to the Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction is tolled until the Court enters a ruling on Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders.

**DONE AND ORDERED** in chambers this 19th day of September, 2001.

JAMES D. WHITTEMORE
United States District Judge

cc: Counsel of Record (via facsimile)

F I L E   C O P Y

Date Printed: 09/20/2001

Notice sent to:

   \_\_\_   F. Wallace Pope, Esq.
         Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
         911 Chestnut St.
         P.O. Box 1368
         Clearwater, FL   33757-1368

   \_\_\_   Kendrick L. Moxon, Esq.
         Moxon & Kobrin
         3055 Wilshire Blvd., Suite 900
         Los Angeles, CA   90010

   \_\_\_   John Matthew Merrett, Esq.
         Law Office of John M. Merrett
         2716 Herschel St.
         Jacksonville, FL   32205

   \_\_\_   Robert Merkle, Esq.
         Merkle & Magri, P.A.
         5510 W. LaSalle St.
         Tampa, FL   33607

   \_\_\_   Daniel A. Leipold, Esq.
         Leipold, Donohue & Shipe, LLP
         960-A W. 17th St.
         Santa Ana, CA   92706