IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                        Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant
_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SUSPEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff has filed a Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders ("Motion to Suspend Time"). This is Defendant's Response.

Defendant has filed a Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction (FSIA) and Motion for Summary Judgment As to Liability ("Renewed Motion to Dismiss"). Plaintiff has filed a Motion to Compel Further Deposition of Defendant Ursula Caberta; to Compel Response To Deposition Questions; and for Fees and Costs ("Motion to Compel"). As Defendant understands the instant Motion to Suspend Time, Defendant seeks to hold in abeyance the Defendant's Renewed Motion to Dismiss pending ruling on the Plaintiff's Motion to Compel. **Defendant has no objection to holding her Renewed Motion to Dismiss in abeyance pending the ruling on the Motion to Compel.**

However, the following observations are warranted. First, Defendant strongly disagrees with many assertions in the Motion to Suspend Time, including any allegations that she engaged in any



wrongdoing, that she has not complied with discovery orders, that she did not respond to relevant questions at her deposition, that she obstructed her deposition, or that Plaintiff needs or is entitled to any additional discovery. However, those issues will be dealt with in due course in the context of the Motion to Compel. Moreover, Plaintiff does not waive any right to assert in response to the Motion to Compel that any additional discovery is fruitless and unnecessary in light of Plaintiff's failure to set forth what it reasonably anticipates to discover as required by case law interpreting rule 56(f), F.R.Civ.P.

Next, the instant Motion to Suspend Time asserts that one of Plaintiff's attorneys attempted to confer with Defendant's counsel, Robert Merkle, who purportedly declined to consent to the Plaintiff's Motion to Suspend Time. While we would ordinarily not comment on such a minor issue, the misleading nature of this assertion requires comment in light of certain matters set forth in the Motion to Suspend Time. The Motion to Suspend Time makes reference to Plaintiff's difficulties in responding to the Renewed Motion to Dismiss as a result of the recent tragedy in New York. By asserting that Defendant's counsel did not agree to the Motion to Suspend Time, the Motion to Suspend Time makes it appear that Defendant's counsel callously ignored the tragedy in New York. In fact, however, when Plaintiff's attorney contacted the office of Defendant's attorney, absolutely no mention was made of any sort of difficulties encountered by Plaintiff's attorney as a result of the events in New York. Moreover, Mr. Merkle, through his secretary, advised Plaintiff's attorney that he neither disagreed nor agreed to the relief requested in the Motion to Suspend Time and that Plaintiff's counsel would have to discuss the matter with Mr. Merkle's partner, Ward Meythaler, who was working on the matter, but was not in the office at that time since he was in trial in front of Judge Williamson in Bankruptcy Court. Plaintiff's counsel, however, stated that he had to have a response

within forty-five minutes or he would file the Motion to Suspend Time. Since Mr. Meythaler was in trial at that time, a response within forty-five minutes was impossible. Plaintiff's counsel did not subsequently contact Mr. Meythaler but simply filed the Motion to Suspend Time. While no objection here is made with respect to the filing of the Motion to Suspend Time, the foregoing has been set forth to avoid any impression that Defendant's counsel did not act in good faith in light of the events in New York.

*[signature]*
Robert W. Merkle
Florida Bar No.: 0138183
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this 21 day of September, 2001, to F. W. Pope, 911 Chestnut Street, Clearwater, FL 33756, and K. Moxon, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755.

*[signature]*
Ward A. Meythaler