IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                          Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant
_____/

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA; TO COMPEL RESPONSES TO DEPOSITION QUESTIONS; AND FOR FEES AND COSTS

Plaintiff has filed a Motion to Compel Further Deposition of Defendant Ursula Caberta; to Compel Responses to Deposition Questions; and for Fees and Costs ("Motion to Compel"). Defendant moves to strike that Motion to Compel on the grounds that the Motion and incorporated brief is 25 pages in length in violation of Local Rule 3.01(c), which states that "[a]bsent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length."

## MEMORANDUM OF LAW

Plaintiff has not obtained or even sought to obtain the Court's permission to file a motion in excess of 20 pages. Since Local Rule 3.01(c) clearly prohibits the filing of the Plaintiff's 25-page Motion to Compel, it must be stricken. Indeed, in this very case, the Plaintiff previously filed a 31-page Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint. In that instance, the Plaintiff also filed a Motion for Leave to File Memorandum Exceeding 20 Pages. By Order dated November 17, 2000, the Court denied the motion to file the 31-page Memorandum

of Law. Moreover, on November 22, 2000, since the Memorandum of Law was filed without the Court's permission, the Court entered an Order directing the Clerk to strike the 31-page Memorandum of Law and return it to counsel. Here, despite knowing the requirement to obtain Court permission, Plaintiff filed a 25-page Motion to Compel without even requesting leave of Court. Consequently, as was previously done in this case, the Plaintiff's Motion to Compel must be stricken.

WHEREFORE, Defendant requests that Plaintiff's Motion to Compel be stricken. Since a prior memorandum was stricken for exceeding the page limitation and the instant Motion to Compel was filed without even seeking the Court's permission, the violation here appears willful and the Motion to Compel should be stricken with prejudice.

In the event that Plaintiff is permitted to re-file the Motion to Compel or it is not stricken, Defendant requests five (5) days from the date that the new Motion to Compel is served or the date on which the Court permits the filing of the 25-page Motion to Compel within which to respond.

Respectfully submitted,

_____
Robert W. Merkle
Florida Bar No.: 0138183
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

I hereby certify that I have unsuccessfully attempted to confer with Plaintiff's counsel, Mr. Moxon, to informally resolve the dispute set forth in this Motion.

_____
Ward A. Meythaler

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this 21 day of September, 2001, to F. W. Pope, 911 Chestnut Street, Clearwater, FL 33756, and K. Moxon, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755.

_____
Ward A. Meythaler