FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                  Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA

Plaintiff, Hubert Heller, responds to defendant's above referenced motion as follows:

After waiting the full 10 working days, defendant's 2-page response to plaintiff's motion to compel seeks only to strike it as over the page limit.

Plaintiff concedes that the Motion to Compel Ms. Caberta's deposition is over the page limit, and apologizes to the court for this oversight.

However, an examination of the motion to compel indicates that it is in 13 point type so that it may be more easily read (the instant motion and defendant's recent filings are in 12 point type). Plaintiff's motion also complies with the full margin requirements of this district (defendant's motion to strike, for example, does not, as each margin is less than permitted by the Local Rules). Plaintiff however does



not seek to strike the defendant's motion for this technical violation of the Rules, and sees no reason to delay adjudication of the matter. Indeed, had defendant's counsel merely picked up the phone and called prior to filing the motion (as he was required to do by the Local Rules), plaintiff would have immediately rectified the matter.

To resolve the issue, plaintiff belatedly moves that its 25 page motion be accepted by the Court. Alternatively, plaintiff here attaches a 20 page motion with the same text as the original motion, however re-formatted in 12 point type and with the removal of two footnotes to make the 20 page limit. (Ex. A.)

Dated: September 24, 2001

Respectfully submitted,

_____
Kendrick Moxon
Helena Kobrin FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone: (727) 443-5620
Fax: (727) 443-5640

F. Wallace Pope, Jr. FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
Phone: (727) 461-1818
Fax: (727) 441-8617

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA** to be served on this 24th day of September, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257-1147, and Robert Merkle, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney