UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

vs.    Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on to be considered on Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 106). The Court having reviewed said motion and Defendant's response (Dkt. 111) and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that as Defendant has no objection, Plaintiff's Motion to Suspend Time to File Opposition to Defendant's Motion for Summary Judgment, Pending Defendant's Compliance with Outstanding Discovery Orders (Dkt. 106) is **GRANTED**. Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Summary Judgment as to Liability (Dkt. 109) shall be held in abeyance until such time as the parties file a notice informing the Court that the Magistrate Judge has entered a ruling on Plaintiff's Motion to Compel Further Deposition of Defendant Ursula Caberta (Dkt. 105).

**DONE AND ORDERED** in chambers this 25th day of September, 2001.

JAMES D. WHITTEMORE
United States District Judge

cc: Counsel of Record

F I L E   C O P Y

Date Printed: 09/27/2001


Notice sent to:

    ___  F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

    ___  Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010

    ___  John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        2716 Herschel St.
        Jacksonville, FL  32205

    ___  Robert Merkle, Esq.
        Merkle & Magri, P.A.
        5510 W. LaSalle St.
        Tampa, FL  33607

    ___  Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706