# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HUBERT HELLER,

            Plaintiff

Case No.: 8:00CV-1528-T-27C

vs

URSULA CABERTA,

            Defendant

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of August 1, 2001, all pleadings and/or correspondence herein should be directed to the undersigned at the following address:

    John M. Merrett, Esq.
    11250 St. Augustine Road, Ste. 15-393
    Jacksonville, FL 32257-1147
    Telephone:   904.388.8891
    Telefax:        904.388.8409

JOHN M. MERRETT, ESQUIRE
2716 Herschel Street
Jacksonville, Florida 32205
Telephone: 904.388.8891
Florida Bar No.: 0742848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to F.W. Pope, Jr., Esq., 911 Chestnut Street, Clearwater, Florida 33756 and K. Moxon, Esq., 1100 Cleveland Street - Suite 900, Clearwater, Florida 33755 by United States mail and facsimile transmission this ___ day of July, 2001.

John M. Merrett