IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs                Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant

_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA; TO COMPEL RESPONSE TO DEPOSITION QUESTIONS; AND FOR FEES AND COSTS

Plaintiff, Hubert Heller, has filed a Motion to Compel Further Deposition of Defendant Ursula Caberta; to Compel Responses to Deposition Questions; and for Fees and Costs ("Motion to Compel"). This is Defendant's Response objecting to that Motion.

### PROCEDURAL BACKGROUND

On or about January 8, 2001, Plaintiff filed a Second Amended Complaint. Basically, Plaintiff alleges that Defendant is an employee of the State of Hamburg, Germany, and is the head of a Hamburg task force which is purportedly designed to disrupt the business activities of the Scientology organization. Plaintiff further alleges that the Defendant created a document known as the "Hubbard Declaration" or "sect filter" that requires individuals or companies to declare in writing: (1) That they do not use the technology of L. Rom Hubbard; (2) That they are not trained and do not participate in the technology of L. Ron Hubbard; and (3) That they reject the technology of L. Ron Hubbard.

Plaintiff asserts that Defendant distributed the Hubbard Declaration to a German business by the name of POSpartner G.M.B.H. ("POS"). Plaintiff further alleges that he was an employee of RTI who was attempting to make a sale to POS and that POS requested him to sign the Hubbard Declaration. Plaintiff alleges that he is a Scientologist, that he refused to sign the Hubbard Declaration and that POS consequently refused to enter into an agreement or do business with the company for which he worked which purportedly caused him damage.

Defendant filed a second motion to dismiss the Second Amended Complaint on the grounds that since her activities with respect to the Hubbard Declaration were undertaken in her official capacity as an employee of the State of Hamburg, she is immune from suit under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1604. On February 15, 2001, the Court denied Defendant's second motion to dismiss "[g]iven Plaintiff's arguments that by conducting additional discovery he will be able to establish that FSIA immunity does not apply to Defendant and that this Court has jurisdiction." The Court further ordered that the Plaintiff may **conduct limited discovery "to discover evidence supporting this Court's exercise of jurisdiction over Defendant"** and that Defendant may thereafter renew its motion to dismiss. Plaintiff subsequently took the deposition of Defendant in Germany.

Following her deposition, Defendant filed her Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction ("FSIA") and Motion for Summary Judgment as to Liability ("Renewed Motion to Dismiss"), and Plaintiff filed the instant Motion to Compel. As shown by the abusive and outrageous conduct of Plaintiff's counsel, Mr. Moxon, at the Defendant's depositions in Germany and Florida and other evidence, it is absolutely clear that this is a **sham** lawsuit and deposition by the Scientology organization intended only to harass the Defendant

-2-

because she is employed by the State of Hamburg, Germany, to, *inter alia*, assist German businesses in preventing infiltration and subversion by Scientology, which Germany regards as a totalitarian threat to the German Constitution. The uncontroverted evidence conclusively shows that Defendant had absolutely nothing to do with the events involving POS, the Plaintiff or the use of the Hubbard Declaration by POS; and that any involvement she had with the Hubbard Declaration was in her capacity as an official with the State of Hamburg. No additional amount of discovery can change this and Plaintiff has made no showing whatsoever that any additional discovery would help his position.[1]

## FACTS

### Defendant's Official Duties in Germany

Defendant is a citizen and resident of Germany. Ex. 1, ¶2.[2] In Germany, Scientology is

---

[1]     As an initial matter, the Motion to Compel should be denied for failure to comply with Rule 3.01(g). On September 21, 2001, Defendant filed a motion to strike Plaintiff's Motion to Compel because it violated the page requirements of Local Rule 3.01(c). In the Rule 3.01(g) certification, Defendant's attorney stated that he had "unsuccessfully attempted to confer with Plaintiff's counsel, Mr. Moxon, to informally resolve the dispute set forth in this Motion." In its Order of September 26, 2001, the Court denied the motion to strike on the grounds that this statement was insufficient to comply with Local Rule 3.01(g). In the Motion to Compel at issue here, the Plaintiff's attorney stated in his Rule 3.01(g) certification that he had "attempted to confer with Defendant's counsel, John Merrett, to informally resolve the discovery dispute set forth in this Motion to Compel." In short, this is identical to the certification which this Court found insufficient with respect to Defendant's motion to strike the Motion to Compel. Defendant denies that Plaintiff's counsel called or otherwise communicated with Defendant's counsel to resolve the dispute set forth in the Motion to Compel. Consequently, Mr. Moxon's certification is insufficient and the Motion to Compel must therefore be denied.

[2]     With two exceptions, the exhibits are attached to Defendant's Renewed Motion to Dismiss and have not been re-filed with this Memorandum. They include: Ex. 1) Affidavit of Ursula Caberta; Ex. 2) Second Affidavit of Ursula Caberta; Ex. 3) Affidavit of Ursula Caberta; Ex. 4) Affidavit of Willie Beiss; Ex. 5) Affidavit of Rudiger Hintze; Ex. 6) Deposition of Ursula Caberta; Ex. 7) Affidavit of Stacy Brooks; Ex. 8) July 17 and 18, 2000 letters of Plaintiff's

considered an extremist, totalitarian political organization hostile to the German Constitution and is monitored by the office for the protection of the Constitution. Ex. 2, ¶3; Ex. 4, ¶36; Ex. 6, pp. 112-113, 114, 124-125, 133.  Defendant is employed by the State of Hamburg, Germany and is the head of the Scientology Working Group, an agency of the Hamburg Ministry of the Interior. Ex. 4, ¶2; Ex. 6, pp 34, 43.  The Scientology Working Group was created and authorized by the Hamburg Senate and operates under the supervision of Willi Beiss, the Senator or Minister for the Hamburg Ministry of the Interior. The purpose and official duties of the Hamburg Scientology Working Group and the Defendant include, *inter alia*, the monitoring and investigation of, and the provision of information about, Scientology; helping people who turn to the Scientology Working Group for help, including people who want to leave Scientology; and providing protection against Scientology to those who ask for it, including businesses and other lawful entities seeking to prevent infiltration, other attack or harm to their employees by Scientology. Ex. 2, ¶3; Ex. 4, ¶3, 6, 8; Ex. 6, pp. 39, 44, 109-110, 123, 194, 195.

Upon invitation, Defendant speaks about Scientology infiltration and the availability of the Hubbard Declaration to businesses and business associations in Germany. Ex. 6, pp. 105. Defendant is also the representative for the Hamburg government in discussions with other federal states in Germany about Scientology.  Ex. 6, p. 123.

Some years ago as part of her government duties, Defendant created the instrument which is referred to in this case as the "Hubbard Declaration" or the "sect filter." Ex. 6, p. 96. The

_____

counsel; Ex. 9) Affidavit of Priscilla Coates; and Ex. 10) Affidavit of Stacy Brooks.  The Affidavit of Kennan Dander and Defendant's Florida deposition are attached hereto as Exhibits A and B.

Hubbard Declaration, a copy of which is attached to Plaintiff's complaints, is an affidavit in which the affiant abjures use of the "technology" (i.e., the writings and practices) of L. Ron Hubbard, the founder of Scientology.  The Hubbard Declaration was created by the Scientology Working Group because many companies in Germany were asking for help in order to protect themselves against being infiltrated and subverted by Scientologists and the influence of the Scientology organization.  Ex. 1, ¶10; Ex. 6, pp. 91, 92, 93, 94, 107, 123, 194.  The Hubbard Declaration is sent out by the Scientology Working Group to those companies who request it.  Ex. 6, pp. 99, 100.  The companies then decide for themselves whether they want to use it or not.  Ex. 6, p. 110.  No business is required by the Defendant to make use of the Hubbard Declaration.  Ex. 1, ¶11.

All of the Defendant's activities concerning the Hubbard Declaration, including development and distribution of the Hubbard Declaration, have been in her capacity as an employee of the State of Hamburg, Germany, and undertaken within the course, scope, duties and authority of her employment by the government of Hamburg.  Ex. 1, ¶9; Ex. 2, ¶3, 4; Ex. 4, ¶3, 4.  Indeed, all of the Defendant's activities, including but not limited to communications and pronouncements concerning Scientology directed to businesses doing business in Germany, have been within the course and scope and authority of her employment by the government of Hamburg.  Ex. 2, ¶5; Ex. 4, ¶5.

## Events Regarding POS and Plaintiff's Claim

In April, 2000, the Scientology Working Group was contacted by a representative of POS.  Ex. 5, ¶3.  Rudiger Hintze, an employee of the Scientology Working Group, handled the phone call.  *Id.*  The POS representative told Mr. Hintze that the POS had become engaged in

negotiations with a company called RTI, which was represented in the negotiations by Plaintiff, Hubert Heller. *Id.* The POS representative further said that in the course of conducting research on Plaintiff and his employer, POS had discovered an Internet web page in which Plaintiff referenced his Scientology affiliation. *Id.* The POS representative said that POS was concerned that Plaintiff might insinuate the Scientology doctrine and practices into POS and that POS wanted the assistance of the Scientology Working Group to prevent such infiltration of the company. In response, Mr. Hintze sent POS a copy of the Hubbard Declaration. Ex. 5, ¶4. Mr. Hintze was the only person from the Scientology Working Group to have any substantive communication with POS. Ex. 5, ¶6. **Defendant had no knowledge of or involvement in the communication or activity between the Scientology Working Group and POS**. Ex. 3, ¶2, 3; Ex. 5, ¶7. **Indeed, prior to this lawsuit, Defendant had no knowledge of the existence of the Plaintiff or the aforementioned events concerning POS**. Ex. 3, ¶4; Ex. 6, p. 175. After the Hubbard Declaration was sent to POS, the Scientology Working Group had absolutely no involvement in what the company did with it. Ex. 6, pp. 100, 185.

### Defendant's Trip to Florida And
### Mr. Moxon's Outrageous Treatment of Defendant

Defendant came to the State of Florida for the first and only time in July, 2000. Ex. 1, ¶3, 4. When she arrived at the Tampa Airport, she was greeted by an organized group of Scientologists who yelled epithets at her, including that she was a "Nazi criminal." Ex. 7. During her vacation, she met with people involved with the Lisa McPherson Trust ("LMT") and gave a talk on July 25, 2000, about the activities of the Scientology Working Group in Hamburg. Ex. 7, ¶2. Those people included Robert Minton and Stacy Brooks, who is the President of the LMT.

The purpose of the LMT is to expose abusive and deceptive practices of the Scientology organization and to help those who have been victimized by it. Ex. 10, ¶1.

During her vacation in Florida, Defendant was served with the instant lawsuit on July 27, 2000. During her trip, the Scientology organization also served Defendant with a subpoena to give a deposition in a state lawsuit brought by the Estate of Lisa McPherson against the Scientology organization alleging the wrongful death of Lisa McPherson by the Scientology organization in Clearwater, Florida. Mr. Moxon took that deposition, a transcript of which is attached as Exhibit B. As is clearly reflected by that deposition, Defendant had no involvement in and no knowledge of the facts of that lawsuit. Indeed, Mr. Moxon did not even ask any questions of the Defendant about the gravamen of that case. Instead, virtually the entire deposition was spent insulting her and asking irrelevant, harassing questions about her contacts with the LMT, Robert Minton (who Mr. Moxon believes is funding the Lisa McPherson lawsuit (Ex. B, p. 67)) and Stacy Brooks. During the deposition, Mr. Moxon attempted to compare the Defendant to Goebbels, accused her of engaging in "genocide" for the German government, and asked her whether she considered herself to be a Nazi. Ex. B, pp. 58, 83, 125. As Defendant was leaving the deposition, **Mr. Moxon not once, but twice saluted Defendant with the "Hitler Salute" of Nazi Germany and said "Heil Hitler!,"** which, needless to say, greatly insulted and upset Defendant. Ex. A. When this was made a matter of record, Mr. Moxon did not deny it. Ex. A; B, pp. 129-130.

### Scientology's History of Sham and Oppressive Lawsuits

Mr. Moxon and the Scientology organization have a recognized record of involvement in sham lawsuits in the names of members of Scientology when in fact the real party in interest

-7-

in prosecuting the suit is the Scientology organization and the purpose of the lawsuits is to beat other parties into submission. *See* Affidavit of Priscilla Coates (Ex. 9) concerning fifty lawsuits brought against her and Cult Awareness Network by the Scientology organization to destroy the Cult Awareness Network whose purpose was to educate the public about the harmful effects of mind control as practiced by destructive cults and about the unethical and illegal practices they employ; *Hart v. Cult Awareness Network*, 13 Cal.App.4th 777 (1993); *Church of Scientology v. Wollersheim*, 42 Cal.App.4th 628, 648 (1996)(Court found that lawsuit involving Mr. Moxon was "consistent with a pattern of conduct by the Church to employ every means, regardless of merit, to frustrate or undermine Wollersheim's petition activity" and was being pursued "to bludgeon the opposition into submission" for having prevailed in a prior lawsuit.)

As pointed out above, Ms. Brooks is the president of LMT. In addition, she was formerly a Scientologist in Scientology's high-level Sea Organization and worked in the Office of Special Affairs ("OSA"), which carried out Scientology's legal and intelligence gathering activities. Ex. 10. Ms. Brooks personally participated in operations directed against Patricia Coates and the Cult Awareness Network that were designed to undermine and destroy them and was personally aware of Scientology's effort to destroy Cult Awareness Network through a series of specious lawsuits brought by the OSA through nominal plaintiffs who were low-level Scientologists. *Id.* According to Ms. Brooks, Mr. Moxon has been a staff member of the OSA or its predecessor for at least twenty-five years and his law school was paid for by Scientology. *Id.*

As the head of the Scientology Working Group in Germany, Defendant has also become the target of Scientology attack. In addition to the outrageously abusive deposition in the state case and the instant sham lawsuit in which she was not even involved in the gravamen of the

-8-

complaint, the Scientology organization in Germany (through its President, Helmuth Bloebaum, and represented by its German attorney, Wilhelm Blumel) has made a false penal charge against the Defendant to authorities in Germany for allegedly accepting a benefit (a loan from Mr. Minton) to carry out an official act (vorteilsnahme).   This false charge is presently under investigation.

<u>**The Deposition in Germany**</u>

In sum, the uncontroverted evidence establishes that Defendant created the Hubbard Declaration some years before the contemplation of a relationship between POS and Plaintiff, that she did so solely in her official capacity; and **that she had no involvement in the events by which Plaintiff was allegedly injured**, except theoretically in her official position as supervisor of the government official who handled POS's inquiry to the Scientology Working Group. Defendant's activities in Florida in late July, 2000, had absolutely nothing to do with the injuries claimed by Plaintiff.  Indeed, Plaintiff's approach to POS and POS's approach to the Scientology Working Group occurred prior to April 17, 2000, the date on which Plaintiff was asked by POS to sign the Hubbard Declaration.   *See* Plaintiff Heller Affidavit (Exhibit B to Plaintiff's Memorandum of Law In Opposition to Defendant's Motion to Dismiss (Document 35)).

Implicitly acknowledging that the Plaintiff had not overcome the FSIA immunity issue, the Court authorized limited discovery restricted to the issue of FSIA immunity.  Notably, Plaintiff did not seek discovery of any kind from POS, the Scientology Working Group, the Hamburg Ministry of the Interior, the Government of Hamburg, or the Government of the

German Republic.[3] Rather, Plaintiff has sought discovery only from Defendant, Mr. Minton and Ms. Brooks. The latter two, of course, had nothing to do with POS or Plaintiff or Mr. Hintze's official actions in Germany in providing the Hubbard Declaration to POS.

The deposition of Defendant in Germany was overseen by Ms. Martha Loverde, the Vice Consul in Hamburg with the United States Consulate, whose announced function was to, *inter alia*, administer the oath, to serve the needs of the interested parties and to help ensure that the deposition was recorded in an appropriate manner. Ex. 6, pp. 6, 12. Pursuant to an agreement between the United States and Germany, Ms. Loverde specifically advised Defendant that the circumstances under which her deposition was being taken included "that no compulsion [may be] brought to bear on the person to be questioned to make him appear or provide information"; "that no coercive measures [may be] threatened in the event that a person does not appear or refuses to provide information"; and that Defendant "may refuse to answer any question or part of a question and may cease to participate in the proceedings at any time." Ex. 6, pp. 13-14, 65, 159-160. Further, Ms. Loverde specifically instructed the Defendant that she was allowed to confer with Mr. Hintze, who was a representative of the Ministry of the Interior of the State of Hamburg.[4] Ex. 6, pp. 6, 38, 45.

Plaintiff's attorney, Mr. Moxon, initially refused to give the address of the videographer

---

[3]    Indeed, Mr. Moxon complained at page 13 of his brief and at the Defendant's deposition that he did not have various documents. Ex. 6, pp. 45-46. However, these were documents that belonged to the Hamburg government which Mr. Moxon has made no effort to obtain. Ex. 6, p. 46.

[4]    Plaintiff unfairly complains at page 10 of his brief that Defendant spoke to Mr. Hintze at times during the deposition even though the American Vice Counsel specifically instructed her that she could.

because he was "working on behalf of Scientologists," and Ms. Loverde had to require that he provide such information.  Ex.  6, pp. 22-23.   Mr. Moxon also brought with him Helmuth Bloebaum, who he identified as his purported "consultant from Germany," and Wilhelm Blumel, his purported local German counsel. Ex. 6, p. 4.  In fact, Mr. Bloebaum is actually the President of the German Scientology organization who made the false penal charge in Germany against Defendant.  Ex. 6, pp. 4-5, 67.   Mr. Blumel is actually the German attorney representing the German Scientology organization with respect to the false penal charge and was also present at the abusive deposition of Defendant in Florida in the wrongful death case.  Ex. B, p.2.  At various times during the deposition, Defendant was improperly double-teamed by Mr. Moxon and Messrs. Blumel and Bloebaum.  Ex.  6, pp.  56, 86, 102, 104, 105, 128, 144 and 158.

Ms. Loverde had to admonish Mr. Moxon to listen to the interpreter when he and Mr. Bloebaum were talking so loud that no one could hear the interpreter when the Defendant was answering Mr. Moxon's question.   Ex. 6, pp. 126-127.   Later, after Mr. Bloebaum again interjected himself to call the Defendant's testimony a lie, Ms. Loverde had to again repeat her request that discussions within Mr. Moxon's team take place at a time when someone was not speaking on the record.  Ex.  6, pp. 144-145.

Like the deposition in Florida, Mr. Moxon repeatedly made argumentative and insulting editorial remarks to the Defendant. Ex. 6, pp. 112-113 ("Considered by her, anyway"); 115-116 (asserts witness "offended by the word religion"); 117-118 (court reporter did not record remarks); 125-128 (accused Defendant of giving a speech when she gave a detailed answer to one

of Mr. Moxon's questions[5]); 135-139 (argued with the witness about whether she made efforts to locate documents which she could not even produce because they did not belong to her); 47-49 (asked 4 times who wrote Defendant's job description, although Defendant initially testified she did not know, and then argued about whether Defendant refused to answer the question or not.); and 119-120, 143-144, 146 (asked approximately 7 times if the Hubbard Declaration was on the web or home page). The incident Plaintiff complains about at page 11 of his brief is instructive. Mr. Moxon repeatedly asked if a paragraph of Defendant's affidavit was accurate even though it is absolutely clear from her initial answer ("If I declared this like that, it will be accurate.) that she was asserting that it was. Worse, Defendant was subjected to totally irrelevant, outrageous questions of whether she had created a sect filter "to protect the German people against Jewish business practices." Ex. 6, pp. 123-124. In addition to the anti-Semitic assertion that there is a particular "Jewish business practice," these questions are nothing more than a less obvious continuation of the "Heil Hitler!" salutes that Mr. Moxon gave the Defendant at her Florida deposition.

Mr. Moxon was supposed to limit his inquiry to the issue of FSIA immunity. This would include whether the Defendant engaged in any activity concerning POS or Plaintiff, and if so, whether it was in her official capacity. Similarly, early in the deposition, Defendant advised Mr. Moxon that the State of Hamburg through a letter from Interior Minister Beiss only authorized her to give evidence about official operations and procedures with respect to the circumstances relating to POS. Ex. 6, pp. 52-53, 83; Ex. 3 to the deposition. On several occasions, both the

---

[5]      In this particular incident, Mr. Moxon was admonished by Ms. Loverde to listen to the interpreter. Ex. 6, p. 126.

Defendant and her attorney beseeched Mr. Moxon to ask questions about the POS and Heller matter upon which the instant lawsuit is based. Ex. 6, pp. 57-58, 82, 88-84, 87, 156, 158-159, 171-172.

Despite this, Mr. Moxon spent only about 25 minutes late in the deposition on these matters. *See* Ex. 6, pp. 174-187. The result of that inquiry was quite straightforward: Defendant was the supervisor of the individual who dealt with POS's inquiry; and, except as that person's supervisor, Defendant had no involvement with POS regarding Plaintiff or the issues in this case. At various other points in the deposition, some relevant questions were asked about Defendant's job duties and involvement in the Hubbard Declaration. However, for the most part, as with the deposition in Florida, Mr. Moxon simply used this deposition to attempt to ask questions about persons or entities who are concerned about Scientology activities, including the LMT, Mr. Minton and Ms. Brooks, and financial transactions regarding Mr. Minton.

Mr. Moxon was primarily attempting to obtain irrelevant information which he, Mr. Bloebaum and Mr. Blumel felt could be used concerning the charges which the Scientology organization is attempting to have brought against Defendant in Germany. In fact, the Scientologist (Mr. Bloebaum) initiating the charges in Germany was whispering apparent questions to Mr. Moxon during the deposition. Ex. 6, p. 73. For example, Mr. Moxon spent considerable time repeatedly asking about any money Defendant received from Mr. Minton.[6] Ex. 6, pp. 65-85, 89, 146-160, 164-170, 190-192. Mr. Moxon even asked such irrelevant questions as the identity of the building in which Mr. Minton purportedly gave a press conference in

---

[6]    Mr. Moxon asked similar questions in the Florida deposition. Ex. B, pp. 17, 23, 26, 30-31, 48, 87, 88, 89, 91, 115-116.

Germany, whether Mr. Minton was seeking asylum in Germany and who was paying Defendant's legal fees.[7]  Ex. 6, p. 188.  In addition, Mr. Moxon tried to develop information about the operation of the Scientology Working Group or the Hamburg government, which are not relevant to this case, including, for example, questions about requests for funding and the extent to which the State of Hamburg would enter into contracts with entities that did not sign the Hubbard Declaration (Ex. 6, pp. 52, 130-131).

### No Further Deposition Is
### Necessary or Should be Permitted

Defendant could not appear for the first part of her deposition at 2:00 p.m. on July 25, 2001.  As set forth in Defendant's Emergency Motion for Protective Order filed July 23, 2001, this occurred because Defendant was required by her employer, the State of Hamburg, to attend a conference in Berlin of various Interior Ministers of the German States and the Minister of the Federal Republic of Germany.[8]  Defendant's counsel understands that in an effort to accommodate a deposition on that date,  German authorities arranged for the Defendant's deposition to take place in Berlin at the United States Embassy, but that Plaintiff's counsel apparently repudiated this accommodation.  In addition, Defendant's counsel advised Plaintiff's counsel that Defendant was willing to remain in Hamburg on Thursday, July 26, 2001, and thereafter for however long it took to complete the deposition.  However, Mr. Moxon accused

---

[7]    Mr. Moxon asked similar questions in the Florida deposition.  Ex. B, pp. 40, 61-63, 113.

[8]    During an earlier hearing on this conflict on July 20, 2001, it was apparently incorrectly thought that Defendant could somehow leave the meeting in Berlin and be available for a 2:00 p.m. deposition in Hamburg.  This was apparently the result of a failure in communication.  As a result, the Court was not fully advised in the premises, which resulted in an Order which, in effect, defeated the concerns of this Court that the Defendant be permitted to attend the required conference.

Defendant's attorney of attempting to violate the Court's Order and asserted that he would be in Hamburg on the morning of July 25, 2001, to take Defendant's deposition and showed no interest in remaining after July 26, 2001.

Plaintiff conclusorily argues that he should be given more time to conduct a deposition because the Defendant could not appear at 2:00 p.m. the first day of the deposition. However, as shown above, there is absolutely no additional evidence that can change the basic facts that clearly establish that Plaintiff has immunity under the FSIA. Although Plaintiff asserts that there are other matters which he wants to inquire about, he has carefully avoided in his 25-page brief setting forth what these matters are or what information he would seek to obtain that would be relevant to the issue of FSIA immunity or the Motion for Summary Judgment (which is part of the Renewed Motion to Dismiss).

Rule 56(f), F.R.Civ.P, provides, "Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just." However, the party opposing summary judgment bears the burden of showing "what facts she hopes to discover to raise a material issue of fact." *Hancock v. Montgomery Ward Long Term Disability Trust*, 787 F.2d 1302, 1306 n. 1 (9th Cir. 1986). "The party seeking additional discovery also bears the burden of showing that the evidence sought exists. "Denial of a Rule 56(f) application is proper where it is clear that the evidence sought is almost certainly nonexistent or is the object of pure speculation." *Terrell vs Brewer*, 935 F.2d 1015, 1018 (9th Cir. 1991). "[A] court need not allow further discovery when

there is no reason to believe that it will lead to the denial of a pending motion for summary judgment." *Pacific Service Stations Co. vs Mobil Oil Corp.*, 689 F.2d 1055, 1066 (Em. Ct. App. 1982).

Plaintiff has had every opportunity to find evidence to show that Defendant had any involvement at all in the events described in the current complaint. Mr. Moxon spent that opportunity pursuing other matters, focusing on Defendant's finances and largely ignoring the question of whether and how Defendant was involved in that of which Plaintiff complains. Despite an obligation to do so, Plaintiff has deliberately failed to show that there exists some evidence which will controvert that which has been developed to date which will show that Defendant had some causative role in Plaintiff's alleged difficulties which was outside her official capacity.

### The Defendant Should Not be Ordered
### to Respond to the Questions Set Forth in the Motion

The Plaintiff has set forth nine questions to which he seeks this Court to compel answers. However, the Court should not compel answers to these questions. The questions could not produce evidence which would either show Defendant to have acted outside her official role in any pertinent undertaking or to have been a material actor in Plaintiff's purported difficulties. In fact, the questions show the completely irrelevant nature of the Plaintiff's questions at the Defendant's deposition. Each question will be addressed in turn.

1.    **Do you submit requests for funding to any government entity in which you identify what you are doing and what you intend to accomplish?**

This is an attempt to obtain intelligence as to funding by and activities of the German government in its attempt to stop subversion by Scientology. It is not limited to the facts of this case involving Defendant's activities, if any, with respect to POS or the Plaintiff. Indeed, it was

in response to this question that Defendant and her attorney noted for the record and introduced

an exhibit indicating that she was not allowed to answer such a question unless it was limited to

POS or the Plaintiff. Ex. 6, pp. 52-53. Despite knowing that the Defendant could only answer

such a question with specific reference to POS or the Plaintiff, Plaintiff's attorney did not then

even bother to ask the same question with respect to POS or the Plaintiff. This is demonstrative

of Mr. Moxon's efforts to literally avoid asking relevant questions.

> **2.  Do you receive any monies that you deposit in your personal bank accounts from any of these speeches?**
> **3.  Do you receive any money beyond your expenses which you may keep, from your speeches about Scientology?**
> **4.  Have you deposited any money in your private bank accounts that you have received from lectures given with respect to Scientology that is not part of your income received from the State of Hamburg?**
> **5.  I want you to identify whether or not you've received any funds beyond actual expenses that you've incurred for any lecture, speech or advice regarding Scientology beyond the income you've received from the State of Hamburg?**

Plaintiff's counsel asserts that these questions relate to the receipt of money by Defendant

for "some of the activities at issue." However, the questions do not identify any activities at issue

here. These are merely general, open-ended questions about money which the Defendant may

have received from speeches at conferences, none of which have anything to do with POS or

Plaintiff. During Defendant's deposition, Plaintiff's attorney did not restrict these types of

questions to activities concerning POS or Plaintiff, and has offered absolutely no explanation for

how such general questions about money from speeches are relevant to POS or Plaintiff's claim.

> **6.  Do you have any personal bank records that are property of the city?**

Whether or not the Defendant has any personal bank records that are or are not the

property of the city has absolutely nothing to do with the issue of whether the Defendant is

immune from a case allegedly involving her activities with respect to POS or Plaintiff. Plaintiff apparently suggests that Defendant's personal bank records may constitute financial records of funds received from Mr. Minton or Mr. Minton's company. However, any records showing funds received from Mr. Minton or Mr. Minton's company also have nothing to do with this case. It is simply information that Plaintiff is attempting to obtain so that the Scientology organization can attempt to pursue its false charges against Defendant in Germany. As shown above, Defendant had nothing to do with POS or Plaintiff, and anything Mr. Minton or his company loaned or did not loan to Defendant has nothing to do with POS or Plaintiff and Plaintiff has made no showing that it does.

> **7.     When you appeared at the Alternate Charlemagne award ceremony in Leipzig last year, were the expenses of you and your employees paid for by the City or by someone else?**

Plaintiff asserts that this "question addresses the allegation that Defendant provided special favors to Robert Minton, including her tortious conduct against Plaintiff and others similarly situated." First, the evidence is conclusive, and there has been no proffer otherwise, that the Defendant had absolutely nothing to do with Plaintiff, much less engaged in any tortious conduct toward him. Whether the Defendant appeared at the Alternate Charlemagne Award Ceremony and who paid her or the employees' expenses has nothing to do with anything concerning POS or Plaintiff. Even if the question had something to do with some purported "special favor" to Mr. Minton, that in itself has absolutely nothing to do with the allegations in this case regarding the Defendant's purported involvement with POS and Plaintiff.

> **8.     In your computer system, do you maintain the names of some of the people that the companies are asking about?**
> **9.     Do you have a computer system for locating records such as this?**

This is an example of Mr. Moxon's efforts to use a lawsuit for intelligence gathering, rather than attempting to discover relevant facts. Here, Plaintiff's attorney is attempting to explore the type of record keeping done by the German government which the witness indicated she did not feel that she was authorized to talk about. Ex. 6, pp. 182-183, 187. Plaintiff asserts that these questions "address the location and existence of evidence concerning the Plaintiff and the allegations in the Complaint relating to Ms. Caberta's dissemination of 'sect filters' to private companies." However, these questions are not limited to POS or Plaintiff, but seek to discover general information about the filing system. **Defendant actually answered any questions concerning what was in the file concerning POS Partners or Plaintiff.** *See* Ex. 6, pp. 177-178, 179. Defendant specifically described what was in the file and observed that as far as she knew, there were not any computer files concerning the incident involving POS. Ex. 6, p. 179. Plaintiff's attorney even asked that those documents be preserved. Ex. 6, p. 180. Consequently, Plaintiff's attorney has any information that he needs with respect to the records concerning POS or Plaintiff. If he wants to obtain those records, he is certainly free to subpoena them, which he has never shown any interest in doing.

### Plaintiff Is Not Entitled to Any Fees or Costs

Plaintiff is not entitled to any award of fees or costs for many independently sufficient reasons. For the reasons set forth above, Defendant did not refuse to answer any relevant questions or otherwise refuse to provide any relevant information, and no additional deposition is warranted. Plaintiff had plenty of time to explore the relevant issues. In an attempt to exploit Defendant's unavoidable failure to appear at 2:00 p.m. on the day before, Plaintiff's attorney spent most of the deposition asking irrelevant questions and deliberately avoided the relevant area

of inquiry in an attempt to insist on another day of deposition and to request fees and costs. Nowhere has Plaintiff set forth any other matters he needs to go into or why. While none are warranted, it should be noted that the fees and costs listed are plainly excessive. There is no basis for seeking fees for any of the costs associated with the deposition since these would normally be incurred in any event. There was no reason for the extra expense for a videotaped deposition, especially since the deposition was limited to the issue of immunity. The airfare and hotel charges appear unreasonably high, especially compared to the same type of charges for the court reporter. The court reporter's expenses, including airfare and hotel, are unreasonable since court reporters in Germany must have been available. There is no basis for fees for time to respond to the emergency motion. Plaintiff has submitted time for travel to Germany and for a deposition which he would have had to have taken in any event. Plaintiff has submitted time for 10 hours for a deposition that actually took 7 hours and 10 hours of time for the aborted first day deposition which was not even scheduled to begin until 2:00 p.m. It is also extremely unlikely that Plaintiff incurred any costs or fees since Mr. Moxon is clearly acting on behalf of and is being paid by the Scientology organization, not the Plaintiff. Finally, according to the direction specifically given to the Defendant by the American Vice Consul at the deposition, no sanctions may be entered for any failure to appear or to provide information. A full evidentiary hearing is required for each and every issue.

WHEREFORE, for the reasons stated above, the Plaintiff's motion must be denied.

Robert W. Merkle
Florida Bar No.: 0138183
Ward A. Meythaler

-20-

Florida Bar No.: 0832723
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing (without Exhibit B) has been furnished by U.S. Mail on this ___3___ day of October, 2001, to F. W. Pope, 911 Chestnut Street, Clearwater, FL 33756, and K. Moxon, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755.

_____
Ward A. Meythaler

FILE No. 968 05 21 '01   10 'KI+N++R & I+N++R      8  28  965                 PAGE  2

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared KENNAN G. DANDAR, who after being first duly sworn deposes and says:

1.     Affiant is an attorney and a member of the Florida Bar since 1979, practicing civil litigation in the Tampa Bay area with offices located in Tampa, Florida, and is over the age of eighteen years.

2.     Affiant represents the Estate of Lisa McPherson in a wrongful death case brought against the Church of Scientology Flag Service Organization, Inc. now pending in Pinellas County, Florida.

3.     On or about the 25th day of July, 2000, the Church of Scientology  Flag Service Organization, Inc. took the deposition of Ursula Caberta, a German government official vacationing in Florida, in the wrongful death case.

4.     Affiant attended the deposition of Ursula Caberta.

5.     Deposition questioning was conducted by Kendrick Moxon, Scientologist, and the attorney for the Church of Scientology Flag Service Organization, Inc.

6.     At the conclusion of the deposition as Ms. Caberta was leaving, in front of Ms. Caberta, Ms. Caberta's counsel, John Merrett, and myself, Atty. Moxon not just once, but twice saluted Ms. Caberta with the "Hitler salute" of Nazi Germany and said "Hiel Hitler!"  This gesture greatly upset Ms. Caberta and insulted her as obvious by the expression on her face, as well as the statements made to Affiant.

54597 199



7    Attached hereto as Exhibit A is an excerpt of the transcript where Affiant placed this information on the record of the deposition.

FURTHER AFFIANT SAITH NOT.

_____
KENNAN G. DANDAR

Sworn to and subscribed before me this 21st day of May, 2001

_____
NOTARY PUBLIC
My commission expires:

Personally Known  ✓
Produced ID ___ __
Type of ID Produced ___ _____ _____

Donna M. West
MY COMMISSION # CC870446 EXPIRES
October 31, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

54597 199

FILE No. 903 05 21 '01  11  ID:          8         8  2  08:35                    PAGE  4

COPY

```
1        IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
         CIRCUIT OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
2        CIVIL DIVISION

3    ESTATE OF LISA McPHERSON, by and
     through the Personal Representative,
4    DELL LIEBREICH,

5         Plaintiff,

6    vs.                              Case No.:  97-01235

7    CHURCH OF SCIENTOLOGY FLAG
     SERVICE ORGANIZATION, INC.; JANIS
8    JOHNSON; ALAIN KARTUZINSKI; and
     DAVID HOUGHTON, D.D.S.,
9
          Defendants.
10
           VIDEOTAPED DEPOSITION OF URSULA CABERTA
11
             C O N F I D E N T I A L
12

13

14

15

16

17

18

19

20

21

22

23                                    Reported by:
24                        Susan D. Wasilewski, RPR, CRR
                                 July 25, 2000
25
```

Sclafani Williams Court Reporters, Inc.
Registered Professional Reporters Serving Central Florida

| Lakeland | Tampa | Sarasota | Winter Haven | Exhibit A |
| Sebring | Bartow | St. Petersburg | Bradenton | |

FILE No. 968 05 21 '01    2 'O:DANDAR & DANDAR       81    DEMO       PAGE 5

2

1                          APPEARANCES

2    Counsel for Plaintiff:

3        **MR. KENNAN G. DANDAR**
         Dandar & Dandar, P.A.
4        Attorneys at Law
         5340 West Kennedy Boulevard, Suite 201
5        Tampa, Florida 33609

6    Counsel for Defendant Church of Scientology Flag
     Service Organization, Inc.:
7
         **MR. KENDRICK MOXON**
8        Moxon & Kobrin
         Attorneys at Law
9        1100 Cleveland Street, Suite 900
         Clearwater, Florida 33755
10
         **MR. MICHAEL LEE HERTZBERG**
11       Attorney at Law
         740 Broadway, 5th Floor
12       New York, New York 10003

13       **MR. MARCOS HASBUN**
         Zuckerman, Spaeder, Taylor & Evans, LLP
14       Attorneys at Law
         401 East Jackson Street, Suite 2525
15       Tampa, Florida 33602

16   Counsel for the witness:

17       **MR. JOHN MERRETTE**
         Attorney at Law
18       2716 Herschel Street
         Jacksonville, Florida 32205
19
     Also Present:
20
         Ms. Amaschka Keller
21       Mr. Wilhelm Blumel
         Ms. Inge Walters, the Interpreter

22

23

24

25
                 SCLAFANI WILLIAMS COURT REPORTERS, INC.
                 LAKELAND, FLORIDA (863) 688-5000

129

1          MR. MERRETTE:  I know that much German.

2      She's asking that it be kept sealed.

3      A.    I would like that.

4      Q.    Why?

5          MR. DANDAR:    No, that's not a proper

6      question.

7          MR. MERRETTE:  Bug off, Moxon.

8          MR. DANDAR:   That's not a proper

9      question under the Court's ruling.

10         MR. MOXON:  No.  Well, she wasn't given

11     what you -- no.  Well, let me give her the

12     whole thing then.

13         MR. MERRETTE:  No

14         MR. MOXON:  Yeah.

15         MR. MERRETTE:  No.  Give her something

16     by mail in Germany.

17         MR. DANDAR:  Let's go.

18         MR. MERRETTE:  She is requesting that

19     the document be kept confidential.

20         Let the record reflect that Mr. Moxon

21     has just given a raised arm Nazi salute to

22     the witness.

23         MR. DANDAR:  What is wrong with you?  Is

24     this something you're told to do?  Because

25     you're not acting like a professional.  What

1      is wrong with you?

2           MR. MOXON:  What's the problem?

3           MR. DANDAR:  I have this witness, I have

4      the court reporter that I will subpoena.

5           MR. MOXON:  What's your problem?

6           MR. DANDAR:  The problem is it's called

7      the Florida Bar.  That's what it is.  How

8      dare you.  I hope you have a wonderful

9      evening.

10          MR. MOXON:  I guess we're off the

11     record.

12          MR. DANDAR:  Let's go.  Let's go.  You

13     almost got away with the whole thing.

14               (Recess.)

15          MR. DANDAR:  I'm putting on the record

16     that Mr. Moxon, as Ms. Caberta was leaving,

17     in front of her saluted her in Nazi style to

18     again insult her and I will take this up with

19     all of the appropriate authorities.

20          MR. MOXON:  Well, you have Exhibit B?

21          THE COURT REPORTER:  (Nodding head.)

22          MR. MOXON:  Anything else for the

23     record?  I guess it's over.

24          THEREUPON, the deposition of URSULA

25     CABERTA was adjourned at 10:06 p.m.

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

COPY

1     IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
2                    CIVIL DIVISION

3    ESTATE OF LISA McPHERSON, by and
through the Personal Representative,
4    DELL LIEBREICH,

5        Plaintiff,

6    vs.              Case No.:  97-01235

7    CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; JANIS
8    JOHNSON; ALAIN KARTUZINSKI; and
DAVID HOUGHTON, D.D.S.,
9
        Defendants.
10
    VIDEOTAPED DEPOSITION OF URSULA CABERTA
11
          C O N F I D E N T I A L
12

13

14

15

16

17

18

19

20

21

22

23                         Reported by:

24         Susan D. Wasilewski, RPR, CRR
             July 25, 2000

25

**SW** **Sclafani Williams Court Reporters, Inc.**
Registered Professional Reporters Serving Central Florida

Lakeland      Tampa      Sarasota      Winter Haven
Sebring      Bartow     St. Petersburg    Bradenton

DEFENDANT'S
EXHIBIT
B

2

```
 1                    APPEARANCES

 2      Counsel for Plaintiff:

 3          MR. KENNAN G. DANDAR
            Dandar & Dandar, P.A.
 4          Attorneys at Law
            5340 West Kennedy Boulevard, Suite 201
 5          Tampa, Florida 33609

 6      Counsel for Defendant Church of Scientology Flag
        Service Organization, Inc.:
 7
            MR. KENDRICK MOXON
 8          Moxon & Kobrin
            Attorneys at Law
 9          1100 Cleveland Street, Suite 900
            Clearwater, Florida 33755
10
            MR. MICHAEL LEE HERTZBERG
11          Attorney at Law
            740 Broadway, 5th Floor
12          New York, New York 10003

13          MR. MARCOS HASBUN
            Zuckerman, Spaeder, Taylor & Evans, LLP
14          Attorneys at Law
            401 East Jackson Street, Suite 2525
15          Tampa, Florida 33602

16      Counsel for the witness:

17          MR. JOHN MERRETTE
            Attorney at Law
18          2716 Herschel Street
            Jacksonville, Florida 32205
19
        Also Present:
20
            Ms. Amuschka Keller
21          Mr. Wilhelm Blumel
            Ms. Inge Walters, the Interpreter

22

23

24

25
```

```
 1                    I   N   D   E   X
```

2  WITNESS                                        PAGE

3  Called by the Defendant Church of Scientology Flag

4  Service Organization, Inc.:

5  URSULA CABERTA

6      DIRECT EXAMINATION BY MR. MOXON...........   6

7  SIGNATURE PAGE................................. 132

8  CERTIFICATE OF REPORTER OATH.................. 133

9  REPORTER'S DEPOSITION CERTIFICATE............. 134

10

11                      EXHIBITS

12  Defendant's Exhibit A........................   35

13  Defendant's Exhibit B........................   81

```
14

15

16

17

18

19

20

21

22

23

24

25
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

```
 1        IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
          CIRCUIT OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
 2                         CIVIL DIVISION

 3   ESTATE OF LISA McPHERSON, by and
     through the Personal Representative,
 4   DELL LIEBREICH,

 5        Plaintiff,

 6   vs.                        Case No.:  97-01235

 7   CHURCH OF SCIENTOLOGY FLAG
     SERVICE ORGANIZATION, INC.; JANIS
 8   JOHNSON; ALAIN KARTUZINSKI; and
     DAVID HOUGHTON, D.D.S.,

 9
          Defendants.
10
          VIDEOTAPED DEPOSITION OF URSULA CABERTA
11

12              C O N F I D E N T I A L

13        PURSUANT TO NOTICE for the taking of the

14   deposition of URSULA CABERTA, upon oral

15   examination in the above-styled cause, at the

16   instance of the Defendant Church of Scientology

17   Flag Service Organization, Inc., for the purposes

18   of discovery or use at trial or both, pursuant to

19   Florida Rules of Civil Procedure, proceedings

20   therefor were held before Susan D. Wasilewski,

21   Registered Professional Reporter, Certified

22   Realtime Reporter, and Notary Public in and for

23   the State of Florida at large, at the offices of

24   Zuckerman, Spaeder, Taylor & Evans, 401 East

25   Jackson Street, Suite 2525, Tampa, Florida, on
```

1    July 25, 2000, at 6:47 p.m.

2              VIDEOTAPING SERVICES were provided by

3    Thomas Hallahan. (Legal Vision)

4              THEREUPON, the following proceedings were

5    had and taken:

6              INGE WALTERS was duly sworn to well and

7    truly translate from English to German and from

8    German to English the questions propounded and the

9    answers given in this cause.

10             URSULA CABERTA, called as a witness by

11   the Defendant Church of Scientology Flag Service

12   Organization, Inc., having been first duly sworn,

13   testified as follows:

14             MR. DANDAR:  Before we begin, on behalf    10:47:48

15        of the plaintiff, the Estate of Lisa          10:47:50

16        McPherson, I'm putting on the record that     10:47:52

17        over our objections the Court permitted this  10:47:54

18        deposition to go forward on the               10:47:56

19        representations by Flag counsel that this     10:47:58

20        witness has material information relative to  10:48:00

21        the Lisa McPherson causes of action alleged   10:48:04

22        in the complaint or any defenses raised by    10:48:07

23        Flag.  We're going to put Counsel to the      10:48:10

24        test.  If this witness does not have any such 10:48:12

25        information, we will move for attorney fees   10:48:14

1    and other sanctions.                                  10:48:17

2                  DIRECT EXAMINATION

3    BY MR. MOXON:

4        Q.    Ms. Caberta, you are here under the          10:49:07

5    penalty of perjury.  Do you understand what that       10:49:07

6    is?                                                     10:49:07

7              THE INTERPRETER:  I just asked her if she     10:49:07

8        understands any English.  So she thinks that        10:49:07

9        she doesn't and that's why I'm here and have        10:49:07

10       to interpret everything for her.  So would          10:49:07

11       you mind repeating the question?                    10:49:07

12       Q.    Will you -- let me give you another           10:49:07

13   question first.  You occasionally make statements       10:49:07

14   to the media in English, don't you?                     10:49:07

15       A.    Only on short sentences.  For very            10:49:18

16   important things, my English is not sufficient          10:49:20

17   enough.                                                 10:49:27

18       Q.    Have you ever heard of the term perjury?      10:49:27

19       A.    Well, yes, we know this in Germany as         10:49:48

20   well.                                                   10:49:51

21       Q.    All right.  You're here under a sworn         10:49:52

22   oath.  You must tell the truth.  Do you understand      10:49:54

23   that?                                                   10:49:57

24       A.    Yes.                                          10:50:01

25       Q.    You understand there can be criminal          10:50:01

1    penalties for telling a lie?                    18:50:03

2        A.    That is exactly like it is in Germany.    18:50:11

3        Q.    It can be criminal penalties for not    18:50:13

4    telling the truth as well.                      18:50:16

5        A.    Also that is the same in Germany.       18:50:22

6            MR. MOXON:  So she understands it then?   18:50:26

7            THE INTERPRETER:  Right.  You understand  18:50:28

8    it?                                             18:50:29

9        A.    Yes.  Yes.                             18:50:33

10       Q.    If you can't speak English, how do you  18:50:40

11   communicate with Mr. Merrette?                  18:50:43

12           MR. MERRETTE:  I'll object.  It's        18:50:50

13   attorney-client privileged.  If you would       18:50:51

14   translate, I'm instructing the witness not to    18:50:53

15   answer.  It's none of your business anyway.      18:50:55

16           MR. MOXON:  Are you addressing me?       18:50:59

17           MR. MERRETTE:  Would I dream of doing     18:51:00

18   that?  Go ahead.                                18:51:01

19           MR. MOXON:  Mr. Merrette has a chip on    18:51:10

20   his shoulder.  Ask her if she knows what that    18:51:12

21   means.  Never mind.  It probably doesn't         18:51:15

22   translate.  Are you -- are you --                18:51:23

23           MR. HERTZBERG:  You're going to stand by  18:51:24

24   your instruction even though he's not asking     18:51:26

25   for the contents of any conversation?           18:51:28

8

1    MR. MERRETTE:  It is none of your                10:51:30

2    business how my client communicates with me.      10:51:31

3    MR. HERTZBERG:  Okay.  That's objection.

4    It's not -- you're retreating from the            10:51:34

5    privilege?                                        10:51:35

6    MR. MERRETTE:  No, it is privileged.              10:51:36

7    This is not --

8    MR. HERTZBERG:  How is it privileged if           10:51:30

9    it doesn't ask for the context?                   10:51:39

10    MR. MERRETTE:  If you want to argue it,           10:51:42

11    set a hearing.  Don't argue with me.             10:51:43

12    MR. HERTZBERG:  Well, I'm trying to get

13    you to perhaps reconsider your position.          10:51:45

14    MR. MOXON:  My question -- my question            10:51:46

15    to the witness is tell me how you communicate     10:51:46

16    with Mr. Merrette if you don't speak English,     10:51:49

17    and if she refuses to answer, then I need        10:51:52

18    from her on the record a refusal to answer.       10:51:54

19    MR. MERRETTE:  And I'm instructing her           10:52:11

20    not to answer and I'm adding the objection of     10:52:12

21    relevance.                                        10:52:16

22    Q.    Answer, please.                             10:52:16

23    A.    Sir, I'm going according to my lawyer, my   10:52:23

24    counsel.                                          10:52:29

25    Q.    Well, you are refusing to answer?           10:52:29

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    A.    No.  If my lawyer tells me not to, I          10:52:35

2    won't.                                              10:52:39

3          MR. DANDAR:  That's pretty clear, if I        10:52:42

4    can play master here for a little bit.              10:52:46

5    Q.    Do you speak English -- I mean do you         10:52:48

6    speak German with Mr. Merrette?                     10:52:51

7          MR. MERRETTE:  Same objections; same          10:52:53

8    instruction.                                        10:52:54

9    A.    I'm going according to the counsel of my      10:53:01

10   lawyer.                                             10:53:05

11   Q.    Refusing to answer?  Refuse to answer it?     10:53:06

12         THE INTERPRETER:  Right.                      10:53:12

13   A.    Yes.                                          10:53:13

14   Q.    Are you in Florida on a vacation or in an     10:53:20

15   official capacity as a member of the German         10:53:20

16   government?                                         10:53:20

17   A.    I'm on vacation.                              10:53:31

18   Q.    Okay.  Was your press conference today        10:53:37

19   conducted as a private citizen or as a German       10:53:38

20   government official?                                10:53:41

21   A.    I have communicated during the press          10:54:05

22   conference with some friends of mine to speak to    10:54:09

23   Germans or in Germany about this.  Correct?         10:54:21

24         MR. DANDAR:  I don't think that came out      10:54:27

25   right.                                              10:54:29

1        THE INTERPRETER:  It's possible.                    10:54:30

2    Q.   Let me ask again.                                   10:54:31

3        THE INTERPRETER:  Oh, you described it              10:54:48

4    just a little more.                                      10:54:50

5    A.   She has given the press conference with            10:54:52

6    some friends here in the States that are also           10:54:54

7    against -- gegen, right? -- Scientology and that I      10:55:02

8    should -- and I should be able to give a picture        10:55:07

9    of the openness and the discussion from the States      10:55:13

10   to Germany or in Germany.                               10:55:18

11   Q.   I ask the question again.  Was the press           10:55:21

12   conference today conducted as a private citizen or      10:55:27

13   as a German government official?                        10:55:29

14       MR. BLUMEL:  (Speaking in German.)                  10:56:27

15       MR. MERRETTE:  Wait, wait, wait.  Hang              10:56:27

16   on.  Hang on.  Hang on.  Do not repeat what             10:56:29

17   he said.  Strike what he said.  Moxon asks              10:56:31

18   the questions, you relay them, she'll answer            10:56:34

19   them, you translate the answer.  This guy is            10:56:37

20   not a lawyer.  He's not permitted to ask                10:56:39

21   questions.

22       MR. MOXON:  He's a lawyer.                          10:56:41

23       MR. MERRETTE:  Okay.  You got your                  10:56:42

24   Florida Bar card?                                       10:56:43

25       MR. BLUMEL:  I have a German card.                  10:56:45

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          MR. DANDAR:  Wait.  There is a rule,          10:56:47

2     only one lawyer per side can ask questions.          10:56:57

3          MR. MOXON:  He wasn't asking.  He was          10:56:57

4     trying to assist the translator.          10:56:57

5          MR. DANDAR:  But the translator should          10:56:57

6     not be assisted by counsel.  We need to          10:56:57

7     understand what's being said by the          10:57:00

8     translator and only the translator can tell          10:57:02

9     us what the witness said in German.          10:57:03

10          THE INTERPRETER:  So should I repeat the          10:57:04

11     question?          10:57:05

12          MR. MOXON:  Yes.  See, let me ask --

13     this is a simple --

14     A.     Friends, German friends of mine -- no,          10:57:40

15     not German, American, American friends --          10:57:44

16     Q.     Just --

17     A.     -- here in Florida have asked her to          10:57:46

18     please picture what's going on in Germany as far          10:57:52

19     as the opposition to Scientology is concerned.          10:57:56

20     Q.     So you're here as a private citizen, not          10:58:02

21     as a German government official?          10:58:04

22     A.     I'm here on vacation.          10:58:10

23     Q.     Are you -- did you give your press          10:58:12

24     conference as a private citizen or as a German          10:58:14

25     government official?          10:58:19

1      A.    I'm here on vacation and I have explained

2   to my friends here what the situation in Germany

3   is.

4      Q.    Tell --

5            MR. DANDAR:   Can I interrupt for a

6   minute?

7            MR. MOXON:   No.   Wait a minute.

8            MR. DANDAR:   No, there should be --

9   there should be a microphone on the witness.

10           MR. MOXON:   Yes, please.

11           MR. DANDAR:   There should be a

12   microphone on the witness.

13           MR. MOXON:   Great.

14           THE VIDEOGRAPHER:   Mr. Merrette.   I can

15   hear her though, Mr. Dandar.

16           MR. DANDAR:   Huh?

17           THE VIDEOGRAPHER:   I can hear her.

18           MR. DANDAR:   You're picking her up?

19           THE VIDEOGRAPHER:   Yes.

20           MR. DANDAR:   Okay.   Is this on?

21           THE VIDEOGRAPHER:   Yes.

22           MR. DANDAR:   Mr. Merrette could use this

23   too.

24           THE VIDEOGRAPHER:   Won't go that far.

25           MR. DANDAR:   All right.   Well --

1  BY MR. MOXON:

2      Q.   Could you please tell the witness that      18:59:09

3  this deposition will take a very long time if she    18:59:11

4  does not directly answer my questions.               18:59:14

5      A.   I find my answer sufficient.                18:59:26

6      Q.   I don't.  Are you here as a -- were you     18:59:29

7  at the press conference today making the             18:59:33

8  statements you made publicly today as a private      18:59:35

9  citizen or as a German government official?          18:59:30

10     A.   She said:  In the meantime, I understand    18:59:42

11  the same questions.                                 18:59:53

12     Q.   Answer it then.                             18:59:56

13          THE INTERPRETER:  Would you please answer

14     it?

15     A.   I'm here on vacation with friends and I     19:00:06

16  gave the press conference to explain to my friends  19:00:10

17  here what the opinion and situation in Germany is   19:00:14

18  because they were interested to hear this.          19:00:23

19     Q.   That's the only reason for the press        19:00:25

20  conference?                                         19:00:26

21     A.   My friends asked me to do this and I have   19:00:36

22  done so.                                            19:00:39

23     Q.   What friends?                               19:00:40

24     A.   Friends in the USA.                         19:00:46

25     Q.   What friends.                               19:00:48

1          MR. DANDAR:  Okay.  Wait.  Stop.  Do not ¹⁹:⁰⁰:⁴⁸

2     -- you've got to listen to the interpreter to ¹⁹:⁰⁰:⁴⁹

3     do this the right way.                    ¹⁹:⁰⁰:⁵²

4          THE WITNESS:  Okay.

5          MR. DANDAR:  Even though you might  ¹⁹:⁰⁰:⁵⁴

6     understand a few words in English, you have ¹⁹:⁰⁰:⁵⁵

7     to wait for the interpreter to give it to ¹⁹:⁰⁰:⁵⁷

8     you, and I don't need any comments from   ¹⁹:⁰¹:⁰²

9     Counsel.  That's the right way to do things. ¹⁹:⁰¹:⁰⁴

10         MR. MOXON:  I don't disagree with you, ¹⁹:⁰¹:⁰⁶

11    but I just think she understands English, but

12    I agree.

13         MR. DANDAR:  But even if she thinks she

14    understands --

15         MR. MOXON:  I don't disagree with you,

16    Mr. Dandar.

17         MR. DANDAR:  Okay.  All right.

18         MR. MOXON:  I agree with you.  You're ¹⁹:⁰¹:⁰⁸

19    right.                                    ¹⁹:⁰¹:¹⁰

20         MR. DANDAR:  She has to wait.  All    ¹⁹:⁰¹:¹¹

21    right.                                    ¹⁹:⁰¹:¹¹

22    BY MR. MOXON:                             ¹⁹:⁰¹:¹²

23    Q.    The question is what friends?  Identify ¹⁹:⁰¹:¹²

24    them.                                     ¹⁹:⁰¹:¹⁵

25         THE INTERPRETER:  She wants me to ask her¹⁹:⁰¹:³²

1       lawyer a question.                                    19:01:34

2       Q.    Okay.                                           19:01:37

3             THE INTERPRETER:    Okay.    Is it all right    19:01:39

4       for her to name her friends?                          19:01:40

5             MR. MERRETTE:    (Nodding head.)                19:01:43

6             THE INTERPRETER:    The answer is yes.          19:01:46

7       A.    They are different friends here, Stacy          19:01:49

8       Brooks.                                               19:01:55

9       Q.    Brooks.    Okay.                                19:01:58

10            MR. DANDAR:    We all know.                      19:01:59

11      A.    Bob Minton, Jesse Prince.                       19:02:06

12            THE WITNESS:    And others.                      19:02:14

13      A.    And others.                                     19:02:15

14      Q.    What others?                                    19:02:16

15      A.    I don't know them all.                          19:02:21

16      Q.    Identify the ones you know.                     19:02:22

17      A.    Those three people, they are very good          19:02:31

18      friends of mine.                                      19:02:35

19      Q.    You gave the press conference to explain        19:02:37

20      to those three people how things are in Germany?      19:02:39

21      A.    These friends have asked me to make this        19:03:10

22      press conference and that's what I have done.         19:03:12

23      Q.    That's the only reason you gave the press       19:03:18

24      conference?                                           19:03:19

25      A.    Yes, that's the reason.                         19:03:25

```
 1        Q.    Were you picketing in front of the Church  19:03:27
 2   of Scientology on Sunday as an individual or in       19:03:31
 3   your official capacity as a Hamburg employee?         19:03:34
 4             MR. MOXON:  Hamburg employee.               19:03:49
 5             THE INTERPRETER:  No, no.  I'm talking       19:03:51
 6        about the building.                              19:03:52
 7             MR. MOXON:  Church of Scientology.          19:03:55
 8        A.    When did I do that?                        19:03:58
 9        Q.    On Sunday.                                 19:04:01
10        A.    Yes, I've done this as a private person    19:04:07
11   with pleasure.                                        19:04:11
12        Q.    Did Bob Minton pay for you to come to the  19:04:14
13   United States?                                        19:04:17
14             THE INTERPRETER:  Did --                    
15        Q.    Did Bob Minton pay for you to come to       
16   the United States?                                    19:04:37
17             THE INTERPRETER:  Again I'm to ask her      19:04:39
18        counsel if she should give out the              19:04:42
19        information as to where the money came from      19:04:43
20        for her journey.                                19:04:48
21             MR. MERRETTE:  Whatever the truth is,       19:04:48
22        yes.  Whatever the truth is, yes.               19:04:51
23        A.    (Speaking in German) and it has been      19:05:02
24   transferred from my account.                          19:05:03
25             MR. MOXON:  I didn't understand what you    19:05:04
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    said.  Could you repeat that?                    19:05:07

2          MR. MERRETTE:  You started your

3    translation in German.

4          THE INTERPRETER:  Oh, did I speak          19:05:09

5    German?                                          19:05:09

6          MR. DANDAR:  Yes.                          19:05:10

7          THE INTERPRETER:  I'm sorry.               19:05:18

8          MR. DANDAR:  Yes.

9          THE INTERPRETER:  Yeah, I know.  I'm

10    sorry.

11    A.    I have paid for my own ticket and the     19:05:18

12    money was transferred from my account.          19:05:21

13    Q.    How much money has Bob Minton given you?  19:05:23

14    A.    Why should Mr. Minton give me money?      19:06:48

15    Q.    How much money has Bob Minton given you?  19:06:48

16          MR.  MERRETTE:  I'll object as assuming   19:06:48

17    facts not in evidence.  Don't answer the        19:06:48

18    question.  Do you want to ask her a right       19:06:48

19    question, go ahead and ask it.                  19:06:48

20    Q.    How much money has Bob Minton given you?  19:06:48

21          MR. MERRETTE:  Go ahead and answer it.    19:06:48

22    Go ahead and answer it.  If that's the best     19:06:48

23    he can do, go ahead and answer it.              19:06:48

24          MR. DANDAR:  Answer the question.         19:06:48

25          THE INTERPRETER:  She would like to --    19:06:48

1    for me to translate what Mr. Merrette has          19:06:48

2    said.                                              19:06:48

3         MR. MERRETTE:  Tell her not to worry          19:06:48

4    about it.  Go ahead and answer the question.       19:06:48

5    A.   I don't want to --

6         MR. MERRETTE:  Okay.

7    A.   I would not like to answer these              19:06:48

8    questions.  It does not -- it's none of anybody's  19:06:48

9    business.                                          19:06:48

10        MR. DANDAR:  Then it's objected to.           19:06:48

11        MR. HERTZBERG:  Explain to her she's got      19:06:48

12   to answer.                                         19:06:48

13        MR. DANDAR:  No, she doesn't.                 19:06:48

14   Q.   Are you refusing to -- let me ask you         19:06:48

15   again.  How much money has Bob Minton given to     19:06:48

16   you?                                               19:06:48

17   A.   Really -- really, I would like to know if     19:06:56

18   I should answer this question and I would not like 19:06:56

19   to answer questions about money.                   19:06:56

20   Q.   Too bad.  Answer the question is my           19:06:58

21   response.                                          19:07:02

22        MR. MERRETTE:  You should answer it.  It      19:07:06

23   is -- let me -- let me tell you this.  It is       19:07:11

24   relevant.  It's overreaching.  It's part of a      19:07:14

25   pattern of harassment on the part of               19:07:16

1    Scientology, and if you choose not to answer    19:07:18
2    it, I will be happy to defend any motions    19:07:20
3    that might be brought on it, but I would    19:07:22
4    recommend that you answer it.    19:07:26
5        THE WITNESS:  Okay.    19:07:43
6    A.    Bob Minton has given me a credit.    19:07:45
7    Q.    I don't know what that means.  How much,    19:07:49
8    how much money has Bob Minton given you?    19:07:51
9    A.    Do I have to answer?  Do I have --    19:08:03
10        MR. DANDAR:  Go ahead.    19:08:09
11    A.    Do I have to answer these questions to    19:08:10
12    the gentleman about money?    19:08:12
13        MR. DANDAR:  This -- you are not a    19:08:15
14    witness in this case.  If someone has given    19:08:19
15    you a gift of money --    19:08:21
16        MR. MOXON:  Mr. Dandar --
17        MR. HERTZBERG:  Now, that's improper.
18        MR. DANDAR:  -- it's up to you whether    19:08:22
19    or not you want to answer the question.    19:08:23
20        MR. MOXON:  This is utterly --    19:08:24
21    Mr. Dandar, it's utterly inappropriate for    19:08:24
22    you to be instructing this witness, also    19:08:28
23    making speaking objections and telling her    19:08:29
24    because I, of course, if she doesn't answer    19:08:32
25    the question, I'm going to be seeking to    19:08:34

1    compel and I'm going to be seeking the                    19:08:36

2    sanctions against you  if you tell -- if                  19:08:37

3    you're instructing her not to answer the                 19:08:38

4    question and she doesn't answer it and I have             19:08:39

5    to compel her back, I'm going to be paid.                 19:08:41

6        MR. DANDAR:  I'm an officer of the court              19:08:44

7    and I know that you're out of line.                       19:08:45

8        MR. MOXON:  Well, then you know, if                   19:08:47

9    you're an officer of the court, you know that             19:08:48

10   you can't make an objection like that.  You               19:08:50

11   know how improper it is to give instructions              19:08:52

12   to a witness who you claim is not represented             19:08:56

13   by you and who you claim is a third party and             19:08:58

14   who is represented by counsel here.                       19:09:02

15       MR. DANDAR:  I can see that this is an                 19:09:04

16   OSA operation, this has nothing to do with                19:09:06

17   this case, and you, sir, are the one that's               19:09:07

18   going to get sanctioned.                                  19:09:09

19       MR. MOXON:  Fine.  Bring your motion.                 19:09:10

20       MR. DANDAR:  I will.                                  19:09:11

21       MR. MOXON:  Bring it.

22   Q.    Answer the question.                                19:09:12

23       MR. DANDAR:  Tomorrow.                                19:09:13

24       MR. MOXON:  Bring it.                                 19:09:14

25   Q.    How much money has Bob Minton given you?           19:09:15

1          THE INTERPRETER:  She still would like to⁹:⁰⁹:²⁸

2     know --

3     A.    I would like to know if I should answer    19:09:29

4     the question.  In Germany that would not be      19:09:31

5     necessary.                                       19:09:34

6          MR. HERTZBERG:   We're not in Germany.      19:09:35

7          MR. MERRETTE:  I'll instruct her not to     19:09:35

8     answer on the basis that is wildly               19:09:36

9     irrelevant.  Although customarily it's within    19:09:39

10    the wide breadth that Counsel pursues, this      19:09:41

11    particular witness has been sufficiently         19:09:44

12    overborne already.  I'm instructing her not      19:09:45

13    to answer that question.                         19:09:48

14         MR. MOXON:  Even you know,                   19:11:57

15    Mr. Merrette, that payments to witnesses and     19:11:57

16    the people that have been controlling            19:11:57

17    witnesses, Tanya Neujar's boss, someone          19:11:57

18    that's working with Assman, someone that's       19:11:57

19    met with Jesse Prince, my God, she's on the      19:11:57

20    Internet with Jesse Prince holding hands with    19:11:57

21    him, Vaughn Young and Minton, and a loan from    19:11:57

22    the financier of this case, that's been held     19:11:57

23    to be relevant in every one of the motions       19:11:57

24    that you've lost.                                19:11:57

25         MR. MERRETTE:  Wrong, but move on.          19:11:57

1        Waste your breath on something else, Moxon. 19:11:57

2        Q.    My question is how much money has Minton 19:11:57

3    given you? 19:11:57

4              MR. MERRETTE:  And the instruction is not 19:11:57

5        to answer.  If that's the only question you 19:11:57

6        have to ask, you're done. 19:11:57

7        Q.    Answer? 19:11:57

8              MR. MERRETTE:  Don't even translate it. 19:11:57

9        If that's the last question you have, we're 19:11:57

10       done.  If you have another question, we'll 19:11:57

11       continue.

12             MR. MOXON:  I have a lot of questions. 19:11:57

13             MR. MERRETTE:  Next question. 19:11:57

14       Q.    Are you following your -- are you 19:11:57

15   following Mr. Merrette's instructions? 19:11:57

16       A.    Yes, naturally. 19:11:57

17       Q.    Please tell the witness that I am going 19:11:57

18   to make another motion to the court and I am going 19:11:57

19   to ask the court to compel her to answer that 19:11:57

20   question.  I am going to seek a monetary penalty. 19:11:57

21             MR. MERRETTE:  Don't -- don't translate 19:11:57

22       it. 19:11:57

23             MR. MOXON:  No, translate it. 19:11:57

24             MR. MERRETTE:  No, no, no.

25             MR. MOXON:  You can't --

1          MR. MERRETTE:  No, that is not a          19:11:57

2     question.  That is not a question.  You're     19:11:57

3     here to ask questions.  Don't waste my time.   19:11:57

4     Don't waste my client's time.  You're not      19:11:57

5     allowed to have your threats translated to     19:11:57

6     chew up the record.  It's on the record.       19:11:57

7     Move on.                                        19:11:57

8          MR. MOXON:  Translate it, please.         19:11:57

9          MR. DANDAR:  Well, you're getting close   19:11:57

10    to suspension of the deposition.               19:11:57

11         MR. MOXON:  By you?                        19:11:57

12         MR. DANDAR:  I'm going to suspend it too   19:11:57

13    because you're wasting my time.                19:11:57

14         MR. MOXON:  You don't think I'm entitled  19:11:57

15    to tell a witness that I'm going to -- that I

16    have the right under American law to make a    19:11:57

17    motion to compel and what the consequences --

18         MR. DANDAR:  Not when she has a lawyer     19:11:57

19    representing her, you don't.                   19:11:57

20         MR. MOXON:  You're wrong.  I'll move on.   19:11:57

21    BY MR. MOXON:

22    Q.   When did Mr. Minton give you this money?  19:11:57

23         MR. DANDAR:  Objection; outside the scope  19:12:13

24    as restricted by Judge Moody.  Only witnesses   19:12:13

25    on the plaintiff's witness list can be asked    19:12:13

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    how much money they were given by any third    19:12:13

2    party, including Bob Minton.    19:12:13

3         MR. MOXON:  Outrageous speaking    19:12:15

4    objection.    19:12:15

5         MR. DANDAR:  Outside the scope.    19:12:16

6         MR. HERTZBERG:  He's not asking -- first    19:12:17

7    of all, he's not asking her how much money.    19:12:18

8         MR. DANDAR:  She's not a witness.    19:12:21

9         MR. MOXON:  I asked when --    19:12:22

10        MR. HERTZBERG:  And there is no -- there    19:12:23

11   has been no parameters put on this.  Don't --    19:12:23

12   don't obstruct -- you're really obstructing    19:12:26

13   the deposition.  Let's get this done.  Listen    19:12:27

14   to the question carefully, Ken, because it    19:12:30

15   doesn't ask her to disclose any amounts.    19:12:32

16   We're beyond that now.    19:12:35

17   Q.   I repeat the question.  When did    19:12:36

18   Mr. Minton give you this money?    19:12:37

19        MR. MERRETTE:  I'm instructing the    19:32:39

20   witness not to answer.    19:12:40

21        MR. MOXON:  Let her hear the question    19:12:51

22   first.    19:12:51

23        MR. MERRETTE:  She doesn't need to hear    19:12:51

24   it.  She's instructed not to answer the    19:12:51

25   question.

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1      MR. MOXON:  Don't instruct her, the                19:12:51

2      translator, not to translate the question to       19:12:51

3      the witness, Mr. Merrette.  We've got it --         19:12:51

4      we have to have a record here.                      19:12:51

5      MR. MERRETTE:  Of what?  You think this             19:12:54

6      is being taken down in German when she              19:12:55

7      translates it?                                       19:12:57

8      MR. MOXON:  We must have a record.                  19:12:59

9  BY MR. MOXON:

10     Q.    The question to the witness is when did       19:13:00

11 Mr. Minton give you the money?                          19:13:02

12     MR. MERRETTE:  And the instruction to the          19:13:05

13     witness is don't answer the question.               19:13:07

14     MR. MOXON:  Okay.  Please translate               19:13:15

15     both.                                                19:13:15

16     MR. MERRETTE:  And the instruction was             19:13:16

17     don't answer the question.                          19:13:17

18     A.    She said that's good.  I'm going              19:13:22

19 according to my counsel.                                19:13:23

20     Q.    Okay.  Do you have a contract with           19:13:33

21 Mr. Minton?                                             19:13:34

22     A.    What kind of contract.                       19:13:51

23     Q.    Do you have any kind of contract or          19:13:53

24 agreement with Mr. Minton?                              19:13:54

25     A.    No.                                           19:14:04

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Q.    Do you have an agreement to repay    19:14:06

2   Mr. Minton the money he gave you?    19:14:08

3           MR. MERRETTE:  I'll object as being asked 19:14:10

4    and answered and instruct the witness not to    19:14:12

5    answer it again.  She just told you there is    19:14:13

6    no agreement.    19:14:15

7           MR. MOXON:  Mr. Merrette, just for sake    19:14:16

8    of the record, and Mr. Dandar was right,    19:14:18

9    you've got to let the translator translate it    19:14:20

10   and then she'll translate what you want to    19:14:23

11   say, and then she'll translate what the    19:14:25

12   witness says, and then we'll have a standard    19:14:28

13   record.  You can't be cutting off like this.    19:14:30

14          MR. DANDAR:  That may be better, what    19:14:33

15   Mr. Moxon suggested, in case for some reason    19:14:34

16   the witness wants to ignore your    19:14:37

17   instructions.    19:14:39

18          MR. MERRETTE:  Okay.    19:14:41

19   Q.    So let me start over again.    19:14:42

20          MR. DANDAR:  Don't repeat the questions    19:14:46

21   though.    19:14:47

22   Q.    Do you have any agreement to repay    19:14:49

23   Mr. Minton the money that he gave to you?    19:14:53

24          MR. MERRETTE:  The objection is asked and 19:15:01

25   answered, but go ahead.    19:15:02

1          MR. HERTZBERG:  Go ahead, he said.                19:15:09

2          MR. MERRETTE:  The objection is asked            19:15:12

3     and answered, the question has been asked            19:15:13

4     before, but go ahead and answer.                     19:15:14

5     A.    I have said that Mr. Minton has given me       19:15:24

6     a credit and one pays back a credit.                 19:15:27

7     Q.    Does she have a written --                     19:15:32

8     A.    That is normal.                                19:15:35

9     Q.    Does she have a written agreement to pay       19:15:37

10    back Mr. Minton?                                      19:15:39

11    A.    That is not necessary among friends.           19:15:46

12    Q.    Is the answer no?                               19:15:49

13    A.    It is not necessary to make among friends       19:16:00

14    the written agreement.                               19:16:03

15    Q.    I understood what she said.  My question        19:16:04

16    is is the answer no to my question?                  19:16:06

17    A.    I don't know.  It's most likely said with       19:16:14

18    it.                                                  19:16:17

19          MR. DANDAR:  I understood the answer.           19:16:18

20    Q.    Is there -- is there any written               19:16:21

21    agreements to pay back Mr. Minton the money he has    19:16:23

22    given to you, yes or no?                             19:16:26

23          MR. MERRETTE:  I'm going to instruct the        19:16:27

24    witness not to answer on the basis that             19:16:28

25    Mr. Moxon is the only person in the room who         19:16:29

1    doesn't understand what her answer is and the    19:16:32

2    rest of us don't need to wait for you to    19:16:36

3    catch up.  It's been asked and answered    19:16:38

4    previously.

5         MR. HERTZBERG:  I don't know -- you

6    know, the way she obfuscates, I don't    19:16:39

7    understand either, just for the record.    19:16:41

8    Okay?  I don't understand either because of    19:16:44

9    the -- she won't answer a simple yes or no    19:16:45

10   question.  She won't focus on the questions    19:16:47

11   that are being asked and she gives these    19:16:49

12   cubed and complicated little fillips to the    19:16:50

13   answers and I don't understand what she's

14   saying.    19:16:54

15        MR. MERRETTE:  Okay.  Are you stating as    19:16:54

16   an officer of the court that you don't    19:16:55

17   understand what such things are not necessary    19:16:57

18   among friends mean when the question was do    19:16:59

19   you have a written agreement to pay it back,    19:17:01

20   is that what you're saying as an officer of    19:17:04

21   the court?    19:17:06

22        MR. MOXON:  It's not --

23        MR. HERTZBERG:  It's not responsive.  I    19:17:06

24   don't know exactly what she's responding to    19:17:06

25   when she says something like that.  All she    19:17:08

1    had to do was say no, all she had to do was          19:17:10

2    say no if that's the answer, if that's the           19:17:11

3    answer.                                              19:17:13

4         MR. MERRETTE:  Tell me about German            19:17:13

5    grammar and syntax.  Have you got that for           19:17:15

6    me, Hertzberg?                                       19:17:19

7    Q.    Let me ask it again.                           19:17:20

8         MR. DANDAR:  Wait a minute.  Stop.             19:17:21

9    Stop.  Mr. Moxon is asking the question.             19:17:22

10   Mr. Hertzberg should not be interjecting             19:17:24

11   anything while Mr. Moxon is the one                   19:17:27

12   conducting the deposition --                          19:17:29

13        MR. MOXON:   (Opening door to conference

14   room.)

15        MR. DANDAR:  Thank you.  That's a great        19:17:32

16   idea.                                                19:17:34

17        -- but I think the answer should answer        19:17:36

18   yes or no and let's get on with it.  Let's go       19:17:38

19   a little faster.

20        THE INTERPRETER:  Oh, I was dying in

21   here too.  Excuse me.

22        MR. DANDAR:  You have a very warm suit         19:17:43

23   on.                                                  19:17:45

24        THE INTERPRETER:  Yeah, I know.

25             (Discussion off the record.)

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    BY MR. MOXON:                                          19:17:52

2        Q.    My question is do you have any agreement      19:17:53

3    with Mr. Minton to repay the money, yes or no?         19:17:54

4            MR. DANDAR:  Are you asking for a written       19:18:01

5        agreement?  Let's be sure here.                    19:18:01

6            MR. MOXON:  Thank you.                          19:18:04

7        Q.    Do you have any written agreement with        19:18:04

8    Mr. Minton to repay the money he gave you?             19:18:06

9        A.    No, not written because isn't necessary       19:18:17

10   among friends.                                         19:18:22

11       Q.    Did Mr. Minton or anyone acting on behalf     19:18:24

12   of Mr. Minton transfer money to your accounts to       19:18:27

13   pay for your ticket to Florida?                        19:18:30

14       A.    No.  I have paid my flight ticket and I       19:18:48

15   have transferred it from my account.                   19:18:54

16           MR. MOXON:  What was that last?                 19:18:59

17           THE INTERPRETER:  Transferred the money         19:19:00

18       from my account.                                   19:19:01

19       Q.    Did Minton pay you any money for              19:19:05

20   purposes of your expenses in Florida?                  19:19:07

21       A.    I am very happy to say that Mr. Minton        19:19:29

22   and Ms. Brooks have put me up in a wonderful hotel     19:19:35

23   and they are taking care of it.                        19:19:42

24           MR. HERTZBERG:  And what?                       19:19:47

25           MR. DANDAR:  They are taking care of it.        19:19:48

1      Q.    So they're paying for your hotel,                19:19:49

2    correct?                                                  19:19:51

3           MR. DANDAR:  Well, that's what --                  19:19:52

4           MR. HERTZBERG:  Yeah, she just said                19:19:53

5      that.                                                   19:19:54

6      Q.    Okay.  Who is paying for your meals in            19:19:55

7    Florida?                                                  19:19:56

8      A.    Just now I have been invited by my lawyer         19:21:19

9    for dinner.                                               19:21:19

10     Q.    Your lawyer is Mr. Merrette?                       19:21:19

11     A.    Pardon me?                                         19:21:19

12     Q.    Is your lawyer Mr. Merrette?                       19:21:19

13     A.    Yes.  Yes.                                         19:21:19

14     Q.    Has he paid for all of your meals while           19:21:19

15    you've been in Florida?                                  19:21:19

16           MR. MERRETTE:  All right.  That's it.             19:21:19

17      That's none of your business.  Pick a                   19:21:19

18      substantive question.  She's not answering             19:21:19

19      it.                                                     19:21:19

20           MR. DANDAR:  Come on, Rick.

21           MR. MERRETTE:  Do not answer the                   19:21:19

22      question.  Mr. Moxon, it's been about 30               19:21:19

23      minutes.  You're now asking her who paid for          19:21:19

24      her Cheerios this morning.  You haven't asked          19:21:19

25      a substantive question yet.  Ask her where             19:21:19

1    she was when the girl was tied to the bed,                19:21:19

2    something substantive.                                    19:21:19

3        MR. MOXON:  I don't know what she does              19:21:19

4    in her spare time, Mr. Merrette.  I'm not                 19:21:19

5    going --                                                  19:21:19

6        MR. MERRETTE:  Something substantive.               19:21:19

7    Okay?                                                     19:21:19

8        MR. MOXON:  Do you want me to get into             19:21:19

9    her private life about tying people to beds?              19:21:19

10        MR. DANDAR:  Come on.  Come on.                    19:21:19

11        MR. MERRETTE:  I want you to get into             19:21:19

12    Lisa McPherson.  You remember she died at                19:21:19

13    your world headquarters tied to a bed?                   19:21:19

14    Remember?

15        MR. MOXON:  You're hallucinating.

16        MR. MERRETTE:  Get into some kind of              19:21:19

17    substantive question.                                    19:21:19

18        MR. DANDAR:  Okay.  Time out.  Let's go.          19:21:19

19    Come on.                                                 19:21:19

20  BY MR. MOXON:

21        Q.  You are opening an office of the Lisa          19:21:19

22    McPherson Trust in Hamburg, is that correct?             19:21:19

23        A.  We are talking about it, in which form         19:21:30

24    and if it is possible.                                   19:21:32

25        Q.  Who are you talking about it with?             19:21:34

1          MR. MERRETTE:  Don't answer.  It's                    19:21:37

2     irrelevant.  It's beyond the scope.  This is             19:21:39

3     not an intelligence interrogation for you to             19:21:42

4     find out what the Lisa McPherson Trust is                19:21:45

5     doing.                                                    19:21:47

6          MR. MOXON:  Are you instructing --

7          MR. MERRETTE:  You need to start asking             19:21:47

8     questions about this case, about the dead                19:21:49

9     girl, about statements of witnesses, or the              19:21:50

10    deposition is going to be over.                          19:21:53

11         MR. DANDAR:  I concur on that objection.            19:21:55

12         MR. MOXON:  Are you instructing her?                19:22:01

13         MR. MERRETTE:  Yes.

14    Q.   Are you following --

15         MR. MOXON:  Ask her if she's following             19:22:01

16    her counsel's instructions not to answer that           19:22:02

17    question.                                                 19:22:05

18    A.   Yes, of course.                                     19:22:11

19    Q.   You met with Jesse Prince in Germany,              19:22:40

20    correct?                                                  19:22:43

21    A.   I need to think about it.  If it -- with           19:22:55

22    my lawyer because it is concerns Germany and my         19:23:00

23    function in Germany.                                      19:23:15

24         MR. MERRETTE:  In that event, I'll -- ask          19:23:18

25    her if she means her official function, her             19:23:18

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    job.                                              19:23:21

2    A.    Yes.                                        19:23:29

3         MR. MERRETTE:    In that event, I'm          19:23:31

4    instructing the witness not to answer based      19:23:33

5    on the certification of the consul general       19:23:34

6    that was tendered in court today.                19:23:37

7         MR. DANDAR:    So the record is clear, as I  19:23:50

8    understand the letter from the consul            19:23:52

9    general, Flag has a representative, a lawyer      19:23:55

10   from Germany, who actually knows what that        19:23:58

11   German law is and knows that there is a          19:24:01

12   certain procedure to follow, which Flag chose    19:24:03

13   not to follow in this case, to -- under the      19:24:06

14   Doctrine of Comity with foreign                  19:24:08

15   jurisdictions, and that's what I understand      19:24:13

16   the consul general from Miami for the German     19:24:15

17   consulate said in his letter, which we --        19:24:17

18   which Mr. Merrette delivered to Judge Moody      19:24:20

19   this afternoon.                                  19:24:22

20        MR. MOXON:    You're wrong.                  19:24:23

21        MR. DANDAR:    Okay.    Okay.                19:24:24

22        MR. MOXON:    We will mark as Exhibit A the  19:24:30

23   letter --                                        19:24:43

24        MR. MERRETTE:    Which letter?    We need to  19:24:52

25   describe it for the record.                      19:24:53

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          MR. MOXON:  The letter from Fritz von          19:24:59

2     Rottenburg, Consul General, faxed on               19:25:01

3     July 25th, 2000.                                   19:25:07

4          (Defendant's Exhibit A was marked for

5     identification.)

6     BY MR. MOXON:                                      19:25:16

7     Q.   Was some part of this letter deleted?         19:25:16

8          THE INTERPRETER:  You want me to ask the      19:25:21

9     question?                                          19:25:23

10    Q.   Let me -- wait.  Did you, Ms. Caberta,        19:25:25

11    see this letter before that we've marked as        19:25:30

12    Exhibit A?                                          19:25:32

13    A.   Yes, I have seen it.                           19:25:36

14    Q.   How was this letter acquired?                  19:25:40

15    A.   After I have heard about the proceedings,      19:26:33

16    I have called the general consul in Miami to ask    19:26:37

17    according to German law if I should give witness    19:26:47

18    to certain things.                                  19:26:55

19         THE INTERPRETER:  Am I correct?               19:26:57

20         MR. BLUMEL:  Mr. Moxon, it's not              19:27:03

21    correct.                                           19:27:05

22         MR. MOXON:  Stop.                             19:27:20

23         MR. MERRETTE:  Don't.  You can't stop         19:27:20

24    her.  She's answering the question.  Put your      19:27:20

25    hand down.                                         19:27:20

1    A.    I wanted to know from the consul and for    19:27:29

2    him to mark it down what my rights are as to be    19:27:31

3    witness to things because I am officially a German 19:27:44

4    worker and what my rights are.    19:27:55

5           MR. BLUMEL:  That's not correct.    19:28:01

6           THE INTERPRETER:  Pardon me?    19:28:03

7    Q.    Tell the witness that she must give    19:28:04

8    shorter --

9           THE INTERPRETER:  What is it?    19:28:0

10          MR. BLUMEL:  (Speaking in German.)

11          MR. DANDAR:  You need to talk to her in    19:28:09

12   English though.    19:28:11

13          THE INTERPRETER:  Yeah, right.  You go    19:28:12

14   ahead.

15          MR. BLUMEL:  She said I contacted the    19:28:13

16   consul general in Miami --    19:28:15

17          THE INTERPRETER:  Right.

18          MR. BLUMEL:  -- to ask him if he can    19:28:17

19   give me a certificate because I am not sure    19:28:21

20   if the courts in Tampa know that as an    19:28:25

21   official of the City of Hamburg, I can only    19:28:29

22   be a witness if I have it in writing the    19:28:33

23   permit of my seniors of my office that -- to    19:28:36

24   give a witness, only with permission in    19:28:41

25   writing of the office.  That's what she said.    19:28:45

```
1        MR. MERRETTE:  Now, before we go any        19:28:51

2   further, the record as it's being typed out     19:28:52

3   is reflecting that that was said by the         19:28:55

4   interpreter.  That was not said by the

5   interpreter.  That was said by an attorney      19:28:58

6   for Scientology and that needs to be made       19:28:58

7   perfectly clear as a matter of the record,      19:29:01

8   that the proceeding statement was made by a     19:29:03

9   Scientology lawyer.                             19:29:06

10       MR. MOXON:  Just a moment.  Just a

11  moment.  First, Mr. Merrette, Scientology is    19:29:08

12  the name of a religion.  I don't know if you    19:29:10

13  have any religious belief but it's the Church   19:29:11

14  of Scientology Flag Service Organization.       19:29:15

15  He's not an attorney for Catholicism or         19:29:17

16  something, and you keep making --               19:29:21

17       MR. MERRETTE:  Right.  Catholicism is a    19:29:22

18  real religion.  Go ahead with whatever          19:29:33

19  statement you want to make.

20       MR. DANDAR:  Well, I think he was right    19:29:33

21  in what was just said.                          19:29:33

22       MR. MOXON:  You're such a bigot,

23  Merrette.

24       MR. DANDAR:  I think that's what she was   19:29:33

25  saying, something like that.                    19:29:33
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

```
1            THE INTERPRETER:  She was --

2            MR. MOXON:  Okay.  That's fine.  That's

3        it.

4            THE INTERPRETER:  No, no, it was because

5        it was a long story and it's actually -- she

6        wanted the counsels to be --

7            MR. BLUMEL:  Permit to speak as a        19:29:43

8        witness, I would translate it.               19:29:45

9            MR. DANDAR:  Right.  No?                  19:29:48

10            THE INTERPRETER:  No.  No.  That's not    19:29:49

11        it.                                          19:29:49

12            MR. DANDAR:  Stop and start again.        19:29:50

13            THE INTERPRETER:  Right.                  19:29:52

14        Q.   No.  Please tell the witness that if she 19:29:52

15   gives long-winded answers, it's impossible to     19:29:54

16   translate.  She must give short answers to my     19:29:57

17   questions.                                        19:29:59

18            MR. MERRETTE:  Now you tell her that's    19:30:07

19        inappropriate for him to say.  She can answer 19:30:08

20        however she wants to as long as it's true.    19:30:10

21            MR. DANDAR:  Wait.  Stop.  Stop.  Wait.   19:30:13

22        Stop.  Listen, I think a better instruction   19:30:14

23        would be no matter how long your answer is,   19:30:16

24        stop after a while so you can translate it as 19:30:20

25        we go along.                                  19:30:23
```

1            MR. MOXON:  That's right.  That's what I    19:30:26

2     was trying to say.  Thank you, Mr. Dandar.    19:30:27

3            THE INTERPRETER:  I was trying to do

4     that but, you know, to interrupt, but it's --

5            MR. DANDAR:  How does that sound?    19:30:29

6            MR. MERRETTE:  That's fine.    19:30:30

7            MR. DANDAR:  Okay.

8            MR. MOXON:  Yeah.

9            MR. DANDAR:  Go ahead and tell her that.    19:30:32

10     A.    Okay.  We shall do that.  We shall do    19:30:39

11     that.  Now what question do you have?    19:30:43

12            MR. DANDAR:  Okay.  Here we go.    19:30:46

13     Q.    Did you solicit that letter?    19:30:47

14     A.    Yes.    19:30:54

15     Q.    Is anything deleted or removed from this    19:30:56

16     letter?    19:30:58

17     A.    I have asked for this letter to be    19:31:11

18     written and sent.    19:31:15

19            MR. DANDAR:  Can I go and let you know    19:31:17

20     something?    19:31:18

21            MR. MOXON:  No.

22            MR. DANDAR:  Okay.    19:31:20

23     Q.    Was anything removed from that letter?    19:31:20

24     A.    When I saw this, it looked exactly like    19:31:31

25     it does now.    19:31:35

```
1          MR. HERTZBERG:  Were you going to tell us    19:31:44
2    about a deletion?                                   19:31:45
3          MR. DANDAR:  This is exactly how the          19:31:46
4    letter arrived but I wanted her to answer           19:31:47
5    that first, so --                                   19:31:49
6    Q.   Who is paying for your counsel?                19:32:01
7          MR. MERRETTE:  Instruct the witness not       19:32:08
8    to answer; beyond the scope.  It's                  19:32:09
9    privileged.                                         19:32:11
10   A.   Then I won't.                                  19:32:20
11   Q.   Is Mr. Minton paying for your attorney?        19:32:20
12         MR. MERRETTE:  Don't answer that.  Quit       19:32:24
13   wasting our time.  Do not ask her --                19:32:25
14         MR. MOXON:  Are you instructing her?
15         MR. MERRETTE:  She's not going to answer       19:32:27
16   any more questions about who is paying her          19:32:27
17   attorney.                                           19:32:30
18         MR. MOXON:  Then instruct her.
19         MR. MERRETTE:  You can go through the         19:32:31
20   phone book if that's how you want to spend         19:32:32
21   the evening, but she's not going to answer         19:32:34
22   the questions.  She already said she's not
23   going to tell you who is paying her -- paying      19:32:36
24   me.                                                19:32:36
25   Q.   Answer or refuse to answer, please.           19:32:37
```

1        MR. MOXON:  She must either answer or          19:32:39

2    refuse to answer.                                  19:32:41

3    A.   I have understood that -- what my lawyer      19:32:53

4    said is not to answer it.                          19:32:56

5    Q.   Is the Lisa McPherson Trust paying for        19:32:58

6    your attorney?                                     19:33:00

7        MR. MERRETTE:  Tell you what.  Take the        19:33:01

8    microphone off.  Tell her to take it off.          19:33:03

9    You can put these questions on the record.         19:33:05

10   We'll go have a smoke.  We'll come back when       19:33:06

11   you're done asking questions that I've             19:33:09

12   already told you she's not going to answer.        19:33:12

13   Is that the way you want to do it?                 19:33:13

14       MR. MOXON:  Mr. Merrette --

15       MR. DANDAR:  I agree you're wasting our

16   time.

17       MR. MOXON:  You've got such a chip on          19:33:16

18   your shoulder.  It would take two seconds to       19:33:17

19   say I instruct her and I move on.                  19:33:20

20       MR. MERRETTE:  It's already been done.         19:33:22

21   She's instructed not to answer any questions       19:33:23

22   about who paid for legal services for her in       19:33:25

23   this matter.                                       19:33:27

24       MR. MOXON:  I need it from her.  She           19:33:29

25   doesn't even know what you're talking about.       19:33:30

```
 1    She doesn't know what you and I are talking          19:33:32
 2    about.  It needs to be told --                       19:33:32
 3         MR. MERRETTE:  But you do and I've              19:33:33
 4    already told you repeatedly that that's the          19:33:35
 5    instruction.                                         19:33:37
 6         MR. MOXON:  I understand.  The question         19:33:37
 7    needs to go to the witness.  This is the way         19:33:39
 8    it works.                                            19:33:41
 9         MR. MERRETTE:  Tell her that my                 19:33:43
10    instruction to her is to state that she will        19:33:43
11    answer no questions regarding the source of         19:33:46
12    payment for her attorney.                            19:33:47
13         MR. MOXON:  Please.                             19:33:49
14    A.    Good, and that's what I'm going to do.         19:34:03
15    Q.    Have you ever spoken to Mr. Dandar prior       19:34:08
16    to this trip to Florida?                             19:34:11
17         MR. DANDAR:  Dandar.                            19:34:26
18         THE INTERPRETER:  I'm sorry?                    19:34:32
19         THE VIDEOGRAPHER:  Dandar his name is.          19:34:36
20         MR. DANDAR:  That's me, that's my last          19:34:38
21    name.                                                19:34:42
22         THE INTERPRETER:  Sorry, very sorry to          19:34:43
23    mutilate it.                                         19:34:44
24    A.    Yes, yes, I have also met him.                 19:34:50
25    Q.    When did you meet him?                          19:34:53
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1   A.    Concerning my trip --                    19:35:10

2         THE INTERPRETER:  What kind of --

3   A.    She said I'm a member of Enquette        19:35:24

4   Commission --                                  19:35:27

5         THE INTERPRETER:  Evidently German.      19:35:28

6   A.    And --                                   19:35:29

7         MR. MOXON:  Just a moment.  I want to    19:35:30

8   give you an instruction as the translator.     19:35:33

9         THE INTERPRETER:  Yes, please.           19:35:36

10        MR. MOXON:  Please -- we need to tell    19:35:37

11  the witness that she's got to give -- let you  19:35:37

12  have time to translate and if she wants to     19:35:40

13  have a long answer, just as Mr. Dandar said,   19:35:43

14  she must say it in short enough pieces that     19:35:47

15  you can translate the pieces to me.            19:35:49

16        THE INTERPRETER:  Right.  Would you

17  please -- oh, you understood?  I know.         19:35:53

18        MR. MERRETTE:  Hang on a second.  If you 19:36:05

19  will, relay that instruction.                  19:36:06

20        THE INTERPRETER:  Right.  Again, please  19:36:10

21  make shorter answers or let me interrupt you   19:36:11

22  if it's a long answer so I have a chance to     19:36:14

23  translate.                                     19:36:18

24  A.    Good.  I was a member of the Enquette    19:36:26

25  Commission of the German Bundestag, that from 1996 19:36:39

```
 1   to 1998 it has concerned itself with different    19:36:50

 2   cults in the world and in Germany.                 19:37:02

 3        Q.   My question is when did you talk to      19:37:07

 4   Mr. Dandar, when?                                  19:37:10

 5        MR. DANDAR:  The first time, the first        19:37:14

 6        time he wants to know.                        19:37:16

 7        A.   I would rather answer the question to    19:37:25

 8   the end.                                           19:37:27

 9        MR. MOXON:  I don't care what she wants       19:37:28

10        to do.  She's here to answer my questions by  19:37:30

11        court order.                                   

12        MR. MERRETTE:  Hold on.  She just said        19:37:31

13        she wants to finish her answer.  You don't    19:37:33

14        have to care.  You just have to let her do    19:37:45

15        it.                                           19:37:45

16        Now, tell her that she can finish her         19:37:45

17        answer.                                       19:37:45

18        MR. MOXON:  Mr. Merrette, calm down.          19:37:45

19        You're turning red.  You're flipping out.     19:37:45

20        MR. MERRETTE:  Tell her she can finish        

21        her answer.                                   19:37:47

22        Q.   No.  The question is when, what year,    19:37:47

23   what date did you meet Mr. Dandar?                 19:37:47

24        MR. MERRETTE:  And the instruction is to      19:37:49

25        finish her answer.                            19:37:51
```

1          MR. MOXON:  I'm sorry.  We're putting          19:37:55

2     you in the middle here.          19:37:57

3     Q.    I'll repeat the question to you.  When          19:37:59

4     did you meet Mr. Dandar?          19:38:04

5     A.     In February of 1998 in Washington, I'm          19:38:11

6     not exactly sure if it was February or March.  We          19:38:25

7     were with the Enquette Commission in Washington          19:38:37

8     and we have spoken in Washington with lawyers that          19:38:40

9     have been victims of the Scientology, and one was          19:38:52

10    Mr. Dan.          19:39:02

11          MR. DANDAR:  Dandar.          19:39:04

12          THE INTERPRETER:  Dandorf.          19:39:06

13          MR. DANDAR:  Dandar.

14          THE INTERPRETER:  Can you spell your          19:39:09

15    second name?          19:39:11

16          MR. DANDAR:  The first -- the last name          19:39:12

17    is D-a-n-d-a-r.          19:39:13

18          THE INTERPRETER:  D-a-n-d-a-r, Dandar.

19          MR. DANDAR:  Yes.

20          THE INTERPRETER:  Okay.  Sorry about          19:39:19

21    that.  I don't want to mispronounce it.          19:39:20

22          MR. DANDAR:  That's all right.  It's so          19:39:20

23    simple, it gets messed up.          19:39:22

24          THE INTERPRETER:  Very simple if you

25    know it.

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1           MR. DANDAR:  All right.

2    BY MR. MOXON:

3       Q.   Did Mr. Dandar ever send you any                19:39:25

4    transcripts of testimony in this case?                   19:39:28

5       A.   That, I cannot answer with regret.               19:39:48

6       Q.   Do you refuse to answer based on your job        19:39:53

7    as a civil servant whether or not Mr. Dandar sent        19:39:58

8    you any transcripts, is that correct?                    19:40:01

9           MR. MERRETTE:  You can come in if you             19:40:06

10           want to.  We have an extra chair back there.     19:40:08

11           (Mr. Hasbun entered the room.)                   19:40:18

12       A.   And that concerns my official position          19:40:25

13    and I cannot without permission of my bosses, so        19:40:27

14    to say, give witness.                                   19:40:35

15           MR. MOXON:  Can we assume for the record,        19:40:38

16           Mr. Merrette, when she gives a response like     19:40:40

17           that she's claiming a privilege?                 19:40:43

18           MR. MERRETTE:  Yes, with respect to the          19:40:45

19           instructions contained in Exhibit A.             19:40:46

20           MR. DANDAR:  Can we shorten that                 19:40:49

21           objection or answer so we can get to it right    19:40:50

22           away?  Tell her the next time she's going to     19:40:53

23           claim the government official privilege, just    19:40:57

24           say government privilege.                        19:41:01

25       A.   Okay.                                           19:41:15

1      Q.    Did Mr. Dandar send you any confidential   19:41:15

2   transcripts?   19:41:18

3      A.    She said that's the same question as   19:41:25

4   before.  That is the same question as you asked   19:41:27

5   before.   19:41:32

6      Q.    Did Mr. Dandar send you any confidential   19:41:33

7   transcripts?   19:41:37

8          MR. MERRETTE:  The same privilege is   19:41:39

9      interposed.  See, what you're doing is you're   19:41:40

10     asking them backwards.  If you say any   19:41:43

11     transcripts, that includes confidential   19:41:46

12     transcripts.  That's why you're wasting time.   19:41:48

13         MR. MOXON:  Could you ask her the   19:41:51

14     question did Mr. Dandar send you any   19:41:52

15     confidential transcripts?   19:41:54

16     A.    She said I'm advising to my privilege.   19:42:06

17     Q.    Have you had any correspondence with   19:42:11

18   Mr. Dandar?   19:42:13

19     A.    I'm, again, referring to my privilege.   19:42:19

20     Q.    Has Mr. Dandar sent you any autopsy   19:42:23

21   pictures of Lisa McPherson?   19:42:26

22     A.    It's concerning my privilege again.   19:42:39

23         MR. MOXON:  She's asserting a privilege   19:42:43

24     claim not to answer?   19:42:44

25         THE INTERPRETER:  Right.   19:42:49

1      Q.    Have you had any correspondence with          19:42:51

2   Robert Minton?                                          19:42:53

3      A.    Again, I'm claiming my privilege.             19:43:01

4      Q.    Have you had any correspondence with          19:43:03

5   Robert Minton regarding opening an LMT, Lisa            19:43:05

6   McPherson Trust, office in Germany?                     19:43:10

7      A.    No, we have not corresponded about it.        19:43:24

8      Q.    Have you had any correspondence with          19:43:27

9   anyone about opening a Lisa McPherson Trust in          19:43:29

10  Germany?                                                19:43:31

11     A.    No.  We -- no, no.  We are in the midst       19:43:41

12  of talking about it.                                    19:43:46

13     Q.    Has Mr. Minton offered you any money to       19:43:49

14  start a Lisa McPherson Trust?                           19:43:51

15          MR. MERRETTE:  I'm going to object at          19:43:53

16     this point for relevance.  This is not an           19:43:54

17     intelligence gathering exercise.  It has            19:43:57

18     nothing to do with the case and I'm                 19:44:00

19     instructing the witness not to answer.              19:44:01

20          MR. DANDAR:  I concur on that objection        19:44:03

21     based upon the court's prior rulings on other       19:44:05

22     witnesses.                                           19:44:08

23     A.    Good.  I'm always keeping in tune with        19:44:14

24  what my counsel wants.                                  19:44:18

25     Q.    Have you received any money from the Lisa     19:44:29

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    McPherson Trust?                                    19:44:34

2          MR. MERRETTE:  Objection; scope, instruct    19:44:35

3    the witness not to answer.                          19:44:36

4    A.    In the meantime, I understand what my        19:44:40

5    counsel says.                                       19:44:43

6          MR. MOXON:  You're objecting as to the        19:44:46

7    scope?  Is there some order limiting this           19:44:47

8    deposition?                                         19:44:49

9          MR. MERRETTE:  The scope of a deposition      19:44:50

10   is limited to relevant -- to items which            19:44:51

11   either are admissible or which might lead to        19:44:53

12   admissible evidence.                                19:44:56

13         MR. MOXON:  So it's a relevance               19:44:57

14   objection.                                          19:44:58

15         MR. MERRETTE:  That's the scope of the        19:44:59

16   deposition.                                         19:45:00

17         MR. MOXON:  You're instructing her not        19:45:01

18   to answer on the scope of relevance?                19:45:03

19         MR. MERRETTE:  Yes, as a matter of fact       19:45:05

20   I am.                                               19:45:05

21         MR. DANDAR:  I think it's quite clear --      19:45:06

22         MR. MOXON:  Is she following her              19:45:08

23   counsel's advice not to answer.                     19:45:10

24         MR. MERRETTE:  She told you that before       19:45:12

25   you asked the question.  She already told           19:45:13

1    you, the interpreter did, that my client is                19:45:16

2    following my instruction.  We need to move                  19:45:21

3    on.                                                          19:45:23

4    A.    Yes, with pleasure.                                   19:45:26

5    Q.    Have you been provided any money from                 19:45:39

6    Mr. Dandar or Mr. Minton to give to Tanya Neujar?           19:45:43

7          MR. DANDAR:  That's a legitimate                      19:45:51

8    question.  Go ahead.                                        19:45:56

9          MR. MERRETTE:  Tanya Neujar.                          19:46:03

10   A.    I don't know her.                                     19:46:06

11   Q.    Tanya Neujar.                                         19:46:07

12   A.    No.                                                   19:46:26

13   Q.    Have you received any money from anyone              19:46:32

14   in the United States to give to Tanya Neujar?              19:46:33

15   A.    No.                                                   19:46:59

16   Q.    Do you pay Tanya Neujar?                              19:46:59

17   A.    No.                                                   19:46:59

18   Q.    Does Tanya Neujar work for you?                       19:46:59

19   A.    No.                                                   19:47:00

20   Q.    Have you ever provided any money to Tanya            19:47:00

21   Neujar?                                                     19:47:02

22   A.    Because she has been a victim of                     19:47:19

23   Scientology and then she was flat broke at times,         19:47:21

24   I have given her 100 marks here and there, if she         19:47:25

25   needed it, 100 mark bill.                                  19:47:31

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Q.    How much money total have you given to    19:47:35

2    Tanya Neujar?    19:47:37

3    A.    I don't know.    It's over four years, it's    19:47:45

4    100 mark here, 100 mark there.    I haven't marked    19:47:49

5    it down.    19:47:56

6    Q.    Did you give her personal money or did    19:48:05

7    you give her money from a government agency?    19:48:09

8    A.    From my personal pay but, of course, the    19:48:23

9    government pays me.    19:48:27

10    Q.    Did any of that personal pay come from    19:48:29

11    Robert Minton?    19:48:31

12    A.    No.    19:48:40

13    Q.    Is any of the money that Robert Minton    19:48:41

14    has given you been given to you during the time    19:48:44

15    period that you gave money to Tanya Neujar?    19:48:47

16        MR. MERRETTE:    I'll object as assuming    19:48:51

17        facts not in evidence and attempting to    19:48:52

18        mislead the witness.    She's already testified    19:48:54

19        Minton hasn't given her any money.    He's gave    19:48:57

20        her a credit which she's agreed to pay back.    19:49:00

21        MR. MOXON:    Do you remember my question?    19:49:03

22        THE INTERPRETER:    Yes.    19:49:05

23        MR. MOXON:    Could you ask the witness,    19:49:07

24        please?    19:49:07

25        THE INTERPRETER:    Right.    Sorry.    19:49:09

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          MR. MOXON:  Let me ask it again.                    19:49:13

2          THE INTERPRETER:  Right.  Would you

3     please?

4     Q.    The question is, let me give it to you      19:49:20

5     again, did you receive any money from Mr. Minton    19:49:20

6     during the same time period that you gave money to  19:49:25

7     Tanya Neujar?                                        19:49:29

8     A.    No.                                            19:49:39

9     Q.    When is the last time you gave money to       19:49:43

10    Tanya Neujar?                                        19:49:45

11    A.    I don't know, maybe the beginning of the      19:50:03

12    year.                                                19:50:03

13    Q.    So is it correct that you received no         19:50:03

14    money from Mr. Minton prior to the beginning of     19:50:05

15    the year?                                            19:50:08

16         MR. MERRETTE:  The witness has previously      19:50:22

17         been instructed not to answer questions        19:50:23

18         regarding her sources of income.  I would      19:50:25

19         renew that instruction.                        19:50:27

20         MR. HERTZBERG:  You know what, we need a       19:50:31

21         translation of what she just said before you   19:50:32

22         say whatever you're going to say.              19:50:36

23         MR. MOXON:  Yeah, can you please --

24    A.    I would like to know what his opinion on      19:50:36

25    this is, if I should answer this.                   19:50:38

1          MR. MERRETTE:  Are we all up to speed      19:50:40

2     now?                                            19:50:43

3          MR. HERTZBERG:  -- what she said before

4     that.

5          MR. DANDAR:  That's what she said.

6     Well, ask the translator.  Is that what she     19:50:43

7     said before?                                    19:50:46

8          THE INTERPRETER:  Yes.                     19:50:47

9          MR. HERTZBERG:  All right.                 19:50:49

10         MR. MERRETTE:  Then I've instructed her    19:50:49

11    not to answer.                                  19:50:50

12         MR. MOXON:  I propose a stipulation to     19:50:54

13    you, if the witness agrees, that every time     19:50:56

14    you instruct her not to answer, she follows     19:50:58

15    that instruction and she will not answer.       19:51:00

16    That way we can shortcut some of this.          19:51:03

17         MR. MERRETTE:  That will be fine.  If      19:51:05

18    you will, just explain that to her.             19:51:06

19    A.   She said I'm going to keep to it.  I'm a   19:51:18

20    brave girl.                                     19:51:21

21         MR. MOXON:  She doesn't understand all     19:51:22

22    the questions, of course, but if he instructs   19:51:24

23    her, then she'll follow it anyway, is that      19:51:28

24    correct?                                        19:51:30

25         THE INTERPRETER:  Right.                   19:51:31

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          MR. MOXON:  Would you ask her that?          19:51:31

2      Will you ask her if she will follow the          19:51:31

3      instruction whether or not she understands my    19:51:34

4      question or not?                                  19:51:37

5      A.    Of course I understand, because you are    19:51:49

6   translating it to me.                                19:51:51

7          MR. MOXON:  Could you ask her to answer      19:51:56

8      my question?                                      19:51:57

9      A.    She said that possibility doesn't exist    19:52:19

10  because you translate it and I don't understand     19:52:21

11  that question.                                       19:52:26

12     Q.    Have you had Tanya Neujar undergo          19:52:26

13  psychiatric treatment or counseling?  Have you      19:52:30

14  caused Tanya Neujar to undergo psychiatric          19:52:34

15  treatment or counseling?                             19:52:37

16     A.    That falls under this privilege.           19:52:48

17         MR. MOXON:  We'll take a break for a         19:53:09

18     moment.                                           19:53:10

19                  (Recess.)                            19:59:30

20         MR. MERRETTE:  Time, please?                 19:59:36

21         THE VIDEOGRAPHER:  Time is 7:57 p.m.         19:59:39

22     Q.    Do you know how much money Mr. Minton      19:59:47

23  has given for the Lisa McPherson litigation?        19:59:52

24     A.    No.                                         20:00:06

25     Q.    Has the German government put any money    20:00:06

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    into the McPherson litigation, directly or          20:00:08

2    indirectly?                                          20:00:12

3          THE WITNESS:  The German what?                 20:00:14

4    Q.    Lawsuit.                                        20:00:25

5          THE INTERPRETER:  She's differentiating        20:00:41

6    between the --                                        20:00:43

7    A.    I'm differentiating between the various        20:00:44

8    governments within Germany.  I would like for you    20:00:48

9    to be specific in asking the question which          20:00:51

10   government part.                                      20:00:55

11   Q.    All right, fine.  Has any government            20:00:57

12   entity in any part of Germany provided any money      20:01:00

13   for the Lisa McPherson litigation?                    20:01:05

14   A.    I cannot answer the question because I'm        20:01:27

15   an employee of the Hamburg State and the State of     20:01:29

16   Hamburg has not given any money, but they are 15      20:01:30

17   -- there are 15 other government parts and one of     20:01:47

18   Hamburg.  Right.  Okay.  There are 16 -- okay.        20:01:55

19   There is 16 governments within Germany and the        20:02:02

20   landestaten.                                           20:02:02

21         MR. BLUMEL:  Federal, federal government.       20:02:13

22         THE INTERPRETER:  The federal government        20:02:16

23   is the landestaten?                                    20:02:17

24         MR. BLUMEL:  Yeah.                               20:02:22

25         THE INTERPRETER:  Right.  Okay.                  20:02:23

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    A.    And I don't know if the federal                20:02:23

2    government or the others have given any money.       20:02:30

3    Q.    Just a moment.  There is no --                 20:02:35

4         MR. MOXON:  Tell her --                         20:02:37

5         THE INTERPRETER:  The question was any.         20:02:37

6    Q.    Yeah.  Do you know if there is any             20:02:39

7    governmental agency of any kind in Germany that      20:02:45

8    has given any money for the McPherson litigation?    20:02:47

9         THE INTERPRETER:  Is there anyone               20:02:55

10   anywhere --                                          20:02:57

11   A.    I cannot answer that question because I        20:03:07

12   can only answer for Hamburg.                         20:03:10

13   Q.    Okay.  Do you know, outside of Hamburg,        20:03:13

14   do you know if any other governmental entity has     20:03:20

15   given any money for the McPherson litigation?  The   20:03:22

16   question is do you know.                             20:03:28

17   A.    No.                                            20:03:32

18   Q.    Has the Hamburg government given any           20:03:33

19   money for the McPherson litigation?                  20:03:34

20   A.    I answered that question with no.             20:03:43

21        MR. DANDAR:  But any contributions would        20:03:45

22   be greatly appreciated.                              20:03:46

23        MR. MOXON:  No.  Just ignore that.              20:03:50

24        THE INTERPRETER:  Do I need to translate        20:03:50

25   that?                                                20:03:51

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

```
 1            MR. DANDAR:  No.  I just can't take it    20:03:52

 2    anymore.                                          20:03:53

 3  BY MR. MOXON:                                       20:03:55

 4       Q.   Did you come to the United States to     20:04:00

 5    spread propaganda about Scientology?              20:04:03

 6       A.   I'm on vacation and to meet with friends. 20:04:13

 7       Q.   What?                                     20:04:17

 8            THE INTERPRETER:  I'm on vacation and to  20:04:19

 9    meet with friends.                                20:04:20

10       Q.   Please answer my question.                20:04:23

11       A.   That is my answer.  I'm here on vacation  20:04:32

12    with friends.                                     20:04:36

13       Q.   There is a quote from you in a --         20:04:38

14            THE INTERPRETER:  There is what?          20:04:41

15       Q.   -- a quote --                             20:04:43

16            THE INTERPRETER:  A quote.  Sorry.

17       Q.   -- from you in an article, Germany's      20:04:44

18    Holy War on Scientology, that states she considers 20:04:47

19    it a point of honor to be called the new Goebbels, 20:04:57

20    referring to -- is this true?                     20:05:00

21       A.   She said I don't know anything about this 20:05:21

22    article and it's -- it's --                       20:05:23

23            THE INTERPRETER:  Yeah.  Right.  I'm      20:05:37

24    searching for the word -- meanness.               20:05:37

25            MR. BLUMEL:  Impertinence.                20:05:42
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1        A.    Impertinence, right, impertinence.                    20:05:44

2        Q.    It's impertinent to compare you to                    20:05:46

3    Goebbels?                                                       20:05:49

4              THE INTERPRETER:  No.  It's an                         20:05:49

5    impertinence for that to be written in this                     20:05:50

6    article.                                                        20:05:52

7              MR. MOXON:  Is it impertinent for her to              20:05:52

8    be compared to Goebbels?                                        20:05:54

9        A.    Yes.                                                   20:05:58

10       Q.    Why, because Goebbels was so great?                   20:06:00

11             MR. MERRETTE:  Knock it off right there.              20:06:03

12             MR. DANDAR:  Come on.                                 20:06:05

13             MR. MERRETTE:  I'm instructing the                    20:06:06

14   witness not to answer.                                          20:06:07

15             MR. DANDAR:  These are insulting                      20:06:08

16   questions.                                                      20:06:09

17             MR. MERRETTE:  And they have nothing to               20:06:10

18   do with the subject matter of the case.                         20:06:11

19             MR. MOXON:  I'm trying to understand her              20:06:13

20   answer.                                                         20:06:14

21             MR. MERRETTE:  It doesn't matter.  She's              20:06:15

22   not going to give you an answer.                                20:06:17

23             THE INTERPRETER:  She would like to have              20:06:37

24   that question translated.  What is the                          20:06:37

25   question?  Say the question.                                    20:06:37

| | | |
|---|---|---|
| 1 | MR. MOXON:  Translate it for her. | 20:06:37 |
| 2 | THE INTERPRETER:  Is it -- | 20:06:37 |
| 3 | Q.  Is it because Goebbels was such a great | 20:06:37 |
| 4 | propagandist? | 20:06:37 |
| 5 | A.  She said I don't understand the question | 20:06:53 |
| 6 | and I just have said that this is an impertinence. | 20:06:54 |
| 7 | MR. MERRETTE:  I just want to make sure | 20:06:58 |
| 8 | that Dandar will remind me later that we now | 20:07:02 |
| 9 | have a quote from a Scientology lawyer saying | 20:07:05 |
| 10 | Goebbels was great. | 20:07:08 |
| 11 | Q.  Do you consider Goebbels to be a great | 20:07:09 |
| 12 | propagandist? | 20:07:12 |
| 13 | MR. DANDAR:  I object.  This is a | 20:07:13 |
| 14 | harassment of this witness. | |
| 15 | MR. MOXON:  It's her quote.  It's her | |
| 16 | quote. | |
| 17 | MR. DANDAR:  It may not be. | |
| 18 | THE INTERPRETER:  She already denied the | |
| 19 | quote. | |
| 20 | MR. MOXON:  She doesn't deny the quote. | 20:07:15 |
| 21 | MR. DANDAR:  She's denied it. | |
| 22 | MR. MOXON:  You guys are just | 20:07:16 |
| 23 | obstructing the deposition so we can't ask | 20:07:17 |
| 24 | it. | 20:07:19 |
| 25 | MR. DANDAR:  Attach it to the | 20:07:19 |

1      deposition.  Mark it as an exhibit.  If it's        20:07:20

2      in --                                               

3           MR. MOXON:  You're making this                 20:07:22

4      deposition go five times as long as it needs        20:07:23

5      to.                                                 20:07:25

6           MR. MERRETTE:  Trust me, we're not.            20:07:26

7           MR. DANDAR:  Mark it as an exhibit.  If        20:07:27

8      you're questioning her about a document, it's       20:07:28

9      only proper that you mark it as an exhibit.         20:07:31

10          MR. MOXON:  Wrong.                             

11          MR. DANDAR:  Let me see the document.          

12          MR. MERRETTE:  Let me guess, it's              20:07:34

13     *Freedom Magazine*.                                 20:07:35

14          MR. MOXON:  You claim she can't even           20:07:37

15     read English.                                       20:07:39

16          MR. MERRETTE:  What magazine is it?            20:07:41

17          MR. MOXON:  *Toronto Star*.                    20:07:43

18          MR. DANDAR:  Germany's Holy War on             

19     Scientology.  Is that *Freedom Magazine*?           20:07:44

20          MR. MOXON:  *Toronto Star*.                    20:07:47

21          MR. DANDAR:  Well, let's mark it.  Let's       20:07:48

22     see the exhibit.  Let me see what you're            20:07:49

23     quoting from.                                       20:07:52

24          MR. MOXON:  Let me -- ask the                  20:07:53

25     witness this -- here's my question to the           20:07:53

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    witness.  Did she say that she considers it    20:07:55

2    an honor to have Scientologists call her,    20:07:58

3    quote, the new Goebbels, end quote?    20:08:01

4    A.    No, for sure not.    20:08:20

5    Q.    Did you offer Bob Minton asylum in    20:08:30

6    Germany?    20:08:34

7         MR. DANDAR:  Objection.  Objection.    20:08:40

8    A.    Why?    20:09:01

9    Q.    Did you offer Bob Minton asylum in    20:09:01

10   Germany?    20:09:01

11        MR. DANDAR:  Objection; scope.    20:09:01

12   A.    Now the answer is going to be longer.  I    20:09:02

13   am sorry.    20:09:05

14   Q.    Yes or no, did you offer Bob Minton    20:09:06

15   asylum in Germany?    20:09:09

16   A.    She says I'm sorry, I have to answer it    20:09:13

17   longer.  She said the German government --    20:09:15

18        THE INTERPRETER:  Right?    20:09:29

19        MR. BLUMEL:  Constitution, the    20:09:29

20   constitution of the Federal Republic of    20:09:31

21   Germany --    20:09:33

22        THE INTERPRETER:  Right.    20:09:35

23        MR. BLUMEL:  -- enables political    20:09:41

24   persecuted persons to apply for asylum in    20:09:43

25   Germany.  I'm sorry, but it goes faster.    20:09:46

1        A.    The German constitution provides --                    20:09:50

2              THE INTERPRETER:   -- if I understand                  20:09:52

3        this correctly --                                            20:09:53

4        A.    -- asylum to politically persecuted                    20:09:55

5        persons, and if somebody does come, and possibly             20:09:57

6        Mr. Minton could come, if he should be politically           20:10:06

7        persecuted, then he can, like everybody else, in             20:10:13

8        Germany for political asylum.  If he will receive            20:10:21

9        it or get it, a court of law will decide it.  That           20:10:31

10       is the procedure in Germany.                                 20:10:42

11       Q.    Did you talk to Bob Minton about getting               20:10:45

12       political asylum in Germany?                                 20:10:49

13             MR. DANDAR:  Objection; scope.                         20:10:52

14       A.    No.   That's nonsense.                                 20:11:03

15             MR. DANDAR:  That was my other objection;              20:11:08

16       it's nonsense.                                               20:11:11

17       Q.    Do you know if Minton has applied for                  20:11:17

18       political asylum in Germany?                                 20:11:19

19       A.    I don't know but I don't believe so.  You              20:11:34

20       have to ask Mr. Minton.                                      20:11:36

21       Q.    Have you encouraged German companies to                20:11:38

22       apply sect filters to companies outside --                   20:11:41

23             THE INTERPRETER:  Hold it.                             20:11:50

24             MR. MOXON:  Okay.  Let me give you a

25       piece at a time.

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          THE INTERPRETER:    What is your -- I    20:11:51

2     didn't understand sect filter.    20:11:52

3          MR. MOXON:    Yeah.    20:11:53

4     Q.    Have you encouraged German companies to    20:11:54

5     apply the sect filter -- to use the sect filter in    20:12:02

6     Germany --    20:12:14

7     A.    I know what he means.    20:12:15

8     Q.    -- to companies outside of Germany?    20:12:20

9     A.    By that question, I have to revise back    20:12:27

10    to --    20:12:30

11    Q.    Just a moment.    You've got to listen --    20:12:31

12         MR. MOXON:    Tell her she's got to get my    20:12:32

13    question and if she wants to answer, she can    20:12:34

14    answer, but I've got to ask my question    20:12:37

15    before she answers it.    20:12:39

16         MR. DANDAR:    Right.    That's right.    Wait    20:12:41

17    until the question is fully asked.    20:12:42

18    A.    She said I thought you were finished.    20:12:50

19         MR. MOXON:    She speaks English just fine.    20:12:53

20         MR. MERRETTE:    Let me make it clear.    I    20:12:54

21    hate to kill your enjoyment but she has never    20:12:56

22    said she speaks no English.    She has made it    20:12:58

23    clear, and the reason that we have an    20:13:01

24    interpreter, is because she doesn't speak    20:13:02

25    English well enough for her to be comfortable    20:13:04

1      or confident in testifying under oath.            20:13:07

2              MR. MOXON:  Well, neither do you.

3              MR. MERRETTE:  Now, this may kill           20:13:09

4      Miscavige's yucks, it may make this work for      20:13:12

5      you instead of joy, but nobody ever said the

6      woman doesn't speak or understand English at

7      all.

8              MR. HERTZBERG:  Well, you did in court      20:13:15

9      today when you said that when she got served,     20:13:16

10     she didn't understand what she got served         20:13:19

11     with.  You said it.                               20:13:21

12             MR. MERRETTE:  That's correct.  I said     20:13:23

13     she speaks conversational English.               20:13:23

14             MR. DANDAR:  That was true.                20:13:26

15             MR. MERRETTE:  And that's true.

16             MR. HERTZBERG:  Let's move on.  Let her     20:13:30

17     answer after she's heard the full question.       20:13:31

18     Q.     Let me give you the question.  The         20:13:33

19     question is have you encouraged German companies  20:13:33

20     to apply the sect filter to companies outside of  20:13:36

21     Germany doing business with German companies?     20:13:43

22     A.     I have to revert back to my privilege.     20:13:59

23             MR. MOXON:  She claims privilege, yes?     20:14:03

24             THE INTERPRETER:  Right.                   20:14:07

25     Q.     Do you think Scientologists should not     20:14:08

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

```
 1      the record.                                    20:14:52

 2             MR. MERRETTE:  I do what I can.  I do    20:14:53

 3      what I can.

 4             MR. MOXON:  I know you do.

 5             MR. DANDAR:  For the record, I'd like    20:14:53

 6      you to explain how that's relevant to this     20:14:54

 7      case.                                          20:14:57

 8             MR. MOXON:  Why he's making these        20:14:57

 9      disgusting comments?                           20:14:59

10             MR. DANDAR:  No.  Why giving or not      20:14:59

11      giving jobs is relevant.  Come on.             20:15:01

12             MR. MOXON:  Are you instructing the      20:15:02

13      witness not to answer on the basis of          20:15:03

14      relevance -- let me finish what I am saying     20:15:05

15      before you interrupt me.  That it's your       20:15:07

16      belief --                                      20:15:09

17             MR. MERRETTE:  I can't interrupt you     20:15:10

18      after you finish.                              20:15:12

19             MR. MOXON:  Oh, Merrette, God, you are   20:15:13

20      just --                                        20:15:14

21             MR. MERRETTE:  But go ahead.             20:15:15

22             MR. MOXON:  -- a weird guy, you know.    20:15:16

23             MR. MERRETTE:  Go ahead.  Go ahead.      20:15:18

24   BY MR. MOXON:

25      Q.   The question is do you think that         20:15:21
```

1    Scientologists should not be given jobs?                    20:15:22

2         MR. DANDAR:  Objection; scope.                         20:15:26

3         MR. MERRETTE:  And the instruction is                 20:15:26

4    not to answer, it's wholly irrelevant, unless              20:15:27

5    you want to offer an explanation of how                    20:15:28

6    that's relevant to the issues in this case.                20:15:30

7         MR. MOXON:  Because she has been working              20:15:32

8    with at least four of the witnesses in this                20:15:33

9    case, including Prince, Young, Assman and                  20:15:35

10   Neujar, with respect to altering their                     20:15:42

11   viewpoints concerning the defendants and                   20:15:44

12   Scientology and trying to use her own                      20:15:46

13   particular brand of propaganda and hatred,                 20:15:49

14   which has been instilled in this case.  She's              20:15:53

15   even received money from the financier of                  20:15:55

16   this case, who is the real party in interest               20:16:07

17   in this case, who has paid Mr. Dandar every                20:16:07

18   penny in it, who pays you, who pays all the                20:16:07

19   people that work for the Lisa McPherson                    20:16:07

20   Trust, and she has even indicated that she's               20:16:09

21   starting a branch of this same entity that is              20:16:12

22   now in control of this litigation and is the               20:16:14

23   real party in interest in this case.                       20:16:17

24        MR. MERRETTE:  Well, your OT powers are               20:16:19

25   slipping because what she testified to was                 20:16:21

```
 1        that the subject has been discussed, not that   20:16:23
 2        she was doing it, and the instruction not to    20:16:25
 3        answer stands.                                   20:16:27
 4             MR. MOXON:  Okay.
 5             MR. DANDAR:  If you ask questions about     20:16:29
 6        what you just thought was relevant, I think      20:16:30
 7        that's a great line, that's why we're here,      20:16:33
 8        but your questions have nothing to do with       20:16:35
 9        what you just said.  Start asking her the        20:16:37
10        questions about the witnesses of the case.       20:16:40
11        That's great.                                    20:16:42
12   BY MR. MOXON:                                          20:16:43
13        Q.   Well, have you ever smoked marijuana with   20:16:44
14   Jesse Prince?                                          20:16:46
15        A.   Not ever in my life have I smoked, not      20:16:56
16   with Herr Prince either.  I smoke but not             20:17:00
17   marijuana.                                             20:17:04
18        Q.   Have you seen Jesse Prince ingest any       20:17:05
19   drugs?                                                 20:17:08
20        A.   No.                                          20:17:15
21             MR. DANDAR:  I'm going to cover for him     20:17:19
22        while he goes to the rest room.                   20:17:20
23             (Mr. Merrette exited the room.)             20:17:22
24        Q.   Has Mr. Minton given you any money to       20:17:27
25   give to Mr. Prince?                                    20:17:29
```

1    A.    No.                                              20:17:38

2    Q.    Has Mr. Minton given you any money to           20:17:38

3  give to anyone?                                         20:17:40

4    A.    No.                                              20:17:46

5    Q.    How much money has Mr. Minton given you?        20:17:47

6         MR. DANDAR:  Objection; prior instruction        20:17:51

7    from her counsel not to answer, but go ahead          20:17:52

8    and repeat the question and then I'll say it          20:17:54

9    again, I don't know why but -- objection;             20:17:57

10   instruction from counsel not to answer.  This         20:18:04

11   question was asked before.  Shame on you.             20:18:06

12   A.    She said I'm following the instructions         20:18:17

13  of the -- of counsel.                                  20:18:19

14   Q.    You think that Scientology children             20:18:21

15  should not be in public schools, don't you?           20:18:23

16        THE INTERPRETER:  Should not be sent?            20:18:28

17   Q.    You think that Scientologists' children         20:18:29

18  should not be in public schools, don't you?           20:18:32

19        MR. DANDAR:  Objection; scope.  Go ahead.        20:18:35

20   A.    I'm glad to know and I'm glad to have           20:19:00

21  any child of a Scientologist go to a normal            20:19:04

22  school.                                                20:19:07

23   Q.    Go to what?                                      20:19:07

24        THE INTERPRETER:  To a normal school.            20:19:09

25   A.    To, you know, public school.                    20:19:12

1    Q.    Haven't you attempted to exclude          20:19:14

2    Scientologists' children from public schools?   20:19:16

3          MR. DANDAR:  Objection; scope.  Go ahead.  20:19:18

4    A.    No.                                        20:19:41

5    Q.    Have you attempted to stop Scientologists  20:19:44

6    from setting up their own schools, correct?      20:19:46

7          MR. DANDAR:  Objection; scope.             20:19:50

8          (Mr. Merrette entered the room.)

9    A.    What kind of question is that?  I don't    20:20:06

10   understand it.  I really haven't understood the  20:20:08

11   question, what really you have asked.            20:20:19

12   Q.    Have you attempted to stop any             20:20:20

13   Scientologists from organizing and establishing  20:20:21

14   their own schools?                               20:20:23

15   A.    No, it's not my job, and besides, I will   20:20:38

16   revert to my privilege.                          20:20:44

17         MR. MOXON:  What was her answer?  She       20:20:46

18         refused to answer based on privilege?      20:20:48

19         THE INTERPRETER:  No, it is not --

20         MR. MERRETTE:  You need to listen.

21         MR. DANDAR:  No, she said it's not my      20:20:50

22         job and then she asserted privilege.       20:20:51

23   Q.    Okay.  If it's not your job, then I        20:20:55

24   don't know why you're asserting privilege, but -- 20:20:57

25   is it -- it's not part of your job to stop       20:21:00

1    Scientologists from setting up schools, correct?    20:21:32

2        A.    I'm reverting to my privilege.    20:21::7

3        Q.    If I understand what you're saying,    20:21:28

4    you're claiming that as a civil servant of the    20:21:30

5    German state, you can't testify whether or not it    20:21:34

6    is part of your job to prevent Scientologists from    20:21:36

7    establishing their own schools, correct?    20:21:39

8            THE INTERPRETER:    That was --    20:21:45

9            MR. MOXON:    Do you want me to give that    20:21:46

10    to you again?    20:21:47

11            THE INTERPRETER:    Yeah, will you please.    20:21:48

12    That was -- it was kind of long.    20:21:49

13            MR. MOXON:    Okay.

14        Q.    Is it your testimony that as a civil    20:21:50

15    servant of the German State of Hamburg, it is not    20:21:52

16    part of your job to prevent Scientologists from    20:22:04

17    establishing their own schools?    20:22:11

18        A.    I'm sorry.    I would like to answer it but    20:22:24

19    I will have to -- I have to revert to my privilege    20:22:26

20    or refer to my privilege.    I really would like to    20:22:31

21    answer this question but I'm not allowed to do so.    20:22:38

22        Q.    Well, it is not part of your job to    20:22:42

23    prevent Scientologists from establishing schools,    20:22:42

24    is it?    20:22:44

25            MR. MERRETTE:    She's already declined to    20:22:47

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    answer.  She's not going to answer the                   20:22:47

2    question.  You needn't bother translating it.            20:22:50

3    I'm instructing her not to answer.                       20:22:55

4         MR. MOXON:  John, I'm exploring the                 20:22:55

5    scope because it's --                                    20:22:55

6         MR. MERRETTE:  No.  Let me make it real             20:23:00

7    clear.  You asked her is it part of your job             20:23:00

8    to do this.  She said I won't answer.  Now               20:23:00

9    you said it's not part of your job to do                 20:23:07

10    this.  She's not going to answer that either.           20:23:07

11    Do you understand that?                                 20:23:07

12         MR. MOXON:  Are you instructing her,               20:23:07

13    Merrette?                                                20:23:16

14         MR. MERRETTE:  Yes.  Yes.  That would be           20:23:16

15    the words, if you want it read back, that I             20:23:16

16    instructed her not to answer.                           20:23:16

17         MR. MOXON:  Okay.  Is she following that           20:23:16

18    instruction?                                             20:23:16

19         MR. MERRETTE:  We already have a                   20:23:16

20    stipulation, Counsel.  Don't waste my time.            20:23:16

21    Remember?  You offered the stipulation, we              20:23:28

22    accepted it, that she's following my                    20:23:28

23    instruction.                                             20:23:28

24         MR. DANDAR:  That's true.                          20:23:28

25    Q.    You personally don't feel that                    20:23:33

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Scientologists should be allowed to have                      20:23:35

2    membership in social groups, do you?                          20:23:47

3        A.   And existence, right, is that part of the           20:23:51

4    question?                                                     20:23:56

5            MR. BLUMEL:  (Speaking in German.)                    20:24:04

6            THE INTERPRETER:  Would you please                    20:24:05

7        repeat this?                                              20:24:06

8        Q.   You personally don't think                          20:24:07

9    Scientologists should be allowed to have                      20:24:10

10   membership in social groups, do you?                          20:24:14

11       A.   Scientologists are everywhere in                     20:24:29

12   companies.                                                    20:24:31

13           MR. BLUMEL:  In the society, in the                   20:24:41

14       company in society.  Gesellschaft is society.            20:24:44

15       (Speaking in German.)

16           THE INTERPRETER:  Company applies to                  20:24:56

17       either one.                                               20:24:57

18           MR. BLUMEL:  If you permit, I'll --                   20:25:07

19       shorten it if I translate it.

20           MR. DANDAR:  Go ahead.  That's all right             20:25:08

21       with me.  Shorten it up.                                  20:25:09

22           MR. MOXON:  Go ahead.  Ask the question.             20:25:11

23           MR. BLUMEL:  Ask it again and I'll                    20:25:14

24       translate it.                                             20:25:15

25       Q.   You don't personally think that                     20:25:16

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Scientologists should be permitted to have          20:25:17

2    membership in social groups, do you?                 20:25:19

3          MR. BLUMEL:  (Speaking German.)

4          THE WITNESS:  (Speaking German.)              20:25:33

5          MR. BLUMEL:  She's asking back what do        20:25:33

6    you understand under social groups.                  20:25:35

7          MR. DANDAR:  Define social groups.            20:25:38

8    Object to the form -- I mean object to the           20:25:41

9    scope.                                               20:25:43

10          MR. MERRETTE:  Relevance, you mean.          20:25:45

11          MR. DANDAR:  Yeah.                           20:25:46

12          MR. MERRETTE:  Ask her if she likes          20:25:50

13    Kosher pickles too, while you're at it.             20:25:53

14          MR. MOXON:  Any voluntary association.       20:26:06

15          MR. BLUMEL:  (Speaking German.)             20:26:14

16          THE INTERPRETER:  A company of people,       20:26:29

17    right.                                               20:26:31

18    A.    I believe that any Scientologist             20:26:56

19    could --                                             20:27:00

20    Q.    Don't --answer the question.

21          MR. HERTZBERG:  Wait, wait, wait.  Let       20:27:06

22    her translate first.                                 20:27:08

23          MR. MOXON:  She goes on for 10 minutes.      20:27:09

24          MR. MERRETTE:  Hold on.  It's your           20:27:10

25    question.  It took your own guy five minutes        20:27:13

1    to translate it.                                      20:27:15

2         MR. HERTZBERG:  Let her translate.  She          20:27:17

3    paused.  Let's get the first part of it and           20:27:17

4    then she can add if she wants to go on                20:27:20

5    another 10 minutes.  Just what Mr. Dandar             20:27:21

6    said, let's have the first part translated.           20:27:23

7         MR. DANDAR:  If it's possible.  Go               20:27:26

8    ahead.                                                20:27:27

9         THE INTERPRETER:  Okay.  What was the            20:27:28

10   first part now?                                       20:27:29

11        MR. DANDAR:  Go ahead.                            20:27:30

12        THE INTERPRETER:  I mean we're going --          20:27:31

13        MR. DANDAR:  Repeat your answer.                 20:27:33

14   A.    I believe or I'm of the opinion that any        20:27:36

15   Scientologist should be able to belong to any         20:27:38

16   group of people.                                      20:27:42

17        MR. DANDAR:  There.                              20:27:45

18        THE INTERPRETER:  In essence.                    20:27:46

19        MR. DANDAR:  Okay.  We have an answer.           20:27:47

20   Next question.  That was such an important            20:27:50

21   question.                                             20:27:54

22   Q.    Including the Christian Democratic              20:27:56

23   Party?                                                20:27:59

24   A.    I'm not in the CDU.  One cannot be a            20:28:00

25   member of two groups at one time.                     20:28:30

1           MR. BLUMEL:  No, she didn't say that.    20:28:35

2           THE INTERPRETER:  Is that what she said?

3           MR. BLUMEL:  She said CDU party, it's a    20:28:37

4      political party.                              20:28:39

5           THE INTERPRETER:  The CDU party, right.    20:28:41

6           MR. BLUMEL:  Incompatibility decision,    20:28:41

7      said you cannot be Scientologist and member    20:28:44

8      of the CDU at the same time.  That's what she    20:28:46

9      meant.                                        20:28:53

10          THE INTERPRETER:  Is that the same

11     thing?

12          MR. BLUMEL:  Yeah.                        20:28:50

13   Q.    So it is your opinion that one can't --    20:28:50

14          THE INTERPRETER:  It's incompatibility.    20:28:54

15          MR. DANDAR:  Incompatible.

16          MR. BLUMEL:  Incompatible.

17   Q.    All right.  It is your position that       20:28:59

18   Scientologists should not be permitted to be     20:29:01

19   members of the Social Democrat Party?            20:29:04

20          MR. BLUMEL:  Democratic party.            20:29:09

21          MR. DANDAR:  It's a different question.   20:29:10

22   A.    S --                                       20:29:14

23   Q.    Yes or no?                                 20:29:15

24   A.    S -- the SPD, which stands -- the Social   20:29:22

25   Democratic Party has the very same exclusion as  20:29:33

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    the CDU.                                                      20:29:40

2        Q.    Which is to exclude Scientologists,               20:29:43

3    correct?                                                     20:29:46

4        A.    It does not exclude but it doesn't make           20:29:54

5    it possible.                                                 20:29:58

6        Q.    That's partly your product, correct?              20:30:03

7              MR. DANDAR:    Objection; scope.                   20:30:08

8        Q.    That's your -- that's partly your doing,          20:30:14

9    correct?                                                     20:30:17

10       A.    I would like to answer this.  Okay?  I            20:30:24

11   don't know how many party members the SPD in                20:30:31

12   Germany has.  Those decisions are being made with           20:30:35

13   50 percent -- over 50 percent majority on a party           20:30:47

14   day, yeah, party day.                                        20:30:55

15       Q.    Tell her that's completely unresponsive           20:30:58

16   and --                                                       20:31:01

17       A.    I'm only one member of the SPD.                    20:31:05

18             MR. MERRETTE:    You said that in German.         20:31:20

19             THE INTERPRETER:    Yeah, told her that           20:31:24

20        the answer is not responsive to his question.          20:31:25

21             MR. MERRETTE:    Oh, okay.                         20:31:28

22       Q.    My question is did you recommend that             20:31:29

23   Scientologists not be permitted to be members of            20:31:30

24   the CDU?                                                     20:31:33

25             MR. MERRETTE:    And I'm going to object          20:31:36

1    for relevance and instruct the witness not to    20:31:37

2    answer.    20:31:39

3         THE INTERPRETER:  She wants you to    20:31:40

4    repeat the question.  She wants to know what    20:31:49

5    you asked.    20:31:51

6    Q.    You recommended that Scientologists not    20:31:53

7    be permitted to be members of the CDU, correct?    20:31:55

8         MR. MERRETTE:  And I'm instructing the    20:32:06

9    witness not to answer.    20:32:07

10    A.    Yes.  So, I'm not answering it.    20:32:17

11         THE INTERPRETER:  She's following the    20:32:21

12    instruction of her counsel.    20:32:22

13    Q.    You met extensively with Jesse Prince    20:32:23

14    when he was in Germany, correct?    20:32:27

15    A.    What do you understand about a lot?    20:32:39

16    Q.    How many hours did you spend with Jesse    20:32:45

17    Prince in Germany?    20:32:47

18    A.    I haven't counted them.    20:32:52

19    Q.    Approximately?    20:32:55

20         THE INTERPRETER:  Pardon me?    20:32:58

21         MR. MOXON:  Approximately.

22    A.    I cannot say it.  I don't know.    20:33:01

23    Q.    More than 10?    20:33:02

24         MR. HERTZBERG:  More than 10.    20:33:04

25    A.    Officially, yes, sure.    20:33:10

1     Q.   More than 20?        20:33:10

2     A.   I don't know.  I will -- I don't know.  20:33:16

3  Can't answer it.        20:33:20

4     Q.   Did you discuss Scientology with Jesse  20:33:21

5  Prince?        20:33:24

6     A.   Revert to my privilege.    20:33:31

7          MR. DANDAR:  Privilege?  Just say  20:33:33

8     privilege.        20:33:35

9     Q.   Before Prince came to Germany, did you  20:33:39

10  have any affidavit that he filed or signed in this 20:33:41

11  case?        20:33:46

12          THE INTERPRETER:  Before --

13          MR. MOXON:  Let me give you -- before  20:33:50

14     she met Prince in Germany, did she have in  20:33:51

15     her possession any affidavit from Jesse  20:34:02

16     Prince?        20:34:13

17          MR. BLUMEL:  (Speaking German.)  20:34:14

18     A.   Privilege.      20:34:19

19     Q.   Did Mr. Dandar send you any information  20:34:20

20  regarding Scientology?      20:34:26

21     A.   I'm going to --    20:34:31

22     Q.   Did Mr. Dandar send you any information  20:34:34

23  regarding Lisa McPherson?    20:34:48

24          THE INTERPRETER:  Please, what?  20:34:48

25     Q.   Did Mr. Dandar send you any information  20:34:48

1    regarding Lisa McPherson?                              20:34:40

2        A.    Again, reverting to my privilege.           20:34:52

3        Q.    Were all of your conversations with         20:34:54

4    Prince part of your government position?              20:34:56

5        A.    Not all.                                     20:35:18

6        Q.    Okay.   Did any of the conversations you    20:35:19

7    had with Prince concern Scientology?                  20:35:21

8        A.    The moment we spoke about Scientology, it   20:35:41

9    was professional.                                     20:35:43

10       Q.    Were you speaking with Mr. Prince about     20:35:46

11   Scientology when you were holding hands with him      20:35:47

12   in the pictures on the Internet?                      20:35:51

13       A.    For sure not.   When one is holding hands   20:36:05

14   with someone, one doesn't talk about Scientology.     20:36:08

15       Q.    What were you talking about during the      20:36:11

16   pictures that were on the Internet for secret         20:36:13

17   rendezvous with Jessie Prince?                        20:36:17

18           MR. DANDAR:   Were those published by OSA?    20:36:20

19       Those are your pictures, right?                   20:36:24

20       A.    I don't know what it is.   What is it?      20:37:02

21           MR. MOXON:   We'll mark as Exhibit B a        20:37:02

22       part of a printout of a web page called          20:37:02

23       Secret Rendezvous, which is pictures of Jesse    20:37:02

24       Prince with Ursula Caberta.                      20:37:02

25           MR. MERRETTE:   And that's captioned          20:37:02

1    using Hubbard's spell check on the word                20:37:02

2    rendezvous.                                            20:37:02

3         Q.    Just a minute.  She's got to mark this.     20:37:05

4    Just be quiet.                                         20:37:05

5         MR. MOXON:  Tell that woman to be quiet           20:37:08

6    for a moment, please.                                  20:37:10

7         MR. DANDAR:  And my question to you was           20:37:16

8    is this what Scientology put up on the                 20:37:18

9    Internet?                                              20:37:20

10        MR. MERRETTE:  The providence of the              20:37:23

11   exhibit, right?                                        20:37:24

12        MR. DANDAR:  The exhibit that you're              20:37:25

13   marking.                                               20:37:26

14        MR. MOXON:  You can cross-examine her             20:37:27

15   when I'm done.                                         20:37:28

16        MR. DANDAR:  Well, it's apparently a              20:37:30

17   Scientology made exhibit.  I'm just curious.           20:37:31

18        Q.    Is this your picture in Exhibit B?          20:37:34

19        A.    Yeah, that's most likely me.  I look        20:37:41

20   nice.                                                  20:37:46

21        Q.    Is that Jesse Prince?                       20:37:49

22        MR. DANDAR:   Wait.  Let her mark it.             20:37:51

23        (Defendant's Exhibit B was marked for

24   identification.)                                       20:38:00

25        A.    Yes.                                        20:38:01

1    Q.    What are you discussing in this picture?  20:38:01

2    A.    I totally don't know.  I don't know when  20:38:09

3  those photos and when that was.  20:38:14

4    Q.    You had so many meetings with Jesse  20:38:19

5  Prince like this, you don't know which one this  20:38:21

6  was?  20:38:24

7    A.    Maybe you can tell me when that was.  20:38:36

8    Q.    You had so many meetings like this with  20:38:38

9  Jesse Prince, you can't identify this one, is that  20:38:41

10  correct?  20:38:43

11        MR. DANDAR:  Objection; argumentative.  20:38:47

12    Go ahead.  20:38:49

13    A.    That was most likely in Leipzig.  20:38:55

14    Q.    When you were in Leipzig you weren't  20:39:00

15  working for the government, were you?  When you  20:39:02

16  were in Leipzig, you weren't working for the  20:39:07

17  government, correct?  20:39:09

18    A.    No, it was private.  20:39:11

19    Q.    That's when you gave the Charlemagne, the  20:39:13

20  Alternate Charlemagne award to Robert Minton?  20:39:16

21    A.    Yes.  20:39:23

22    Q.    That was entirely private?  20:39:24

23    A.    Yes, that was private, yes.  That was  20:39:29

24  for --  20:39:42

25        THE INTEPRETER:  I thought you said it  20:39:48

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    was for.                                                      20:39:49

2         A.    It was private.  I'm a member of the US            20:39:55

3    American and European committee for peoples right             20:40:10

4    of --                                                         20:40:21

5              MR. BLUMEL:  For human rights.                      20:40:24

6         A.    -- for human rights.                               20:40:27

7              MR. BLUMEL:  And religious freedom in the           20:40:28

8    United States.                                                20:40:30

9         A.    And freedom of religion.                           20:40:32

10             THE INTERPRETER:  Right?  Is that what              20:40:35

11   you said?                                                     20:40:36

12        A.    -- and freedom of religion in the USA.             20:40:37

13        Q.    But your mission for the -- just --                20:40:46

14   there's no question.                                          20:40:50

15             You say you support religious freedom?             20:40:52

16        A.    Yes.                                               20:41:02

17        Q.    But part of your mission --                        20:41:03

18        A.    With full heart.                                   20:41:05

19        Q.    Oh, but part of your mission for the              20:41:06

20   German government is the genocide of Scientology,            20:41:08

21   isn't it?                                                     20:41:10

22             THE INTERPRETER:  Did you say genocide?            20:41:19

23             MR. MOXON:  Yes, genocide of                        20:41:25

24   Scientologists.                                               20:41:27

25             MR. BLUMEL:  (Speaking German.)                    20:41:31

1          THE INTERPRETER:  Right.  Okay.                    20:41:43

2          MR. BLUMEL:  The genocide convention                20:41:44

3    is --                                                     20:41:46

4          MR. MERRETTE:  You might also try                   20:41:49

5    Holocaust or Shoah so she gets an idea of the             20:41:52

6    disproportion in the analogy.

7          MR. MOXON:  What did she say?                        20:42:00

8    A.    That is not my job.                                 20:42:05

9    Q.    That's not part of your job description?            20:42:08

10   A.    I don't understand what you are saying.             20:42:22

11   Q.    Would you like to see all Scientologists            20:42:25

12   dead?                                                     20:42:28

13   A.    (Untranslated.)

14   Q.    Most Scientologists dead?                           20:42:56

15         MR. MERRETTE:  And the answer hasn't been           20:42:56

16   translated, so I don't think she has                      20:42:56

17   anything.                                                 20:42:56

18         MR. DANDAR:  You have to say no.  You               20:42:56

19   didn't translate it.                                      20:42:56

20         MR. MERRETTE:  You just need to translate           20:42:56

21   her answer to that question.                              20:42:56

22         THE INTERPRETER:  I did say no.                     20:42:56

23         MR. DANDAR:  No, you --

24         THE INTERPRETER:  I didn't?                         20:42:56

25         MR. MERRETTE:  I don't believe so, but

```
 1        it doesn't matter.                          20:42:59

 2             MR. DANDAR:  You said nein.            20:42:59

 3             MR. MOXON:  You've said it now.

 4             THE INTERPRETER:  Oh, I thought I said

 5        no.  Sorry if I didn't.

 6             MR. DANDAR:  Here is the question.      20:43:07

 7        Q.   Do you want Scientologists to be dead, 20:43:10

 8        that's the question?                        20:43:12

 9             MR. DANDAR:  Objection; asked and       20:43:13

10        answered.                                   20:43:15

11        Q.   Do you want all Scientologists to be   20:43:16

12        dead, yes or no?                            20:43:17

13        A.   No.                                    20:43:22

14        Q.   Do you want any Scientologists to live as 20:43:25

15        Scientologists?                             20:43:28

16        A.   Yes, because I'm not wishing them dead. 20:43:41

17        Q.   As long as they don't stay             20:43:44

18        Scientologists, correct?                    20:43:46

19        A.   That's wrong.  If people want to stay  20:43:53

20        with the Scientology, then that's where they 20:43:59

21        should stay.                                20:44:02

22        Q.   And they should have full rights,      20:44:03

23        correct, they should have full rights and freedoms 20:44:05

24        in the government, correct?                 20:44:09

25        A.   They have it, yes.                     20:44:11
```

1    Q.    Scientologists have full rights and

2    freedoms in Germany?

3         MR. DANDAR:  Objection; scope.

4         MR. MERRETTE:  And relevance.

5         MR. DANDAR:  Do not waste my time on

6    what happens in Germany.

7         MR. MERRETTE:  I'm instructing the

8    witness not to answer, unless you want to

9    give me an explanation about German policy

10   about Scientologists that's relevant to the

11   death of Lisa McPherson or the damages of her

12   estate.

13        MR. MOXON:  Sure.

14        MR. MERRETTE:  What, Kartuzinski and

15   them killed her because they were protesting

16   German policy, is that what you're saying?

17        MR. MOXON:  Merrette, chill out.

18        MR. MERRETTE:  I'm just trying to help

19   you.  I want to hear an explanation.

20        MR. MOXON:  Merrette, then just shut up

21   and listen.

22        MR. MERRETTE:  Let's go.  Roll.

23        MR. MOXON:  Minton paid this woman lots

24   of money to crank out her propaganda machine

25   and destroy the jury pool here in Florida,

1    among other things, and she's starting.                20:44:58

2         MR. DANDAR:  Tell that to Judge Moody.            20:45:00

3         MR. MERRETTE:  You have evidence of               20:45:01

4    that, right?                                           20:45:02

5         MR. MOXON:  Well, you just -- you                 20:45:03

6    instructed her not to answer on the money he           20:45:03

7    gave her, right?                                       20:45:05

8         MR. MERRETTE:  Okay.

9         MR. MOXON:  Okay.  I'll ask her again.            20:45:06

10   Q.   How much money did Minton give you to             20:45:07

11   make propaganda about Scientology?                     20:45:09

12        MR. MERRETTE:  I've previously instructed         20:45:12

13   the witness not to answer.                             20:45:14

14        MR. DANDAR:  The appropriate question             20:45:21

15   is --                                                  20:45:21

16        MR. MOXON:  No.  Just --

17   A.   I'm adhering to my counsel's advice.              20:45:22

18        MR. DANDAR:  Well, she didn't answer              20:45:28

19   it -- I'm trying to --                                 20:45:29

20        MR. MOXON:  She did answer it.  She               20:45:31

21   answered it and the translator is listening            20:45:32

22   to it and you can't talk while they're                 20:45:34

23   talking.  If you want to make an objection,            20:45:36

24   you make it after my question, not before her          20:45:38

25   answer.                                                20:45:40

1          MR. DANDAR:  I objected to your            20:45:41

2      question.                                       20:45:42

3          MR. MOXON:  It's translated.               20:45:43

4          MR. DANDAR:  What is the answer?           20:45:44

5          MR. MOXON:  It's hard enough here with     20:45:48

6      this obviously obstreperous witness without    20:45:49

7      you and Merrette interposing your own          20:45:54

8      objections in the middle of it.                20:45:56

9          MR. DANDAR:  You haven't been able to      20:45:57

10     give us one basis of politics in Germany       20:45:58

11     relevant to this case.                         20:46:01

12         MR. MOXON:  I've given --                  20:46:03

13 BY MR. MOXON:

14     Q.   I'm asking you again.  How much money has 20:46:03

15 Robert Minton given you to make derogatory         20:46:05

16 propaganda about Scientology?                      20:46:08

17         MR. DANDAR:  I would encourage counselor   20:46:10

18     of the witness to answer that question.        20:46:12

19         MR. MERRETTE:  That's fine.  Translate     20:46:14

20     it exactly.                                     20:46:15

21         THE INTERPRETER:  Thank you.               20:46:17

22         MR. MERRETTE:  I apologize.  I know you    20:46:17

23     have been.  I didn't mean that to be           20:46:19

24     offensive.                                      20:46:21

25         THE INTERPRETER:  Okay.                    20:46:32

1          MR. MERRETTE:  Tell her I would recommend  20:46:34

2     that she answer.                                  20:46:36

3     A.    No money.                                   20:46:46

4     Q.    What has he given you all the money for?    20:46:47

5     A.    What money?                                 20:46:54

6     Q.    The money Minton gave you.                  20:46:56

7          THE INTERPRETER:  The money that he gave     20:47:00

8     you.                                              20:47:00

9     A.    It was a private credit for me.             20:47:01

10    Q.    For what?                                   20:47:03

11    A.    That is none of your business.              20:47:10

12         MR. MERRETTE:  She's been previously         20:47:12

13    instructed not to answer that.  She's already     20:47:13

14    -- she has answered your question that she        20:47:15

15    didn't get any money to foment propaganda         20:47:16

16    against Scientology.  Scientology does a          20:47:20

17    pretty good job all by itself.                    20:47:22

18         MR. DANDAR:  Can I make a suggestion to      20:47:25

19    get an answer, may I make a suggestion?           20:47:25

20         MR. MOXON:  No.                              20:47:28

21         MR. DANDAR:  All right.  I tried.            20:47:28

22         MR. MOXON:  Mr. Merrette, I'm making a       20:47:29

23    bar complaint, incidently, that your             20:47:31

24    violations of the bar in your constant            20:47:34

25    derogatory and scurrilous and bigoted             20:47:38

1    comments about my religion, just so you know.    20:47:39

2    It's a gross violation of bar regulations,    20:47:45

3    which I happened to look up today.    20:47:49

4         MR. MERRETTE:  It was a first, I'm sure,    20:47:52

5    based on what I've observed.    20:47:53

6         MR. MOXON:  Okay, Merrette.  I'm just    20:47:56

7    telling you I'm giving you an opportunity to    20:47:57

8    straighten up and fly right and just stop    20:47:58

9    this.    20:48:01

10         MR. MERRETTE:  What you need to do is    20:48:02

11    give yourself an opportunity to ask pertinent    20:48:02

12    questions.  We're well past two hours.    20:48:06

13         MR. DANDAR:  We're on three hours.    20:48:09

14         MR. MERRETTE:  We're on three hours now    20:48:10

15    and you're still asking her what the German    20:48:12

16    government does, how she gets paid, where she    20:48:14

17    gets her money, what she thinks about    20:48:15

18    Scientologists.  You're not asking her about    20:48:17

19    anybody who's a witness in the case, anybody    20:48:19

20    who knows anything about the death --    20:48:21

21         MR. MOXON:  Robert Minton is a witness    20:48:22

22    in this case.    20:48:23

23         MR. MERRETTE:  He was there when the    20:48:24

24    girl died?    20:48:26

25         MR. MOXON:  Jesse Prince is a witness in    20:48:27

1          this case.                                           20:48:28

2               MR. MERRETTE:  Jesse Prince is a witness

3          in this case.

4               MR. MOXON:  And Robert Minton is a              20:48:30

5          witness in this case.                               20:48:31

6               MR. DANDAR:  He'll never be a witness in

7          this case.

8               MR. MOXON:  We're calling him.                  20:48:32

9               MR. DANDAR:  You can call my wife, as I         20:48:33

10         keep telling you.  She's not ever going to be       20:48:35

11         a witness in this case.  Neither is Robert          20:48:37

12         Minton.

13              MR. MOXON:  Your wife didn't give you           20:48:39

14         over a million dollars for this case.               20:48:40

15              MR. DANDAR:  How do you know?  How do           20:48:42

16         you know?                                           20:48:45

17         Q.   Did Mr. Minton give you any money for          20:48:54

18    the purpose of making any comments about                 20:48:57

19    Scientology?                                             20:48:59

20              MR. MERRETTE:  I'm instructing her.            20:49:07

21         A.   Should I answer the question?                  20:49:09

22              MR. MERRETTE:  Sure.  Yes.                     20:49:11

23         A.   No.                                            20:49:21

24              MR. BLUMEL:  (Speaking German.)               20:49:23

25              THE INTERPRETER:  (Speaking German.)

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

```
 1            MR. BLUMEL:  (Speaking German.)

 2            THE INTERPRETER:  That was a -- that was

 3       a previous -- sorry, sir.  That was the          20:49:38

 4       previous question.  The question before that.   20:49:39

 5       What was the last question?                     20:49:40

 6            MR. BLUMEL:  Mr. Moxon, what was your       20:49:42

 7       last question?                                  20:49:43

 8    BY MR. MOXON:                                       20:49:47

 9       Q.    Did Mr. Minton give you any money to make 20:49:47

10    comments concerning Scientology?                   20:49:50

11       A.    No.                                        20:50:06

12       Q.    Did you receive any money for any work    20:50:07

13    you've done on this trip to Florida?               20:50:11

14            MR. DANDAR:  Objection; asked and          20:50:15

15       answered.                                       20:50:23

16       A.    I already answered that.                  20:50:25

17       Q.    Did you give information regarding        20:50:35

18    Scientology to Mr. Minton or to the Lisa McPherson 20:50:36

19    Trust?

20            THE INTERPRETER:  And to, or to?           20:50:54

21            MR. MOXON:  The Lisa McPherson Trust,      20:50:54

22       Robert Minton or the Lisa McPherson Trust.      20:50:54

23       A.    I would like to know what information     20:51:09

24    you are talking about.                             20:51:13

25       Q.    Did you give any information regarding    20:51:14
```

1    Scientology to Minton or the Lisa McPherson Trust?    20:51:16

2    A.    No --

3         MR. BLUMEL:  (Speaking German.)    20:51:39

4         THE INTERPRETER:  I did say that.    20:51:40

5    Q.    Yes or no?    20:51:42

6    A.    She said information can almost be    20:51:45

7    anything.  I'm reverting to my privilege.    20:52:00

8         MR. MOXON:  We're out of tape.  We'll    20:52:00

9    have to change the tape.    20:52:00

10                (Recess.)    21:04:44

11   BY MR. MOXON:

12   Q.    I don't believe I got an answer to my    21:04:55

13   last question.  Let me see if I did.  Did you give    21:04:57

14   any information regarding Scientology to    21:05:00

15   Mr. Minton?    21:05:03

16        MR. MERRETTE:  All right.  Stop right    21:05:05

17   there.  Hang on.  I would like you to roll    21:05:06

18   back and see if an answer was given to that    21:05:08

19   question, Madam Court Reporter.    21:05:10

20   Q.    Yes or no?    21:05:13

21        MR. DANDAR:  No.  If it wasn't, then she    21:05:13

22   can translate it.  You didn't know.    21:05:15

23        MR. MOXON:  I'm not asking you.  I'm    21:05:19

24   asking the question.  Please translate it for    21:05:21

25   her while they're looking it up.    21:05:23

```
 1            MR. MERRETTE:  Hang on.  Don't translate   21:05:27
 2     anything.  Don't answer anything.  Go ahead       21:05:50
 3     and roll back and read it back for us and see
 4     if we've got an answer.
 5            (The question was read by the reporter.)
 6       Q.   Did you give any documents to Mr. Minton   21:05:50
 7     concerning Scientology?                           21:05:54
 8       A.   I'm refused and I'm reverting to my        21:06:06
 9     privilege.                                        21:06:09
10       Q.   Did you give any documents concerning      21:06:09
11     Scientology to Mr. Dandar?                        21:06:14
12       A.   I revert back to my privilege.             21:06:26
13       Q.   Did you give any documents concerning      21:06:28
14     Scientology to the Lisa McPherson Trust?          21:06:30
15            MR. BLUMEL:  (Speaking German.)            21:07:01
16            THE INTERPRETER:  That's what I said.       21:07:11
17       A.   I revert to my privilege.                  21:07:12
18       Q.   Did you give any documents concerning      21:07:13
19     Scientology to Jesse Prince or Vaughn Young?      21:07:16
20       A.   I revert to my privilege.                  21:07:26
21       Q.   Did you give any documents concerning      21:07:29
22     Scientology to Stacy Brooks?                      21:07:30
23       A.   I revert to my privilege.                  21:07:39
24       Q.   Did you assist Mr. Minton in any way with  21:07:44
25     respect to the Lisa McPherson Trust?              21:07:47
```

1      A.     What do you understand about aid, I mean    21:08:01

2  help, or assistance.    21:08:04

3      Q.     Something that he considered helpful.    21:08:05

4      A.     That is a stupid question.  I don't know    21:08:26

5  what Mr. Minton understands.    21:08:28

6      Q.     Did Mr. Minton express to you any    21:08:31

7  gratitude for any assistance you gave him?    21:08:34

8      A.     He thanked me when I gave him the --    21:08:51

9          MR. MERRETTE:   The Alternative    21:09:04

10  Charlemagne Award in Leipzig.    21:09:07

11      A.     Oh, the Alternative Charlemagne Reward    

12  in Leipzig, that's where he thanked me.    21:09:10

13      Q.     Did he thank you for anything else you    21:09:12

14  ever helped him with?    21:09:15

15      A.     I don't know.  I don't know.  For what    21:09:20

16  would he have thanked me?    21:09:29

17      Q.     So your testimony is the entire time    21:09:30

18  you've known Minton, he's never thanked you for    21:09:32

19  any help you've given him other than the    21:09:35

20  Charlemagne Award?    21:09:38

21      A.     He has thanked me quite often.    21:09:51

22      Q.     Why?    21:09:55

23      A.     Because he has spent a good deal of time    21:09:58

24  in Hamburg, because we have spent a good time in    21:10:01

25  Leipzig, for this he has thanked me, because I    21:10:10

1    have arranged a great many things.                    21:10:16

2        Q.    What have you arranged?                      21:10:18

3        A.    For instance, for example, the --           21:10:22

4              MR. MOXON:  Wait.  Speak -- you said a       21:10:31

5        word I didn't understand.  Say in English.        21:10:32

6        What did she say?                                 21:10:36

7        A.    Different people --                          21:10:38

8        Q.    She's arranged for Minton to get            21:10:39

9    connected with different people?                      21:10:42

10             MR. BLUMEL:  (Speaking German.)

11       A.    Different people when necessary to          21:10:57

12   award, give the award.                                21:11:02

13       Q.    Do you help arrange for Mr. Minton to get   21:11:05

14   the award in working with many people?                21:11:08

15       A.    Yes, in the frame of my membership of the   21:11:20

16   committee.                                            21:11:26

17       Q.    Did you vote for Mr. Minton to get the      21:11:27

18   award?                                                21:11:29

19             THE INTERPRETER:  I'm searching for the     21:11:37

20       word.                                             21:11:39

21       Q.    Did you select Mr. Minton --                21:11:48

22             THE INTERPRETER:   Got it.  Sorry.

23       A.    Yes.  I thought it was a very good idea.    21:11:50

24       Q.    Were you important in getting Mr. Minton    21:11:54

25   the award, the Alternate Charlemagne Award?           21:11:56

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1      A.    I don't believe so.  There were also    21:12:07

2   others.  I'm not as important as Mr. Moxon    21:12:10

3   sometimes believes.    21:12:19

4      Q.    Did you nominate Mr. Minton for the    21:12:21

5   award?    21:12:23

6      A.    No, it was another person that suggested    21:12:35

7   it but I thought the idea was very good.    21:12:40

8      Q.    And so did you then push through the idea    21:12:42

9   so that he would get the award?    21:12:44

10      A.    It didn't need to be pushed because it    21:12:57

11   was very clear in the committee that he is    21:12:59

12   deserving of the prize.    21:13:02

13        MR. MOXON:  Did she push it or not?    21:13:03

14   A.    Yes.    21:13:09

15      Q.    Did it seem valuable to Mr. Minton to get    21:13:10

16   this award?    21:13:14

17      A.    I don't know.  You have to ask    21:13:20

18   Mr. Minton.    21:13:22

19        MR. DANDAR:  Object to this whole line of    21:13:23

20      questioning.    21:13:25

21      Q.    I asked if it seemed to Mr. Minton, if    21:13:25

22   you know, if Mr. Minton seemed valuable to him to    21:13:27

23   get the award?    21:13:31

24      A.    Yes, yes.  I hope so, that he    21:13:39

25   acknowledged it.    21:13:42

1    Q.    What?                                              21:13:44

2         THE INTERPRETER:  I hope so, that he               21:13:45

3    acknowledged that.                                      21:13:46

4    Q.    He acknowledged your help in getting the          21:13:47

5    award, yes?                                             21:13:51

6    A.    Not only myself but it was the whole              21:13:59

7    committee, and I have thanked him -- and he has         21:14:04

8    thanked them all.  That is only fitting.                21:14:13

9         MR. MOXON:  I didn't ask about the                 21:14:16

10   committee.  I asked about her.  Did he thank            21:14:17

11   her for getting the award?                              21:14:20

12        MR. MERRETTE:  Let me stop right there.            21:14:22

13   Change your tone or quit asking questions.              21:14:23

14        MR. MOXON:  She won't --

15        MR. MERRETTE:  That has an argumentative           21:14:26

16   tone.  If she won't answer it, you have a               21:14:26

17   problem.  You don't speak harshly to the                21:14:28

18   witness as a result.                                    21:14:31

19        MR. MOXON:  Okay.  Okay.  Thank you.               21:14:32

20        MR. MERRETTE:  Now, ask a question in a            21:14:34

21   civil tone and we can proceed.                          21:14:36

22        MR. MOXON:  Can you ask that question,             21:14:39

23   please?                                                 21:14:39

24        THE INTERPRETER:  Huh?                             21:14:41

25        MR. MOXON:  I'm not asking about anyone            21:14:41

1     else.  I'm asking about her.  Did she receive    21:14:43

2     thanks from Mr. Minton for the award?            21:14:47

3     A.    I believe I already answered that.         21:15:02

4     Q.    What's the answer?                          21:15:06

5     A.    Yes.                                        21:15:10

6     Q.    What else did you help Mr. Minton with,     21:15:10

7     other than getting -- what else did you help     21:15:14

8     Mr. Minton with in Hamburg?                       21:15:16

9     A.    I revert to my privilege.                   21:15:32

10    Q.    Did you introduce him to any people in     21:15:35

11    Hamburg?                                          21:15:38

12    A.    (Indicating.)                               21:15:42

13          MR. DANDAR:  You -- she has to speak it.   21:15:44

14    Q.    You have to speak.                          21:15:46

15          MR. DANDAR:  Speak the privilege.  She     21:15:48

16    has to say --                                     21:15:49

17          MR. MERRETTE:  She has to say something,   21:15:50

18    is what we're saying.                             21:15:52

19          MR. DANDAR:  Just say invoke the           21:15:52

20    privilege.  She has to say it.                    21:15:54

21    A.    I refuse the answer.                        21:15:56

22    Q.    Did you assist Mr. Minton with any people  21:16:06

23    by an introduction to help him with his Lisa     21:16:13

24    McPherson Trust?                                  21:16:19

25    A.    I refuse the answer.                        21:16:26

1     Q.    You said Mr. Minton thanked you for many    21:34:28

2   things.   What else did he thank you for besides    21:34:32

3   the Charlemagne Award?    21:36:34

4     A.    I believe I already answered that.    21:36:41

5     Q.    Answer it, please.    21:36:45

6          MR. MERRETTE:  No.   No.   I'm instructing    21:36:46

7     the witness not to answer.  We can go back    21:36:47

8     and look and see if you would like the court    21:36:56

9     reporter to read back her prior answer to    21:36:58

10    that question.    21:37:00

11    Q.    Take 10 seconds and list the things,    21:37:01

12  please, that he -- that Mr. Minton thanked you for    21:37:03

13  besides the Alternative Charlemagne Award?    21:37:05

14         MR. MERRETTE:  Well, let me ask for a    21:37:09

15    clarification.  Does that include passing the    21:37:12

16    salt at the table, holding a door, calling a    21:37:14

17    cab, those things?    21:37:16

18         MR. MOXON:  No.    21:37:20

19         MR. MERRETTE:  Okay.

20         MR. MOXON:  Not things like that.    21:37:21

21    A.    I already answered that question.    21:17:28

22         MR. MERRETTE:  Go ahead and answer it    21:17:31

23    again.    21:37:32

24    A.    He has thanked me for having spent nice    21:17:45

25  days in Hamburg and that we have had nice days in    21:17:48

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1   Leipzig.  Nice friends thank each other.          21:18:02

2       Q.   Did he thank you for any information you  21:18:05

3   had given him for his work?                        21:18:08

4       A.   I refuse my --                            21:18:14

5       Q.   I am not asking --                        21:18:17

6       A.    -- the answer.                           21:18:19

7       Q.   Okay.  I'm not asking for him thanking    21:18:20

8   you for information for your work.  I'm asking if  21:18:23

9   he thanked you for giving him information to       21:18:25

10  assist his own work?                               21:18:28

11       MR. MERRETTE:  And on the witness's           21:18:42

12       behalf, I assert the governmental employee    21:18:43

13       privilege under the laws of Germany.          21:18:46

14       MR. MOXON:  Can we please wait and let        21:18:50

15       her hear the question first and see if it     21:18:52

16       applies?                                      21:18:56

17       MR. MERRETTE:  No, no, no.  The               21:18:57

18       privilege is invoked.                         21:18:58

19   Q.   Answer.                                       21:18:59

20       MR. MERRETTE:  Don't answer the question.     21:19:00

21   Knock it off.  You have no business doing         21:19:01

22   that.                                             21:19:03

23       MR. MOXON:  I'm requesting an answer or       21:19:04

24   a refusal to answer on this question.             21:19:05

25       MR. MERRETTE:  And she's refusing to          21:19:08

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    answer.  I have invoked the privilege.  It's          21:19:08

2    not the same rule for refusals, for scope,            21:19:11

3    for relevance and for privileges.  A                   21:19:14

4    privilege can be invoked by her attorney on           21:19:16

5    her behalf.  That's the rules here in                  21:19:18

6    Florida.  When you get done with the bar              21:19:20

7    rules, look at the rules of civil procedure.          21:19:22

8    I've invoked the privilege on her behalf.             21:19:24

9    Next question.                                          21:19:27

10   BY MR. MOXON:

11       Q.    Did Jesse Prince thank you for any of the   21:19:32

12   assistance you provided him for his work for          21:19:35

13   Mr. Dandar?                                             21:19:38

14             THE INTERPRETER:  Minton or Prince?          21:19:40

15             MR. MOXON:  Prince.

16             THE INTERPRETER:  Prince, Mr. Prince.

17   Okay.

18       A.    I refuse.                                    21:20:11

19       Q.    What transcripts did Mr. Dandar give you?   21:20:12

20             MR. DANDAR:  Oh, asked and answered.        21:20:15

21       Q.    Which specific, which specific             21:20:16

22   transcripts did Mr. Dandar give you?                  21:20:19

23       A.    I refuse it, revert my privilege.          21:20:24

24             MR. DANDAR:  That was a prior answer too.  21:20:28

25       Q.    Did Mr. Dandar give you any autopsy         21:20:30

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    pictures of Lisa McPherson?                    21:20:34

2            MR. MERRETTE:  Now, you asked that one    21:20:37

3        word for word.  Please, knock it off.  It's    21:20:39

4        9:15.  Don't even translate it.  She's not    21:20:42

5        going to answer the question.                21:20:46

6            MR. MOXON:  Are you instructing --

7            MR. MERRETTE:  You asked that question

8        word for word an hour ago.

9            MR. MOXON:  Are you instructing her?    21:20:40

10           MR. MERRETTE:  Yes.                      21:20:51

11           MR. MOXON:  Okay.                        21:20:56

12    Q.    Did you have any discussions with          21:20:56

13    Mr. Minton concerning money that he expected to    21:20:50

14    make from the proceeds of this case?            21:21:03

15           MR. BLUMEL:  Can you ask it once more?    21:21:20

16    Q.    Did you have any discussions with          21:21:31

17    Mr. Minton regarding --                         21:21:32

18           MR. MERRETTE:  Maybe a little bit smaller 21:21:35

19        will make it easier.  That was a fairly      21:21:37

20        complex idea.                                21:21:40

21           MR. MOXON:  I'm trying.                   21:21:41

22    Q.    Did you have any discussions with          21:21:42

23    Mr. Minton concerning money he expected to make in 21:21:45

24    this case?                                       21:21:49

25           MR. BLUMEL:  (Speaking German.)           21:22:02

1    A.    No, we haven't led any such discussions. 21:22:04

2    Q.    Do you know if Mr. Minton invested money 21:22:08

3    in this case? 21:22:11

4    A.    I don't know but I surmise that he did. 21:22:21

5    Q.    Do you know how much money Mr. Minton 21:22:26

6    invested in this case? 21:22:27

7    A.    I don't even know if he really has 21:22:35

8    invested any, and I don't know how much. 21:22:36

9         MR. DANDAR:  You asked that before too. 21:22:42

10    Q.    Did you provide Mr. Minton any documents 21:22:48

11    out of your official government files for his use 21:22:54

12    in this case? 21:22:57

13    A.    I refuse and revert to my privilege. 21:23:10

14    Q.    Have you had any e-mail communications 21:23:21

15    with Mr. Minton? 21:23:23

16    A.    I don't own e-mail. 21:23:36

17         THE INTERPRETER:  You don't have a 21:23:41

18    computer, is that what you're saying? 21:23:42

19    A.    Oh, I don't have the connection for 21:23:45

20    e-mail. 21:23:46

21    Q.    Have you ever used e-mail? 21:23:46

22    A.    In my office. 21:23:52

23    Q.    Have you had any e-mail communications 21:23:54

24    with Mr. Minton? 21:23:55

25    A.    I have to revert to my privilege because 21:24:02

1    it was in my office.                                    21:24:13

2        Q.   The e-mail was from your office?              21:24:13

3        A.   In office -- that's exactly what I said,      21:24:15

4    it's in my office and, therefore, I revert to my       21:24:22

5    privilege.  Excuse me.  This is exactly what I          21:24:25

6    said.  The e-mail is in my office and, therefore,       21:24:34

7    I cannot answer that question.                          21:24:37

8        Q.   How many e-mails have you had with            21:24:39

9    Mr. Minton?                                             21:24:41

10           MR. MERRETTE:  Same privilege.                 21:24:45

11       A.   I revert to my privilege.                     21:24:46

12       Q.   Did Mr. Dandar send you any papers that       21:24:48

13   were filed in this case?                                21:24:52

14       A.   I think I already answered that question      21:25:05

15   with the reversion to the privilege.                    21:25:08

16       Q.   Did you give Mr. Minton any ideas for         21:25:13

17   strategy for handling the Lisa McPherson case?          21:25:19

18       A.   No.  I could revert to this but I answer      21:25:39

19   it with no.                                             21:25:42

20       Q.   Did you discuss with Mr. Minton the Lisa      21:25:44

21   McPherson case?                                         21:25:47

22       A.   I revert to my privilege.                     21:25:57

23       Q.   Do you know of any person or entity or        21:26:02

24   organization that's provided any money to               21:26:07

25   Mr. Dandar for this case other than Mr. Minton?         21:26:10

1           MR. BLUMEL:  (Speaking German.)  Do you                21:26:44

2     know of any entity?

3     Q.    Any entity or organization or person                  21:26:47

4     that has --                                                  21:26:49

5           THE INTERPRETER:  Other than Mr. Dandar.               21:26:51

6     Q.    -- other than Mr. Minton who has given                 21:26:52

7     money to Mr. Dandar in this case?                            21:26:55

8           THE INTERPRETER:  Did you say -- oh.                   21:27:14

9           MR. BLUMEL:  (Speaking German.)                        21:27:17

10          MR. DANDAR:  I'll object.  This was                    21:27:19

11    asked and answered.                                          21:27:21

12          MR. BLUMEL:  (Speaking German.)                        21:27:26

13          THE INTERPRETER:  Is that what I said?

14          MR. BLUMEL: (Speaking German.)                         21:27:32

15    A.    As I already said, I don't even -- I                   21:28:09

16    don't know if Mr. Minton has -- if Mr. Minton --             21:28:09

17    all this finances.  I surmise that he does and I             21:28:09

18    have said so already.                                        21:28:09

19    Q.    Other than Mr. Minton, excluding                       21:28:11

20    Mr. Minton, do you know if any person or                     21:28:12

21    organization or entity has given any money to                21:28:16

22    Mr. Dandar?                                                  21:28:19

23    A.    Are we understanding?  It's the same                   21:28:26

24    question before.                                             21:28:28

25    Q.    Then answer it again.                                  21:28:29

```
 1      A.    No, I don't know anything about it.              21:20:34

 2      Q.    Okay.  Does the Lisa McPherson Trust owe         21:20:38

 3  you any money?                                             21:20:41

 4            THE INTERPRETER:  Lisa McPherson.                21:28:51

 5            MR. MOXON:  Trust.                                21:20:51

 6      A.    No.                                              21:20:57

 7      Q.    Do you owe any money to the Lisa                 21:20:58

 8  McPherson Trust?                                           21:29:57

 9      A.    No.                                              21:29:57

10      Q.    Have you received credit from any person         21:29:57

11  opposed to Scientology other than Mr. Minton?             21:29:57

12      A.    No.                                              21:29:57

13      Q.    Your discussions with Mr. Minton                 21:29:57

14  concerning the Lisa McPherson Trust, what was your        21:29:57

15  -- what is your position going to be?                     21:29:57

16            MR. DANDAR:  Objection to the form.             21:29:57

17      Q.    Answer.                                          21:29:57

18            MR. DANDAR:  Go ahead.                           21:29:57

19      Q.    Answer.                                          21:29:57

20      A.    I don't understand what Mr. Dandar has           21:30:01

21  said.                                                      21:30:03

22            MR. MERRETTE:  He simply objected that           21:30:04

23      the question was badly phrased, but go ahead          21:30:06

24      and answer it.                                         21:30:08

25            MR. DANDAR:  If you -- yeah.                     21:30:09
```

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    A.    She said now what's the question?                21:30:18

2          MR. DANDAR:   Why don't you ask her if           21:30:21

3    she -- you're not forming a predicate.   There         21:30:22

4    is no predicate here.                                  21:30:25

5          MR. MOXON:   It takes 20 minutes.                 21:30:27

6          MR. DANDAR:   Just do a predicate and I           21:30:29

7    won't object.                                          21:30:31

8    Q.    You had discussions with Mr. Minton              21:30:31

9    concerning forming a Lisa McPherson Trust in           21:30:34

10   Germany, correct?                                      21:30:35

11   A.    I already answered that.                         21:30:44

12   Q.    What is your position to be in the Lisa          21:30:48

13   McPherson Trust?                                       21:31:09

14   A.    We are not talking about position, we are        21:31:09

15   talking about it if we are going to make it.           21:31:12

16   Q.    What will your role be?                          21:31:14

17   A.    I don't know so because we haven't               21:31:23

18   discussed it.   We haven't --                          21:31:24

19   Q.    What have you discussed?                          21:31:26

20   A.    Specific things, if it even makes sense.          21:31:37

21   Q.    And have you decided to do it?                    21:31:40

22   A.    Those discussions are not going on               21:31:51

23   because I'm here tonight.                              21:31:55

24   Q.    Have you made any conclusions with               21:32:00

25   Mr. Minton concerning starting a Lisa McPherson        21:32:02

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Trust in Germany?                                    21:32:04

2        A.    No.    I have already said this.    We are    21:32:14

3    discussing it if we are even going to do it.        21:32:17

4        Q.    Did Mr. Minton say he would pay to set it    21:32:20

5    up if you do it?                                    21:32:23

6        A.    Those things and discussions are only    21:32:35

7    coming in in the end.    We don't know yet if we are    21:32:38

8    going to.                                            21:32:41

9        Q.    Have you had any written communications    21:32:42

10    with Mr. Minton about setting up a Lisa McPherson    21:32:44

11    Trust in Germany?                                    21:32:48

12            MR.    MERRETTE:    Excuse me.    Could I have    21:32:50

13        a time check?                                    21:32:50

14            THE COURT REPORTER:    It's 9:33.            21:33:12

15        A.    Repeat the question, please.                21:33:20

16            MR. MOXON:    Could you read it back,        21:33:32

17        please?                                        21:33:34

18            (The question was read by the reporter:    21:32:42

19    Have you had any written communications with        21:32:42

20    Mr. Minton about setting up a Lisa McPherson Trust    21:32:44

21    in Germany?)                                        21:32:48

22        A.    No, we are still discussing it.            21:33:39

23        Q.    Did you or your office invite Mr. Minton    21:33:41

24    and Mr. Brooks -- Ms. Brooks to Hamburg?            21:33:44

25        A.    I revert to my privilege.                21:34:00

1      MR. DANDAR:  Let me interrupt you for a     `21:34:03`

2      minute.  It's 9:34.  I physically cannot stay     `21:34:04`

3      here past 10:00.  I can't stay here now.  I'm     `21:34:08`

4      going to stay here until ten o'clock.  I am     `21:34:12`

5      their only ride, so I'm urging you to do your     `21:34:14`

6      best to finish up.     `21:34:17`

7      MR. MOXON:  Okay.  It's picking up now,     `21:34:18`

8      actually.     `21:34:19`

9      MR. DANDAR:  Okay.     `21:34:20`

10     Q.    Who paid for Mr. Minton's trip to     `21:34:23`

11     Germany?     `21:34:26`

12     A.    I revert to my privilege.     `21:34:34`

13     Q.    Who paid for Stacy Brooks' trip to     `21:34:35`

14     Germany, the last trip?     `21:34:37`

15     A.    When?  She has been several times in     `21:35:00`

16     Germany.     `21:35:00`

17     Q.    Who paid for her trip to Germany when he     `21:35:00`

18     received the Alternate Charlemagne Award?     `21:35:00`

19     THE INTERPRETER:  Who paid for the trip

20     to Germany when he was --     `21:35:07`

21     A.    As far as I know, Bob Minton has paid     `21:35:19`

22     for himself.     `21:35:21`

23     Q.    Did you ever pay for Stacy Brooks to come     `21:35:23`

24     to Germany?     `21:35:38`

25     A.    I want to know if it is if I personally     `21:35:42`

1    paid for it.                                          21:35:46

2        Q.    First, personally, yes, did you            21:35:49

3    personally pay for it?                                21:35:50

4        A.    No.                                         21:35:53

5        Q.    Did you ever arrange for anyone to pay      21:35:56

6    for Ms. Brooks to come to Germany?                    21:35:57

7        A.    That falls under my privilege.              21:36:05

8        Q.    Do you know Peter Reichelt?                 21:36:09

9              THE INTERPRETER:   Pardon me?               21:36:16

10       Q.    Do you know Peter Reichelt?                 21:36:17

11       A.    Not personally.                             21:36:17

12       Q.    Does he -- you never talked to Peter        21:36:20

13   Reichelt?                                             21:36:23

14       A.    Yes, we have telephone.                     21:36:25

15       Q.    Does he do any work for you?                21:36:28

16       A.    No.                                         21:36:34

17       Q.    Is he a government agent?                   21:36:36

18       A.    As far as I know, he's a journalist and I  21:36:48

19   don't know any more.                                  21:36:51

20       Q.    You don't know if Peter Reichelt is paid    21:36:52

21   by any government entity, any government agency?      21:36:56

22             MR. BLUMEL:   (Speaking German.)            21:37:08

23       Q.    What?                                       21:37:14

24       A.    I don't know that.                          21:37:22

25       Q.    Did Prince meet with the German Secret      21:37:22

1    Police when he was in Germany in the fall of 1999? 21:37:25

2    Did Mr. Prince meet with the German Secret Police

3    when he was in Germany in the fall of 1999?

4        THE INTERPRETER:  Have spoken?  21:37:44

5    Q.    Did Mr. Prince meet with the German  21:37:45

6    secret police when he was in Germany?  21:37:47

7    A.    I revert to my privilege.  21:37:56

8    Q.    Did you introduce Mr. Prince to any  21:38:00

9    people to help him with his work for Mr. Dandar on 21:38:02

10    the Lisa McPherson case?  21:38:07

11        MR. MOXON:  Do you want me to break it  21:38:12

12    down?  21:38:14

13        THE INTERPRETER:  Yeah.  21:38:14

14    Q.    Did you introduce Mr. Prince to any  21:38:15

15    people to help him for his work on the Lisa  21:38:19

16    McPherson case?  21:38:24

17    A.    No.  21:38:29

18    Q.    Did you ever arrange for Tanya Neujar to 21:38:31

19    come to Germany?  21:38:36

20    A.    From where?  She is in Germany.  21:38:44

21    Q.    From England.  21:38:47

22    A.    I revert to my privilege.  21:38:52

23    Q.    Did you provide money to Tanya Neujar to 21:38:55

24    come to Germany from England?  21:38:59

25    A.    That falls under the -- my privilege.  I 21:39:06

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    revert to my privilege.                          21:39:11

2        Q.    Did you arrange any TV show for        21:39:13

3    Mr. Minton?                                      21:39:16

4        A.    That falls under -- I revert to my     21:39:22

5    privilege.                                       21:39:25

6        Q.    Do you live with Tanya Neujar?         21:39:30

7        A.    No.                                    21:39:40

8        Q.    Did you arrange for any press conferences 21:39:41

9    for Minton in Germany?                           21:39:44

10       A.    No.  He was -- he was --               21:39:53

11             THE WITNESS:  Guest.

12             THE INTERPRETER:  No, no, no, no.  I    21:40:07

13       know.                                        21:40:08

14             MR. BLUMEL:  He was a guest.           21:40:09

15       A.    He was a guest at the press conference 21:40:10

16    that I have given.                               21:40:11

17       Q.    As a speaker, correct?                 21:40:14

18       A.    They both -- Mr. Minton and Mrs. Brooks 21:40:26

19    were both guests at a press conference that I had 21:40:29

20    given.                                           21:40:33

21       Q.    You invited them?                      21:40:34

22       A.    I asked them to partake on the press   21:40:41

23    conference.                                      21:40:45

24       Q.    Was that something valuable to him, to 21:40:46

25    speak in front of the TV?                        21:40:48

```
1        A.   It was important for me.  If it was      21:40:56

2   important for him, I don't know.                    21:41:00

3        Q.   He didn't express to you whether he was   21:41:03

4   grateful?                                           21:41:07

5        A.   I think it was a good story but I don't   21:41:12

6   think he especially thanked me for it.  It wasn't   21:41:16

7   necessary.                                          21:41:20

8        Q.   Did he want to go on TV?                  21:41:20

9             THE INTERPRETER:  Did he want to what?    21:41:23

10       Q.   Did he want to go on TV?                  21:41:26

11       A.   I don't know that.                        21:41:29

12       Q.   You worked closely with Mr. Minton on his 21:41:31

13  story concerning Lisa McPherson?                    21:41:35

14       A.   I revert to my privilege.                 21:41:41

15       Q.   Did you report to your superiors that you 21:41:45

16  had received a loan from Mr. Minton?                21:41:50

17            THE INTERPRETER:  A what?                 21:41:55

18       Q.   Did you report to your superiors that     21:41:55

19  you received a loan from Mr. Minton?                21:41:58

20            THE INTERPRETER:  Oh, a loan.             21:42:09

21       A.   That isn't necessary.                     21:42:15

22       Q.   The answer is no?                         21:42:18

23       A.   That's private and that is no business of 21:42:27

24  my boss's.                                          21:42:30

25       Q.   Is the answer no?                         21:42:32
```

1      A.    No, the answer is no.                    21:42:36

2      Q.    It was such a small amount of money, you   21:42:41

3    thought it was insignificant?                     21:42:43

4      A.    I repeat, my senator is not interested in  21:42:55

5    my private loans.                                  21:42:59

6      Q.    Well, of course, he doesn't know, does     21:43:03

7    he?                                                21:43:05

8      A.    No.   It's none of his business.           21:43:10

9      Q.    What did you do with the money Minton      21:43:14

10   gave you?                                          21:43:16

11         MR. MERRETTE:   All right.   That's it.      21:43:18

12   I'm instructing the witness not to answer.         21:43:18

13   It's beyond the scope, totally irrelevant.         21:43:20

14   You've had a long leash for quite a few            21:43:24

15   minutes.   Don't bother translating it.            21:43:26

16         MR. DANDAR:   If you ask her if it has       21:43:30

17   anything to do with the Lisa McPherson case,       21:43:31

18   I would urge her to answer the question.           21:43:33

19         MR. MOXON:   Okay.                           21:43:35

20         MR. DANDAR:   But I think you already        21:43:36

21   asked that.                                        21:43:37

22     Q.    Mr. Dandar wants me to ask this            21:43:43

23   question, tell her.   Did the money that Mr. Minton 21:43:46

24   give you have anything to do with Mr. Minton's     21:43:50

25   work in the Lisa McPherson case?                   21:43:56

1    A.    No.                                                      21:44:04

2          MR. DANDAR:   The answer was no.  That's     21:44:07

3    not the question I proposed but the answer         21:44:16

4    was no to your question.                           21:44:17

5    Q.    Do you know Martin Ottman?                   21:44:19

6          THE INTERPRETER:   Pardon?                    21:44:23

7    Q.    Do you know Martin Ottman?                   21:44:25

8          THE INTERPRETER:   Osman?

9          MR. MOXON:   O-t-t-m-a-n, Ottman.            21:44:28

10   A.    Yes, I know him.                             21:44:30

11   Q.    Does he work for you?                        21:44:32

12   A.    No.                                          21:44:34

13   Q.    Is he a government agent?                    21:44:36

14   A.    As far as I know, no.                        21:44:46

15   Q.    Did you ever pay him any money?              21:44:49

16   A.    No.                                          21:45:02

17   Q.    Do you know Mona Boutros, Mona Boutros?      21:45:05

18   A.    No.  It doesn't say anything to me.          21:45:16

19   Q.    Did you -- Mona Boutros?                     21:45:20

20   A.    No, doesn't mean anything to me.             21:45:30

21   Q.    Okay.  Do you have any personal              21:45:32

22   relationship with Jesse Prince?                    21:45:50

23   A.    I hope we have befriended.                   21:45:55

24   Q.    Do you have a sexual relationship with       21:46:01

25   Jesse Prince?                                      21:46:02

1    A.    No.                                                    21:46:07

2    Q.    No kind, of no kind?                                   21:46:09

3          MR. DANDAR:  Asked and answered.                       21:46:12

4          MR. MERRETTE:  Go on.  List them out,                  21:46:12

5    Moxon.  Get lurid.  You've already started.                 21:46:14

6    Q.    Mr. Merrette wants us to list out the                  21:46:10

7    different kinds --                                           21:46:21

8          MR. DANDAR:  No.  Come on.  Please.

9    Q.    -- of sexual relationships?                            21:46:21

10         MR. DANDAR:  You're running out of your                21:46:25

11   time.                                                        21:46:26

12         MR. MERRETTE:  What I'd like for you to                21:46:27

13   do is behave like an attorney, behave like                  21:46:29

14   somebody who knew what the case was about,                  21:46:31

15   and ask some responsible questions.                         21:46:33

16         THE INTERPRETER:  I think you                          21:46:41

17   understood.                                                  21:46:41

18   A.    I am very tired and I really can't do it              21:46:43

19   anymore.                                                     21:46:46

20   Q.    What?                                                  21:46:40

21   A.    She said I am tired and I can't really do            21:46:50

22   it anymore.                                                  21:46:53

23   Q.    Do you want to continue tomorrow?                      21:46:56

24         THE WITNESS:  No.                                      21:46:59

25   A.    No.                                                    21:47:01

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Q.    What time is your flight on Friday?    21:47:01

2          MR. MERRETTE:   I can assure you the    21:47:08

3    deposition is not going to be recommenced    21:47:09

4    during this trip.  The judge told you an    21:47:11

5    hour, you agreed to an hour, you've spent    21:47:14

6    three hours asking her whether Bob Minton    21:47:16

7    wanted to talk on television.  You've had    21:47:18

8    your time, or, rather, I guess in 13 minutes.    21:47:21

9    Q.    Have you provided any funds to Robert    21:47:22

10   Peterson?    21:47:24

11   A.    Who is that?    21:47:32

12   Q.    You don't know?    21:47:33

13   A.    I don't know at this moment.    21:47:39

14   Q.    If Lisa McPherson was alive, would you    21:47:42

15   want to stop her from getting a job?    21:47:44

16   A.    If she were still living and living in    21:48:11

17   Germany and needed help, I most certainly would    21:48:15

18   help her.    21:48:17

19   Q.    So you want to help Scientologists to get    21:48:18

20   jobs in Germany?    21:48:20

21         MR. DANDAR:   Objection; argumentative,    21:48:27

22   improper hypothetical, assumes facts not in    21:48:29

23   evidence.    21:48:34

24   Q.    Answer.    21:48:35

25         MR. DANDAR:   Ridiculous question.  Go    21:48:36

1    ahead.                                                    21:48:40

2         MR. MERRETTE:  Go ahead.                             21:48:40

3    Q.    Let me rephrase the question.  I'll give           21:48:41

4    you a new question.  Isn't part of your purpose to       21:48:42

5    prevent Scientology businesses from expanding in         21:48:44

6    Germany?                                                 21:48:48

7    A.    I revert to my privilege.  I refuse.               21:49:00

8         MR. DANDAR:  Objection; scope as well.              21:49:03

9    Q.    You don't want Scientology companies to            21:49:08

10   deal with -- American Scientology companies to           21:49:10

11   deal with German Scientology companies, do you?          21:49:14

12        Let me rephrase that.  You don't want               21:49:21

13   companies that are owned by Scientologists in the        21:49:24

14   United States to do business with companies that         21:49:28

15   are owned by Scientologists in Germany, correct?         21:49:29

16   A.    I refuse to -- I invoke my privilege.              21:49:49

17   Q.    Have you sent your sect filter into the            21:49:56

18   United States?                                           21:49:58

19        THE INTERPRETER:  I'm sorry?                        21:50:00

20   Q.    Have you -- you created a sect filter,             21:50:00

21   correct?                                                 21:50:03

22        THE INTERPRETER:  Oh, sect.                         21:50:06

23   Q.    This is the question.  Did you create a            21:50:06

24   sect filter?                                             21:50:09

25   A.    I revert to my privilege.                          21:50:14

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1    Q.    Have you sent this --                    21:50:19

2         THE INTERPRETER:   I'm getting slow.      21:50:21

3    Q.    Okay.  Have you sent the sect filter you 21:50:24

4    created into the United States?                21:50:25

5    A.    I refuse and I revert to my privilege.   21:50:33

6    Q.    Have you provided your sect filter to    21:50:36

7    Robert Minton?                                 21:50:38

8    A.    I refuse and revert to my privilege.     21:50:45

9    Q.    Have you provided the sect filter to the 21:50:48

10   Lisa McPherson Trust for their use?            21:50:51

11   A.    I refuse and revert to my privilege.     21:50:59

12   Q.    As a civil servant of the German State of 21:51:06

13   Hamburg, have you communicated with the Lisa   21:51:09

14   McPherson Trust?

15        MR. MOXON:  Lisa McPherson Trust.         21:51:29

16        MR. BLUMEL:  (Speaking German.)           21:51:31

17        THE INTERPRETER:  I'm sorry.  That wasn't  21:51:39

18   the question, was it?  Discussion?  What are   21:51:41

19   you saying?  Sorry.  Would you mind repeating  21:51:48

20   the question?                                  21:51:50

21        MR. BLUMEL:  Do you as an employee of     21:51:53

22   the Hamburg office communicate with Lisa       21:51:55

23   McPherson Trust?                               21:51:58

24   Q.    As an employee of the --                 21:52:01

25        THE INTERPRETER:   I didn't hear employee. 21:52:04

1          MR. DANDAR:  I think this was asked          21:52:07

2     before and answered.          21:52:08

3     Q.    As an employee of --          21:52:10

4          THE INTERPRETER:  As, oh, as, as an          21:52:13

5     employee.

6          MR. MOXON:  Yeah.

7     A.    (Answer not translated.)          21:52:24

8     Q.    Have you had any e-mail communications          21:52:26

9     with any agent or employee of the Lisa McPherson          21:52:29

10    Trust?          21:52:42

11    A.    (Answer not translated.)

12          MR. DANDAR:  You need to say that on the     21:52:46

13    record.          21:52:47

14          THE INTERPRETER:  I'm about to.          21:52:48

15          MR. DANDAR:  Oh, I'm sorry.          21:52:49

16          THE INTERPRETER:  I'm kind of slowing          21:52:53

17    down.          21:52:54

18          MR. DANDAR:  Okay.          21:52:56

19    A.    I'm reverting to my privilege.          21:52:57

20    Q.    Okay.  Did you set up any interview with     21:52:59

21    Jesse Prince and Der Spiegel Magazine?          21:53:01

22    A.    I've never read Spiegel with an interview   21:53:26

23    of Mr. Prince in it.          21:53:33

24    Q.    Did you set up an interview with Vaughn     21:53:34

25    Young and Der Spiegel?          21:53:37

1          MR. BLUMEL:  What was the question?                21:53:53

2          MR. DANDAR:  Did you set up an interview           21:53:56

3    with Vaughn Young and Der Spiegel?                       21:53:58

4     Q.   Did you set up an interview, did you               21:54:02

5    arrange --

6          MR. BLUMEL:  Arrange.

7          MR. DANDAR:  Arrange.  Arrange.                     21:54:05

8     Q.   -- for an interview --                             21:54:08

9          MR. DANDAR:  Five minutes.  Five minutes.          21:54:25

10    Q.   Wait.  Wait.                                       21:54:26

11    A.   Yes, yes, I have brought Spiegel and               21:54:27

12    Mr. Vaughn together, I introduced them.                 21:54:36

13         MR. DANDAR:  Is that what she said?  Just          21:54:44

14    kidding.                                                21:54:48

15    Q.   You know that Der Spiegel paid Mr. Young           21:54:48

16    tens of -- several tens of thousands of dollars?        21:54:51

17    A.   I don't know.  I don't work for the                21:55:02

18    Spiegel.                                                21:55:04

19    Q.   Did Mr. Young give you any money in                21:55:05

20    return?                                                 21:55:08

21    A.   Vaughn Young?  Money?  No.                         21:55:18

22    Q.   Did you have any communication with Karen          21:55:22

23    Assman from Spiegel TV concerning Lisa McPherson,       21:55:26

24    Karen Assman, A-s-s-m-a-n?                              21:55:43

25         MR. MOXON:  No, not Der Spiegel; Spiegel           21:55:56

1    TV.                                                    21:55:56

2              THE INTERPRETER:  Oh, Spiegel TV?            21:55:57

3              MR. MOXON:  Yeah.                             21:55:57

4              THE INTERPRETER:   Not Spiegel Magazine.

5    Q.   Do you know Karen Assman, Spiegel TV?             21:56:00

6    A.   She said I don't really know, I don't             21:56:08

7    think I know her.                                      21:56:10

8    Q.   Were you aware that Spiegel TV                     21:56:16

9    interviewed Fannie McPherson?  Did you know            21:56:18

10   Spiegel TV interviewed --                              21:56:22

11             THE INTERPRETER:  Did you say Fannie?         21:56:27

12             MR. MOXON:  Yeah.                             21:56:29

13   A.   No, I don't know anything about that.             21:56:35

14   Q.   Did you have any e-mail communications            21:56:37

15   with Vaughn Young?                                     21:56:39

16   A.   I revert to my privilege.                         21:56:40

17   Q.   Did you work with Vaughn Young on his             21:56:50

18   affidavit or affidavits?                               21:56:52

19   A.   I revert to my privilege.                         21:57:04

20   Q.   Did you assist Vaughn Young to write any          21:57:07

21   affidavits to be filed in this case?                   21:57:10

22             THE INTERPRETER:  Pardon me?                  21:57:14

23   Q.   Did you assist Vaughn Young to write any          21:57:15

24   affidavits?                                            21:57:18

25             MR. BLUMEL:  (Speaking German.)              21:57:27

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          THE INTERPRETER:  Document.                    21:57:36

2          MR. BLUMEL:  Affidavit.

3          THE INTERPRETER:  Is a document.              21:57:39

4          MR. MERRETTE:  Is a sworn document.           21:57:41

5          MR. BLUMEL:  A sworn document, instead        21:57:43

6     of an oath.                                         21:57:45

7          MR. MERRETTE:  No, there is an oath but        21:57:46

8     it's written.                                       21:57:48

9          MR. BLUMEL:  We say eidesstattlich             21:57:50

10    instead of an oath, eidesstattlich.                 21:57:52

11    A.   I revert to my privilege.                      21:58:00

12         MR. MERRETTE:  Two minutes.                    21:58:05

13         MR. DANDAR:  I am so -- I don't know how       21:58:06

14    I'm going to get home.                              21:58:09

15    Q.   Mr. Merrette said you took offense at          21:58:17

16    being called a Nazi.                                21:58:20

17         THE INTERPRETER:  Mister who?

18         MR. MOXON:  Mr. Merrette.                      21:58:24

19         THE INTERPRETER:  Hello.                       21:58:26

20         MR. MOXON:  The little --                      21:58:28

21         MR. MERRETTE:  Wait.  Wait.  Go ahead.         21:58:30

22    Back up.  Let's get the rest of that on the         21:58:30

23    record.                                             21:58:33

24         THE INTERPRETER:  Pardon me?                   21:58:33

25         MR. MERRETTE:  What was the rest of            21:58:34

1    that, Mr. Moxon?  I'm sorry, Counsel.  You          21:58:35

2    started a comment and you need to finish it.        21:58:37

3    We only have part of it on the record.  What        21:58:40

4    was it?  The little what?  Cat got your             21:58:41

5    tongue?                                             21:58:44

6    Q.    Mr. Merrette claims you took offense at       21:58:45

7  being called a Nazi.  Is that correct?               21:58:47

8    A.    Yes, of course.  It's an --                   21:59:04

9    Q.    But you're quoted in --                       21:59:09

10    MR. DANDAR:  Wait.  Wait.  It's a what?          21:59:09

11    A.    It's an impertinence.                         21:59:11

12    Q.    Why?  Don't you consider yourself to be a    21:59:13

13  Nazi?                                                21:59:15

14    MR. DANDAR:  Objection.  I know it's             21:59:16

15    almost times up but if you're going to start       21:59:18

16    insulting her, the time is up right now.           21:59:20

17    Time is up in 60 seconds anyway.                   21:59:24

18    MR. MOXON:  I don't know that she               21:59:27

19    considers that to be an insult.                    21:59:28

20    MR. MERRETTE:  She just told you it             21:59:31

21    does, Moxon.  Are you listening?  You just         21:59:32

22    asked her if she found it offensive and she        21:59:34

23    said yes.  Now you're saying you don't know        21:59:39

24    if she finds it offensive, is that what            21:59:39

25    you're saying?

1      MR. MOXON: Well, she's quoted as saying    21:59:42

2    that *Mein Kampf* was her political reality at    21:59:44

3    one point.    21:59:47

4      Q.   So is it true that you've said that *Mein*    21:59:48

5    *Kampf* became your political reality when you    21:59:51

6    worked in the Scientology working group?    21:59:53

7      THE INTERPRETER: Political what? Sorry.

8    Reality, yeah.

9      MR. BLUMEL: (Speaking German.)    22:00:10

10      THE INTERPRETER: I got it. I got it.    22:00:24

11      MR. BLUMEL: (Speaking German.)    22:00:25

12      THE INTERPRETER: Hey, I'm still

13    working.

14      A.   She said I don't understand this

15    impertinence. Can you bring it closer to me    22:00:44

16    and --

17      MR. BLUMEL: (Speaking German.)

18      MR. MERRETTE: Let me interrupt you. We    22:00:44

19    need to stop. We need to go back to the    22:00:46

20    question, we need to pick an interpreter, we    22:00:48

21    need to have the question put to the witness    22:00:51

22    and then get an answer.    22:00:52

23      MR. MOXON: Thank you. I'll do that.

24      MR. DANDAR: This is the last question.    22:00:55

25      Q.   Did you --

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1          MR. MOXON:  No, it's not.                    22:00:56

2          MR. DANDAR:  It is.  I'm leaving.  I'm        22:00:57

3    sorry.  I can't take any more.  I physically        22:00:58

4    have to leave.                                      22:01:00

5          THE INTERPRETER:  Did you quote --            22:01:01

6    Q.    Yes.  You're quoted in the *Toronto Star*    22:01:01

7    saying that that in AGS --                          22:01:09

8          THE INTERPRETER:  Huh?                        22:01:15

9    Q.    -- saying that in the Scientology            22:01:16

10   working group AGS, that *Mein Kampf* was your       22:01:18

11   political reality?                                  22:01:27

12   A.    I don't know that article.  I don't know.    22:01:34

13   I don't even know this *Toronto Star*.             22:01:39

14   Q.    Have you read *Mein Kampf*?                  22:01:41

15   A.    No.                                          22:01:45

16   Q.    No?  Are you familiar with its doctrine?    22:01:46

17   A.    She said it's getting very overbearing,      22:02:03

18   the questions that Mr. Moxon is asking.            22:02:08

19   Q.    Well, it's *Mein Kampf*, the reality of      22:02:14

20   *Mein Kampf* is the same as your attempt to destroy 22:02:19

21   Scientology, isn't it?                              22:02:20

22         MR. DANDAR:  Okay.  That's all.              22:02:23

23         THE INTERPRETER:  Ask that question          22:02:24

24   again.                                              22:02:25

25         MR. DANDAR:  I'm sorry.  I'm suspending      22:02:26

1    the deposition because you are just doing    22:02:27

2    your OSA routine.  Let's go.  I'm their ride.    22:02:29

3    Let's go.  I can't take any more.    22:02:33

4         MR. MERRETTE:  Before we go off the    22:02:34

5    record, I have checked with Mr. Armstrong.    22:02:34

6    It appears that he is probably available on    22:02:36

7    the 31st.  I will know in the morning if I am    22:02:38

8    available and I will have somebody call your    22:02:41

9    office and let you know if we can do it then.    22:02:43

10        MR. MOXON:  That's fine, the 31st will    22:02:47

11   be fine, of July.    22:02:47

12        MR. MERRETTE:  Right.  I'm sorry.  I    22:02:49

13   didn't mean to say August.  Yeah, next Monday    22:02:51

14   I think it is.    22:02:52

15        MR. MOXON:  That's fine.    22:02:54

16        MR. DANDAR:  Okay.  That means we would    22:02:56

17   cancel then Rita Boykin over my objection,

18   but I have a long way to ride, so I need to

19   leave now.  It's going to take me over an    22:03:06

20   hour to get to my house.    22:03:07

21             (Recess.)    22:03:14

22        MR. MOXON:  Will you ask her if she wants

23   the deposition kept sealed?

24        THE INTERPRETER:   Okay.

25   A.   Yes.    22:04:10

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1       MR. MERRETTE:  I know that much German.    22:04:11

2   She's asking that it be kept sealed.           22:04:13

3   A.   I would like that.                        22:04:15

4   Q.   Why?                                       22:04:18

5       MR. DANDAR:   No, that's not a proper      22:04:19

6   question.                                       22:04:20

7       MR. MERRETTE:  Bug off, Moxon.             22:04:22

8       MR. DANDAR:   That's not a proper          22:04:23

9   question under the Court's ruling.             22:04:24

10      MR. MOXON:  No.  Well, she wasn't given    22:04:26

11  what you -- no.  Well, let me give her the     22:04:27

12  whole thing then.                              22:04:28

13      MR. MERRETTE:  No.                          22:04:30

14      MR. MOXON:  Yeah.                           22:04:30

15      MR. MERRETTE:  No.  Give her something     22:04:30

16  by mail in Germany.                            22:04:31

17      MR. DANDAR:  Let's go.                      22:04:33

18      MR. MERRETTE:  She is requesting that      22:04:34

19  the document be kept confidential.

20      Let the record reflect that Mr. Moxon      22:04:37

21  has just given a raised arm Nazi salute to     22:04:49

22  the witness.                                    22:04:49

23      MR. DANDAR:  What is wrong with you?  Is   22:04:49

24  this something you're told to do?  Because     22:04:49

25  you're not acting like a professional.  What   22:04:49

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000

1   is wrong with you?                                    22:04:49

2        MR. MOXON:  What's the problem?                  22:04:49

3        MR. DANDAR:  I have this witness, I have         22:04:52

4   the court reporter that I will subpoena.              22:04:52

5        MR. MOXON:  What's your problem?                 22:04:55

6        MR. DANDAR:  The problem is it's called          22:04:56

7   the Florida Bar.  That's what it is.  How             22:04:57

8   dare you.  I hope you have a wonderful                22:05:00

9   evening.                                              22:05:05

10       MR. MOXON:  I guess we're off the                22:05:05

11  record.                                               22:05:06

12       MR. DANDAR:  Let's go.  Let's go.  You           22:05:07

13  almost got away with the whole thing.                22:05:10

14            (Recess.)                                   22:05:44

15       MR. DANDAR:  I'm putting on the record           22:05:44

16  that Mr. Moxon, as Ms. Caberta was leaving,          22:05:45

17  in front of her saluted her in Nazi style to          22:05:48

18  again insult her and I will take this up with         22:05:52

19  all of the appropriate authorities.                   22:05:55

20       MR. MOXON:  Well, you have Exhibit B?            22:05:59

21       THE COURT REPORTER:  (Nodding head.)            22:06:05

22       MR. MOXON:  Anything else for the                22:06:09

23  record?  I guess it's over.                           22:06:10

24       THEREUPON, the deposition of URSULA

25  CABERTA was adjourned at 10:06 p.m.

1          NOTE:  The original and one copy of the

2     foregoing deposition will be held by Mr. Moxon;

3     copies to Mr. Dandar and Mr. Merrette.

4          ARRANGEMENTS for the reading and signing

5     of the deposition transcript will be handled by

6     the office of Mr. John Merrette, 2716 Herschel

7     Street, Jacksonville, Florida.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    SIGNATURE PAGE

2          I, URSULA CABERTA, have read the

3    foregoing deposition given by me on July 25, 2000,

4    in Tampa, Florida, and the following corrections,

5    if any, should be made in the transcript:

6    PAGE      LINE        CORRECTION AND REASON THEREFOR

7

8

9

10

11

12

13

14

15

16

17

18          Subject to the above corrections, if any,

19    my testimony reads as given by me in the foregoing

20    deposition.

21          SIGNED at _____, Florida,

22    this _____ day of _____, 2000.

23

24          _____

25               URSULA CABERTA

```
1                 CERTIFICATE OF REPORTER OATH

2

3     STATE OF FLORIDA

4     COUNTY OF POLK

5

6            I, the undersigned authority, hereby

7     certify that the witness named herein personally

8     appeared before me and was duly sworn.

9            WITNESS my hand and official seal this

10    26th day of July, 2000.

11

12

13

14                     _____

15                     Susan D. Wasilewski, RPR, CRR

16                     Notary Public - State of Florida

17                     My Commission Expires: 10-23-03

18

19

20

21

22

23

24

25
```

Susan D. Wasilewski
MY COMMISSION # CC849721 EXPIRES
October 23, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

                SCLAFANI WILLIAMS COURT REPORTERS, INC.
                  LAKELAND, FLORIDA (863) 688-5000

1           REPORTER'S DEPOSITION CERTIFICATE

2     STATE OF FLORIDA

3     COUNTY OF POLK

4           I, Susan D. Wasilewski, Registered

5     Professional Reporter, Certified Realtime Reporter

6     and Notary Public in and for the State of Florida

7     at large, hereby certify that the witness appeared

8     before me for the taking of the foregoing

9     deposition, and that I was authorized to and did

10    stenographically and electronically report the

11    deposition; and that a review of the transcript

12    was requested; and that the transcript is a true

13    and complete record of my stenographic notes and

14    recordings thereof.

15          I FURTHER CERTIFY that I am neither an

16    attorney nor counsel for the parties to this

17    cause, nor a relative or employee of any attorney

18    or party connected with this litigation, nor am I

19    financially interested in the outcome of this

20    action.

21          DATED THIS 26th day of July, 2000, at

22    Lakeland, Polk County, Florida.

23



Susan D. Wasilewski
MY COMMISSION # CC849721 EXPIRES
October 23, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

_____
Susan D. Wasilewski, RPR, CRR
My Commission Expires: 10-23-03
Transcript ordered: 7-25-00

SCLAFANI WILLIAMS COURT REPORTERS, INC.
LAKELAND, FLORIDA (863) 688-5000