IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 OCT -9 PM 12:31

HUBERT HELLER, an individual,

    Plaintiff,

v.                                            Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA

Plaintiff moves for leave to file a reply memorandum responding to several of the points raised in defendant's Opposition to the motion to compel the deposition of Ursula Caberta.

Leave to file is sought because the Opposition contains many inaccurate assertions of fact relating to the deposition itself, as well as many irrelevant and inaccurate allegations concerning collateral events from other, unrelated cases. Defendant's Opposition also raises issues not addressed in the motion to compel, and places fanciful interpretations on testimony and events at or surrounding the deposition, both of which warrant a brief response.

Plaintiff accordingly requests that the simultaneously lodged brief be accepted for filing.



Dated: October 9, 2001

Respectfully submitted,

*[signature]*

Kendrick Moxon
Helena Kobrin FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone: (727) 443-5620
Fax: (727) 443-5640

F. Wallace Pope, Jr. FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
Phone: (727) 461-1818
Fax: (727) 441-8617

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA** to be served on this 9th day of October, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257-1147, and Robert Merkle, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney