

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  01 OCT 10  AM 11: 27
TAMPA DIVISION

HUBERT HELLER, an individual,

        Plaintiff,

v.                              Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

        Defendant.

_____/

### PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 3.01 REGARDING REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA

The undersigned certifies that defendant's counsel was contacted, and objects

to the filing of plaintiff's Reply to defendant's Opposition to plaintiff's motion to

compel the deposition of Ursula Caberta.

Dated: October 10, 2001                 Respectfully submitted,

Kendrick Moxon
Helena Kobrin
FBN #:  0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #:  124449
JOHNSON, BLAKELY, POPE, BOKOR,



RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla.  33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 3.01 REGARDING REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT URSULA CABERTA** to be served on this 10th day of October, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257-1147, and to Robert Merkle, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney

3