UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HUBERT HELLER,**

    Plaintiff,

vs.                              Case No.: 8:00-CV-1528-T-27C

**URSULA CABERTA,**

    Defendant.
_____/

## ORDER

Before the court is plaintiff's **Motion to Compel Further Deposition of Defendant Ursula Caberta; to Compel Responses to Deposition Questions; and for Fees and Costs** (Dkt. 105); defendant's response (Dkt. 117); and plaintiff's **Motion for Leave to File Reply Memorandum in Support of Motion to Compel Further Deposition of Defendant Ursula Caberta** (Dkt. 118).

Upon consideration, it is hereby **ORDERED** that:

(1) Oral argument will be held on **Wednesday, October 24, 2001 at 9:30 a.m.** All issues raised in the motions are deferred pending the hearing on this matter.

**DONE AND ORDERED** at Tampa, Florida this 12th day of October, 2001.

                                            ELIZABETH A. JENKINS
                                            United States Magistrate Judge

Copies to:
Counsel of record

F I L E   C O P Y

Date Printed: 10/15/2001

Notice sent to:

   ___   F. Wallace Pope, Esq.
          Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
          911 Chestnut St.
          P.O. Box 1368
          Clearwater, FL   33757-1368

   ___   Kendrick L. Moxon, Esq.
          Moxon & Kobrin
          3055 Wilshire Blvd., Suite 900
          Los Angeles, CA   90010

   ___   John Matthew Merrett, Esq.
          Law Office of John M. Merrett
          11250 St. Augustine Rd., Suite 15-393
          Jacksonville, FL   32257-1147

   ___   Robert Merkle, Esq.
          Merkle & Magri, P.A.
          5510 W. LaSalle St.
          Tampa, FL   33607

   ___   Daniel A. Leipold, Esq.
          Leipold, Donohue & Shipe, LLP
          960-A W. 17th St.
          Santa Ana, CA   92706