# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

01 OCT 24 PM 5: 13

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

### CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. 00-CIV-1528-T-27EAJ | DATE October 24, 2001 |
| TITLE Hubert Heller v. Ursula Caberta | |
| TIME 9:40 a.m. - 10:37 a.m. | TAPE 87/1136 - 3700 |

| | |
|---|---|
| Honorable ELIZABETH A. JENKINS | Courtroom Deputy: Cathy Morgan |
| Court Reporter: N/A | Interpreter: N/A |

| Attorney(s) for Pltf: | Attorney(s) for Defendant(s): |
|---|---|
| Kendrick Moxon, Esq. | Ward Meythaler, Esq. |
| | John Merrett, Esq. |

PROCEEDINGS:

## MOTION HEARING RE: PLAINTIFF'S
## MOTION TO COMPEL FURTHER DEPOSITION OF DEFENDANT (DKT. 105)
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM (DKT. 118)

Since hearing is being held on Plaintiff's motion to compel, the motion for leave to file reply memorandum in support of its motion to compel further deposition of defendant is DENIED AS MOOT.

Plaintiff argues in favor of its motion to compel further deposition of defendant. Plaintiff is requesting another full day, providing that someone is available for objections, to take the deposition of the defendant. Defendant argues against any further deposition of the defendant. Plaintiff briefly responds. Court directs counsel to define a date and time within 30 days for the deposition to take place in Tampa, in an attorney/witness room in the courthouse. Permitted questions will be outlined in a written order to be issued by the court. The issue of sanctions is taken under advisement.

