FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                  Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO VACATE
### CASE MANAGEMENT AND SCHEDULING ORDER

    Plaintiff, Hubert Heller, moves to vacate the Court's Case Management and Scheduling Order dated November 1, 2001 for the reasons that follow. Defendant does not object to the relief sought herein, but does not necessarily agree with the reasons such relief is necessary.

    On November 1st, 2001, when the Court's Scheduling Order was entered, no discovery had been undertaken by the parties. Thereafter, several immunity and jurisdictional defenses were raised by defendant which have yet to be finally resolved. In the interim, there has been substantial litigation regarding taking discovery from the defendant, resulting from which this Court issued a stay as to all discovery other than that relating to jurisdictional matters, pending resolution of the jurisdictional issues.

    However, Ms. Caberta declined to provide complete discovery, having filed a motion to quash Judge Jenkins' March 29, 2001 discovery order and unsuccessfully appealed the matter to this Court. Although Ms. Caberta finally appeared for her



deposition on July 26, 2001, she declined to respond to many questions and obstructed the deposition, and a new motion to compel her deposition was granted orally by Magistrate Judge Jenkins on October 24, 2001, a written order to follow. Judge Jenkins has ordered that Ms. Caberta appear for deposition within 30 days, and as of today, such deposition remains unscheduled. And, no substantive discovery has been undertaken, nor has the defendant yet answered the complaint.

It is accordingly impossible to comply with any of the deadlines set forth in this Court's Scheduling Order.

Plaintiff therefore requests that the Court's Scheduling Order be vacated, and a new Case Management Conference be scheduled following resolution of the instant discovery dispute and determination of the defendant's pending motion for summary judgment.

Dated: October 29, 2001

Respectfully submitted,

_____
Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818
**Attorneys for Plaintiff**

2

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

I hereby certify that I have conferred with defendant's counsel, Ward Meythaler, who consented to the relief sought in this motion, but did not necessarily agree with the reasons necessitating the motion.

_____
Kendrick Moxon

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S MOTION TO VACATE CASE MANAGEMENT AND SCHEDULING ORDER** to be served on this 29th day of October, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Suite 15-393, Jacksonville, FL 32257-1147; and to Robert Merkle and Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney

4