IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,
    Plaintiff

vs.                            Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,
    Defendant
_____/

## SUPPLEMENT TO DEFENDANT'S MOTION TO RECUSE MAGISTRATE AND FOR NEW HEARING

As a result of events at a hearing on October 24, 2001, Defendant, Ursula Caberta, filed Defendant's Motion to Recuse Magistrate and for New Hearing ("Motion to Recuse"). The Motion to Recuse was filed as soon as possible to avoid any suggestion that Defendant waited to see the Court's order before determining whether to seek to recuse the Magistrate. Consequently, the Motion to Recuse was filed before the transcript of the October 24, 2001 hearing was received by Defendant. Defendant indicated in footnote 1 of the Motion to Recuse that the hearing transcript would be submitted as a supplement. Attached hereto is the transcript of the October 24, 2001 hearing.

Other parts of that transcript that were not recalled when the Motion to Recuse was prepared also reflect that the Magistrate had not fully reviewed the deposition at issue here (or even Defendant's Response to Plaintiff's Motion to Compel) before indicating her intended ruling in this matter. For example, the Magistrate asserted at page 33 her understanding that the Defendant had not renewed her motion to dismiss. However, it is clear from Defendant's Response to the Motion to Compel that the Defendant did in fact renew her motion to dismiss. In

fact, the deposition in Germany was supposed to be entirely based on and limited to the issue of immunity under the Foreign Sovereign Immunity Act ("FSIA"), which is precisely the issue raised in the motion to dismiss. Next, the Magistrate also asked at page 41 if Mr. Merkle was at the deposition in Germany. Since the deposition clearly identified the participants at the deposition in Germany, a review of the deposition would have revealed that Mr. Merkle was not present at the deposition.

**WHEREFORE**, for the reasons set forth in the Defendant's Motion to Recuse the Magistrate and for New Hearing, Magistrate Judge Elizabeth Jenkins should be recused and a new hearing should be held on the Motion to Compel.

Respectfully submitted,

Robert W. Merkle
Florida Bar No.: 0138183
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this ___/___ day of November, 2001, to F. W. Pope, 911 Chestnut Street, Clearwater, FL 33756, and K. Moxon, Moxon & Kobrin, Suite 900, 1100 Cleveland Street, Clearwater, FL 33755.

Ward A. Meythaler

# NOT

# SCANNED

___ Exceeds scanner's page limit
___ Physical exhibit prevents scanning
✓ Other: _Transcript (Deposition)_

**\*\*PLEASE REFER TO COURT FILE\*\***