UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff,

v.                                      CASE NO.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant.
_____/

## ORDER

THIS CAUSE comes on for consideration of the following motion:

<u>Motion</u>: Defendant's **Motion to Recuse Magistrate and for New Hearing and Memorandum of Law** (Dkt. 124).

<u>Filing Date</u>: October 31, 2001.

<u>Disposition</u>: The court takes the matter under advisement pending a response by plaintiff on or before **Friday, November 9, 2001.**

**DONE AND ORDERED** at Tampa, Florida this _2nd_ day of November, 2001.

                                  ELIZABETH A. JENKINS
                                  United States Magistrate Judge

Copies to:

Counsel of Record

F I L E   C O P Y

Date Printed: 11/05/2001

Notice sent to:

   ___  F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

   ___  Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010

   ___  John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        11250 St. Augustine Rd., Suite 15-393
        Jacksonville, FL  32257-1147

   ___  Robert Merkle, Esq.
        Merkle & Magri, P.A.
        5510 W. LaSalle St.
        Tampa, FL  33607

   ___  Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706