# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

**Hubert Heller**
_____ Appellant

vs.

**Ursula Caberta**
_____ Appellee

Case No. __01-10092__

*U.S. COURT OF APPEALS RECEIVED CLERK NOV 20 2001 ATLANTA, GA*

*FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT NOV 20 2001 THOMAS K. KAHN CLERK*

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House") up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | - | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | x | | 48 | 11 | 528 | 79.20 | 79.20 |
| Reply Brief | | | | | | | |

*Note: If reproduction was done commercially, receipt(s) must be attached.

**TOTAL** $ 79.20 REQUESTED   $ 79.20 ALLOWED

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: **November 19, 2001**   Signature: _David B. Goldstein_

Attorney for: **Hubert Heller**
(Type or print name of client)

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __79.20__ against __Appellant__

and are payable directly to __Appellee__

Thomas K. Kahn, Clerk

Issued on: _____   By: _____ Deputy Clerk

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____ Deputy Clerk
Atlanta, Georgia

MISC-12
(Rev. 12/98)

134

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2001, a true and correct copy of the Bill of Costs of Plaintiff-Appellee Hubert Heller was served by Federal Express on the following:

>John M. Merrett, Esq.
>2716 Herschel Street
>Jacksonville, FL 32205

_____
Roger Bearden