FILED
01 DEC -5 PM 4:00
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

Plaintiff,

v. Case No. 8:00 CV-1528-T-27EAJ

URSULA CABERTA, an individual,

Defendant.
______________________________/

**PLAINTIFF'S NOTICE OF FILING DECLARATION IN CONNECTION WITH FEES DETERMINATION**

Plaintiff, Hubert Heller, herewith submits the Declaration of Kendrick Moxon in support of plaintiff's request for fees and costs, in accordance with this Court's Order of November 16, 2001.

Counsel for plaintiff attempted to resolve this matter informally with counsel for defendant, and having exhausted that avenue without success, requests entry of the fees and costs requested.

Moreover, plaintiff's motion to compel Ms. Caberta's deposition also requested reimbursement for the time spent in responding to defendant's second emergency motion to vacate the deposition order. The Court's Order of November 16th did not address this aspect of the fees request. On July 23, 2001, the second emergency motion for protective order arrived by fax after 5:00 p.m. at plaintiff's counsel's Florida office, and was forwarded immediately to plaintiff's counsel already in



Germany, arriving near midnight Germany time. Because the motion sought emergency relief the following day to cancel the deposition ordered by this Court to go forward, plaintiff's counsel was required to stay up much of the night preparing a response to defendant's latest emergency motion, which was emailed to Florida for filing on the morning of the 24th.

Judge Wilson, sitting in this Court's absence, denied Ms. Caberta's emergency motion on the 24th, thus requiring that the deposition go forward.

Plaintiff believes it is appropriate to include the time expended in the Opposition to the emergency motion, as addressed in the attached declaration of counsel.

Dated: December 5, 2000

Respectfully submitted,

Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR, RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

DECLARATION OF KENDRICK L. MOXON

I, Kendrick L. Moxon, hereby declare and state:

1. I am counsel of record for plaintiff Hubert Heller in the instant action. I make the following statements of my own personal knowledge and if called to testify thereto I could and would do so competently.

2. I have been admitted to the District of Columbia Bar since 1984. I was admitted to the California Bar in 1987. I am also admitted to the DC Circuit, 1st, 2nd, 4th, 5th, and 9th Circuits and the U.S. Supreme Court. I have litigated cases in numerous federal district courts, including all four districts in California, Washington, the District of Columbia, Massachusetts, Maryland, Illinois, New York, Florida, Texas, and Nevada.

3. The majority of my practice has been litigation involving Churches of Scientology and/or their members, and I am the most experienced attorney in the country in this regard, having a great deal of experience respecting discrimination against Scientologists in both private and governmental circumstances. I have also litigated civil rights cases concerning members of other religions, and have the largest known judgment affirmed by the Ninth Circuit or any other federal court in a §1985 civil rights action arising out of conduct motivated by religious discrimination. My practice also encompasses other areas of law in a lesser degree.

4. I was retained in this case by the plaintiff because of my reputation in this area of law, my understanding of the issues and causes of religious discrimination, and my willingness to take his case on a contingency fee basis. Although I occasionally

charge more, my normal fee for this type of case when paid a direct hourly fee is $250/hour, which is substantially below the prevailing rate for attorneys of my experience.[1]

5. On July 23rd, when I was already in Germany preparing for the deposition ordered to go forward on July 25th, a further motion for protective order was filed by defendant's counsel and arrived by fax after 5:00 p.m. at my Florida office. The motion was forwarded immediately to me already in Germany, arriving near midnight Germany time. Because the motion sought emergency relief the following day in Florida to vacate the deposition, I was required to stay up much of the night preparing a response to plaintiff's emergency motion, which I emailed to Florida for filing on the morning of the 24th.

6. In accordance with the Court's Order of November 16, 2001, I request reimbursement of the following fees: July 23rd, 5 hours for the opposition to emergency motion for protective order; 10 hours per diem for the entire wasted day on July 25th when the witness failed to appear; and 8 hours for the motion to compel (half of my total hours on the motion). The time on the motion to compel included reading the entire transcript, excerpting questions to compel, culling statements and evidence from the transcript, drafting the motion, legal research and compiling the numerous

---

[1] Counsel for defendant suggested in correspondence that he would challenge the hourly rate and the hours expended on the motion to compel. Thus, I asked him what the rates were that he charged his own client, and also asked how much time he spent on the opposition to the motion, as reasonably undisputed figures that could be utilized in a good faith attempt to resolve this matter informally. Defendant's counsel declined to provide this information.

exhibits. The total requested is 23 hours, which at the rate of $250/hour is $5,750.00.

7. In accordance with the limitations addressed in the Court's order as to reimbursement of costs, plaintiff seeks reimbursement of the following amounts:

| | | |
|---|---|---|
| Court Reporter Fee for July 25th (This includes a £130 charge per diem, and a 70 page minimum daily transcript charge of £255.50 ) (Ex. A)[2] | (£385.50) | $ 549.76 |
| Interpreter's Fee (Two day flat rate charge of £1,290) (Ex. B) | (£645) | $ 919.84 |
| Videographer Fee (Two day charge of $800, not itemized) (Ex. C) | | $ 150.00 |
| Hotel for Kendrick Moxon for one day with 15% VAT (Ex. D) | (552DM) | $ 251.70 |
| Hotel for court reporter Richard Weiss with 15% VAT (Ex. E) | (281.15DM) | $ 128.20 |
| Total costs | | $ 1,999.50 |

8. Plaintiff accordingly requests that reimbursement of fees and costs be made in the amount of $7,749.50.

I declare the foregoing is true and correct under the penalties of perjury of the laws of the United States. Signed this 5th day of December, 2001.

Kendrick Moxon

---

2 Note that currency values against the dollar change from minute to minute.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S NOTICE OF FILING DECLARATION IN CONNECTION WITH FEES DETERMINATION** to be served on this 5th day of December, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Apartment 15-393, Jacksonville, FL 32257-1147; and to Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

Attorney

# EXHIBIT A

To: Kendrick L Moxon , INTERNET:kmoxon@earthlink.net
To: Kathy Markiew, INTERNET:kathmwc@aol.com
To: Gemma, INTERNET:gemmwc@aol.com
To: Jenny Chandler, INTERNET:jennychandler@compuserve.com
Date: 09/08/101, 10:47 PM
Re: Heller ~v~ Caberta

August 9, 2001 Via email/fax

Invoice No. 35789

Please make your check payable to: MARTEN-WALSH CHERER LTD
Thank you.

Invoice sent from: Diana Tennyson
Deposition Manager
Marten Walsh Cherer Ltd
Deposition Center
29 Linden Way Send Marsh
Ripley Surrey GU23 6LW
United Kingdom

Tel: 01144-1483-222650>>>Fax: 01144-1483-211912

Invoice sent to: Kendrick Moxon Esq
Moxon & Kobrin
1100 Cleveland Street Suite 900
Clearwater Florida 33755
USA

Tel: 727-443-5620>>>Fax: 727-443-5640

Re: Heller ~v~ Caberta
Deposition with an interpreter taken at the American Consulate, Hamburg, Germany, on July 25 and 26, 2001.

Invoice in £s Sterling; please see below for balance outstanding in US Dollars!

| | |
|---|---|
| Reporting fees: <per reporter per day> 2 days @ £130.00 | 260.00 |
| Deposition: (Orig+1) | |
| July 25: Min fee applies - 70 pages @ £3.65p | 255.50 |
| July 26: 200 pages | 730.00 |
| Exhibits: (Fedex delivery/photocopying) | 24.80 |
| ASCII Diskettes: <per file per witness per day> 1 @ £20.00 | 20.00 |
| Emailed ASCII as requested: 1 @ £30.00 | 30.00 |
| Minuscript: (compressed t'script/word index) 1 @ £30.00 | 30.00 |

# EXHIBIT B

bigword

Page 1 of 1

# Invoice

thebigword, Central Services, Belmont House, 20 Wood Lane, Leeds LS6 2AE
Tel: +44 (0)870 748 8000 Fax: +44 (0)870 748 8055 ISDN: +44 (0)870 748 8038 E-mail: trans@thebigword.com
VAT No. 405 5142 87

ACCOUNT No: LM20946
INVOICE No: INV 30465
INVOICE DATE: 31/Jul/2001

BANK TRANSFERS TO:
LLOYDS TSB BANK PLC

ACCOUNT NO: 0133247
SORT CODE: 30-15-99
SWIFT CODE: LOYDGB 2L

oxon & Kobrin
0 Cleveland Street
ite 900. Clearwater
orida 33755
A

Client PO No.

Company Contact: Kendrick Moxon
Account Manager: Michaela Reisenblich

| umber | Language From | Language To | Nature of Job | Description | Amount | Rate | Value |
|---|---|---|---|---|---|---|---|
| DS37738 | English | German | Interpret Task | Deposition<br>25th to 26th July 2001<br>Hamburg/Germany<br>Interpreter: Manuela Wille | 1 | £1,290.00 | £1,290.00 |
| | | | | Total Job Costs | | | £1,290.00 |

THIS INVOICE IS DUE FOR PAYMENT ON:
30/Aug/2001

Net: 1,290.00
VAT:
Gross: 1,290.00

A Division of Link Up Mitaka Limited

LINK UP MITAKA LIMITED REGISTERED IN ENGLAND & WALES COMPANY NO. 1789968
REGISTERED OFFICE: BELMONT HOUSE, 20 WOOD LANE, HEADINGLEY, LEEDS, WEST YORKSHIRE LS6 2AE

# EXHIBIT C

INVESTIGATION

HÖR INVESTIGATION • Postfach 740404 • 22094 Hamburg

Moxon & Kobrin
3055 Wilshire Boulevard
Suite 900

USA-CA 9000 Los Angeles

Hochkamp 17
D-22113 Oststeinbek

Telefon: 040-71401890
Telefax: 040-71401891
E-mail: R.Hoer@t-online.de

Oststeinbek, 30.07.2001

**INVOICE R-000500/2001**

Dear Sirs,

I herewith submit to you the billing for video recording:

| Recording and Expenses | $ 800,- |
|---|---|

Amount due after receiving the bill

# EXHIBIT D



Mr. K Moxon
1100 Cleveland St
Ste 900
Clearwater,Fl, FL 33755
UNITED STATES

Hotel Inter-Continental, Hamburg, 26/07/01

Room 821
Arrival 24/07/01
Departure 27/07/01
Cashier 10 // 08:16

INTERIM BILL 63313
Page 1

| Description | Date | EUR Debit | EUR Credit | DEM Debit | DEM Credit |
|---|---|---|---|---|---|
| Accomodation | 24/07 | 245.42 | | 480.00 | |
| Roomservice | 24/07 | 22.50 | | 44.01 | |
| Breakfast | 24/07 | 19.00 | | 37.16 | |
| -Telephone | 24/07 | 10.88 | | 21.28 | |
| -Telephone | 24/07 | 5.62 | | 10.99 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 1.88 | | 3.68 | |
| -Telephone | 24/07 | 6.00 | | 11.73 | |
| -Telephone | 24/07 | 14.62 | | 28.59 | |
| -Telephone | 24/07 | 3.75 | | 7.33 | |
| -Telephone | 24/07 | 41.25 | | 80.68 | |
| -Teleph[illegible]ne | 24/07 | 1.50 | | 2.93 | |
| -Teleph[illegible]ne | 24/07 | 1.88 | | 3.68 | |
| -Teleph[illegible]ne | 24/07 | 1.12 | | 2.19 | |
| -Telep[illegible]ne | 24/07 | 9.75 | | 19.07 | |
| Accomo[illegible]ion | 25/07 | 245.42 | | 480.00 | |
| Minibar | 25/07 | 7.68 | | 15.02 | |
| Roomser[illegible]ce | 25/07 | 44.49 | | 87.01 | |
| Breakf[illegible] | 25/07 | 19.00 | | 37.16 | |
| -Tele[illegible]e | 25/07 | 0.75 | | 1.47 | |
| -Tele[illegible]e | 25/07 | 4.50 | | 8.80 | |
| -Te[illegible]e | 25/07 | 0.38 | | 0.74 | |
| -T[illegible]e | 25/07 | 1.12 | | 2.19 | |
| -T[illegible]e | 25/07 | 0.38 | | 0.74 | |
| -Tele[illegible]e | 25/07 | 0.38 | | 0.74 | |
| -Tele[illegible]e | 25/07 | 3.75 | | 7.33 | |
| -Tel[illegible]e | 25/07 | 3.75 | | 7.33 | |

USt-IdNr. DE118265957
KG Hamburger Hotel-Verwaltungsgesellschaft mbH & Co.
Sitz der Gesellschaft: Hamburg Rechtsform: Gesellschaft mit beschränkter Haftung & Co., Kommanditgesellschaft

# EXHIBIT E



HOTEL
INTER·CONTINENTAL
HAMBURG

Mr. R Weiss
1100 Cleveland St
Ste 900
Clearwater,Fl, FL 33755
UNITED STATES

Hotel Inter-Continental, Hamburg, 26/07/01

Room 407
Arrival 24/07/01
Departure 26/07/01
Cashier 16 // 08:41

Copy of Invoice 63326
Page 1

| Description | Date | EUR Debit | EUR Credit | DEM Debit | DEM Credit |
|---|---|---|---|---|---|
| Accomodation | 24/07 | 125.00 | | 244.48 | |
| Signatures | 24/07 | 45.30 | | 88.60 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 1.50 | | 2.93 | |
| Accomodation | 25/07 | 125.00 | | 244.48 | |
| Signatures | 25/07 | 38.70 | | 75.69 | |
| -Telephone | 25/07 | 1.88 | | 3.68 | |
| -Telephone | 25/07 | 1.50 | | 2.93 | |
| -Telephone | 25/07 | 0.38 | | 0.74 | |
| -Telephone | 25/07 | 1.50 | | 2.93 | |
| -Telephone | 25/07 | 1.88 | | 3.68 | |
| -Telephone | 25/07 | 1.12 | | 2.19 | |
| -Telephone | 25/07 | 1.12 | | 2.19 | |
| -Telephone | 25/07 | 3.00 | | 5.87 | |
| Roomservice | 26/07 | 22.28 | | 43.58 | |
| American Express | 26/07 | | 372.06 | | 727.69 |
| ->372865094184005 02/04 | | | | | |
| Total | | 372.06 | 372.06 | 727.69 | 727.69 |
| Balance | | | 0.00 EUR | | 0.00 DEM |

Total Including VAT 372.06 EUR 727.69 DEM

USt-IdNr. DE118265957
KG Hamburger Hotel-Verwaltungsgesellschaft mbH & Co