IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                              Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant

_____/

## MOTION TO CONTINUE DEPOSITION OF URSULA CABERTA AND MEMORANDUM OF LAW

Defendant moves this Court to indefinitely continue the deposition of Defendant, Ursula Caberta, pending the resolution by the District Court of the issues described herein.

### Memorandum of Law

On November 16, 2001, the Magistrate entered an Order on Plaintiff's Motion to Compel Further Deposition of Defendant, Ursula Caberta; to Compel Responses to Deposition Questions; and for Fees and Costs ("Motion to Compel"). Among other things, the Magistrate ordered the Defendant to come from Germany within thirty days for another day of deposition. On December 6, 2001, Defendant filed Defendant's Objection to Magistrate's Order on Plaintiff's Motion to Compel. In addition, on December 6, 2001, Defendant also filed her objection to the Magistrate's Order denying Defendant's motion to recuse the Magistrate. Despite filing these objections, Defendant intended to proceed with the deposition which had been set for December 13, 2001. However, on Friday afternoon, December 7, 2001, Defendant's counsel was advised that the Federal Republic of Germany intended to file a Note Verbale with the United States Department of State officially protesting this lawsuit as an infringement on its sovereignty and that Ms. Caberta may be ordered by

German authorities not to attend the scheduled deposition. On Monday, December 10, 2001, Defendant's counsel was advised that the attached Note Verbale was filed with the United States Department of State on December 7, 2001, and that Ms. Caberta had been ordered by authorities in Hamburg, Germany that she could not attend the deposition scheduled for December 13, 2001. Ms. Caberta has no control over these actions.

The attached Note Verbale officially protests this lawsuit as an intrusion on the sovereignty of the Federal Republic of Germany, asserts state immunity and requests the United States Department of State to intervene in this case and seek the dismissal of this lawsuit. In addition, the Note observes that Defendant has been ordered by State officials in Hamburg not to appear for her deposition. Therefore, Defendant is unable, through no fault of her own, to attend the deposition set for December 13, 2001. Consequently, Defendant moves this Court to continue the scheduled deposition indefinitely pending resolution of the matters raised by the Federal Republic of Germany.

In addition, in light of the position taken by the federal government in Germany, it would also make sense not to proceed with the deposition in light of the Defendant's pending objection to the Magistrate's Order requiring the Defendant's deposition and setting forth the scope of the deposition as well as the Defendant's pending objection to the refusal of the Magistrate, who would preside over the Defendant's deposition when needed, to recuse herself. Under the circumstances, any deposition, even if Defendant could attend, would likely involve a situation in which Plaintiff's attorney would ask questions which the Defendant would not be authorized to answer, especially since the Magistrate has already ordered the Defendant to answer questions the Defendant was previously prohibited from answering by the German government and which were clearly outside the scope of the District Court's Order of February 15, 2001, limiting discovery to the jurisdictional issue.

WHEREFORE, Defendant moves this Court to continue the date of Defendant's deposition indefinitely pending resolution by the District Court of the issues raised by the Note Verbale and the objections filed by the Defendant to the Magistrate's orders described above.

Respectfully submitted,

_____
Robert W. Merkle
Florida Bar No.: 0138183
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000 / FAX: (813) 281-2223

## CERTIFICATE OF COMPLIANCE

On December 10, 2001, the undersigned faxed a letter to Plaintiff's attorney asking whether he had any objection to this motion. On December 11, 2001, Plaintiff's counsel advised the undersigned by phone that he objects to this motion.

_____
Ward Meythaler

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this 11 day of December, 2001, to K. Moxon, Moxon & Kobrin, Suite 900, 1100 Cleveland Street, Clearwater, FL 33755.

_____
Ward A. Meythaler



**Botschaft
der Bundesrepublik Deutschland
Washington**
Embassy
of the Federal Republic of Germany

## *NOTE VERBALE No. 225/2001*

The Embassy of the Federal Republic of Germany presents its compliments to the State Department and has the honor to refer to the statement of claim which Mr. Hubert Heller, plaintiff, has filed against Mrs. Ursula Caberta, defendant, at the United States District Court, Middle District of Florida, Tampa Division, case no.: 8:00-CV-1528-T-27C. The Embassy would like to draw attention to the fact that the German citizen Caberta is an employee of the Free and Hanseatic City of Hamburg, a state of the Federal Republic of Germany.

The claim exclusively concerns activities of Mrs. Caberta and her coworkers in Germany in their official capacities as employees of the Government of the Free and Hanseatic City of Hamburg.

Mrs. Caberta has always stated that she is not the proper subject of the claim, indicating that she is a government official and — if at all — the Government of Hamburg (Senator for the Interior) is to be sued. The case would be under the jurisdiction of the regional court in Hamburg (Landgericht).

Due to the fact that the proper subject of the claim can only be the Free and Hanseatic City of Hamburg, the Federal Republic of Germany, representing the City of Hamburg in accordance with international public law, claims state immunity and asks for the immediate dismissal of the case. A United States Court has no jurisdiction over the Free and Hanseatic City of Hamburg of the Federal Republic of Germany and is not in a position to allow the commencement of a court action.

The Federal Republic of Germany does not intend to waive its immunity and, in compliance with international public law in general, will not appear as a respondent or defendant in any court of a foreign state.

The Federal Republic of Germany consequently asks the esteemed State Department to intervene to have the claim dismissed in accordance with the principles of international public law as outlined above.

A copy of this note verbale will be provided to the court by the legal representative of Mrs. Caberta, while she has been ordered by her Hamburg authorities not to appear before the Court in Tampa.

The Embassy of the Federal Republic of Germany avails itself of this opportunity to renew to the State Department the assurance of its highest consideration.

Washington, DC, December 7, 2001



United States
　　　Department of State
　　　　　Washington, DC