FILED

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

01 DEC 1?  ?I12: 5?

CLE??
M?????
????? ???

**HUBERT HELLER,**

     **Plaintiff**

**vs.**                 **Case No.: 8:00-CV-1528-T-27C**

**URSULA CABERTA,**

     **Defendant**

_____/

**NOTICE OF PROTEST BY FEDERAL REPUBLIC OF GERMANY**
**AND SUPPLEMENT TO DEFENDANT'S OBJECTION**
**TO MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL**

On November 16, 2001, the Magistrate entered an Order on Plaintiff's Motion to Compel

Further Deposition of Defendant, Ursula Caberta; to Compel Responses to Deposition Questions;

and for Fees and Costs ("Motion to Compel").  On December 6, 2001, Defendant filed Defendant's

Objection to Magistrate's Order on Plaintiff's Motion to Compel, which is now pending before this

Court.

On December 7, 2001, the Federal Republic of Germany filed the attached Note Verbale with

the United States Department of State which officially protests this lawsuit as an intrusion into its

sovereignty, asserts state immunity, requests the intervention of the United States Department of

State, and seeks the dismissal of this lawsuit

                              Respectfully submitted,

                              Robert W. Merkle, Florida Bar No. 0138183
                              Ward A. Meythaler, Florida Bar No. 0832723
                              Merkle & Magri, P.A.
                              5510 West LaSalle Street
                              Tampa, Florida 33607
                              Tel: (813) 281-9000 / Fax: (813) 281-2223
                              Attorneys for Defendant

139

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished by facsimile and U.S. Mail on this ___11___ day of December, 2001, to K. Moxon, Moxon & Kobrin, Suite 900, 1100 Cleveland Street, Clearwater, FL 33755.

Ward A. Meythaler



**Botschaft
der Bundesrepublik Deutschland
Washington**
Embassy
of the Federal Republic of Germany

*N O T E   V E R B A L E   No. 225/2001*

The Embassy of the Federal Republic of Germany presents its compliments to the State Department and has the honor to refer to the statement of claim which Mr. Hubert Heller, plaintiff, has filed against Mrs. Ursula Caberta, defendant, at the United States District Court, Middle District of Florida, Tampa Division, case no.: 8:00-CV-1528-T-27C. The Embassy would like to draw attention to the fact that the German citizen Caberta is an employee of the Free and Hanseatic City of Hamburg, a state of the Federal Republic of Germany.

The claim exclusively concerns activities of Mrs. Caberta and her coworkers in Germany in their official capacities as employees of the Government of the Free and Hanseatic City of Hamburg.

Mrs. Caberta has always stated that she is not the proper subject of the claim, indicating that she is a government official and — if at all — the Government of Hamburg (Senator for the Interior) is to be sued. The case would be under the jurisdiction of the regional court in Hamburg (Landgericht).

Due to the fact that the proper subject of the claim can only be the Free and Hanseatic City of Hamburg, the Federal Republic of Germany, representing the City of Hamburg in accordance with international public law, claims state immunity and asks for the immediate dismissal of the case. A United States Court has no jurisdiction over the Free and Hanseatic City of Hamburg of the Federal Republic of Germany and is not in a position to allow the commencement of a court action.

The Federal Republic of Germany does not intend to waive its immunity and, in compliance with international public law in general, will not appear as a respondent or defendant in any court of a foreign state.

The Federal Republic of Germany consequently asks the esteemed State Department to intervene to have the claim dismissed in accordance with the principles of international public law as outlined above.

A copy of this note verbale will be provided to the court by the legal representative of Mrs. Caberta, while she has been ordered by her Hamburg authorities not to appear before the Court in Tampa.

The Embassy of the Federal Republic of Germany avails itself of this opportunity to renew to the State Department the assurance of its highest consideration.

Washington, DC, December 7, 2001



United States
      Department of State
            Washington, DC