

**Generalkonsulat
der Bundesrepublik Deutschland
Miami**

Consulate General
of the Federal Republic of Germany

Gz.: RK 520.00 Caberta
Hk/iw
(file no , please mention in any response)

FILED
Miami, 12/12/2001
01 DEC 14 PM 2: 41
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

United States District Court
Middle District of Florida
Tampa Division
Attn.: Clerk of Court
Tampa, FL 33602

Fax No. (813) 301-5549

RE:   Hubert Heller versus Ursula Caberta, Case No.: 8:00 CIV - 1528-T-27C

Dear Sirs:

Attached pleas find a copy of Verbale Note No. 255/2001 which the German Embassy in Washington had submitted to the US Department of State on December 7, 2001.
In its content, the Federal Republic of Germany, representing the City of Hamburg in accordance with international public law, claims state immunity and asks for the immediate dismissal of the case.

Sincerely yours,

Manfred Scherzer, Consul

Address:                          Telephone:        Telefax:          E-Mail:            Internet:
100 N. Biscayne Blvd., Ste. 2200  (305) 358 0290   (305) 358 0307   gc@gcmiami.de     www.gcmiami.de



**Botschaft
der Bundesrepublik Deutschland
Washington**
Embassy
of the Federal Republic of Germany

## *NOTE VERBALE No. 225/2001*

The Embassy of the Federal Republic of Germany presents its compliments to the State Department and has the honor to refer to the statement of claim which Mr. Hubert Heller, plaintiff, has filed against Mrs. Ursula Caberta, defendant, at the United States District Court, Middle District of Florida, Tampa Division, case no. 00-CV-1528-T-27C. The Embassy would like to draw attention to the fact that the German citizen Caberta is an employee of the Free and Hanseatic City of Hamburg, a state of the Federal Republic of Germany.

The claim exclusively concerns activities of Mrs. Caberta and her coworkers in Germany in their official capacities as employees of the Government of the Free and Hanseatic City of Hamburg.

Mrs. Caberta has always stated that she is not the proper subject of the claim, indicating that she is a government official and — if at all — the Government of Hamburg (Senator for the Interior) is to be sued. The case would be under the jurisdiction of the regional court in Hamburg (Landgericht).

Due to the fact that the proper subject of the claim can only be the Free and Hanseatic City of Hamburg, the Federal Republic of Germany, representing the City of Hamburg in accordance with international public law, claims state immunity and asks for the immediate dismissal of the case. A United States Court has no jurisdiction over the Free and Hanseatic City of Hamburg of the Federal Republic of Germany and is not in a position to allow the commencement of a court action.

The Federal Republic of Germany does not intend to waive its immunity and, in compliance with international public law in general, will not appear as a respondent or defendant in any court of a foreign state.

The Federal Republic of Germany consequently asks the esteemed State Department to intervene to have the claim dismissed in accordance with the principles of international public law as outlined above.

A copy of this note verbale will be provided to the court by the legal representative of Mrs. Caberta, while she has been ordered by her Hamburg authorities not to appear before the Court in Tampa.

The Embassy of the Federal Republic of Germany avails itself of this opportunity to renew to the State Department the assurance of its highest consideration.

Washington, DC, December 7, 2001

United States
> Department of State
> > Washington, DC

