UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

        Plaintiff,

vs.                                  Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

        Defendant.
_____/

### ORDER ON DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS

**THIS CAUSE** came on to be considered on Defendant's Objections to Magistrate Judge Elizabeth A. Jenkins' Orders on Plaintiff's Motion to Compel (Dkt. 136) and Defendant's Objection to Magistrate Judge Jenkins' Order on Defendant's Motion to Recuse Judge Jenkins (Dkt. 137). The Court having reviewed said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Defendant's Objection to Magistrate Judge Elizabeth A. Jenkins' Orders on Plaintiff's Motion to Compel (Dkt. 136) is **OVERRULED**. The deposition shall be resumed as ordered by Judge Jenkins and sanctions were correctly imposed in light of Defendant's failure to appear. See Fed. R. Civ. P. 37(d); Bankatlantic v. Blythe Eastman Paine Webber, Inc., 12 F.3d 1045, 1049 (11th Cir. 1994).

2. Defendant's Objection to Magistrate Judge Elizabeth A. Jenkins' Order on Defendant's Motion to Recuse Judge Jenkins (Dkt. 137) is **OVERRULED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall appear for deposition as Ordered by Judge Jenkins' on or before February 25, 2002. The deposition shall be

limited in scope and pertain solely to issues related to Defendant's contention that sovereign immunity applies. Thereafter, on or before March 29, 2002, Plaintiff shall respond to Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Summary Judgment as to Liability (Dkt. 109).

**DONE AND ORDERED** in chambers this __30th__ day of January, 2002.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk

F I L E   C O P Y

Date Printed: 02/01/2002

Notice sent to:

   ___   F. Wallace Pope, Esq.
          Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
          911 Chestnut St.
          P.O. Box 1368
          Clearwater, FL  33757-1368

   ___   Kendrick L. Moxon, Esq.
          Moxon & Kobrin
          3055 Wilshire Blvd., Suite 900
          Los Angeles, CA  90010

   ___   John Matthew Merrett, Esq.
          Law Office of John M. Merrett
          11250 St. Augustine Rd., Suite 15-393
          Jacksonville, FL  32257-1147

   ___   Robert Merkle, Esq.
          Merkle & Magri, P.A.
          5510 W. LaSalle St.
          Tampa, FL  33607

   ___   Daniel A. Leipold, Esq.
          Leipold, Donohue & Shipe, LLP
          960-A W. 17th St.
          Santa Ana, CA  92706