

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HUBERT HELLER,

              Plaintiff,        Case No. 8:00-CV-1528-T-27C

vs.

URSULA CABERTA,

              Defendant.

_____/

## NOTICE OF STATE DEPARTMENT'S REFUSAL
## TO INTERVENE IN THIS ACTION

As the Court is aware, defendant filed a diplomatic Note from the German Embassy to the U.S. State Department, requesting the U.S. government intervene in this action on behalf of Ms. Caberta.

Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Continue Deposition provided relevant United States law, as codified in the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602-10 ("FSIA"), that *this Court,* not the Executive nor the foreign government, determines jurisdiction, pursuant to the terms of an act of Congress and federal court interpretations thereof. *See Verlinden, B.V.* v. *Central Bank of Nigeria*, 461 U.S. 480 (1983). In *Verlinden*, the Supreme Court provided a detailed and authoritative analysis of the history of sovereign immunity in the courts of the United States, the scope and purpose of the FSIA, and the role of the federal courts in determining immunity. *Verlinden* is dispositive that

the German note is of no legal effect and does not create any issue for this Court to resolve. *See also Jackson* v. *People's Republic of China*, 794 F.2d 1490, 1493 (11th Cir. 1986) (describing changing concepts of sovereign immunity under U.S. law, closely tracking *Verlinden*); *Chuidian* v. *Philippine Nat. Bank*, 912 F.2d 1095, 1099-1100 (9th Cir. 1990) (same).

In the interim, any potential significance of the German Note has been rendered moot, as the Department of State has formally declined to participate in this action. (Ex. A.)

Dated: February 1, 2002

Respectfully submitted,

Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **NOTICE OF STATE DEPARTMENT'S REFUSAL TO INTERVENE IN THIS ACTION** to be served on this 1st day of January, 2002, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Apartment 15-393, Jacksonville, FL 32257-1147; and Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney

# EXHIBIT A



United States Department of State

*Washington, D.C.  20520*

January 31, 2001

Mr. Bill Walsh
Bisceglie & Walsh
1130 17th Street, NW, Suite 400
Washington D.C.   20036

Mr. David Miller
Federal Legislative Associates
1710 Rhode Island Avenue, 4th floor
Washington, D.C.   20036

Dear Mr. Walsh and Mr. Miller,

 Your letter of December 20, 2001, to the Legal Adviser, Mr. William H. Taft IV, has been referred to me for a reply. Your letter refers to the request to the Department of State from the Embassy of the Federal Republic of Germany dated December 7, 2001, for participation in support of Germany in the lawsuit of <u>Heller v. Caberta</u>, pending in the United States District Court in Florida (No 8:00-CV-1528-T-27C).

 The Department has carefully considered the discussion in your letter. Please be advised that the United States rarely participates at the trial court level in cases in which it is not a party, and has decided not to do so in <u>Heller v. Caberta</u> at this time.

 The Department would appreciate being kept apprised of developments in the litigation. You may contact Gilda Brancato of my office in this regard (202 647-1074).

                                        Very truly yours,

                                        David P. Stewart
                                        Assistant Legal Adviser
                                        Office of Diplomatic Law
                                             and Litigation