IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                              Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant
_____/

## NOTICE OF INABILITY TO APPEAR
## FOR COURT ORDERED DEPOSITION

By Order dated November 16, 2001, the Magistrate ordered that the Defendant, Ursula Caberta, appear in the United States for a deposition in this matter. In addition, on January 30, 2002, the District Court ordered that such a deposition is to take place by February 25, 2002. Attached as Exhibits A (English version) and B (German version), is a statement issued by the Department for Internal Affairs of the State of Hamburg advising the Court that Ms. Caberta has been prohibited by the Department for Internal Affairs, the government department to which she reports, from traveling to the United States for the deposition. Moreover, the State of Hamburg asserts, as previously pointed out by affidavit and not contested by the Plaintiff in this case, that Ms. Caberta did not engage in the very matter (the distribution of the Hubbard Declaration to the company POS) purportedly giving rise to the action in this case; and that the Hubbard Declaration which was sent to the company POS by the Department of Internal Affairs of the State of Hamburg was developed in the scope of the activities of the Department for Internal Affairs for the State of Hamburg. Moreover, the State of Hamburg declares that Plaintiff may sue in a



German court of law if he considers himself a victim of any action taken by the Department of Internal Affairs.

Consequently, Ms. Caberta respectfully advises the Court that she has been prohibited from appearing by her government on pain of legal consequences and is therefore unable to appear for a deposition in the United States.

Respectfully submitted,

_____
Ward A. Meythaler
Florida Bar No.: 0832723
Robert W. Merkle
Florida Bar No.: 0138183
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this 22 day of February, 2002, to Kendrick Moxon, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755.

_____
Ward A. Meythaler



# Freie und Hansestadt Hamburg
## Behörde für Inneres

Behörde für Inneres, Johanniswall 4, D-20095 Hamburg

United States District Court
Middle District of Florida

Tampa Division

Amt für Innere Verwaltung und Planung
Allgemeine Grundsatz- und Rechtsangelegenheiten

Johanniswall 4
D - 20095 Hamburg
Telefon  040 - 4 28 39 - 4820
Telefax  040 - 4 28 39 - 3735
Ansprechpartner: Will Beiß
Zimmer: 428

eMail: will.beiss@bfi-a.hamburg.de
Geschäftszeichen (bei Antworten bitte angeben)
A 20/ 1

Hamburg, 22. Februar 2002

**Legal action brought by Mr. Hubert Heller against Ms. Ursula Caberta – court ref. no.: 8:00-CV-1528-T-27EAJ**

In order to clarify the situation, the Department for Internal Affairs of the Free and Hanseatic City of Hamburg would officially like to issue the following statement:

1. A claim has been brought against Ms. Caberta to the effect that she personally caused loss or damage in connection with the initiation of business relations between plaintiff and the company POS headquartered in Germany by having made a form available to POS, in which a potential contracting party has to state whether he or she operates according to the technology of L. Ron Hubbard.

2. This is not the case.

   As stated in an affidavit from Mr. Hintze, Department for Internal Affairs of the Free and Hanseatic City of Hamburg, which has already been submitted to the court, Ms. Caberta herself was not engaged with the matter giving rise to the action in question.

3. The form was sent to the company POS by the Department for Internal Affairs. While it may have been developed by Ms. Caberta, this was in her capacity as Head of a department of that authority. Accordingly, this relates to an act by the Department for Internal Affairs.

4. In exercising this activity, Ms. Caberta as an employee of the Department for Internal Affairs of the Free and Hanseatic City of Hamburg acted fully within the scope of her service-related tasks. In particular, Ms. Caberta did not pursue any private interests in exercising this activity, nor did she violate the law in any way. Above all, she did not exceed her official competences (i.e. the rules relating to *ultra vires*) in terms of her action on behalf of the Department for Internal Affairs of the Free and Hanseatic City of Hamburg.

5. Accordingly, Ms. Caberta cannot be held responsible in any circumstances for the damages claimed by plaintiff. Plaintiff may sue before a German court of law if he considers himself the victim of any action taken by the Department for Internal Affairs of the Free and Hanseatic City of Hamburg.



6. Against this backdrop, Ms. Caberta has been prohibited by the Department for Internal Affairs, the government department to which she reports, from traveling to the U.S. to make the deposition. If Ms. Caberta were to disregard this prohibition, she would face legal consequences on the part of her superior department.

Beiß
*Leitender Regierungsdirektor*
(senior government official)



# Freie und Hansestadt Hamburg
## Behörde für Inneres

Behörde für Inneres, Johanniswall 4, D-20095 Hamburg

United States District Court
Middle District of Florida

Tampa Division

Amt für Innere Verwaltung und Planung
Allgemeine Grundsatz- und Rechtsangelegenheiten

Johanniswall 4
D - 20095 Hamburg
Telefon   040 - 4 28 39 - 4820
Telefax   040 - 4 28 39 - 3735
Ansprechpartner: Willi Beiß
Zimmer: 428

eMail: willi.beise@bfi-a.hamburg.de
Geschäftszeichen (bei Antworten bitte angeben)
A 20/

Hamburg, 21. Februar 2002

**Klage von Herrn Hubert Heller gegen Frau Ursula Caberta - Az.: 8:00-CV-1528-T-27EAJ**

Zur Klarstellung erklärt die Behörde für Inneres der Freien und Hansestadt Hamburg in obiger Angelegenheit amtlich folgendes:

1. Frau Caberta wird mit der Klage vorgehalten, sie habe persönlich einen Schaden in sich anbahnenden geschäftlichen Beziehungen des Klägers mit der Firma POS mit Sitz in Deutschland verursacht, indem sie der Firma POS ein Formular zur Verfügung gestellt habe, mit dem ein potentieller Vertragspartner erklären muss, ob er nach der Technologie von L. Ron Hubbard arbeitet.

2. Dies ist unzutreffend.

   Wie sich aus der dem Gericht bereits überreichten eidesstattlichen Versicherung von Herrn Hintze, Behörde für Inneres der Freien und Hansestadt Hamburg ergibt, war Frau Caberta selbst mit dem der Klage zu Grunde liegenden Vorgang persönlich nicht befasst.

3. Das Formular wurde der Firma POS von der Behörde für Inneres übersandt. Es wurde zwar von Frau Caberta entwickelt, jedoch als Leiterin einer Dienststelle dieser Behörde. Damit liegt hierin eine Handlung der Behörde für Inneres.

4. Frau Caberta hat sich bei dieser Tätigkeit als Angestellte der Behörde für Inneres der Freien und Hansestadt Hamburg in vollem Umfang im Rahmen ihrer dienstlichen Aufgabenzuweisung gehalten. Insbesondere hat Frau Caberta bei dieser Tätigkeit keine privaten Interessen verfolgt noch sich rechtswidrig verhalten. Vor allem hat sie ihre dienstlichen Kompetenzen durch diese Handlung für die Behörde für Inneres der Freien und Hansestadt Hamburg nicht überschritten.

5. Daher ist Frau Caberta unter keinem Aspekt für den geltend gemachten Schaden des Klägers verantwortlich zu machen. Dem Kläger steht der Rechtsweg in Deutschland gegen die Freie und Hansestadt Hamburg offen, sofern er der Auffassung ist, dass er sich durch eine Handlung der Behörde für Inneres der Freien und Hansestadt Hamburg geschädigt fühlt.



6. Vor diesem Hintergrund ist Frau Caberta von der Behörde für Inneres als ihrer vorgesetzten Dienststelle untersagt worden, zu der Deposition in die USA zu reisen. Für den Fall einer Zuwiderhandlung müsste Frau Caberta mit rechtlichen Konsequenzen durch ihre vorgesetzte Dienststelle rechnen.

Beiß
Leitender Regierungsdirektor