IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                                   Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant

_____/

## MOTION TO STRIKE REQUEST FOR ATTORNEY FEES AND MEMORANDUM OF LAW

On February 12, 2002, Defendant Ursula Caberta filed an objection to the Magistrate Judge's January 29, 2002 order on fees. On or about February 21, 2002, the Plaintiff filed Plaintiff's Response to Defendant's Objection to Magistrate Judge's Order on Fees. At the end of that response, the Plaintiff requested the Court to enter an order assessing an additional $750.00 in fees against Plaintiff arising out of the three hours purportedly expended in preparing and filing that response. Defendant moves this Court to strike that request.

## MEMORANDUM OF LAW

F.R.Civ.P. 7(b)(1) provides that an application to the court for an order shall be by motion. In addition, Local Rule 3.01 requires that a motion shall be accompanied by a brief or legal memorandum with citation of authorities in support of the relief requested. In addition, under Local Rule 3.01, a motion for fees may not be filed until moving counsel has conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion and has certified that such an effort was unsuccessful. The Plaintiff's request for additional fees in his response

to the Defendant's objection to the Magistrate Judge's order on other fees violates all these clearly established pleading requirements and should be stricken. The request for additional fees is not in the form of a motion, is not accompanied by a legal memorandum and does not certify that counsel sought in good faith to resolve the issue. Striking the request for additional fees is particularly important here because the procedure being employed by the Plaintiff in requesting additional fees in the context of a response to the Defendant's objection would deprive the Defendant of an opportunity to respond to the Plaintiff's request for additional fees since the Defendant is not permitted any reply to the Defendant's response which contains the request for additional fees. *See* Local Rule 3.01(b).

WHEREFORE, Defendant requests that the Plaintiff's request for additional attorney fees in his response to Defendant's objection to Magistrate Judge's order on fees be stricken.

The undersigned certifies that on March 6, 2002, he contacted opposing counsel and in good faith attempted to resolve this issue with him. This effort was unsuccessful.

Respectfully submitted,

Ward A. Meythaler
Florida Bar No.: 0832723
Robert W. Merkle
Florida Bar No.: 0138183
Merkle & Magri, P.A.
5510 West LaSalle Street
Tampa, Florida 33607
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on this 5 day of March, 2002, to Kendrick Moxon, 1100 Cleveland Street, Suite 900, Clearwater, FL 33755.

Ward A. Meythaler