FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

02 MAR -8 PM 3:20

HUBERT HELLER,

    Plaintiff,

vs.                                                          Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S EMERGENCY MOTION TO STAY RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT PENDING THIS COURT'S CONSIDERATION OF PLAINTIFF'S MOTION FOR SANCTIONS

**THIS CAUSE** came on to be considered on Plaintiff's Emergency Motion to Stay Response to Defendant's Motion to Dismiss and for Summary Judgment Pending this Court's Consideration of Plaintiff's Motion for Sanctions (Dkt. 154). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 154) is **DENIED**.[1]

**DONE AND ORDERED** in chambers this 8th day of March, 2002.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy

---

[1] Counsel are reminded to adhere to M.D. Fla. L.R. 3.01(e) and refrain from unwarranted designations of motions as emergencies.

F I L E   C O P Y

Date Printed: 03/08/2002

Notice sent to:

   \_\_\_  F. Wallace Pope, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
911 Chestnut St.
P.O. Box 1368
Clearwater, FL   33757-1368

   \_\_\_  Kendrick L. Moxon, Esq.
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA   90010

   \_\_\_  John Matthew Merrett, Esq.
Law Office of John M. Merrett
11250 St. Augustine Rd., Suite 15-393
Jacksonville, FL   32257-1147

   \_\_\_  Robert Merkle, Esq.
Merkle & Magri, P.A.
5510 W. LaSalle St.
Tampa, FL   33607

   \_\_\_  Daniel A. Leipold, Esq.
Leipold, Donohue & Shipe, LLP
960-A W. 17th St.
Santa Ana, CA   92706