UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

```
_____x
HUBERT HELLER,                  :
                                :
              Plaintiff,        :   Case No. 8:00-CV-1528-T-27C
                                :
      vs.                       :
                                :
URSULA CABERTA,                 :
                                :
              Defendant.        :
_____x
```

### PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Plaintiff, Hubert Heller, moves for an Order extending the time to file plaintiff's response to defendant Ursula Caberta's Renewed Motion to Dismiss for Lack of Jurisdiction and Motion for Summary Judgment as to Liability (Dkt. 109).

Plaintiff's Opposition papers are presently due to be filed on March 29, 2002.

The Opposition requires analysis of factual and legal elements relating to the Foreign Sovereign Immunities Act, as well as the effect of the defendant's refusal to comply with discovery, and the effect thereof upon the issues in this case.

Moreover, plaintiff's opposition is being prepared, in major part, by an attorney who must observe Passover on March 27th and 28th. These combined factors and the press of other litigation, have made the timely preparation of the Opposition

extremely difficult. Plaintiff accordingly requests a one week extension of time to file the Opposition papers.

Counsel for defendant consents to the extension of time.

## CONCLUSION

For the reasons stated herein, a one week extension should be permitted for plaintiff's response to defendant's motion to dismiss and for summary judgment.

Dated: March 25, 2002                                  Respectfully submitted,

*[signature]*

Kendrick Moxon
MOXON & KOBRIN
Helena Kobrin (FBN #0259713)
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

*Attorneys for Plaintiff*
*Hubert Heller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** to be served on this 25th day of March, 2002, by U.S. Mail, to Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney