

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HUBERT HELLER, an individual,

       Plaintiff,                Case No. 8:00-CV-1528-T-27C

vs.

URSULA CABERTA, an individual,

       Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SANCTIONS REGARDING SUBJECT MATTER JURISDICTION AND JUDGMENT

    Plaintiff herewith moves for leave to file a reply memorandum to Defendant's Response to Plaintiff's Cross-motion for Sanctions Regarding Subject Matter Jurisdiction and Judgment.

    Defendant's memorandum contains a number of inaccurate and simply wrong assertions of fact relating to the record, relating to Ms. Caberta's deposition, relating to plaintiff's counsel, and relating to alleged events in other cases. The parties were specifically admonished by this Court with respect to the sort of irrelevant (and in this case inaccurate) attacks upon counsel such as those revealed in the paper filed by defendant, but such admonitions have been ignored.

    However, more important to the merits of the motion, facts relevant to the

legal issues and discussion of the law are also quite inaccurate.

These matters warrant a reply, which plaintiff therefore respectfully requests leave to file.

Counsel for plaintiff has attempted to resolve this matter informally, however defendant's counsel has declined to agree to the relief sought. (See Certification Pursuant to Rule 3.01).

Dated: May 1, 2002

Respectfully submitted,

Kendrick Moxon
MOXON & KOBRIN
Helena Kobrin (FBN #0259713)
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

JOHNSON, BLAKELY, POPE,
BOKOR, RUPPEL & BURNS, P.A.
F. Wallace Pope, Jr. (FBN #124449)
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

*Attorneys for Plaintiff*
*Hubert Heller*

## CERTIFICATION PURSUANT TO RULE 3.01

The undersigned certifies that defendant's counsel was contacted, and objects to the filing by plaintiff of any reply to defendant's response to plaintiff's cross-motion for sanctions regarding subject matter jurisdiction and judgment.

Dated: May 1, 2002                     Respectfully submitted,

_____
Kendrick Moxon

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SANCTIONS REGARDING SUBJECT MATTER JURISDICTION AND JUDGMENT** to be served on this 1st day of May 2002, by U.S. Mail, to Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney