UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff(s),

vs.                                  Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant(s).
_____/

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SANCTIONS REGARDING SUBJECT MATTER JURISDICTION AND JUDGMENT

THIS CAUSE came on to be considered on Plaintiff's Motion for Leave to File Reply to Defendant's Response to Plaintiff's Cross Motion for Sanctions Regarding Subject Matter Jurisdiction and Judgment (Dkt. 162). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Reply to Defendant's Response to Plaintiff's Cross Motion for Sanctions Regarding Subject Matter Jurisdiction and Judgment (Dkt. 162) is **DENIED**.

DONE AND ORDERED in chambers this 7th day of May, 2002.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record



F I L E   C O P Y

Date Printed: 05/08/2002

Notice sent to:

   ___  F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

   ___  Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010

   ___  Helena K. Kobrin, Esq.
        Moxon & Kobrin
        1100 Cleveland St., Suite 900
        Clearwater, FL  33755

   ___  John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        11250 St. Augustine Rd., Suite 15-393
        Jacksonville, FL  32257-1147

   ___  Robert Merkle, Esq.
        Merkle & Magri, P.A.
        5510 W. LaSalle St.
        Tampa, FL  33607

   ___  Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706