

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                         Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.

_____/

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Plaintiff, Hubert Heller, appeals to the United States Court of Appeals for the Eleventh Circuit from the ruling of the district court for the Middle District of Florida, entered in this case on May 9, 2002, dismissing this case.

Dated: May 20, 2002

_____
Kendrick Moxon
Helena Kobrin FBN # 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL  33755
Phone: (727) 443-5620
Fax: (727) 443-5640
Fax: (727) 441-8617

ATTORNEYS FOR
PLAINTIFF/APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **NOTICE OF APPEAL** to be served on this 20th day of May, 2002, by U.S. Mail, to Ward Meythaler, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney

**MOXON & KOBRIN TRUST ACCOUNT**
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone 727-443-5620

1402

63-466/631

T015868

PAY TO THE ORDER OF: Clerk, U.S. District Court     $105.00

One Hundred Five Dollars & 00/100 —— DOLLARS

**AmSouth BANK**
THE RELATIONSHIP PEOPLE

FOR: Filing Fee - Notice of Appeal

⑈001402⑈ ⑆063104668⑆ 328342549⑈