IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



HUBERT HELLER,

    Plaintiff

vs.                              Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant

## NOTICE OF CROSS-APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Notice is hereby given that Ursula Caberta, defendant in the above named case, hereby cross-appeals to the United States Court of Appeals for the Eleventh Circuit from the order of the district court for the Middle District of Florida, entered in this case on January 30, 2002 overruling the Defendant's Objection to Magistrate Judge Elizabeth A. Jenkins' Orders on Plaintiff's Motion to Compel and ordering that the deposition of Ursula Caberta shall be resumed as ordered by Judge Jenkins and affirming that sanctions were correctly imposed in light of defendant's failure to appear.

Dated May 30, 2002.

_____
WARD A. MEYTHALER
Florida Bar No. 832723
MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, FL 33607
PH: (813) 281-9000
FX: (813) 281-2223
Counsel for Ursula Caberta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Cross-Appeal to the United States Court of Appeals for the Eleventh Circuit has been furnished by U.S. Mail, postage prepaid, on this __30__ day of May, 2002, to:

Kendrick Moxon
Helena Kobrin
Moxon & Kobrin
1100 Cleveland Street
Suite 900
Clearwater, FL  33755

_____
WARD A. MEYTHALER

| | | |
|---|---|---|
| **MERKLE & MAGRI, P.A.**<br>5510 W. LaSALLE STREET<br>TAMPA, FL 33607<br>(813) 281-9000 OR (727) 441-2699 | SOUTHERN EXCHANGE BANK<br>63-391/631 | T016009 21285<br><br>5/30/2002 |

PAY TO THE ORDER OF: Clerk of Court      $**105.00

One Hundred Five and 00/100************************************************************************** DOLLARS

MEMO: Caberta - filing fee

OPERATING ACCOUNT

⑈021285⑈ ⑆063103915⑆ 000 10 26986⑈