IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                      Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

### PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES, EXPENSES AND COSTS

    Plaintiff Hubert Heller hereby moves the Court for an extension of time to respond to defendant's motion for attorney's fees and costs. The motion is currently due on June 10, 2002. Plaintiff seeks an extension of time until June 24, 2002 for the reasons set forth below. This motion is unopposed.

### MEMORANDUM OF LAW

    1.    Defendant's motion for fees was filed on May 23, 2002. Per Local Rule 3.01(b), Fed.R.Civ.P., plaintiff's opposition is due on June 10, 2002.

    2.    An emergency motion may be filed pursuant to Local Rule 3.01(e). In this instance an emergency motion is necessary because there is not enough time to file a motion with sufficient time for a response under Local Rule 3.01(b).

    3.    Plaintiff's counsel have been unable to complete the opposition to the fees motion and need an extension of time. Counsel Kendrick Moxon has been involved in a



lengthy evidentiary hearing on a daily basis, with few exceptions, since May 1, 2002. That hearing is continuing almost daily through June 20, and may continue again the second week of July. Counsel F. Wallace Pope, Jr. has been on vacation out of the state for several weeks. While work has been done on the opposition, it will not be possible to complete it on time.

### CERTIFICATION PURSUANT TO RULE 3.01(g)

Counsel certify that they have contacted defendant's attorney, Ward Meythaler, concerning the relief requested herein, and that Mr. Meythaler said that he has no objection to the Court granting plaintiff an extension of time to respond to his motion for attorneys' fees and costs.

WHEREFORE, plaintiff requests an extension of time until June 24, 2002 to respond to the motion for fees.

Dated: June 5, 2002

Respectfully submitted,

*[signature: Helena K. Tobin for]*
Kendrick L. Moxon
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES, EXPENSES AND COSTS** to be served on this 5TH day of June, 2002, by U.S. Mail, to Ward Meythaler, Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney