FILED



02 JUN 13 AM 11:22

UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch  
Clerk  
(813) 301-5412

Cindy Rauback  
Tampa Division Manager  
(813) 301-5400

**HUBERT HELLER,**

**Plaintiff,**

v.                                                                       Case No. 8:00-cv-1528-T-27C

**URSULA CABERTA,**

**Defendant.**

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:**   02-12887-A

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal as shown on the enclosed index. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- **Complete Record on Appeal:**

  - 8      Volume(s) of Pleadings

  - 2      Volume(s) of Transcripts

  - 3 expandable folders of documentary exhibits

SHERYL L. LOESCH, CLERK

By:   D. Greco, Deputy Clerk

June 13, 2002

Date Printed: 06/12/2002

Notice sent to:

   ___   F. Wallace Pope, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
911 Chestnut St.
P.O. Box 1368
Clearwater, FL  33757-1368

   ___   Kendrick L. Moxon, Esq.
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA  90010

   ___   Helena K. Kobrin, Esq.
Moxon & Kobrin
1100 Cleveland St., Suite 900
Clearwater, FL  33755

   ___   John Matthew Merrett, Esq.
Law Office of John M. Merrett
11250 St. Augustine Rd., Suite 15-393
Jacksonville, FL  32257-1147

   ___   Robert Merkle, Esq.
Merkle & Magri, P.A.
5510 W. LaSalle St.
Tampa, FL  33607

   ___   Daniel A. Leipold, Esq.
Leipold, Donohue & Shipe, LLP
960-A W. 17th St.
Santa Ana, CA  92706

___ USCA