# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION



**HUBERT HELLER**

    **Plaintiff(s),**

v.                                    **CASE NO: 8:00-CV-1528-T-27EAJ**

**URSULA CABERTA**

    **Defendant(s).**
_____/

## ORDER REFERRING MATTER TO MAGISTRATE

**THIS COURT** has for its consideration Defendant's **Motion** for Attorney's Fees, Expenses and Costs (Dkt. 167). The Court hereby refers the motion to **Magistrate** Judge Elizabeth A. Jenkins for a Report and Recommendation.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on July 19, 2002.

                          **JAMES D. WHITTEMORE**
                          **United States District Judge**

**COPIES FURNISHED TO:**
Counsel of record
Magistrate Judge Elizabeth A. Jenkins
Law Clerk

F I L E   C O P Y

Date Printed: 07/22/2002

Notice sent to:

    ___  F. Wallace Pope, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
911 Chestnut St.
P.O. Box 1368
Clearwater, FL  33757-1368

    ___  Kendrick L. Moxon, Esq.
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA  90010

    ___  Helena K. Kobrin, Esq.
Moxon & Kobrin
1100 Cleveland St., Suite 900
Clearwater, FL  33755

    ___  John Matthew Merrett, Esq.
Law Office of John M. Merrett
11250 St. Augustine Rd., Suite 15-393
Jacksonville, FL  32257-1147

    ___  Robert Merkle, Esq.
Merkle & Magri, P.A.
5510 W. LaSalle St.
Tampa, FL  33607

    ___  Daniel A. Leipold, Esq.
Leipold, Donohue & Shipe, LLP
960-A W. 17th St.
Santa Ana, CA  92706