# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED
02 NOV 20 PM 4:01

... COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff(s),

vs.                    Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant(s).
_____/

## ORDER

**UPON CONSIDERATION** of the status of this case, it is

**ORDERED AND ADJUDGED** that Defendant shall file an amended bill of costs, within fifteen (15) days of the date of this Order, reflecting the costs awarded in the Court's Order dated November 15, 2002.

**DONE AND ORDERED** in chambers this 20th day of November, 2002.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy



Date Printed: 11/21/2002

Notice sent to:

___ F. Wallace Pope, Esq.
    Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
    911 Chestnut St.
    P.O. Box 1368
    Clearwater, FL  33757-1368

___ Kendrick L. Moxon, Esq.
    Moxon & Kobrin
    3055 Wilshire Blvd., Suite 900
    Los Angeles, CA  90010

___ Helena K. Kobrin, Esq.
    Moxon & Kobrin
    1100 Cleveland St., Suite 900
    Clearwater, FL  33755

___ John Matthew Merrett, Esq.
    Law Office of John M. Merrett
    11250 St. Augustine Rd., Suite 15-393
    Jacksonville, FL  32257-1147

___ Robert Merkle, Esq.
    Merkle & Magri, P.A.
    5510 W. LaSalle St.
    Tampa, FL  33607

___ Daniel A. Leipold, Esq.
    Leipold, Donohue & Shipe, LLP
    960-A W. 17th St.
    Santa Ana, CA  92706