# United States District Court

MIDDLE ———— DISTRICT OF ———— FLORIDA

HURBERT HELLER,
   PLAINTIFF,

## BILL OF COSTS

**V.**

URSULA CABERTA
   DEFENDANT

Case Number: 8:00-CV-1528-T-27C

Judgment having been entered in the above entitled action on <u>May 9, 2002</u> against <u>Hurbert Heller</u> ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................... | $ _____ |
| Fees for service of summons and subpoena ................................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... | $ 324.47 |
| Fees and disbursements for printing............................................. | _____ |
| Fees for witnesses (itemize on reverse side) ................................................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ...................... | $ 1091.75 |
| Docket fees under 28 U.S.C. 1923............................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ................................. | _____ |
| Compensation of court-appointed experts ...................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............. | _____ |
| Other costs (please itemize) | _____ |
| TOTAL $ | 1416.22 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Kenneth Moxon
          1100 Cleveland Street, Suite 900
          Clearwater, Florida 33755

Signature of Attorney: _____

Name of Attorney:    Ward A. Meythaler

For:    Ursula Caberta                              Date: 11/27/02
               Name of Claiming Party

Costs are taxed in the amount of    $1416.22            and included in the judgement.

**SHERYL L. LOESCH**    By: _____    12/3/02
   Clerk of Court                      Deputy Clerk              Date

F I L E    C O P Y

Date Printed: 12/04/2002

Notice sent to:

   \_\_\_  F. Wallace Pope, Esq.
       Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
       911 Chestnut St.
       P.O. Box 1368
       Clearwater, FL  33757-1368

   \_\_\_  Kendrick L. Moxon, Esq.
       Moxon & Kobrin
       3055 Wilshire Blvd., Suite 900
       Los Angeles, CA  90010

   \_\_\_  Helena K. Kobrin, Esq.
       Moxon & Kobrin
       1100 Cleveland St., Suite 900
       Clearwater, FL  33755

   \_\_\_  John Matthew Merrett, Esq.
       Law Office of John M. Merrett
       11250 St. Augustine Rd., Suite 15-393
       Jacksonville, FL  32257-1147

   \_\_\_  Robert Merkle, Esq.
       Merkle & Magri, P.A.
       5510 W. LaSalle St.
       Tampa, FL  33607

   \_\_\_  Daniel A. Leipold, Esq.
       Leipold, Donohue & Shipe, LLP
       960-A W. 17th St.
       Santa Ana, CA  92706