IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

### PLAINTIFF'S RESPONSE TO COURT'S ORDER
### DATED JUNE 19, 2003

    The Court Ordered plaintiff to file a statement of the fees and costs incurred in the defendants' failure to appear at her deposition on July 25, 2001. Plaintiff made such a submission to Judge Jenkins on December 5, 2001, along with the supporting documentation thereto, seeking a total of $7,749.50 in fees and costs. (Dkt. 135.)

    Defendant responded to the fees and costs application, which was thereafter subject to an Order from Judge Jenkins dated January 29, 2002, reducing the amount requested, but ordering the payment of $3,250 in attorneys' fees and $1,999.50 in costs.

    While plaintiff maintains the full amount sought was appropriate, he has nothing to add to the previously filed statement, and accordingly adopts and relies

upon the prior submission, a copy of which is appended hereto as Exhibit 1 for the Court's convenience.

Dated: July 7, 2003

Respectfully submitted,

*/s/ Helena K. Kobrin*
Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
Phone: (727) 443-5620
Fax: (727) 443-5640

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S RESPONSE TO COURT'S ORDER DATED JUNE 19, 2003** to be served on this 7th day of July, 2003, by U.S. Mail, to Ward Meythaler, MERKLE & MAGRI, 550 North Reo Street, Suite 301, Tampa, Florida 33609.

_____
Attorney

RECEIVED

01 DEC -5 PM 4:00

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER, an individual,

    Plaintiff,

v.                                   Case No. 8:00 CV-1528-T-27C

URSULA CABERTA, an individual,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING DECLARATION
## IN CONNECTION WITH FEES DETERMINATION

Plaintiff, Hubert Heller, herewith submits the Declaration of Kendrick Moxon in support of plaintiff's request for fees and costs, in accordance with this Court's Order of November 16, 2001.

Counsel for plaintiff attempted to resolve this matter informally with counsel for defendant, and having exhausted that avenue without success, requests entry of the fees and costs requested.

Moreover, plaintiff's motion to compel Ms. Caberta's deposition also requested reimbursement for the time spent in responding to defendant's second emergency motion to vacate the deposition order. The Court's Order of November 16th did not address this aspect of the fees request. On July 23, 2001, the second emergency motion for protective order arrived by fax after 5:00 p.m. at plaintiff's counsel's Florida office, and was forwarded immediately to plaintiff's counsel already in

Germany, arriving near midnight Germany time. Because the motion sought emergency relief the following day to cancel the deposition ordered by this Court to go forward, plaintiff's counsel was required to stay up much of the night preparing a response to defendant's latest emergency motion, which was emailed to Florida for filing on the morning of the 24th.

Judge Wilson, sitting in this Court's absence, denied Ms. Caberta's emergency motion on the 24th, thus requiring that the deposition go forward.

Plaintiff believes it is appropriate to include the time expended in the Opposition to the emergency motion, as addressed in the attached declaration of counsel.

Dated: December 5, 2000

Respectfully submitted,

Kendrick Moxon
Helena Kobrin
FBN #: 0259713
MOXON & KOBRIN
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757
(727) 461-1818

Attorneys for Plaintiff

## DECLARATION OF KENDRICK L. MOXON

I, Kendrick L. Moxon, hereby declare and state:

1. I am counsel of record for plaintiff Hubert Heller in the instant action. I make the following statements of my own personal knowledge and if called to testify thereto I could and would do so competently.

2. I have been admitted to the District of Columbia Bar since 1984. I was admitted to the California Bar in 1987. I am also admitted to the DC Circuit, 1st, 2nd, 4th, 5th, and 9th Circuits and the U.S. Supreme Court. I have litigated cases in numerous federal district courts, including all four districts in California, Washington, the District of Columbia, Massachusetts, Maryland, Illinois, New York, Florida, Texas, and Nevada.

3. The majority of my practice has been litigation involving Churches of Scientology and/or their members, and I am the most experienced attorney in the country in this regard, having a great deal of experience respecting discrimination against Scientologists in both private and governmental circumstances. I have also litigated civil rights cases concerning members of other religions, and have the largest known judgment affirmed by the Ninth Circuit or any other federal court in a §1985 civil rights action arising out of conduct motivated by religious discrimination. My practice also encompasses other areas of law in a lesser degree.

4. I was retained in this case by the plaintiff because of my reputation in this area of law, my understanding of the issues and causes of religious discrimination, and my willingness to take his case on a contingency fee basis. Although I occasionally

1

charge more, my normal fee for this type of case when paid a direct hourly fee is $250/hour, which is substantially below the prevailing rate for attorneys of my experience.[1]

5. On July 23rd, when I was already in Germany preparing for the deposition ordered to go forward on July 25th, a further motion for protective order was filed by defendant's counsel and arrived by fax after 5:00 p.m. at my Florida office. The motion was forwarded immediately to me already in Germany, arriving near midnight Germany time. Because the motion sought emergency relief the following day in Florida to vacate the deposition, I was required to stay up much of the night preparing a response to plaintiff's emergency motion, which I emailed to Florida for filing on the morning of the 24th.

6. In accordance with the Court's Order of November 16, 2001, I request reimbursement of the following fees: July 23rd, 5 hours for the opposition to emergency motion for protective order; 10 hours per diem for the entire wasted day on July 25th when the witness failed to appear; and 8 hours for the motion to compel (half of my total hours on the motion). The time on the motion to compel included reading the entire transcript, excerpting questions to compel, culling statements and evidence from the transcript, drafting the motion, legal research and compiling the numerous

---

[1] Counsel for defendant suggested in correspondence that he would challenge the hourly rate and the hours expended on the motion to compel. Thus, I asked him what the rates were that he charged his own client, and also asked how much time he spent on the opposition to the motion, as reasonably undisputed figures that could be utilized in a good faith attempt to resolve this matter informally. Defendant's counsel declined to provide this information.

exhibits. The total requested is 23 hours, which at the rate of $250/hour is $5,750.00.

7. In accordance with the limitations addressed in the Court's order as to reimbursement of costs, plaintiff seeks reimbursement of the following amounts:

```
Court Reporter Fee for July 25th  . . . . . . . . . . . . . . . . . . . . . . . . . (£385.50)  $ 549.76
    (This includes a £130 charge per diem, and a 70 page
    minimum daily transcript charge of £255.50 ) (Ex. A)²
Interpreter's Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (£645)  $ 919.84
    (Two day flat rate charge of £1,290) (Ex. B)
Videographer Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 150.00
    (Two day charge of $800, not itemized) (Ex. C)
Hotel for Kendrick Moxon for one day with 15%
    VAT (Ex. D)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (552DM)  $ 251.70
Hotel for court reporter Richard Weiss with 15%
    VAT (Ex. E) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (281.15DM)  $ 128.20

Total costs  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,999.50
```

8. Plaintiff accordingly requests that reimbursement of fees and costs be made in the amount of $7,749.50.

I declare the foregoing is true and correct under the penalties of perjury of the laws of the United States. Signed this 5th day of December, 2001.

_____
Kendrick Moxon

---

² Note that currency values against the dollar change from minute to minute.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S NOTICE OF FILING DECLARATION IN CONNECTION WITH FEES DETERMINATION** to be served on this 5th day of December, 2001, by U.S. Mail, to John Merrett, 11250 St. Augustine Road, Apartment 15-393, Jacksonville, FL 32257-1147; and to Ward Meythaler of Merkle & Magri, P.A., 5510 West LaSalle St., Tampa, FL 33607.

_____
Attorney

**Exhibit A**

To: Kendrick L Moxon , INTERNET:kmoxon@earthlink.net
To: Kathy Marklew, INTERNET:kathmwc@aol.com
To: Gemma, INTERNET:gemmwc@aol.com
To: Jenny Chandler, INTERNET:jennychandler@compuserve.com
Date: 09/08/101, 10:47 PM
Re: Heller ~v~ Caberta

August 9, 2001    Via email/fax

Invoice No. 35789

Please make your check payable to: MARTEN-WALSH CHERER LTD
            Thank you.

Invoice sent from: Diana Tennyson
Deposition Manager
Marten Walsh Cherer Ltd
Deposition Center
29 Linden Way    Send Marsh
Ripley    Surrey GU23 6LW
United Kingdom

Tel: 01144-1483-222650>>>Fax: 01144-1483-211912

Invoice sent to: Kendrick Moxon Esq
Moxon & Kobrin
1100 Cleveland Street    Suite 900
Clearwater    Florida 33755
USA

Tel: 727-443-5620>>>Fax: 727-443-5640

Re: Heller ~v~ Caberta
Deposition with an interpreter taken at the American Consulate, Hamburg, Germany, on July 25 and 26, 2001.

Invoice in £s Sterling; please see below for balance outstanding in US Dollars!

Reporting fees: <per reporter per day> 2 days @ £130.00————    260.00
Deposition: (Orig+1)
July 25: Min fee applies - 70 pages @ £3.65p————————    255.50
July 26: 200 pages————————————————————    730.00
Exhibits: (Fedex delivery/photocopying)————————————    24.80
ASCII Diskettes: <per file per witness per day> 1 @ £20.00———    20.00
Emailed ASCII as requested: 1 @ £30.00————————————    30.00
Minuscript: (compressed t'script/word index) 1 @ £30.00————    30.00

1

**Exhibit B**



# Invoice

Page 1 of 1

thebigword, Central Services, Belmont House, 20 Wood Lane, Leeds LS6 2AE
Tel: +44 (0)870 748 8000   Fax: +44 (0)870 748 8055   ISDN: +44 (0)870 748 8038   E-mail: trans@thebigword.com
VAT No. 405 5142 87

Moxon & Kobrin
14 Cleveland Street
Ste 900, Clearwater
Florida 33755
USA

ACCOUNT No: LM20946
INVOICE No: INV 30465
INVOICE DATE: 31/Jul/2001

BANK TRANSFERS TO:
LLOYDS TSB BANK PLC
ACCOUNT NO: 0133247
SORT CODE: 30-15-99
SWIFT CODE: LOYDGB 2L

Client PO No.             Company Contact: Kendrick Moxon
                          Account Manager: Michaela Reisenblich

| Number | Language From | Language To | Nature of Job | Description | Amount | Rate | Value |
|---|---|---|---|---|---|---|---|
| S37738 | English | German | Interpret Task | Deposition 25th to 26th July 2001 Hamburg/Germany Interpreter: Manuela Wille | 1 | £1,290.00 | £1,290.00 |

Total Job Costs £1,290.00

THIS INVOICE IS DUE FOR PAYMENT ON: 30/Aug/2001

Net: 1,290.00
VAT:
Gross: 1,290.00

A Division of Link Up Mitaka Limited

LINK UP MITAKA LIMITED REGISTERED IN ENGLAND & WALES COMPANY NO. 1789988
REGISTERED OFFICE: BELMONT HOUSE, 20 WOOD LANE, HEADINGLEY, LEEDS, WEST YORKSHIRE LS6 2AE

**Exhibit C**

HÖR INVESTIGATION · Postfach 740404-22094 Hamburg

Moxon & Kobrin
3055 Wilshire Boulevard
Suite 900

USA-CA 9000 Los Angeles



Hochkamp 17
D-22113 Oststeinbek

Telefon: 040-71401890
Telefax: 040-71401891
E-mail: R.Hoer@t-online.de

Oststeinbek, 30.07.2001

## INVOICE R-000500/2001

Dear Sirs,

I herewith submit to you the billing for video recording:

Recording and Expenses                    $   800,-

Amount due after receiving the bill

Bank: Norderstedter Bank  Account 10368504  Bank Code 20069111

**Exhibit D**



# HOTEL
# INTER-CONTINENTAL
## HAMBURG

Mr. K Moxon
1100 Cleveland St
Ste 900
Clearwater,Fl, FL 33755
UNITED STATES

Hotel Inter-Continental, Hamburg, 26/07/01

Room       821
Arrival    24/07/01
Departure  27/07/01
Cashier    10    //   08:16

INTERIM BILL  63313
Page 1

| Description | Date | EUR Debit | EUR Credit | DEM Debit | DEM Credit |
|---|---|---|---|---|---|
| Accomodation | 24/07 | 245.42 | | 480.00 | |
| Roomservice | 24/07 | 22.50 | | 44.01 | |
| Breakfast | 24/07 | 19.00 | | 37.16 | |
| -Telephone | 24/07 | 10.88 | | 21.28 | |
| -Telephone | 24/07 | 5.62 | | 10.99 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 1.88 | | 3.68 | |
| -Telephone | 24/07 | 6.00 | | 11.73 | |
| -Telephone | 24/07 | 14.62 | | 28.59 | |
| -Telephone | 24/07 | 3.75 | | 7.33 | |
| -Telephone | 24/07 | 41.25 | | 80.68 | |
| -Telephone | 24/07 | 1.50 | | 2.93 | |
| -Telephone | 24/07 | 1.88 | | 3.68 | |
| -Telephone | 24/07 | 1.12 | | 2.19 | |
| -Telephone | 24/07 | 9.75 | | 19.07 | |
| Accomodation | 25/07 | 245.42 | | 480.00 | |
| Minibar | 25/07 | 7.68 | | 15.02 | |
| Roomservice | 25/07 | 44.49 | | 87.01 | |
| Breakfast | 25/07 | 19.00 | | 37.16 | |
| -Telephone | 25/07 | 0.75 | | 1.47 | |
| -Telephone | 25/07 | 4.50 | | 8.80 | |
| -Telephone | 25/07 | 0.38 | | 0.74 | |
| -Telephone | 25/07 | 1.12 | | 2.19 | |
| -Telephone | 25/07 | 0.38 | | 0.74 | |
| -Telephone | 25/07 | 0.38 | | 0.74 | |
| -Telephone | 25/07 | 3.75 | | 7.33 | |
| -Telephone | 25/07 | 3.75 | | 7.33 | |

USt-IdNr. DE118265957
KG Hamburger Hotel-Verwaltungsgesellschaft mbH & Co.
Sitz der Gesellschaft: Hamburg · Rechtsform: Gesellschaft mit beschrankter Haftung & Co. Kommanditgesellschaft

**Exhibit E**



# HOTEL INTER-CONTINENTAL
## HAMBURG

Mr. R Weiss
1100 Cleveland St
Ste 900
Clearwater,Fl, FL 33755
UNITED STATES

Hotel Inter-Continental, Hamburg, 26/07/01

Room       407
Arrival    24/07/01
Departure  26/07/01
Cashier    16    //   08:41

Copy of Invoice  63326
Page 1

| Description | Date | EUR Debit | EUR Credit | DEM Debit | DEM Credit |
|---|---|---|---|---|---|
| Accomodation | 24/07 | 125.00 | | 244.48 | |
| Signatures | 24/07 | 45.30 | | 88.60 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 0.38 | | 0.74 | |
| -Telephone | 24/07 | 1.50 | | 2.93 | |
| Accomodation | 25/07 | 125.00 | | 244.48 | |
| Signatures | 25/07 | 38.70 | | 75.69 | |
| -Telephone | 25/07 | 1.88 | | 3.68 | |
| -Telephone | 25/07 | 1.50 | | 2.93 | |
| -Telephone | 25/07 | 0.38 | | 0.74 | |
| -Telephone | 25/07 | 1.50 | | 2.93 | |
| -Telephone | 25/07 | 1.88 | | 3.68 | |
| -Telephone | 25/07 | 1.12 | | 2.19 | |
| -Telephone | 25/07 | 1.12 | | 2.19 | |
| -Telephone | 25/07 | 3.00 | | 5.87 | |
| Roomservice | 26/07 | 22.28 | | 43.58 | |
| American Express | 26/07 | | 372.06 | | 727.69 |
| ->372865094184005 | 02/04 | | | | |
| Total | | 372.06 | 372.06 | 727.69 | 727.69 |
| Balance | | | 0.00 EUR | | 0.00 DEM |
| Total Including VAT | | 372.06 EUR | | 727.69 DEM | |