# United States Court of Appeals
## For the Eleventh Circuit

No. 02-12887

District Court Docket No.
00-01528-CV-T-27

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jun 9, 2003

THOMAS K. KAHN
CLERK

HUBERT HELLER,
an individual,

    Plaintiff-Appellant
    Cross-Appellee,

versus

URSULA CABERTA,
an individual,

    Defendant-Appellee
    Cross-Appellant.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeals from the United States District Court
for the Middle District of Florida

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: June 9, 2003
For the Court: Thomas K. Kahn, Clerk
By: Meoli, Anthony

ISSUED AS MANDATE
JUL 0 8 2003
U.S. COURT OF APPEALS
ATLANTA, GA.

SCANNED



[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 09 2003
THOMAS K. KAHN
CLERK
```

No. 02-12887

D. C. Docket No. 00-01528 CV-T-27

HUBERT HELLER,
an individual,

                        Plaintiff-Appellant
                        Cross-Appellee,

versus

URSULA CABERTA,
an individual,

                        Defendant-Appellee,
                        Cross-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

(June 9, 2003)

Before DUBINA, BLACK and HULL, Circuit Judges.

PER CURIAM:

This case involves the grant of a motion to dismiss on the ground of immunity under the Foreign Sovereign Immunities Act ("FSIA"). In addition, Appellee/Cross-Appellant, Ursula Caberta, cross-appeals the magistrate judge's order granting Appellant Hubert Heller's motion for sanctions and order directing Caberta to appear for an additional day of deposition.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment of dismissal and the order imposing sanctions against Caberta. We remand this case, however, with directions that the district court determine the amount of costs and fees to be assessed and awarded pursuant to the sanction order.[1]

**AFFIRMED in part, VACATED in part, and REMANDED.**

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

---

[1] In light of our disposition of the Federal Rule of Civil Procedure 12(b)(1) motion, we vacate that part of the sanction order ordering Caberta to appear for an additional day of deposition.

2