8:00-CV-1528-T-27

FILED

7-10-03

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**BILL OF COSTS**

Date                Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ROBERT HELLER
TAMPA, FLORIDA

_____ Appellant /Cross–Appellee

JUN 17 2003

VS.                                    Case No. 02-12887

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

URSULA CABERTA

_____ Appellee /Cross–Appellant

JUN 17 2003

THOMAS K. KAHN
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | Copy | Binding $18.73 | 100 | 8 | 800 | 120 + 18.73 | $121.75 |
| Appellee's Brief | Copy | Binding $43.87 | 74 | 11 | 814 | 122.10 + 43.87 | $126.35 |
| Reply Brief | Copy | Binding $26.22 | 33 | 11 | 363 | 54.45 + 26.22 | $ 57.95 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 385.37 REQUESTED | $ $306.05 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record. **(David Goldstein, 740 Broadway, 5th Floor, New York, NY 10003 on June 16, 2003)**

Date Signed: 6/16/03                Signature: _____

Attorney for: **Ursula Caberta**
(Type or print name of client)

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ **$306.05** against **Appellant**

and are payable directly to **Appellee**

JUL 0 8 2003

Thomas K. Kahn, Clerk

Issued on: _____        By: Trena A. Patterson
                                                              Deputy Clerk

183