## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HUBERT HELLER,                    :
                                  :
          **Plaintiff**           :
                                  :
vs.                               :          Case No.: **8:00**-CV-1528-T-27C
                                  :
URSULA CABERTA,                   :
                                  :
          **Defendant**           :
_____      :

### DEFENDANT'S SECOND MOTION FOR ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO FUDTPA AND MEMORANDUM OF LAW IN SUPPORT

On May 23, 2003, after this case was dismissed, **Defendant** Ursula Caberta filed her first motion for attorney's fees, expenses, and costs pursuant to **42 U.S.C.** §1988; 28 U.S.C. §1927; and § 501.2105, Fla. Stat. Sustaining the Report and Recommendation of the Magistrate Judge, the court entered an order dated November 15, 2002, denying in part and granting in part the Defendant's motion. Essentially, the court denied Defendant's motion for attorney's fees pursuant to 42 U.S.C. § 1988 and 28 U.S.C. § 1927 on the grounds that Defendant was not a "prevailing party" for purposes of § 1988 because she prevailed on a jurisdictional issue; Plaintiff's claims were not frivolous, unreasonable or without foundation; and Plaintiff's counsel had not vexatiously or unreasonably multiplied the proceedings in this cause.

Because the Magistrate Judge had found that Defendant's motion for attorney's fees and costs pursuant to § 501.2105, Fla. Stat. (of the Florida Unfair and Deceptive Trade Practices Act ("FUDTPA")), could only be filed after all appeals had been exhausted, the court granted Plaintiff

leave to reassert her motion for attorney's fees pursuant to § 501.2105, Fla. Stat., after the appeal

in this case had been decided. The appeal taken by the Plaintiff as to the dismissal of this case has

now ended with the Eleventh Circuit affirming this court's order of dismissal. Consequently,

Defendant now moves this court pursuant to § 501.2105, Fla. Stat., for an order requiring the

Plaintiff to reimburse Defendant for attorney's fees, expenses and costs incurred in defense of this

action in the amount of $108,810.00 in fees and $2,946.53 in costs. An affidavit concerning the

fees and costs is attached hereto as Exhibit 27. [1]

The amount of fees sought here is actually less than a reasonable amount because it only

includes fees and expenses associated with Merkle & Magri's involvement in the case. Mr. John

Merrett first represented Defendant in this case after it was filed on July 27, 2000. Merkle &

Magri did not become involved in the case until July, 2001, when it was asked to file a motion for

a protective order concerning and shortly before Defendant's deposition in Germany. Merkle &

Magri had no involvement in the actual deposition in Germany and did not become substantively

involved in this case until after the deposition in Germany. Consequently, Mr. Merrett handled a

substantial part of the litigation here.

The court in its May 9, 2002, order dismissing this case noted the following at page 3n.2:

> Rather than pursue relevant limited discovery, the parties have intentionally, in the
> Court's view, embroiled themselves in ostensible discovery disputes which were in
> reality contentious philosophical skirmishes concerning matters not germane to the
> question of subject matter jurisdiction. This is apparently a consequence of the

---

[1]    Exhibits 1-10 were previously submitted as Exhibits In Support of Defendant's Renewed
Motion to Dismiss For Lack of Subject Matter Jurisdiction (FSIA) and Motion for Summary
Judgment as to Liability. Exhibits 11-19 were submitted with Defendant's Response to Plaintiff's
Cross-Motion for Sanctions Regarding Subject Matter Jurisdiction. Exhibits 20-26 were submitted
with Defendant's first motion for attorney's fees, expenses and costs. Exhibits 27, 28, 29, 30 and
31 are attached hereto.

underlying and ongoing dispute between the Government of Hamburg and the "Church of Scientology" which does not concern the limited jurisdictional issue before the Court.

Defendant is also mindful of criticism by Magistrate Judge Jenkins of Mr. Merrett's conduct concerning discovery in this case. To avoid any issues concerning Mr. Merrett's conduct and fees, this motion does not request any fees or expenses of Mr. Merrett.[2] Further, Defendant has not requested any fees incurred in connection with this and the prior fee petition filed by Defendant.

In addition, it should be noted that most of the fees requested involve time expended by Ward Meythaler and charged at $250.00 an hour. Judge Jenkins has already approved an hourly rate of $250.00 an hour for Plaintiff's attorney, Mr. Moxon, who has been practicing law since 1984 while Mr. Meythaler has been practicing since 1973. *See* Judge Jenkins' January 2, 2002 Order (Docket No. 146) at n.1; and Plaintiff's Notice of Filing Declaration In Connection With Fees Determination.

## MEMORANDUM OF LAW

### BACKGROUND

On July 27, 2000, Plaintiff filed a two count complaint against Defendant alleging tortious interference with an advantageous business relationship and a claim under FUDTPA, §501.201-13, Fla. Stat.. In that complaint, Plaintiff asserted that Defendant was the head of an anti-cult task

---

[2]    Defendant does not concede that any of Mr. Merrett's fees and expenses would not be reasonable or that the court could not properly award them against Plaintiff, especially since Plaintiff brought the case and only kept the case alive by amending the complaint without evidentiary support and contrary to his prior position.

force for the government of Hamburg, Germany; that in her capacity as head of the anti-cult task force, she promulgated certain anti-Scientology measures; that among these measures promulgated by Defendant in connection with her office was a "sect filter" (i.e. the Hubbard Declaration); and that Plaintiff was injured as a result of the promulgation of the Hubbard Declaration (Cpt. ¶¶7-9, 17-19 and 20-27). Basically, Plaintiff, a Scientologist, claimed that he lost business with a German company because he refused to sign the Hubbard Declaration which the company had requested him to sign. With respect to the FUDTPA claim, Plaintiff also asserted, *inter alia,* that "[t]argeting Plaintiff with Caberta's ... [Hubbard Declaration] both in the State of Florida and in Germany and the introduction of Caberta's ... [Hubbard Declaration] into the United States and the State of Florida for the purpose of using a person's religious beliefs to harm the person in their business activities constitutes an unfair method of competition, and/or an unconscionable act or practice, and/or an unfair or deceptive act or practice within the meaning of [FUDTPA].[3] Among other things, Plaintiff sought an award of attorney's fees pursuant to § 501.2105 of FUDTPA.

Defendant filed a motion to dismiss the initial complaint arguing, *inter alia,* that Plaintiff had failed to state a claim under FUDTPA and that the Defendant was entitled to sovereign immunity under the Foreign Sovereign Immunity Act ("FSIA") since the complaint alleged that Plaintiff was acting in her official capacity. Rather than respond to the motion to dismiss, Plaintiff filed a First Amended Complaint. Obviously recognizing that his initial complaint lacked subject

---

[3]        These allegations were without foundation. Defendant did not target or even know Plaintiff; and, as Plaintiff well knew at least before filing the Second Amended Complaint, Defendant did not distribute the Hubbard Declaration to the German company who requested Plaintiff to sign it. Moreover, as the Plaintiff also well knew, the Hubbard Declaration was never distributed or introduced in the United States, and there was never any evidence presented that it was.

matter jurisdiction under the FSIA, Plaintiff completely changed the allegations and asserted in the First Amended Complaint that Defendant was also being sued as an individual for acts "which were undertaken outside the scope of her official duties" and "entirely outside the scope of her lawful authority." First Amended Complaint, ¶¶2, 23. The FDUTPA claim otherwise remained the same. Defendant added a civil rights claim under 42 U.S.C. § 1985(3) as Count III.

Obviously, the new allegations that Plaintiff was acting outside her official capacity were added to the amended complaint simply to plead around the factual deficiencies of the initial complaint to keep the litigation from being dismissed under the FSIA. Although the clear contradiction between the initial and the amended complaints has been raised several times in this case, the Plaintiff has never indicated any basis for changing his theory to assert, contrary to the assertions in the initial complaint, that Defendant was acting outside the scope of her authority. Further, Plaintiff has never identified any reasonable inquiry that he made between the filing of the initial and amended complaints that would justify amending the complaint to assert that Defendant was acting outside the scope of her authority.

On or about October 6, 2000, Defendant filed a Motion to Dismiss the Amended Complaint which again argued that the FUDTPA claim failed to state a claim and that Defendant was entitled to sovereign immunity under the FSIA. On December 16, 2000, the court entered an order which granted the motion to dismiss the tortious interference and FUDTPA claims for failure to state a claim, but declined to dismiss the amended complaint on the grounds of sovereign immunity. With respect to the FUDTPA claim, the court held that it could not "identify any good, service, property or thing of value Defendant provided, offered or distributed in violation of § 501.204." However the court gave the Plaintiff twenty days to file amended FUDTPA and tortious

interference claims.

Plaintiff filed a Second Amended Complaint containing the three aforementioned claims and adding a claim under the Alien Tort Claims Act, 28 U.S.C. § 1350. Plaintiff chose not to amend the intentional interference claim that had been dismissed. With respect to the FUDTPA claim, however, Plaintiff amended it to allege the following:

> ... through offering and providing her ... [Hubbard Declaration], including in the State of Florida, as a condition of doing business in Germany, Defendant offers and provides a service and things of value to individuals and businesses; that is, the benefit and professional opportunity to do business with the Government of the City of Hamburg and with other German businesses that comply with Defendant's ... [Hubbard Declaration], and the avoidance of economic sanctions including commercial boycotts, individual firings, and the disruption and destruction of business relations with persons, businesses and governments in Germany.[4]

In his brief to the Eleventh Circuit, the Plaintiff asserted that any defect in the FUDTPA claim in the First Amended Complaint was cured by these supplemental allegations in the Second Amended Complaint. *See* Exhibit 31, pp 55-56.

Defendant filed a motion to dismiss the Second Amended Complaint again asserting sovereign immunity. The court denied the motion to dismiss, but ordered that the Defendant may renew her motion to dismiss after limited jurisdictional discovery. Following jurisdictional discovery, Defendant filed her renewed motion to dismiss for lack of subject jurisdiction. Neither of the two motions to dismiss the Second Amended Complaint asserted that the counts of the complaint failed to state a claim. Rather, Defendant chose to base the motions to dismiss entirely

---

[4]    As Plaintiff well knew, the Hubbard Declaration was never offered or provided in the State of Florida and was never distributed in Germany as a condition of doing business in Germany. Neither Plaintiff nor the State of Hamburg required the use of the Hubbard Declaration or imposed sanctions if the Hubbard Declaration was not used.

on lack of subject jurisdiction under the FSIA. Thus, the FDUTPA claim in the Second Amended Complaint was ultimately dismissed as a result of the court's May 10, 2002, order dismissing the complaint for lack of subject matter jurisdiction under the FSIA.

## PATTERN OF HARASSING CONDUCT

Because the award of attorney's fees under FUDTPA is not mandatory, some of the unfortunate history of the Scientology organization's and Plaintiff's attorney's involvement in sham and harassing lawsuits as well as other vexatious conduct toward the Defendant personally are relevant. First, Scientology and Plaintiff's counsel and his firm have a record of being involved in harassing, burdensome and frivolous lawsuits against Scientology's targets. *See* Affidavit of Priscilla Coates (Ex. 9) concerning fifty lawsuits brought against her and Cult Awareness Network by the Scientology organization to destroy the Cult Awareness Network whose purpose was to educate the public about the harmful effects of mind control as practiced by destructive cults and about the unethical and illegal practices they employ; *Hart v. Cult Awareness Network*, 13 Cal. App 4th 777 (1993); *Church of Scientology v. Wollersheim*, 42 Cal. App. 4th 628, 648 (1996) (Court found that lawsuit involving Plaintiff's counsel (Mr. Moxon) and his firm was being pursued "to bludgeon the opposition into submission" for having prevailed in a prior lawsuit); *See also* Affidavit of Stacy Brooks (Ex. 10). Ms. Brooks was formerly a Scientologist in Scientology's high-level Sea organization and worked in the Office of Special Affairs, which carried out Scientology's legal and intelligence gathering activities. She was personally aware of Scientology's effort to destroy Cult Awareness Network through a series of specious lawsuits brought by the Office of Special Affairs through nominal plaintiffs who were low-level Scientologists. She was also aware that Scientology had staff members whose entire job was to

destroy the Cult Awareness Network and personally participated in operations directed against Patricia Coates and the Cult Awareness Network that were designed to undermine and destroy them.

In May 1994, Plaintiff's attorney's partner, Helena K. Kobrin, along with his firm (then known as "Bowles & Moxon"), was ordered to pay $17,775.00 in sanctions for the presentation and prosecution of a frivolous civil RICO claim on behalf of a Scientology entity. *Religious Technology Center v. Gerbode*, No. CV 93-2226 AWT, 1994 U.S. Dist. Lexis 6432 (D.C.C.D.Ca.).

In 1974 a criminal prosecution, *United States v. Mary Sue Hubbard*, Crim. No. 78-401, was brought against nine high-ranking officials of the Church of Scientology.  "In that case, several defendants stipulated that the network of Scientology organizations had conducted a broad campaign against U.S. Government entities and officials, particularly the Internal Revenue Service.  "This concerted campaign by the Scientology apparatus encompassed a wide range of illegal activities, including theft of government documents for use in litigation against the United States, falsification of government identification cards, wiretapping, infiltration, and perjury." *Founding Church of Scientology v. Webster*, 802 F.2d 1448, 1449-1450 (D.C. Cir. 1986).

According to Defendant's Response to Plaintiff's Motions to Stay Response and Motion to Strike (filed on or about October 17, 2000), the signers of the stipulation in the criminal case included United States Attorney Carl Rauh and defense attorney Michael Hertzberg.  Mr. Hertzberg appeared as Mr. Moxon's co-counsel for the Plaintiff in two depositions in the instant case.  According to Exhibit 24, the stipulation in the criminal case stated that in response to a grand jury subpoena for handwriting exemplars of Mr. Meisner, Mr. Moxon submitted an

affidavit with nine pages of handwritten materials; that Mr. **Moxon's** affidavit states that the nine pages of handwriting were those of Mr. Meisner; and that **a defendant** had stated to Mr. Meisner that Mr. Moxon had been directed to supply the government **with fake** handwriting samples. *See also* Defendant's Response to Plaintiff's Motions to Stay **Response and** Motion to Strike, pp.4-5.

Defendant, as the head of the Scientology Working **Group in** Germany, has also become a target of Scientology attack. For example, when she came **to Florida** for the first and only time in July, 2000, she was greeted at the Tampa Airport by an **organized** group of Scientologists who yelled epithets at her, including that she was a "Nazi **Criminal"**. Ex. 7. During that trip to Florida she was also served with the instant lawsuit as well **as a subpo**ena to give a deposition in a state wrongful death lawsuit brought by the Estate of Lisa **McPhe**rson against the Scientology organization even though she had no involvement in and no **knowledge** of the facts of that lawsuit.

Mr. Moxon, who represents the Scientology **organization as** well as the Plaintiff here, took that deposition which has been filed as Exhibit B to Defendant**'s Resp**onse to Plaintiff's Motion to Compel. As is clearly reflected by that deposition, **Defendant had** no involvement in and no knowledge of the facts of that lawsuit. During the **deposition, Mr**. Moxon's questions to the Defendant included the following: "Oh, but part of your **mission for** the German government is the genocide of Scientology, isn't it?"; "Would you like **to see all** Scientologists dead?"; and "Don't you consider yourself to be a Nazi?" Ex. 23, pp.**83-86, 125**. As Defendant was leaving the deposition, Mr. Moxon twice saluted Defendant with the **"Hitler** Salute" of Nazi Germany and said "Heil Hitler!" Ex. 22. Although he apparently denies **it now**; when this was made a matter of record, Mr. Moxon did not deny it then. Ex. 22; 23, **pp. 129**-130.

## DEFENDANT IS ENTITLED TO ATTORNEY'S FEES UNDER FUDTPA

Section 501.2105(1) of FUDTPA provides that the "prevailing party may receive his or her reasonable attorney's fees and costs from the non-prevailing party." Pursuant to § 501.2105(2), the award of fees also specifically includes fees for time expended on appeal. *See also General Motors Acceptance Corp. v. Laesser*, 791 So.2d 517, 519, 521 (Fla. 4th DCA 2001) (prevailing party entitled to reasonable appellate attorney's fees); *M.G.B. Homes, Inc. v. Ameron Homes, Inc.*, 30 F.3d 113, 115 (11th Cir. 1994) (citing *B & L Motors, Inc. v. Bignotti*, 427 So.2d 1070, 1073 (Fla. 2nd DCA 1983), "[T]rial court has the authority under … [FDUTPA] to award attorney's fees for an appeal.").

Unlike 42 U.S.C. §1988, the Defendant is entitled to fees and costs under § 501.2105(1) regardless of the good faith of the plaintiff. Moreover, unlike 42 U.S.C. § 1988, a prevailing party under § 501.2105 would clearly include a party who prevails on an issue such as jurisdiction. For example, in *Big Tomato v. Tasty Concepts, Inc.*, 972 F.Supp. 662, 664 n.1 (S.D. Fla. 1997), the court held a defendant who prevails on a motion to dismiss based on lack of standing is a prevailing party for purposes of the attorney's fees provision. *Cf. M.G.B. Homes, Inc. v. Ameron Homes, Inc.*, 30 F.3d 113, 115 (11th Cir. 1994) (Defendant entitled to attorney's fees even where FUDTPA found to be inapplicable). Consequently, the reasons for denying Defendant's first motion for fees under 42 U.S.C. § 1988 and 28 U.S.C. 1927 are not applicable to a fee request under FUDTPA.

Under § 501.2105, the prevailing party is entitled to fees for time spent on all claims arising from the same transaction as the FUDTPA claim. In *Smith v. Bilgin*, 534 So.2d 852 (Fla. 1st DCA 1988), the court held that the prevailing defendant in an action erroneously brought under

-10-

FUDTPA was entitled to fees reflecting the time spent by his attorneys "on the case" rather than merely on the FUDTPA count absent a showing that a portion of the attorneys' services were totally unrelated to the action since the FUDTPA count and the other counts in the complaint arose from the same transaction. The court stated that the language of the statute "contemplates recovery of attorney's fees for hours devoted to the entire litigation... and does not require allocation of attorney time between the [FUDTPA] count and other alternative counts based on the same consumer transaction unless the attorneys' services clearly were not related in any way to establishing or defending an alleged violation of Chapter 501." *Id.* at 854. *See also, Rustic Village, Inc. v. Freidman,* 417 So.2d 305 (Fla. 3rd DCA 1982) (attorney's fee awarded to prevailing defendant even though trial judge held that cause of action was not one contemplated by FUDTPA). While only one of the claims here involved a claim under FUDTPA, it is not disputed that all of the claims arose out of the same transaction. Moreover, most of the work in this case focused on the issue of sovereign immunity, which, of course, applied to all the counts in this case. Consequently, under the aforementioned authority, there is no reason to reduce the attorney's fees and costs on the grounds that the complaint also includes non-FDUTPA claims.

When the issue of attorney's fees under FUDTPA was raised in Defendant's first motion for fees, the Plaintiff argued that since the attorney's fees provision in FUDTPA was discretionary, the court should adopt the federal standard in civil rights cases regarding prevailing defendants. Under this standard, which the court applied with respect to the § 1985(3) claim in this case, a <u>defendant</u> is not entitled to attorney's fees unless the Plaintiff's claim is frivolous, unreasonable, without foundation or brought in bad faith. *See Christiansburg Garment Company v. EEOC,* 434 U.S. 412, 68 S.Ct. 694, 54 L.Ed.2d 648 (1978). In making this argument, Plaintiff

-11-

relied on two instances in which a Florida court and an administrative agency relied on that standard in applying two other attorney's fees statutes. *See National Union of Hosp. v. Southeast Volusia Hosp. Dist.*, 436 So.2d 294, 296 (Fla. 1st DCA 1983) (involving § 447.503(6)(c), Fla. Stat.); *Village of Palm Springs v. Retirement Builders, Inc.* 396 So.2d 196, 197 (Fla. 4th DCA 1981) (involving § 180.191(5), Fla. Stat.).

This argument is meritless. First, in all the years that courts have applied § 501.2105, no Florida court (or federal court) has ever held or even remotely suggested that a different standard is to be applied to the award of attorney's fees as between plaintiffs and defendants in FUDTPA cases. Since no Florida court has interpreted the FUDTPA attorney's fees provisions to require the application of the federal *Christiansburg* standard or to otherwise distinguish between plaintiffs or defendants with respect to attorney's fees; there is not only no basis for this court to adopt such a standard, but it would be contrary to Florida law as it has been applied by Florida courts.

Next, the FUDTPA statute here is significantly different than the statutes involved in the cases cited above and previously relied on by the Plaintiff. The fee provision in this case, § 501.2105, actually does set forth a standard similar to that sought by the Plaintiff here, but in a different situation. § 501.2105(5) provides that "[i]n any civil litigation initiated by the enforcing authority, the court may award to the prevailing party reasonable attorney's fees and costs if the court finds that there was a complete absence of a justiciable issue of either law or fact raised by the losing party or if the court finds bad faith on the part of the losing party." (emphasis added) "Enforcing authority" is defined at § 501.203(2) as including the office of the State Attorney or the Department of Legal Affairs depending on the circumstances of the case. In short, the Florida legislature did adopt the type of standard advocated by the Plaintiff here, but only in situations

-12-

where the cause of action was brought by the office of the State Attorney of the Department of Legal Affairs.  Obviously, if the Florida legislature had intended such a standard to also apply to civil litigation initiated by someone other than an "enforcing authority," such as in the instant case, it would have made that standard applicable to the attorney's fee section in the statute pertinent to such cases (i.e. § 501.2105(2) and (3)).  Since the Florida legislature did not apply the federal standard to cases such as the one here, the legislature clearly intended that the federal standard advocated by the Plaintiff not apply to a case such as this.  Unlike the FUDTPA attorney's fees provisions, the statutes and cases relied on by the Plaintiff here did not include different standards for attorney's fees for different types of cases.[5]

Next, Plaintiff argued in its response to Defendant's first motion for fees that no fees should be awarded to Merkle & Magri pursuant to § 501.2105 since "[i]t is undisputed that the

---

[5]     If frivolousness were the issue here, the FUDTPA claim was clearly frivolous.  Although the determination of frivolousness is made on a case-by-case basis, courts have recognized several factors to assist in answering the question:  (1) whether the plaintiff established a *prima facie* case; (2) whether the defendant offered to settle; and (3) whether the trial court dismissed the case prior to trial or held a full-blown trial on the merits. *Bruce v. City of Gainesville, Ga.*, 177 F.3d 949, 952 (11th Cir. 1999) *Head v. Medford*, 62 F.3d 351 (11th Cir. 1995).  Applying the first factor to the present case, the court did not specifically determine that Plaintiff had failed to establish a *prima facie* case of the lack of sovereign immunity, but "this concept was a necessary import of the district court's order." *Head v. Medford*, *supra* at 356.  After initially alleging in the first complaint that Defendant was acting at all times within the scope of her authority, the Plaintiff offered no meritorious evidence to support his amended pleading asserting that she was really acting outside the scope of her authority.  In other words, Plaintiff simply amended his complaint without evidentiary support to plead around the FSIA when he knew and previously alleged that the Defendant was acting within the scope of her authority.  As to the second and third factors, there was never any offer to settle by the Defendant and this case was disposed of prior to trial on a motion to dismiss.  Finally, the whole notion that the three paragraph Hubbard Declaration which was distributed in Germany (and only in Germany) as a matter of national security by German officials could somehow constitute a good, service, property or thing of value in trade or commerce in Florida is frivolous on its face even without regard to Plaintiff's knowledge that Defendant was covered by the FSIA.

*entirety* of litigation and adjudication of the [FUDTPA] claim concluded long before Merkle & Magri's involvement in this case in July, 2001" (emphasis in original). Apparently, the Plaintiff is suggesting that since the court dismissed the FUDTPA claim in the First Amended Complaint prior to Merkle & Magri's involvement, Merkle & Magri could not have spent any time on the FUDTPA claim. This is totally false. As shown above, the Plaintiff was allowed to amend and did amend its First Amended Complaint to assert a new FUDTPA claim in the Second Amended Complaint. Indeed, the Plaintiff even argued in the Eleventh Circuit that the amended FUDTPA claim in the Second Amended Complaint was a new, viable claim. *See* Exhibit 31. Merkle & Magri did not move to dismiss the new FUDTPA claim in the Second Amended Complaint on the grounds that it failed to sate a claim, but sought its dismissal on the grounds of immunity under the FSIA. Ultimately, therefore, the FUDTPA claim set forth in the Second Amended Complaint was dismissed as a result of Merkle & Magri's efforts to assert the Defendant's immunity from such a claim under the FSIA. Consequently, everything that Merkle & Magri did with respect to dismissing the complaint under the FSIA applied to the FUDTPA claim as much as it applied to the civil rights claims which were also dismissed in this case.[6] Therefore, the argument that the FUDTPA claim was dismissed before Merkle & Magri's involvement is disingenuous.

Finally, Plaintiff previously argued that the fee request is unreasonable because the "vast majority of the fees requested (almost 80%) ... were for time spent on unsuccessful motions ... regarding sanctions, discovery and recusal, and which included the *imposition of sanctions on Caberta*." (emphasis in original). However, Merkle & Magri's defense of the sanctions issue was

---

[6]  The only claim which was dismissed for failure to state a claim and not amended in the Second Amended Complaint was the claim for tortious interference in count I of the complaint.

not unsuccessful. For example, the primary sanction requested against Defendant, a default judgment, was denied. In addition, much of the monetary sanction requested by the Plaintiff was disallowed by the Magistrate Judge in that she reduced the requested amount from $20,957.93 to $5,249, a reduction of almost 75%. *See* Plaintiff's September 4, 2001 Motion to Compel Further Deposition of Defendant, Ursula Caberta; to Compel Responses to Deposition Questions; and for Fees and Costs; and the Magistrate Judge's order of January 29, 2002 (Docket #146). In addition, the court ultimately determined that the Plaintiff had an adequate opportunity to conduct appropriate jurisdictional discovery and the Defendant did not have to come to the United States for a deposition which was the other sanction sought by the Plaintiff. Consequently, most of the sanctions requested by Plaintiff were found to be over-reaching by the Plaintiff against which Defendant's attorney successfully defended. To suggest, as Plaintiff has before, that Merkle & Magri's work in defeating a motion for a sanction of default judgment did "not 'contribute[ ] to any favorable result achieved by the litigation'" is problematic at best.

## COSTS

Defendant is entitled to reimbursement of her costs in the amount of $2,946.53, because she was the prevailing party. 28 U.S.C. §1920 sets forth certain limited items of taxable costs which a prevailing party is entitled to recover even where there is no applicable statutory attorney's fee provision. However, in a case involving a statutory attorney's fee provision, such as here, a prevailing party is not limited to recovering the items of costs specified in 28 U.S.C. §1920. *Cf. Dowdell v. City of Apopka*, 698 F.2d 1181, 1192 (11th Cir. 1983) ("[W]ith the exception of routine office overheard normally absorbed by the practicing attorney, all reasonable expenses incurred in case preparation, during the course of the litigation... may be taxed as

costs."); *George v. GTE Directories Corp.*, 114 F.Supp.2d 1281, 1298 (M.D. Fla. 2000). In this case, each of the items identified in the Defendant's list of additional costs (Exhibit 29) and affidavit of the undersigned (Exhibit 27) are recoverable as reasonable expenses.

## ADDITIONAL SUBMISSIONS

Pursuant to F.R.Civ.P. 54(d)(2)(c), Defendant will submit, if necessary, additional submissions bearing on the issues concerning evaluation of services following a determination of liability for fees.

## CONCLUSION

WHEREFORE, Defendant respectfully requests that the court enter an order requiring Plaintiff to reimburse the Defendant for her reasonable attorney's fees in the amount of $108,810.00 and requiring Plaintiff to reimburse Defendant for her additional costs in the amount of $2,946.53.

## RULE 3.01(g) CERTIFICATE OF COMPLIANCE

Pursuant to local Rule 3.01(g), the undersigned attempted to resolve the issues in this motion by faxing and mailing three letters to Plaintiff's counsel on May 10 and May 13, 2002 asking if he had any objection to an award of attorney's fees to Defendant, inviting him to work out the dollar amount with the undersigned and requesting that he respond by May 15, 2002. Plaintiff's counsel never responded. The undersigned also called Mr. Moxon on May 22, 2002, but he was not in and has not called back. Moreover, Plaintiff opposed the first motion for fees and appealed this case thereby conclusively indicating that he does not and will not agree to this motion. Consequently, Defendant's counsel has "conferred" with counsel and has been unable to agree on a resolution of this matter.

-16-

Respectfully submitted,

Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
Counsel for Ursula Caberta

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished via U.S.

Mail, postage prepaid, to Kendrick L. Moxon, 1100 Cleveland Street, Suite 900 Clearwater,

Florida 33755, on this _____ 15 _____ day of July, 2003.

Ward A. Meythaler

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,           :
                                        :
        Plaintiff              :
                                        :
vs.                             :         Case No.: 8:00-CV-1528-T-27C
                                        :
URSULA CABERTA,          :
                                        :
        Defendant           :
_____ :

AFFIDAVIT OF WARD A. MEYTHALER
IN SUPPORT OF MOTION TO TAX COSTS AND ATTORNEY'S FEES

STATE OF FLORIDA                    )
                                                    )
COUNTY OF HILLSBOROUGH        )

        Affiant, WARD A. MEYTHALER, after having been duly sworn, deposes and states as

follows:

        1.        I am a resident of Hillsborough County, Florida, I am competent to state the matters

contained herein and such matters are known to me of my own personal knowledge.

        2.        I graduated from Harvard Law School in 1973. I have been a licensed attorney in

good standing with the State of Illinois since 1973 and the State of Florida since 1989.   I have

been admitted to practice law in the United States District Court for the Northern District of

Illinois, the United States District Court for the Middle District of Florida, the United States

District Court for Colorado, the Eleventh Circuit Court of Appeals, and the Seventh Circuit Court

-1-



of Appeals. From 1973 to 1985 I was first an associate and then a partner with Keck, Mahin & Cate, a large law firm in Chicago, Illinois, where I worked on many various litigation matters and cases, primarily civil, including large complex civil litigation. From 1985 to 1989, I was an Assistant U.S. Attorney with the Criminal Division of the United States Attorney's Office in Tampa, Florida. Part of that time I worked with the Organized Crime and Drug Enforcement Task Force. While at the U.S. Attorney's Office, I worked on and tried cases involving, *inter alia,* narcotics, organized crime and public corruption. I have been a partner with the law firm of Merkle & Magri, P.A., located at 550 North Reo Street, Suite 301, Tampa, Florida 33609, since 1989. At Merkle & Magri my practice has included a large variety of criminal defense and civil litigation matters, including large multi-district litigation.

3.      My entire 30-year legal career has basically involved civil and criminal litigation and trials involving many types of cases. I have handled, *inter alia,* numerous civil rights cases or cases involving civil rights issues and I represented a major Lutheran Synod in a moderately large case involving issues of religion and the law. I am familiar with the fees and costs customarily charged in the Middle District of Florida generally. My customary hourly rate at the times relevant to this case was $250.00 per hour which is reasonable and consistent with fees charged in the Middle District.

4.      Other attorneys who worked on this matter included Robert W. Merkle, Gerard J. Robles and Aaron Proulx. Mr. Robles has been an associate with the firm of Merkle & Magri since 1990 and was admitted to the Florida Bar in October, 1987. His normal hourly rate at the pertinent time was $100.00 an hour. Aaron Proulx was admitted to the Florida Bar in September 2000 and was an associate of Merkle & Magri from August, 2000 through part of July, 2001. He

-2-

left Merkle & Magri to become a staff attorney for the Florida Supreme Court. His normal hourly rate at the pertinent time was $100.00 per hour. Robert W. Merkle was admitted to the Florida Bar in 1971. He was a special attorney with the Internal Security Division and the Criminal Division in the Department of Justice from 1971 to 1977; was an Assistant State Attorney and Deputy Director of the Habitual Felony Division at the Pinellas-Pasco County State Attorney's Office from 1977 to 1981; was special attorney with the Criminal Division, Fraud Section, Department of Justice from 1981 to 1982; and was United States Attorney for the Middle District of Florida from 1982 to 1988. He started Merkle & Magri in 1988 after an unsuccessful campaign for the U.S. Senate. While a state and federal prosecutor, Mr. Merkle successfully prosecuted numerous high profile cases. After that, he was involved in both criminal and civil litigation and trials. He was a sought-after outstanding trial attorney. His normal hourly rate for the pertinent time period was $300.00 per hour. The aforesaid hourly rates are reasonable and consistent with fees charged in the Middle District except Mr. Robles' fee is probably less than average.

5.    In July, 2001, my firm was retained to represent Ursula Caberta in this action. Ms. Caberta has incurred attorney's fees to my firm concerning this matter in the amount of $108,810.00, not including various fees as discussed below and fees concerning a prior fee petition and the instant fee petition. The total fees charged Ms. Caberta by this firm for the case to date (after excluding various fees as discussed below and fees concerning the previous and instant fee petitions) include a total of approximately 392.8 hours of attorney time at the rate of $250.00 per hour for Ward A. Meythaler; 29.8 hours at $300.00 per hour for Robert W. Merkle; 9 hours at $100.00 per hour for Aaron Proulx; and 7.7 hours at $100.00 per hour for Gerard Robles. I am familiar with the manner in which Merkle & Magri's services are billed and attest that the

attorney's hours are accurate as reflected on Exhibit 28, which are Merkle & Magri's bills to Ms. Caberta, except for the possible exceptions hereinafter described. The April 1, 2002 entry for Mr. Meythaler (WAM) for $125.00 is an error which should have been billed to a different client. It has not been included in the request for fees. Mr. Meythaler's entry of July 24, 2001 has been reduced by .2 hours or $50.00. The January 16, 2002 entry for Mr. Meythaler contains an entry including a call to Mr. Zitek's office. The undersigned can recall no reason that such a call would have been made and assumes that he incorrectly wrote "Zitek" instead of "Ziegeler," who Mr. Meythaler may have had reason to call. In any event, this call (.1 hour) has not been included in the request for fees. Mr. Merkle's (RWM) July 24, 2001 charge of $30.00 has been excluded from the fee request because the entry has been redacted in its entirety to protect confidences and privilege. The August 15, 2001 entry for Angela Merkle (AM), a paralegal, has also been excluded from the fee request because the entry has been redacted to avoid disclosure of privileged information and because she is not an attorney and there is not enough time involved to warrant argument over reimbursement for her time. A few other items have been redacted to preserve attorney-client confidence or to protect the identity of third parties. There are several hours indicated on the bill with the designation N/C which means there was no charge.

On certain bills beginning June 20, 2002, various fee entries have been lined out, including entries during the time periods of May 10-22, 23; June 10, 27; October 7-21, 2002; and June 16, 17; and July 8-10, 2003. These entries have not been included in the request for fees because those entries reflect work done to request fees in this case.

6.    I further attest that all fees requested in the fee request were both necessary and reasonable. I have considered and am guided by the standards outlined in *Johnson v. Georgia*

-4-

*Highway Express, Inc.,* 488 F.2d 714, 717-719 (5th Cir. 1974), recognized by this court in *George v. GTE Directories Corp.*, 114 F.Supp.2d 1281, 1286 (M.D. Fla. 2000), as relevant to the determination of a reasonable fee.

7.      I have prepared the list of costs (Exhibit 29) in the amount of $2,946.53, which includes costs not previously awarded to Defendant pursuant to 28 U.S.C. § 1920 in the district court.  In addition, the amount does not include $306.05 in costs awarded by the Eleventh Circuit.  *See* Exhibit 30.  I have reviewed invoices and other forms of documentation for the items submitted as costs in this action or discussed them with our office manager.  All of the items included in the list of costs were necessarily incurred in this case and the services for which costs have been charged were actually and necessarily performed for use by the undersigned's law firm in defense of this case.

8.      With respect to reimbursement for over-night express charges, each of the expenses pertain to necessary papers in this case that were either sent to or from counsel in the case, Ms. Caberta, a German official, the State Department, or a court reporter.  Courier charges include the delivery of papers relevant to this case to or from the court, counsel in this case, and a copy service.

9.      With respect to reimbursement for fees for copies of papers necessarily obtained for use in this case, all of the copies pertain to documents necessarily obtained for use in this case.  Costs of copying include $572.75 at 12-1/2¢ a page for copying done in-house.  These were costs of copying incurred since the original bill of costs was submitted to the district court.  Costs awarded for part of this amount by the Eleventh Circuit have been subtracted from the total amount of costs as shown on Exhibit 29.

FURTHER AFFIANT SAYETH NOT.


_____
WARD A. **MEY**THALER


STATE OF FLORIDA )
)
COUNTY OF HILLSBOROUGH )


    SWORN TO AND SUBSCRIBED BEFORE ME this 14th day of July , 2003, by
WARD A. MEYTHALER, who is personally known to me, or who has produced
_____ as identification and who, upon **being fir**st duly sworn, deposes and
states that he has read the foregoing Affidavit, and that **the statements** contained therein are true
and correct to the best of his knowledge and belief.


_____
Notary **Public**
State of **Florida** at Large
My **Commission** Expires:




Paula R. Herman
MY COMMISSION # DD099469 EXPIRES
March 12, 2006
BONDED THRU TROY FAIN INSURANCE INC.


-6-

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or  (727) 441-2699

August 7, 2001

Billed through 08/06/01

Bill number     0775-00001-003 RWM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

## PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 07/20/01 AP | Conference with Robert Merkle re protective order; draft motion for protective order. | 1.30 hrs | 100 /hr | 130.00 |
| 07/20/01 AP | Revise letter to counsel. | .20 hrs | 100 /hr | 20.00 |
| 07/20/01 RWM | Telephone conferences with client; telephone conferences with John Merrett; telephone call to Pope, left message; telephone conference with Moxon; prepare letter; telephone conferences with  *redacted*  prepare motion; telephone conference with Aaron Proulx. | 4.00 hrs | 300 /hr | 1,200.00 |
| 07/23/01 AP | Revise emergency motion for protection. | .20 hrs | 0 /hr | N/C |
| 07/23/01 AP | Telephone to Robert Merkle re obtaining complete file; legal research - use Pacer to obtain pleadings. | 1.00 hrs | 100 /hr | 100.00 |
| 07/23/01 RWM | Telephone conference with client (2); prepare motion. | 1.30 hrs | 300 /hr | 390.00 |
| 07/23/01 RWM | Review motion; review fax affidavit. | .40 hrs | 300 /hr | 120.00 |
| 07/23/01 RWM | Telephone conference with client (2); telephone conference with  *redacted* | .50 hrs | 300 /hr | 150.00 |
| 07/24/01 AP | Conference with Robert Merkle re immediate research on foreign deposition; legal research re foreign nationals deposition. | 3.50 hrs | 0 /hr | N/C |
| 07/24/01 RWM | *Redacted* | .10 hrs | 300 /hr | 30.00 |
| 07/24/01 RWM | Review motion/response. | .20 hrs | 300 /hr | 60.00 |





Caberta, Ursula                                              PAGE  2
Bill number        0775-00001-003 RWM

| Date | | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/01 | RWM | Telephone conference Joe Magri; **review** response. | | | |
| | | .50 **hrs** | 300 | /hr | 150.00 |
| 07/24/01 | RWM | Telephone conference with client; **tele**phone conference with Judge's office; **telepho**ne conferences with Kovachevich's **office**; telephone conference with Susan; telephone **confer**ence with Wilson's office; telephone conf**erence** with Susan. | | | |
| | | 2.00 **hrs** | 300 | /hr | 600.00 |
| 07/25/01 | AP | Legal research re deposition in **foreign** country. | .50 **hrs** | 0 /hr | N/C |
| 07/25/01 | AP | Legal research re deposition in **foreign** country. | 1.80 **hrs** | 0 /hr | N/C |
| 07/25/01 | AP | Review docket sheet for pleadings **to** copy. | .30 **hrs** | 100 /hr | 30.00 |
| 07/25/01 | AP | Revise memo re foreign depos. | .20 **hrs** | 0 /hr | N/C |
| 07/25/01 | RWM | Telephone conference with attor**ney Hei**nz; telephone conference with Heinz; **confer**ence with Ward Meythaler; memo to file. | | | |
| | | .40 **hrs** | 300 | /hr | 120.00 |
| 07/25/01 | RWM | Telephone conference with Merett; **tele**phone conference with client. | .40 **hrs** | 300 /hr | 120.00 |
| 07/26/01 | RWM | Review materials; telephone **conference** with client; review pleadings. | 2.20 **hrs** | 300 /hr | 660.00 |
| 07/27/01 | RWM | Telephone conference with client; **prepare** correspondence. | .30 **hrs** | 300 /hr | 90.00 |
| 07/30/01 | RWM | Revise letter. | .30 **hrs** | 300 /hr | 90.00 |
| 08/02/01 | RWM | Telephone conference with *redacted*  review fax. | .20 **hrs** | 300 /hr | 60.00 |
| 08/06/01 | RWM | Review fax; review fax; conference **with** Joe Magri. | .50 **hrs** | 300 /hr | 150.00 |

ROBERT W. MERKLE                              13.30 hrs
Aaron Proulx                                   6.20 hrs
Aaron Proulx                                   2.80 hrs

Total fees for this matter        22.30  hrs    4,270.00

## COST INCURRED

| Date | Description | Amount |
|---|---|---|
| 07/20/01 | Cost of courier service for **delivery of** documents to Federal Courthouse by Sonic **Courier**, Inc. (Inv. #206947) | 10.14 |
| 07/20/01 | Facsimile Charges. | 9.00 |
| 07/20/01 | Postage Charges. | 1.36 |
| 07/23/01 | Secretarial overtime for Susan **McGregor** - emergency motion for protective **order.** | 16.22 |
| 07/23/01 | Cost of courier service for **delivery of** documents to Federal Courthouse by Sonic **Courier**, Inc. (Inv. #207370) | 13.14 |
| 07/23/01 | Facsimile Charges. | 28.00 |
| 07/23/01 | Postage Charges. | 1.36 |

```
Caberta, Ursula                                              PAGE   3
Bill number       0775-00001-003 RWM
```

| Date | Description | Amount |
|---|---|---|
| 07/24/01 | Secretarial overtime for Susan **McGreg**or - memo on foreign depositions. | 21.63 |
| 07/24/01 | Facsimile Charges. | 101.00 |
| 07/25/01 | Photocopy charges from from **IKON Office** Solutions for court records. | 78.40 |
| 07/31/01 | Photocopy Charges. | 79.25 |
| 07/31/01 | Facsimile Charges. | 6.00 |

```
                                      ------------
             Total cost for this matter    $      365.50
```

BILLING SUMMARY

```
             TOTAL FEES FOR THIS PERIOD    22.30  hrs   4,270.00

             TOTAL COST FOR THIS PERIOD         $       365.50
                                                   ------------
             TOTAL CHARGES FOR THIS PERIOD      $     4,635.50
```

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

September 15, 2001

Billed through 08/31/01

Bill number        0775-00001-005 RWM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | |
|---|---|---|
| Balance forward as of bill number 003 dated 08/07/01 | $ | 4,635.50 |
| Payments received, Thank You.      (last payment 08/15/01) | $ | 4,635.50 |
| | | ------------ |
| Net balance forward | $ | .00 |

PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/01 | WAM | Conference with Robert Merkle. | .30 hrs | 250 /hr | 75.00 |
| 07/25/01 | WAM | Conference with Robert Merkle; telephone conference with Robert Merkle and representative in Germany. | .40 hrs | 250 /hr | 100.00 |
| 08/07/01 | RWM | Prepare letter; telephone conference with Hintze. | .40 hrs | 300 /hr | 120.00 |
| 08/14/01 | RWM | Telephone conference with Joe Magri. | .10 hrs | 300 /hr | 30.00 |
| 08/15/01 | AM | *Redacted* | .20 hrs | 35 /hr | 7.00 |
| 08/16/01 | RWM | Telephone call to Merrit, left message. | .10 hrs | 300 /hr | 30.00 |
| 08/17/01 | RWM | Telephone conference with client. | .20 hrs | 300 /hr | 60.00 |
| 08/20/01 | RWM | Conference with Ward Meythaler; telephone conference with John Merret; prepare new contract; prepare correspondence. | 1.10 hrs | 300 /hr | 330.00 |
| 08/21/01 | RWM | Review order; conference with Susan; conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 08/21/01 | WAM | Conference with Robert Merkle; review file. | 2.10 hrs | 250 /hr | 525.00 |
| 08/22/01 | RWM | Conference with Ward Meythaler and Susan. | .30 hrs | 300 /hr | 90.00 |



Caberta, Ursula                                                      PAGE  2
Bill number        0775-00001-005 RWM

08/22/01 RWM   Telephone conference with client.
                                    .10 hrs  300 /hr          30.00
08/24/01 RWM   Conference with Susan.  .10 hrs    0 /hr      N/C
08/24/01 RWM   Review order; telephone conference with Ward
               Meythaler; conference with Susan.
                                    .40 hrs  300 /hr         120.00
08/27/01 RWM   Conference with Ward Meythaler.
                                    .40 hrs  300 /hr         120.00
08/29/01 RWM   Conference with Ward Meythaler; review fax.
                                    .30 hrs  300 /hr          90.00
08/29/01 RWM   Review draft motion.   .20 hrs  300 /hr        60.00
08/29/01 WAM   Conference with Robert Merkle; calls to Mr.
               Merrett; work on motion to dismiss; review file
               and affidavits.      3.70 hrs  250 /hr        925.00
08/30/01 RWM   Review deposition; conference with Ward
               Meythaler.           1.80 hrs  300 /hr        540.00
08/30/01 WAM   Telephone conference with Mr. Merrett; conference
               with Robert Merkle; work on motion to dismiss;
               review case law re scientology.
                                    5.90 hrs  250 /hr       1,475.00
08/31/01 RWM   Review and revise motion.  .60 hrs  300 /hr    180.00
08/31/01 WAM   Work on motion to dismiss; conference with Robert
               Merkle; complete, serve and file motion to
               dismiss; call re messenger.  4.90 hrs  250 /hr 1,225.00


               ROBERT W. MERKLE                              .10 hrs
               Angela Merkle                                 .20 hrs
               ROBERT W. MERKLE                             6.20 hrs
               WARD A. MEYTHALER                           17.30 hrs

               Total fees for this matter       23.80  hrs  6,192.00


COST INCURRED

07/26/01       Cost of courier service for delivery of documents
               from Ikon to Merkle & Magri, P.A. by Florida
               Courier Express.  (Inv. #125883)              14.40
08/01/01       West Law Computer Research for the month of July,
               2001.                                         77.66
08/07/01       Facsimile Charges                              6.00
08/20/01       Facsimile Charges                              7.00
08/22/01       Cost of deposition transcript paid to Marten
               Walsh Cherer Limited.  (Check #20177)        286.97
08/22/01       Cost of Federal Express overnight delivery of
               documents to Akina Tennyson, Surrey UK.  (Inv.
               #5-917-16296)                                 27.56
08/22/01       Facsimile Charges                              2.00
08/23/01       Cost of Federal Express overnight delivery of
               documents to Merkle & Magri, P.A. from G.
               Williams, London, England.  (Inv. #5-917-16296)  78.13
08/23/01       Cost of overnight delivery of documents to Robert
               Merkle from J. Wittis, Jacksonville, Florida by
               Federal Express.  (Inv. #5-917-24349)         40.82

Caberta, Ursula                                              PAGE  3
Bill number        0775-00001-005 RWM

08/31/01     Photocopy Charges for the month of August 2001.        365.50
                                                          ------------
             Total cost for this matter           $         906.04

BILLING SUMMARY

             TOTAL FEES FOR THIS PERIOD     23.80  hrs    6,192.00

             TOTAL COST FOR THIS PERIOD         $          906.04
                                                          ------------
             TOTAL CHARGES FOR THIS PERIOD      $        7,098.04
                                                          ------------
             AMOUNT DUE - PLEASE PAY THIS AMOUNT $        7,098.04

MERKLE & MAGRI, **P.A.**
5510 West LaSalle **Street**
Tampa, Florida  33607

(813) 281-9000  or (727) **441**-2699

October 19, 2001

Billed through 09/**30**/01

Bill number      0775-**00001-007** RWM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | | |
|---|---|---|---|
| Balance forward as of bill number 005 dated **09/15/01** | $ | 7,098.04 | |
| Payments received, Thank You.   (last payment **09**/28/01) | $ | 7,098.04 | |
| Net balance forward | $ | .00 | |

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/01 | RWM | Conference with Ward Meythaler; **prepare** letter. | .30 **hrs** | 300 /hr | 90.00 |
| 09/04/01 | WAM | Conference with Robert Merkle; **telep**hone conference with Mr. Moran; telephone conference with process server; prepare, **file and** serve motion to file motion one day **late**. | 2.00 hrs | 250 /hr | 500.00 |
| 09/04/01 | WAM | Review file. | .60 hrs | 250 /hr | 150.00 |
| 09/07/01 | RWM | Review letter; telephone conference with Ward Meythaler. | .30 hrs | 300 /hr | 90.00 |
| 09/10/01 | RWM | Conferences with Ward Meythaler. | .50 hrs | 300 /hr | 150.00 |
| 09/17/01 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 09/18/01 | RWM | Review fax. | .10 hrs | 300 /hr | 30.00 |
| 09/18/01 | WAM | Interoffice conferences; check **docket**. | .20 hrs | 250 /hr | 50.00 |
| 09/19/01 | RWM | Conference with Ward Meythaler; **review** order. | .30 hrs | 300 /hr | 90.00 |
| 09/19/01 | RWM | Review motion. | .20 hrs | 300 /hr | 60.00 |
| 09/19/01 | WAM | Review fax; review order; fax to **Mr.** Merrett. | .40 hrs | 250 /hr | 100.00 |
| 09/20/01 | RWM | Review motion. | .20 hrs | 300 /hr | 60.00 |
| 09/20/01 | RWM | Conference with Ward Meythaler. | .20 **hrs** | 300 /hr | 60.00 |



Caberta, Ursula                                                  PAGE  2
Bill number        0775-00001-007 RWM

09/20/01 GJR   Retrieve files from Federal courthouse.
                                   .50 hrs  100 /hr          50.00
09/20/01 WAM   Work on response to plaintiff's motion to suspend
               time; work on motion to strike.
                                  1.80 hrs  250 /hr         450.00
09/21/01 RWM   Review motion.      .20 hrs  300 /hr          60.00
09/21/01 WAM   Complete and file response to motion to suspend
               time and motion to strike. 2.20 hrs  250 /hr  550.00
09/25/01 WAM   Review research for motion to strike.
                                   .10 hrs  250 /hr          25.00
09/27/01 WAM   Review motion to compel; work on response.
                                  3.40 hrs  250 /hr         850.00
09/28/01 RWM   Conference with Ward Meythaler.
                                   .10 hrs  300 /hr          30.00
09/28/01 WAM   Review orders; work on response to motion to
               compel; review deposition in federal case.
                                  4.00 hrs  250 /hr       1,000.00


               ROBERT W. MERKLE                           2.60 hrs
               WARD A. MEYTHALER                          14.70 hrs
               GERARD J. ROBLE                             .50 hrs

               Total fees for this matter    17.80  hrs   4,505.00

COST INCURRED

08/31/01       Postage Charges                                .68
09/01/01       Long distance charges for the month of August
               2001.                                         7.14
09/06/01       Cost of overnight delivery of documents to John
               Merrett, Jacksonville, Florida by Federal
               Express.  (Inv. #5-964-41212)                27.96
09/13/01       Photocopy charges from The Presentation Group.
               (Inv. #41157)                               107.21
09/15/01       Facsimile Charges                             4.00
09/15/01       Postage Charges                                .80
09/16/01       Postage Charges                               1.65
09/18/01       Photocopy charges from Ikon Office Solutions.
               (Inv. #L09121342)                           115.34
09/20/01       Cost of overnight delivery of documents to Ursula
               Caberta, Hamburg, Germany by Federal Express.
               (Inv. #5-964-62652)                          62.14
09/21/01       Cost of courier service for delivery of documents
               to U.S. District Court, Tampa by Florida Courier
               Express.  (Inv. #126267)                      14.40
09/28/01       Wire fee charged by Dresdner Bank on funds in the
               amount of $7,098.04 wired to Merkle & Magri Trust
               Account.                                      15.00
09/30/01       Photocopy Charges for the month of September,
               2001.                                        294.75
09/30/01       Cost of transcript of deposition of Ursula
               Caberta by Dandar & Dandar, P.A.              35.00
                                                        - - - - - - - - - -
               Total cost for this matter    $              686.07

Caberta, Ursula                                                          PAGE  3
Bill number        0775-00001-007 RWM

BILLING SUMMARY

            TOTAL FEES FOR THIS PERIOD        17.80  hrs    4,505.00

            TOTAL COST FOR THIS PERIOD               $        686.07
                                                          ------------
            TOTAL CHARGES FOR THIS PERIOD            $      5,191.07
                                                          ------------
            AMOUNT DUE - PLEASE PAY THIS AMOUNT      $      5,191.07

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida 33607

(813) 281-9000  or (727) 441-2699

November 21, 2001

Billed  10/01/01-10/31/01

Bill number        0775-00001-009 RWM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | | |
|---|---|---|---|
| Balance forward as of bill number 007 dated 10/19/01 | $ | 5,191.07 |
| Payments received, Thank You.    (last payment 11/02/01) | $ | 5,191.07 |
| | | ------------ |
| Net balance forward | $ | .00 |

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | | |
|---|---|---|---|---|
| 10/01/01 | RWM | Conference with Ward Meythaler. **.10 hrs** 300 /hr | | 30.00 |
| 10/01/01 | WAM | Work on response to motion to compel; review deposition in state case; fax to Ms. Caberta. **4.10 hrs** 250 /hr | | 1,025.00 |
| 10/02/01 | RWM | Conference with Ward Meythaler; telephone conference with client, et al. **1.20 hrs** 300 /hr | | 360.00 |
| 10/02/01 | WAM | Work on response to motion to compel;; review pleadings; telephone conference re case. **6.90 hrs** 250 /hr | | 1,725.00 |
| 10/03/01 | RWM | Conference with Ward Meythaler; review and revise motion. **.40 hrs** 300 /hr | | 120.00 |
| 10/03/01 | WAM | Complete and file rsponse to Plaintiff's motion to compel. **6.70 hrs** 250 /hr | | 1,675.00 |
| 10/05/01 | WAM | Letter to Ms. Caberta; telephone conference re case. **.30 hrs** 250 /hr | | 75.00 |
| 10/09/01 | WAM | Telephone conference with Mr. Moxon; conference with Robert Merkle. **.20 hrs** 250 /hr | | 50.00 |
| 10/10/01 | WAM | Telephone conference with Mr. Moxon re expert stipulation and his request to file reply brief. **.20 hrs** 250 /hr | | 50.00 |
| 10/11/01 | RWM | Conference with Dot Bunger. **.10 hrs** 300 /hr | | 30.00 |
| 10/12/01 | WAM | Review reply brief and motion to file reply brief. **1.00 hrs** 250 /hr | | 250.00 |

(10)

Caberta, Ursula                                            PAGE  2
Bill number        0775-00001-009 RWM

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 10/18/01 | WAM | Review order; prepare for argument. | | | |
| | | | .20 hrs | 250 /hr | 50.00 |
| 10/19/01 | RWM | Review motion. | .10 hrs | 300 /hr | 30.00 |
| 10/19/01 | WAM | Telephone conference with Ms. Caberta; review pleadings; review fax; conference with Robert Merkle; prepare and file response to motion to file reply brief. | 3.10 hrs | 250 /hr | 775.00 |
| 10/20/01 | WAM | Fax to Ms. Caberta; prepare for hearing. | | | |
| | | | 1.00 hrs | 250 /hr | 250.00 |
| 10/21/01 | WAM | Prepare for hearing. | 1.50 hrs | 250 /hr | 375.00 |
| 10/22/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .20 hrs | 300 /hr | 60.00 |
| 10/22/01 | WAM | Telephone conference with Ms. Caberta and Mr. Hintze; telephone conference with Mr. Merrett; prepare for hearing; review pleadings; conference with Robert Merkle. | 3.30 hrs | 250 /hr | 825.00 |
| 10/23/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .20 hrs | 300 /hr | 60.00 |
| 10/23/01 | WAM | Fax to Ms. Caberta; telephone conferences with Ms. Caberta, Mr. Hintze and Mr. Merrett; conference with Robert Merkle; prepare for hearing. | 6.40 hrs | 250 /hr | 1,600.00 |
| 10/24/01 | WAM | Prepare for and attend hearing on motion to compel; conference with Mr. Merrett; conference re hearing. | 5.20 hrs | 250 /hr | 1,300.00 |
| 10/25/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 10/25/01 | WAM | Review faxes from Mr. Moxon; letter to Ms. Caberta; conference with Robert Merkle; call to Judge Jenkins' assistant; review transcript. | 1.80 hrs | 250 /hr | 450.00 |
| 10/26/01 | RWM | Conference with Ward Meythaler; review letter. | | | |
| | | | .20 hrs | 300 /hr | 60.00 |
| 10/26/01 | WAM | Telephone conference with clients in Germany; telephone conference with Mr. Moxon; faxes to and from Mr. Moxon; conference with Robert Merkle; research re recusal; work on motion to recuse; research re appeal of magistrate's orders. | 3.30 hrs | 250 /hr | 825.00 |
| 10/29/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 10/29/01 | WAM | Telephone conference with Ms. Caberta and Mr. Hintze; telephone conference re case; work on motion to recuse; legal research re recusal; letter to Ms. Caberta. | 3.00 hrs | 250 /hr | 750.00 |
| 10/30/01 | WAM | Work on motion to recuse; legal research re recusal of court; telephone conference with Ms. Caberta; call to Mr. Moxon's office; letter to Mr. Moxon; telephone conference with client; call to client's clerk. | 4.00 hrs | 250 /hr | 1,000.00 |

Caberta, Ursula                                                      PAGE  3
Bill number        0775-00001-009 RWM

| Date | | Description | | |
|---|---|---|---|---|
| 10/31/01 | RWM | Review motion.                     .20 **hrs**  300 /hr | | 60.00 |
| 10/31/01 | WAM | Review motion to vacate case **management** order; research re recusal; complete **and file** motion to recuse; telephone conference with **Mr.** Moxon; conference with Robert Merkle. | | |
| | | **2.80 hrs**  250 /hr | | 700.00 |

ROBERT W. MERKLE                                         3.00 hrs
WARD A. MEYTHALER                                       55.00 hrs

Total fees for this matter            58.00   hrs    14,650.00

COST INCURRED

| 10/01/01 | Facsimile Charges | 1.00 |
|---|---|---|
| 10/03/01 | Facsimile Charges | 28.00 |
| 10/18/01 | Facsimile Charges | 2.00 |
| 10/19/01 | Cost of courier service for **delivery** of documents to K. Moxon, Clearwater, Florida **by F**lorida Courier Express, Inc.  (Inv. **#126463**) | 21.60 |
| 10/19/01 | Cost of courier service for **delivery** of documents to Federal Courthouse by Florida **Courier** Express, Inc. (Inv. **#126463**) | 14.40 |
| 10/19/01 | Cost of courier service for **delivery** of documents to F. Pope, Attorney, by Florida **Courier** Express, Inc. (Inv. **#126463**) | 15.00 |
| 10/24/01 | Travel cost for Ward Meythaler **to att**end hearing. | 7.21 |
| 10/25/01 | Facsimile Charges | 3.00 |
| 10/26/01 | Facsimile Charges | 3.00 |
| 10/26/01 | Postage Charges | .35 |
| 10/27/01 | Facsimile Charges | 3.00 |
| 10/28/01 | Facsimile Charges | 2.00 |
| 10/29/01 | Postage Charges | 1.10 |
| 10/31/01 | Cost of transcript of hearing **10/24/01** from Dennis Miracle. | 37.50 |
| 10/31/01 | Long distance charges for the **month of** September, 2001. | 1.57 |
| 10/31/01 | Photocopy Charges for the month **of Oct**ober, 2001. | 88.25 |
| 10/31/01 | West Law Computer Research for **the mo**nth of October, 2001. | 17.77 |
| 10/31/01 | Cost of courier service for **delivery** of documents to Federal Courthouse by Florida **Courier** Express, Inc.  (Inv. **#126463**) | 8.00 |
| 10/31/01 | Wire transfer fee from Dresdner **Bank.** | 15.00 |

                                                    ------------
Total cost for this matter          $       269.75

BILLING SUMMARY


TOTAL FEES FOR THIS PERIOD         58.00   hrs    14,650.00

(12)

Caberta, Ursula                                               PAGE   4
Bill number        0775-00001-009 RWM

                TOTAL COST FOR THIS PERIOD            $        269.75
                                                          ------------
                TOTAL CHARGES FOR THIS PERIOD         $     14,919.75
                                                          ------------
                AMOUNT DUE - PLEASE PAY THIS **AMOUNT**  $     14,919.75

13

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

December 14, 2001

Billed through 12/14/01

Bill number        0775-00001-011 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 009 dated 11/21/01          $      14,919.75

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/01 | RWM | Review motion. | .10 hrs | 300 /hr | 30.00 |
| 11/01/01 | WAM | Review transcript of hearing; prepare and file supplement to motion to recuse and response to motion to vacate case management order; conference with Robert Merkle. | 3.00 hrs | 250 /hr | 750.00 |
| 11/04/01 | WAM | Review law re recusal. | .30 hrs | 250 /hr | 75.00 |
| 11/06/01 | WAM | Review order. | .10 hrs | 250 /hr | 25.00 |
| 11/08/01 | WAM | Review fax. | .10 hrs | 250 /hr | 25.00 |
| 11/09/01 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 11/12/01 | GJR | Research. | 1.50 hrs | 100 /hr | 150.00 |
| 11/12/01 | WAM | Review order and notice of deposition. | .30 hrs | 250 /hr | 75.00 |
| 11/13/01 | WAM | Review memorandum in response to motion to recuse; review faxes; telephone conference with Mr. Ziegler; letter to Ms. Caberta. | 1.00 hrs | 250 /hr | 250.00 |
| 11/16/01 | WAM | Interoffice conference re orders; review fax. | .30 hrs | 250 /hr | 75.00 |
| 11/19/01 | RWM | Telephone conference with Ward Meythaler; conference with Susan. | .10 hrs | 300 /hr | 30.00 |
| 11/19/01 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 11/19/01 | RWM | Telephone conference with client; conference with Ward Meythaler. | .30 hrs | 300 /hr | 90.00 |
| 11/19/01 | WAM | Review fax; conference with Robert Merkle; fax to Ms. Caberta; conference with Robert Merkle; telephone conference with Ms. Caberta. | .70 hrs | 250 /hr | 175.00 |

Caberta, Ursula                                                    PAGE  2
Bill number        0775-00001-011 WAM

| Date | Init | Description | | | Amount |
|------|------|-------------|---|---|--------|
| 11/20/01 | WAM | Review orders; review fax; letter and fax to Ms. Caberta; conference with Robert Merkle. | 1.00 hrs | 250 /hr | 250.00 |
| 11/21/01 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 11/21/01 | WAM | Telephone conference with Ms. Caberta; review fax. | .70 hrs | 250 /hr | 175.00 |
| 11/22/01 | WAM | Review orders; telephone conference with Ms. Caberta. | 1.00 hrs | 250 /hr | 250.00 |
| 11/26/01 | GJR | Research two issues. | 2.50 hrs | 100 /hr | 250.00 |
| 11/26/01 | WAM | Review fax from Ms. Caberta; telephone conference with Mr. Moxon; telephone conference with Ms. Caberta; review Moxon fax; fax to Ms. Caberta; review documents requested. | 1.40 hrs | 250 /hr | 350.00 |
| 11/27/01 | GJR | Conference with Ward Meythaler. | .10 hrs | 100 /hr | 10.00 |
| 11/27/01 | WAM | Call re documents requested; letter to Mr. Moxon. | .50 hrs | 250 /hr | 125.00 |
| 11/28/01 | WAM | Fax from Mr. Moxon; telephone conference with Ms. Caberta. | .40 hrs | 250 /hr | 100.00 |
| 11/29/01 | RWM | Conference with Ward Meythaler; telephone conference with client; telephone conference with German counsel. | .50 hrs | 300 /hr | 150.00 |
| 11/29/01 | WAM | Telephone conference with Ms. Caberta and Mr. Ziegeler; conference with Robert Merkle; review documents request. | 1.00 hrs | 250 /hr | 250.00 |
| 11/30/01 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 11/30/01 | WAM | Review fax from Mr. Moxon; letter to Mr. Moxon; conference with Robert Merkle. | .80 hrs | 250 /hr | 200.00 |

|  |  |
|--|--|
| ROBERT W. MERKLE | 1.80 hrs |
| WARD A. MEYTHALER | 12.60 hrs |
| GERARD J. ROBLE | 4.10 hrs |

| Total fees for this matter | 18.50  hrs | 4,100.00 |
|----------------------------|------------|----------|

## COST INCURRED

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/01 | Long distance charges for the month of October, 2001. | 2.57 |
| 11/19/01 | Facsimile Charges | 1.00 |
| 11/20/01 | Facsimile Charges | 2.00 |
| 11/20/01 | Cost of overnight delivery of documents to Ursula Caberta, Hamburg, Germany by Federal Express 11/20/01. (Inv. #401322861) | 27.30 |
| 11/26/01 | Facsimile Charges | 8.00 |
| 11/27/01 | Postage Charges | .34 |
| 11/30/01 | Photocopy Charges for the month of November, 2001. | 82.50 |
| 11/30/01 | West Law Computer Research for the month of November 2001. | 39.35 |

| Total cost for this matter | $ | 163.06 |
|----------------------------|---|--------|

15

Caberta, Ursula                                              PAGE  3
Bill number        0775-00001-011 WAM

BILLING SUMMARY

          TOTAL FEES FOR THIS PERIOD        18.50  hrs      4,100.00

          TOTAL COST FOR THIS PERIOD               $          163.06
                                                       -------------
          TOTAL CHARGES FOR THIS PERIOD            $        4,263.06

          PLUS PAST DUE BALANCE                    $       14,919.75
                                                       -------------
          AMOUNT DUE - PLEASE PAY THIS AMOUNT      $       19,182.81

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

January 22, 2002

Billed through 12/31/01

Bill number        0775-00001-013 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


| | | |
|---|---|---|
| Balance forward as of bill number 011 dated 12/14/01 | $ | 19,182.81 |
| Payments received, Thank You.    (last payment 12/24/01) | $ | 14,904.75 |
| Net balance forward | $ | 4,278.06 |

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 12/03/01 WAM | Fax from Mr. Moxon; fax to Mr. Moxon. | | | |
| | | .20 hrs | 250 /hr | 50.00 |
| 12/04/01 WAM | Study letter re costs; letter to Mr. Moxon; work on objections to Magistrate's orders. | | | |
| | | 5.60 hrs | 250 /hr | 1,400.00 |
| 12/05/01 RWM | Conference with Ward Meythaler. | | | |
| | | .20 hrs | 300 /hr | 60.00 |
| 12/05/01 WAM | Telephone conference with Ms. Caberta; telephone conference with *redacted* letter to Ms. Caberta; work on objections to Magistrate's orders. | | | |
| | | 7.00 hrs | 250 /hr | 1,750.00 |
| 12/06/01 RWM | Conference with Ward Meythaler. | | | |
| | | .20 hrs | 300 /hr | 60.00 |
| 12/06/01 WAM | Complete and file objections to Magistrate's orders on motions to compel and to recuse; letter to Mr. Moxon with discovery documents; review discovery documents; letter to Deputy Marshal Lee; review fax from Mr. Moxon. | | | |
| | | 6.40 hrs | 250 /hr | 1,600.00 |
| 12/07/01 RWM | Conference with Ward Meythaler. | | | |
| | | .10 hrs | 300 /hr | 30.00 |
| 12/07/01 WAM | Telelphone calls from Mr. Hintze; review fax; telephone conference with secretary re responding to Mr. Moxon; letter to Mr. Moxon with discovery documents. | | | |
| | | 1.00 hrs | 250 /hr | 250.00 |

Caberta, Ursula                                                    PAGE   2
Bill number          0775-00001-013 **WAM**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/01 | RWM | Conference with Ward Meythaler; **review** note. | | | |
| | | | .20 **hrs** | 300 /hr | 60.00 |
| 12/10/01 | WAM | Conference with secretary to call **Mr.** Moxon; telephone conference with Ms. **Caberta** and Magistrate's clerk; letters to **Mr. Moxon**; work on notice of protest and motion to **continue** deposition; fax from Mr. Moxon; **confer**ence with Robert Merkle; review fax from **German** Consulate. | | | |
| | | | 2.40 **hrs** | 250 /hr | 600.00 |
| 12/11/01 | RWM | Review pleadings. | .10 **hrs** | 300 /hr | 30.00 |
| 12/11/01 | WAM | Review fax from Mr. Moxon; fax to **Mr.** Moxon; complete and file notice of **protest and** motion to continue deposition; telephone **confer**ence with Mr. Moxon; review fax from Ms. **Caberta.** | | | |
| | | | 2.00 **hrs** | 250 /hr | 500.00 |
| 12/13/01 | WAM | Telephone conference with Ms. **Caberta;** status report to Ms. Caberta. | 1.10 **hrs** | 250 /hr | 275.00 |
| 12/14/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 **hrs** | 300 /hr | 30.00 |
| 12/14/01 | WAM | Check on filing of Note Verbale; **"refile"** Note; letter to Mr. Moxon; letter to **German** Embassy; obtain documents for Embassy. | | | |
| | | | 3.00 **hrs** | 250 /hr | 750.00 |
| 12/19/01 | WAM | Work on response to Mr. Moxon's **affida**vit; research re fee petitions. | 4.80 **hrs** | 250 /hr | 1,200.00 |
| 12/20/01 | WAM | Research re Mr. Moxon's affidavit; **work** on response to Mr. Moxon's fee petition; interoffice conference. | 3.00 **hrs** | 250 /hr | 750.00 |
| 12/21/01 | RWM | Conference with Ward Meythaler. | | | |
| | | | .20 **hrs** | 300 /hr | 60.00 |
| 12/21/01 | WAM | Complete and file response to **Mr. Moxon's** fee petition; review fax. | 4.50 **hrs** | 250 /hr | 1,125.00 |

|  |  |
|---|---|
| ROBERT W. MERKLE | 1.10 hrs |
| WARD A. MEYTHALER | 41.00 hrs |
| Total fees for this matter    42.10  hrs | 10,580.00 |

COST INCURRED

| 12/04/01 | Facsimile Charges | 2.00 |
|---|---|---|
| 12/04/01 | Postage Charges | .34 |
| 12/05/01 | Facsimile Charges | 2.00 |
| 12/06/01 | Facsimile Charges | 3.00 |
| 12/06/01 | Postage Charges | .34 |
| 12/06/01 | Cost of courier service for **deliver**y of documents to Moxon & Kobrin, Clearwater, **Florida** by Roadrunner Courier Service.  (Inv. **#**45887) | 20.60 |
| 12/07/01 | Cost of courier service for **deliver**y of documents to Moxon & Kobrin, Clearwater, **Florida** by Roadrunner Courier Service.  (Inv. **#**45887) | 20.60 |
| 12/10/01 | Facsimile Charges | 2.00 |

Caberta, Ursula                                                    PAGE  3
Bill number        0775-00001-013 WAM

| Date | Description | Amount |
|------|-------------|-------:|
| 12/10/01 | Postage Charges | .34 |
| 12/10/01 | Postage Charges | .34 |
| 12/10/01 | Facsimile Charges | 2.00 |
| 12/11/01 | Facsimile Charges | 4.00 |
| 12/11/01 | Postage Charges | .34 |
| 12/11/01 | Facsimile Charges | 4.00 |
| 12/11/01 | Facsimile Charges | 5.00 |
| 12/11/01 | Cost of courier service for delivery of documents to U.S. District Court, Tampa, Florida by Roadrunner Courier Service.  (Inv. #46041) | 8.24 |
| 12/13/01 | Facsimile Charges | 3.00 |
| 12/13/01 | Cost of overnight delivery of documents to Ms. Caberta, Hamburg, Germany by Federal Express. (Inv. #4-060-53908) | 36.72 |
| 12/14/01 | Facsimile Charges | 2.00 |
| 12/14/01 | Postage Charges | .34 |
| 12/14/01 | Postage Charges | .34 |
| 12/14/01 | Cost of overnight delivery of documents to Mr. German, Washington, D.C. by Federal Express. (Inv. #4-060-63742) | 26.27 |
| 12/14/01 | Cost of courier service for delivery of documents to U.S. District Court, Tampa, Florida by Roadrunner Courier Service.  (Inv. #46041) | 10.30 |
| 12/17/01 | Reimbursement to Ward Meythaler for long distance calls made from home telephone. | 15.44 |
| 12/18/01 | West Law Computer Research for the month of December 2001. | 57.83 |
| 12/21/01 | Postage Charges | .91 |
| 12/21/01 | Cost of courier service for delivery of documents to U.S. District Court, Tampa, Florida by Roadrunner Courier Service.  (Inv. #46280) | 8.24 |
| 12/31/01 | Photocopy Charges for the month of December 2001. | 232.50 |
| 12/31/01 | Long distance charges for the month of November 2001. | 1.16 |
| 12/31/01 | Cost of courier service for delivery of documents to Federal courthouse, Tampa, Florida by Florida Courier Express, Inc. 11/01/01 (Inv. #126650) | 14.40 |

```
                                                         ------------
         Total cost for this matter          $            484.59
```

BILLING SUMMARY

```
         TOTAL FEES FOR THIS PERIOD       42.10  hrs   10,580.00

         TOTAL COST FOR THIS PERIOD          $            484.59
                                                      ------------
         TOTAL CHARGES FOR THIS PERIOD       $         11,064.59

         PLUS PAST DUE BALANCE               $          4,278.06
                                                      ------------
         AMOUNT DUE - PLEASE PAY THIS AMOUNT  $        15,342.65
```

(19)

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

February 26, 2002

Billed through 01/31/02

Bill number        0775-00001-014 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


Balance forward as of bill number 013 dated 01/22/02    $    15,342.65
Payments received, Thank You.   (last payment 01/16/02) $     4,248.06
                                                             ------------
Net balance forward                                     $    11,094.59

PROFESSIONAL SERVICES RENDERED

| Date | Attorney | Description | | | Amount |
|---|---|---|---|---|---|
| 01/08/02 | WAM | Telephone conference with Ms. Teel; review file. | .20 hrs | 250 /hr | 50.00 |
| 01/09/02 | WAM | Obtain materials and send to state department. | 1.70 hrs | 250 /hr | 425.00 |
| 01/10/02 | RWM | Conference with Ward Meythaler. | .10 hrs | 300 /hr | 30.00 |
| 01/16/02 | WAM | Call to Mr. Zitek's office; call to Mr. Moxon's office; review file. | .30 hrs | 250 /hr | 75.00 |
| 01/17/02 | WAM | Call to Mr. Moxon's office re motion. | .10 hrs | 250 /hr | 25.00 |
| 01/24/02 | WAM | Telephone conference with Mr. Ziegeler. | .20 hrs | 250 /hr | 50.00 |
| 01/29/02 | WAM | Review order on motion to continue. | .10 hrs | 250 /hr | 25.00 |
| 01/30/02 | RWM | Conference with Ward Meythaler. | .20 hrs | 300 /hr | 60.00 |
| 01/30/02 | WAM | Review order; conference with Robert Merkle; attempt to reach Mr. Ziegeler. | .90 hrs | 250 /hr | 225.00 |
| 01/31/02 | WAM | Review fax from Mr. Moxon; letter to Ms. Caberta with copy of Magistrate's order. | 1.30 hrs | 250 /hr | 325.00 |

ROBERT W. MERKLE                                         .30 hrs
WARD A. MEYTHALER                                       4.80 hrs

Total fees for this matter          5.10  hrs        1,290.00

(20)

```
Caberta, Ursula                                          PAGE  2
Bill number        0775-00001-014 WAM
```

COST INCURRED

| Date | Description | Amount |
|---|---|---|
| 01/01/02 | Long distance charges for the month of December 2001. | 1.70 |
| 01/09/02 | Cost of overnight delivery of documents to Department of State, Washington, DC by Federal Express.  (Inv. #4-061-88218) | 30.81 |
| 01/25/02 | Facsimile Charges | 6.00 |
| 01/31/02 | Photocopy Charges for the month of January 2002. | 84.50 |
| 01/31/02 | Cost of overnight delivery of documents to client 2/1/02 by Federal Express.  (Inv. #4-110-81005) | 28.28 |
| 01/31/02 | Cost of overnight delivery of documents to client 2/5/02 by Federal Express.  (Inv. #4-110-81005) | 28.00 |

```
                                           ------------
            Total cost for this matter        $      179.29
```

BILLING SUMMARY

```
        TOTAL FEES FOR THIS PERIOD      5.10  hrs    1,290.00

        TOTAL COST FOR THIS PERIOD            $       179.29
                                              ------------
        TOTAL CHARGES FOR THIS PERIOD         $     1,469.29

        PLUS PAST DUE BALANCE                 $    11,094.59
                                              ------------
        AMOUNT DUE - PLEASE PAY THIS AMOUNT   $    12,563.88
```

21

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

March 22, 2002

Billed  02/01/02-02/28/02

Bill number      0775-00001-017 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | |
|---|---|---|
| Balance forward as of bill number 014 dated 02/26/02 | $ | 12,563.88 |
| Payments received, Thank You.   (last payment 03/21/02) | $ | 12,533.88 |
| Net balance forward | $ | 30.00 |

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/01/02 RWM | Conference with Ward Meythaler. | .10 hrs | 300 /hr | 30.00 |
| 02/01/02 WAM | Review order on fees; review fax from Mr. Moxon. | .30 hrs | 250 /hr | 75.00 |
| 02/04/02 WAM | Review court's order re appeal of magistrate's orders; review notice of State Department's refusal to intervene; letter to Ms. Caberta; telephone conference with Mr. Ziegeler; fax to Mr. Ziegeler. | 1.00 hrs | 250 /hr | 250.00 |
| 02/07/02 WAM | Work on appeal of court's order re fees. | 2.00 hrs | 250 /hr | 500.00 |
| 02/08/02 WAM | Letter to Ms. Caberta; work on objection to Magistrate's order re fees; research re proof in support of fees. | 2.00 hrs | 250 /hr | 500.00 |
| 02/09/02 WAM | Review message from   redacted | .10 hrs | 250 /hr | N/C |
| 02/11/02 WAM | Work on appeal of Magistrate's order regarding fee determination; telephone conference with Ms. Caberta; telephone conference with Mr. Moxon; conference with Robert Merkle; draft memo to file; attempt to reach Mr. Ziegeler; letter to Ms. Caberta. | 2.00 hrs | 250 /hr | 500.00 |
| 02/12/02 RWM | Conference with Ward Meythaler. | .10 hrs | 300 /hr | 30.00 |
| 02/12/02 WAM | Complete and file defendant's objection to Magistrate's fee determination; telephone conference with Mr. Ziegeler; prepare memos to file. | 2.30 hrs | 250 /hr | 575.00 |

22

Caberta, Ursula                                                    PAGE  2
Bill number        0775-00001-017 WAM

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 02/14/02 | WAM | Revise memos to file. | .30 hrs | 250 /hr | 75.00 |
| 02/15/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .20 hrs | 300 /hr | 60.00 |
| 02/15/02 | WAM | Review fax; telephone conference with Ms. Caberta; letter to Mr. Moxon; conference with Robert Merkle. | .80 hrs | 250 /hr | 200.00 |
| 02/19/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 02/19/02 | WAM | Letter to Ms. Caberta. | .40 hrs | 250 /hr | 100.00 |
| 02/22/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 02/22/02 | WAM | Review faxes; prepare and file notice of inability to appear; letters to Ms. Caberta; telephone conference with Mr. Hintze, Mr. Ziegeler and Mr. Fulmitch. | 2.10 hrs | 250 /hr | 525.00 |
| 02/25/02 | WAM | Telephone conference with Ms. Caberta and Mr. Fulmitch; review fax. | .30 hrs | 250 /hr | 75.00 |
| 02/26/02 | WAM | Review plaintiff's response to appeal of Magistrate's order; review fax. | .40 hrs | 250 /hr | 100.00 |
| 02/28/02 | WAM | Telephone conference with Mr. Moxon; consider requested relief. | .20 hrs | 250 /hr | 50.00 |

                   ROBERT W. MERKLE                           .70 hrs
                   WARD A. MEYTHALER                         14.20 hrs

                   Total fees for this matter      14.90   hrs    3,735.00

COST INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/04/02 | Facsimile Charges | 13.00 |
| 02/04/02 | Photocopy Charges. | 11.25 |
| 02/08/02 | Facsimile Charges | 2.00 |
| 02/08/02 | Postage Charges | .80 |
| 02/11/02 | Postage Charges | .80 |
| 02/11/02 | Photocopy Charges. | .75 |
| 02/12/02 | Postage Charges | 1.26 |
| 02/12/02 | Cost of courier service for delivery of documents to U.S. District Court, Tampa, Florida by Roadrunner Courier Service.  (Inv. #47724) | 10.30 |
| 02/15/02 | Facsimile Charges | 2.00 |
| 02/19/02 | Facsimile Charges | 3.00 |
| 02/19/02 | Postage Charges | .80 |
| 02/21/02 | Facsimile Charges | 2.00 |
| 02/22/02 | Facsimile Charges | 2.00 |
| 02/22/02 | Facsimile Charges | 8.00 |
| 02/22/02 | Cost of courier service for delivery of documents to U.s. District Court, Tampa, Florida by Roadrunner Courier Service.  (Inv. #48056) | 8.24 |
| 02/28/02 | Photocopy Charges for the month of February 2002. | 40.25 |

23

Caberta, Ursula                                                    PAGE  3
Bill number        0775-00001-017 **WAM**

| | | |
|---|---|---|
| 02/28/02 | Cost of courier service for delivery of documents to U.S. District Court by Roadrunner Courier Service 3/5/02. (Inv. #48453) | 10.30 |
| 02/28/02 | Wire fee charged by Southern Exchange Bank 3/18/02. | 15.00 |
| 02/28/02 | Wire fee charged by Southern Exchange Bank 3/21/02. | 15.00 |
| | | ------------ |
| | Total cost for this matter          $ | 146.75 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES FOR THIS PERIOD | 14.90  hrs | 3,735.00 |
| TOTAL COST FOR THIS PERIOD | $ | 146.75 |
| | | ------------ |
| TOTAL CHARGES FOR THIS PERIOD | $ | 3,881.75 |
| PLUS PAST DUE BALANCE | $ | 30.00 |
| | | ------------ |
| AMOUNT DUE - PLEASE PAY THIS AMOUNT | $ | 3,911.75 |

24

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida 33607

(813) 281-9000  or (727) 441-2699

April 26, 2002

Billed through 03/31/02

Bill number      0775-00001-019 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 017 dated 03/22/02     $     3,911.75
Payments received, Thank You.     (last payment 04/23/02)  $     3,911.75
                                                             ------------
Net balance forward                                        $          .00

PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 03/01/02 | WAM | Telephone conference with Mr. Moxon; review proposed motion. | .30 hrs | 250 /hr | 75.00 |
| 03/05/02 | WAM | Telephone conference with Mr. Moxon; prepare and serve motion to strike request for attorney's fees. | 2.60 hrs | 250 /hr | 650.00 |
| 03/12/02 | RWM | Conference with Ward Meythaler; review letter. | .20 hrs | 300 /hr | 60.00 |
| 03/12/02 | WAM | Review plaintiff's motion; review court order; letter to Ms. Caberta; telephone conference with Mr. Ziegeler; fax to Mr. Ziegeler. | 1.00 hrs | 250 /hr | 250.00 |
| 03/19/02 | WAM | Telephone conference with Ms. Caberta. | .10 hrs | 250 /hr | 25.00 |
| 03/25/02 | WAM | Telephone conference with Mr. Moxon. | .10 hrs | 250 /hr | 25.00 |
| 03/27/02 | WAM | Review motion. | .10 hrs | 250 /hr | 25.00 |
| 03/28/02 | WAM | Review order. | .10 hrs | 250 /hr | 25.00 |

                ROBERT W. MERKLE                           .20 hrs
                WARD A. MEYTHALER                          4.30 hrs

                Total fees for this matter      4.50  hrs  1,135.00

COST INCURRED

03/03/02      Postage Charges                                   .34

(25)

Caberta, Ursula                                                PAGE  2
Bill number        0775-00001-019 WAM

```
03/12/02      Facsimile Charges                                 8.00
03/12/02      Facsimile Charges                                18.00
03/12/02      Postage Charges                                   3.20
03/31/02      Photocopy charges for the month of March 2002.   10.00
                                                          ------------
              Total cost for this matter        $           39.54
```

BILLING SUMMARY

```
              TOTAL FEES FOR THIS PERIOD        4.50  hrs    1,135.00

              TOTAL COST FOR THIS PERIOD        $           39.54
                                                          ------------
              TOTAL CHARGES FOR THIS PERIOD     $         1,174.54
                                                          ------------
              AMOUNT DUE - PLEASE PAY THIS AMOUNT $       1,174.54
```

26

**MERKLE & MAGRI, P.A.**
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

May 17, 2002

Billed through 04/30/02

Bill number      0775-00001-020 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 019 dated 04/26/02      $      1,174.54

PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | Amount |
|------|---|-------------|---|---|--------|
| 04/01/02 | WAM | Interoffice conference re hearing; handle telephone hearing; interoffice conference re hearing. | .50 hrs | 250 /hr | 125.00 |
| 04/03/02 | WAM | Review e-mail; letter to Ms. Caberta. | .30 hrs | 250 /hr | 75.00 |
| 04/04/02 | WAM | Telephone conference with Ms. Caberta; review fax. | .30 hrs | 250 /hr | 75.00 |
| 04/05/02 | WAM | Review fax. | .10 hrs | 250 /hr | 25.00 |
| 04/09/02 | WAM | Review plaintiff's brief; letter to Ms. Caberta; call to *redacted* | 1.40 hrs | 250 /hr | 350.00 |
| 04/12/02 | WAM | Telephone conference with *redacted* review part of file. | .30 hrs | 250 /hr | 75.00 |
| 04/16/02 | WAM | Consider response to cross-motion for sanctions. | .20 hrs | 250 /hr | 50.00 |
| 04/16/02 | GJR | Pull cases for Ward Meythaler. | 1.50 hrs | 100 /hr | 150.00 |
| 04/17/02 | WAM | Study cross-motion; work on response to cross-motion; review authorities. | 7.90 hrs | 250 /hr | 1,975.00 |
| 04/17/02 | GJR | Pull cases and other materials; research sanctions and summary judgment. | 1.00 hrs | 100 /hr | 100.00 |
| 04/18/02 | WAM | Work on response to cross-motion; interoffice conference re transcripts; review legal authority; review prior pleadings; review transcript. | 6.80 hrs | 250 /hr | 1,700.00 |
| 04/18/02 | GJR | Pull cases. | .10 hrs | 100 /hr | 10.00 |
| 04/19/02 | WAM | Work on response to cross-claim; telephone conference with office. | .80 hrs | 250 /hr | 200.00 |

(22)

Caberta, Ursula                                      PAGE  2
Bill number       0775-00001-020 WAM

| Date | | Description | | | | Amount |
|------|------|-------------|------|------|------|-------:|
| 04/20/02 | WAM | Work on respones to cross-motion; review authorities; review transcripts; prepare exhibits; review fax. | 10.00 hrs | 250 | /hr | 2,500.00 |
| 04/21/02 | WAM | Work on response to plaintiff's cross-claim; redraft response; research authorities; prepare exhibits. | 11.00 hrs | 250 | /hr | 2,750.00 |
| 04/22/02 | RWM | Conference with Ward Meythaler. | .10 hrs | 300 | /hr | 30.00 |
| 04/22/02 | WAM | Calls, faxes to and from translation service; complete and file response to cross-motion. | 6.20 hrs | 250 | /hr | 1,550.00 |
| 04/23/02 | RWM | Conference with Ward Meythaler. | .10 hrs | 300 | /hr | 30.00 |
| 04/23/02 | WAM | Review article, letter to Ms. Caberta and Mr. Hintze. | .30 hrs | 250 | /hr | 75.00 |
| 04/25/02 | WAM | Review fax and attached article; telephone conference with Mr. Hintze. | .30 hrs | 250 | /hr | 75.00 |
| 04/26/02 | RWM | Conference with Ward Meythaler. | .10 hrs | 300 | /hr | 30.00 |

ROBERT W. MERKLE                    .30 hrs
WARD A. MEYTHALER            46.40 hrs
GERARD J. ROBLE               2.60 hrs

Total fees for this matter     49.30  hrs   11,950.00

COST INCURRED

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/02 | Long distance charges for the month of February 2002.  (Sprint) | 2.02 |
| 04/05/02 | Facsimile Charges | 2.00 |
| 04/05/02 | Postage Charges | .80 |
| 04/09/02 | Cost of overnight delivery of documents to Ms. Caberta by Federal Express.  (Inv. #4-202-06294) | 38.38 |
| 04/12/02 | *Redacted* | 31.18 |
| 04/18/02 | *Redacted* | 39.35 |
| 04/20/02 | Facsimile Charges | 3.00 |
| 04/20/02 | Facsimile Charges | 8.00 |
| 04/20/02 | Postage Charges | 2.18 |
| 04/21/02 | Facsimile Charges | 6.00 |
| 04/22/02 | Translation charge of TransPerfect Translations, Inc. (Charged to firm credit card) | 75.00 |
| 04/22/02 | Cost of courier service for delivery of documents to U.S. District Court by Roadrunner Courier Service.  (Inv. #49842) | 10.50 |
| 04/22/02 | Cost of courier service for delivery of documents to Merkle & Magri, P.A. from U.S. District Court by Roadrunner Courier Service.  (Inv. #49842) | 10.50 |
| 04/23/02 | Cost of overnight delivery of documents to Ursula Caberta by Federal Express.  (Inv. #4-202-81818) | 38.38 |

Caberta, Ursula                                                    PAGE  3
Bill number        0775-00001-020 WAM

| 04/30/02 | Photocopy Charges for the month of April 2002. | 269.75 |
| 04/30/02 | West Law Computer Research for the month of April 2002. | 31.51 |
| 04/30/02 | Cost of translation by Transperfect Translations 4/22/02. (Inv. #62002) | 75.00 |

|  | Total cost for this matter | $ | 643.55 |

BILLING SUMMARY

| TOTAL FEES FOR THIS PERIOD | 49.30 hrs | 11,950.00 |
| TOTAL COST FOR THIS PERIOD | $ | 643.55 |
| TOTAL CHARGES FOR THIS PERIOD | $ | 12,593.55 |
| PLUS PAST DUE BALANCE | $ | 1,174.54 |
| AMOUNT DUE - PLEASE PAY THIS AMOUNT | $ | 13,768.09 |

29

MERKLE & MAGRI, **P.A.**
5510 West LaSalle Street
Tampa, Florida **33607**

(813) 281-9000  or **(727) 441**-2699

June 20, **2002**

Billed through **05/31/02**

Bill number      0775-**00001**-024 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | |
|---|---|---|
| Balance forward as of bill number 020 dated **05/17**/02 | $ | 13,768.09 |
| Payments received, Thank You.      (last **payment** 06/14/02) | $ | 13,643.09 |
| A/R Adjustments made since last bill | $ | 125.00  CR |
| | | ------------ |
| Net balance forward | $ | .00 |
| Retainer balance brought forward | $ | 125.00  CR |

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 05/03/02 WAM | Review motion; letter to Ms. **Caberta** and Mr. Hintze. | **.30** hrs | 250 /hr | 75.00 |
| 05/09/02 WAM | Prepare response to motion **to file** reply memorandum; review fax; return fax; telephone conference with Mr. **Moxon**. | **.60** hrs | 250 /hr | 150.00 |
| 05/10/02 WAM | Review court order dismissing **case**; telephone conferences with and faxes to **Mr.** Hintze and Mr. Ziegeler; interoffice confer**ence**. | **1.80** hrs | 250 /hr | 450.00 |
| 05/10/02 WAM | FEE ISSUE - Research re fees; letters to Ms. Caberta and Mr. Moxon. | **2.90** hrs | 250 /hr | 725.00 |
| 05/11/02 WAM | FEE ISSUE - Prepare and attempt **to** fax letters to Mr. Merrett and Mr. Leipold; **review** fax from German deputy consul; research **re fees**; work on motion and brief re fees. | **8.00** hrs | 250 /hr | 2,000.00 |
| 05/12/02 WAM | FEE ISSUE - Attempt to fax letters to Mr. Merrett and Mr. Leipold; prepare letters to Mr. Moxon; research re fees; draft motion **and** affidavit re fees. | **6.10** hrs | 250 /hr | 1,525.00 |
| 05/12/02 GJR | FEES - Pull cases. | **1.00** hrs | 100 /hr | 100.00 |
| 05/13/02 WAM | FEES - Letter to Mr. Moxon, **Mr.** Leipold and Mr. Merrett; interoffice conferences. | **.80** hrs | 250 /hr | 200.00 |

```
Caberta, Ursula                                                  PAGE   2
Bill number        0775-00001-024 WAM
```

```
05/13/02 GJR   FEES - Legal research.       .50 hrs  100 /hr      50.00
05/14/02 RWM   Conference with Ward Meythaler.
                                            .20 hrs  300 /hr       60.00
05/14/02 WAM   FEES - Revise and send letter to Ms. Caberta;
               telephone conference with Ms. Caberta and Mr.
               Leipold; conference with Robert Merkle; attempt
               to reach Mr. Merrett.        1.00 hrs  250 /hr     250.00
05/16/02 RWM   Conference with Ward Meythaler.
                                            .10 hrs  300 /hr       30.00
05/16/02 WAM   Review fax; letter to Mr. Hintze.
                                            .30 hrs  250 /hr       75.00
05/16/02 GJR   FEES - Research on Rule 11 in sovereign immunity
               cases.                      1.50 hrs  100 /hr      150.00
05/17/02 RWM   Conference with Ward Meythaler.
                                            .20 hrs  300 /hr       60.00
05/20/02 WAM   FEES - Work on motion for fees, affidavit and
               exhibits.                   8.10 hrs  250 /hr    2,025.00
05/21/02 GJR   FEES - Telephone conference with A. Proulx.
                                            .20 hrs  100 /hr       20.00
05/21/02 WAM   FEES - Work on affidavit for fees; legal research
               re fees; work on motion for fees; review
               exhibits.                   9.80 hrs  250 /hr    2,450.00
05/22/02 RWM   FEES - Review and revise motion; telephone
               conference with Ward Meythaler.
                                            .40 hrs  300 /hr      120.00
05/22/02 DJP   Conference with Ward Meythaler re strategy.
                                            .30 hrs  200 /hr       60.00
05/22/02 WAM   FEES - Work on motion for fees and bill of costs.
                                            6.00 hrs  250 /hr    1,500.00
05/22/02 WAM   Review notice of appeal; draft cross appeal;
               check rules on cross appeal; review email;
               telephone conference with client.
                                            1.00 hrs  250 /hr     250.00
05/23/02 GJR   Telelphone conference with clerk of court.
                                            .50 hrs  100 /hr       50.00
05/23/02 WAM   FEES - File and complete motion for fees and
               billing costs; review file; attempt to reach Mr.
               Moxon.                       6.30 hrs  250 /hr    1,575.00
05/24/02 WAM   Revise and send letter to client; interoffice
               conference re cross appeal.  .40 hrs  250 /hr      100.00
05/30/02 WAM   Complete, serve and file appearance form and
               notice of cross appeal; conference with Mr.
               Robles.                      .40 hrs  250 /hr      100.00

               ROBERT W. MERKLE                                 .90 hrs
               WARD A. MEYTHALER                              53.80 hrs
               David J. Plante                                  .30 hrs
               GERARD J. ROBLE                                 3.70 hrs

               Total fees for this matter    58.70  hrs    14,150.00

COST INCURRED

05/10/02        Photocopy Charges.                               30.75
```

Caberta, Ursula                                                    PAGE  3
Bill number        0775-00001-024 WAM

| Date | Description | Amount |
|---|---|---|
| 05/10/02 | Long distance charges period 4/9/02 - 4/22/02. | 3.08 |
| 05/10/02 | Cost of overnight delivery of documents to Ms. Caberta by Federal Express.  (Inv. #4-203-91849) | 28.56 |
| 05/10/02 | Facsimile Charges | 17.00 |
| 05/10/02 | Facsimile Charges | 2.00 |
| 05/10/02 | Postage Charges | .34 |
| 05/11/02 | Facsimile Charges | 3.00 |
| 05/11/02 | Facsimile Charges | 3.00 |
| 05/11/02 | Facsimile Charges | 1.00 |
| 05/12/02 | Facsimile Charges | 4.00 |
| 05/13/02 | Postage Charges | 1.03 |
| 05/13/02 | Postage Charges | .99 |
| ~~05/13/02~~ | ~~Cost of overnight delivery of documents to John Merrett, Jacksonville, Florida by Federal Express. (Inv. #4-250-41198)~~ | ~~24.79~~ |
| 05/14/02 | Facsimile Charges | 3.00 |
| 05/23/02 | Photocopy Charges. | 92.25 |
| 05/23/02 | Postage Charges | 3.95 |
| 05/24/02 | Cost of overnight delivery of documents to Ms. Caberta by Federal Express.  (Inv. #4-250-64128) | 38.76 |
| 05/30/02 | Filing fee paid to Clerk of Court.  (Ck. No. 21285) | 105.00 |
| 05/31/02 | Photocopy Charges for May 22 - 31, 2002. | 16.50 |
| ~~05/31/02~~ | ~~Incoming wire fee charged by Southern Exchange Bank for payment received 6/13/02.~~ | ~~15.00~~ |

```
                                                    ------------
         Total cost for this matter         $        394.00
```

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | 58.70 | hrs | 14,150.00 | |
| TOTAL COST FOR THIS PERIOD | | $ | 394.00 | |
| | | | ------------ | |
| TOTAL CHARGES FOR THIS PERIOD | | $ | 14,544.00 | |
| LESS RETAINER APPLIED AMOUNT | | $ | 125.00 | CR |
| | | | ------------ | |
| AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $ | 14,419.00 | |

(32)

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or  (727) 441-2699

July 18, 2002

Billed through 06/30/02

Bill number          0775-00001-025 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | |
|---|---|---|
| Balance forward as of bill number 024 dated 06/20/02 | $ | 14,544.00 |
| Payments received, Thank You.   (last payment 06/14/02) | $ | 125.00 |
| Net balance forward | $ | 14,419.00 |

PROFESSIONAL SERVICES RENDERED

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 06/03/02 WAM | Telephone conference with and letter to Ms. Caberta; letter to Mr. Dandar; review file. | .50 hrs  250 /hr | 125.00 |
| 06/04/02 WAM | Telephone conference with other attorney. | .10 hrs  250 /hr | 25.00 |
| ~~06/10/02 WAM~~ | ~~Telephone conference with Mr. Merrett.~~ | ~~.30 hrs  250 /hr~~ | ~~75.00~~ |
| 06/12/02 WAM | Work on civil appeal statement; review rules. | 1.80 hrs  250 /hr | 450.00 |
| 06/13/02 WAM | Complete, file and serve civil appeal statement. | .90 hrs  250 /hr | 225.00 |
| 06/20/02 WAM | Review notice of mediation from 11th Circuit Court of Appeals. | .10 hrs  250 /hr | 25.00 |
| 06/21/02 WAM | Letter to Mr. Goldstein; letter to Ms. Caberta. | .30 hrs  250 /hr | 75.00 |
| 06/24/02 WAM | Conference with Ms. Caberta. | .20 hrs  250 /hr | 50.00 |
| 06/26/02 WAM | Telephone conference with Ms. Caberta. | .20 hrs  250 /hr | 50.00 |
| ~~06/27/02 WAM~~ | ~~Briefly review brief in opposition to fees.~~ | ~~.20 hrs  250 /hr~~ | ~~50.00~~ |

| | | |
|---|---|---|
| WARD A. MEYTHALER | | 4.60 hrs |
| Total fees for this matter | 4.60  hrs | 1,150.00 |

```
Caberta, Ursula                                              PAGE  2
Bill number      0775-00001-025 WAM
```

COST INCURRED

```
06/01/02     Long distance charges for the month of May 2002.        6.20
06/21/02     Postage Charges                                          .66
06/30/02     Photocopy Charges for the month of June 2002.          68.50
                                                              ------------
             Total cost for this matter          $              75.36
```

BILLING SUMMARY

```
             TOTAL FEES FOR THIS PERIOD       4.60  hrs     1,150.00

             TOTAL COST FOR THIS PERIOD              $          75.36
                                                          ------------
             TOTAL CHARGES FOR THIS PERIOD           $       1,225.36

             PLUS PAST DUE BALANCE                   $      14,419.00
                                                          ------------
             AMOUNT DUE - PLEASE PAY THIS AMOUNT     $      15,644.36
```

34

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or  (727) 441-2699

August 22, 2002

Billed through 07/31/02

Bill number        0775-00001-026 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 025 dated 07/18/02    $    15,644.36
Payments received, Thank You.    (last payment 07/24/02)  $    14,419.00
                                                            ------------
Net balance forward                                       $     1,225.36

PROFESSIONAL SERVICES RENDERED

07/08/02 WAM  Letter to Ms. Caberta; telephone conference with
              Mr. Goldstein; telephone conference with Ms.
              Sheperd; letter to Ms. Sheperd and Mr. Goldstein.
                              .90 hrs   250 /hr       225.00
07/09/02 WAM  Letter to Ms. Caberta re mediation.
                              .10 hrs   250 /hr        25.00
07/10/02 WAM  Review mediation guidelines.
                              .10 hrs   250 /hr        25.00
07/22/02 WAM  Work on mediation statement.
                             1.80 hrs   250 /hr       450.00
07/23/02 WAM  Telephone conference with Mr. Hintze; complete
              and file mediation statement; letter to mediator.
                             2.20 hrs   250 /hr       550.00

              WARD A. MEYTHALER                      5.10 hrs

              Total fees for this matter    5.10  hrs  1,275.00

COST INCURRED

07/23/02      Postage Charges                            .83
07/24/02      Wire fee charged by Southern Exchange Bank for
              incoming wire from client to Merkle & Magri bank
              account.                                 15.00
07/31/02      Photocopy Charges for the month of July 2002.   78.25
                                                    ------------
              Total cost for this matter    $         94.08

(35)

Caberta, Ursula                                              PAGE  2
Bill number      0775-00001-026 WAM

BILLING SUMMARY

              TOTAL FEES FOR THIS PERIOD      5.10  hrs      1,275.00

              TOTAL COST FOR THIS PERIOD           $            94.08
                                                        -------------
              TOTAL CHARGES FOR THIS PERIOD         $         1,369.08

              PLUS PAST DUE BALANCE                 $         1,225.36
                                                        -------------
              AMOUNT DUE - PLEASE PAY THIS AMOUNT   $         2,594.44

36

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or  (727) 441-2699

September 16, 2002

Billed through 08/31/02

Bill number        0775-00001-027 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | | |
|---|---|---:|---:|
| Balance forward as of bill number 026 dated 08/22/02 | | $ | 2,594.44 |
| Payments received, Thank You.     (last payment 09/05/02) | | $ | 2,450.72 |
| | | | ------------ |
| Net balance forward | | $ | 143.72 |

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---:|
| 08/02/02 WAM | Fax to Ms. Caberta; fax from Mr. Hintze; fax to Mr. Hintze. | .40 hrs | 250 | /hr | 100.00 |
| 08/05/02 WAM | Attend mediation by phone; review fax. | .80 hrs | 250 | /hr | 200.00 |
| 08/06/02 WAM | Letter to Ms. Caberta. | .20 hrs | 250 | /hr | 50.00 |
| 08/08/02 WAM | Review orders. | .20 hrs | 250 | /hr | 50.00 |
| 08/14/02 WAM | Check rules re due date; letter to Ms. Caberta; work on appellate brief. | .80 hrs | 250 | /hr | 200.00 |
| 08/15/02 WAM | Work on response to appellate brief; review previous briefs; letter to Mr. Hintze. | 3.00 hrs | 250 | /hr | 750.00 |
| 08/16/02 WAM | Work on response to appellate brief; review appellate brief. | 1.10 hrs | 250 | /hr | 275.00 |
| 08/19/02 WAM | Review appellate brief. | .70 hrs | 250 | /hr | 175.00 |
| 08/20/02 WAM | Work on appellate brief. | 1.80 hrs | 250 | /hr | 450.00 |
| 08/21/02 WAM | Work on appellate brief; telephone cnference with opposing attorney re extension of time; correspondence to Mr. Hintze; prepare and serve motion for extention of time. | 4.90 hrs | 250 | /hr | 1,225.00 |
| 08/23/02 WAM | Prepare amendment to certificate of service; work on appellate brief. | 1.00 hrs | 250 | /hr | 250.00 |
| 08/26/02 WAM | Work on appellate's brief. | 3.00 hrs | 250 | /hr | 750.00 |
| 08/27/02 WAM | Work on appellate brief. | 2.20 hrs | 250 | /hr | 550.00 |
| 08/28/02 WAM | Revise appellate brief; conference with Mr. Roble; review legal authority re standard of care. | 1.20 hrs | 250 | /hr | 300.00 |

```
Caberta, Ursula                                                    PAGE   2
Bill number       0775-00001-027 WAM
```

```
08/29/02 WAM   Revise appellate brief.        .50 hrs   250 /hr       125.00
08/30/02 RWM   Conference with Ward Meythaler.
                                              .10 hrs   300 /hr        30.00
08/30/02 WAM   Review and revise appellate brief; research and
               review cases re standard of review.
                                             2.00 hrs   250 /hr       500.00
08/31/02 WAM   Review and revise responsive brief.
                                             1.50 hrs   250 /hr       375.00


               ROBERT W. MERKLE                                      .10 hrs
               WARD A. MEYTHALER                                   25.30 hrs

               Total fees for this matter    25.40   hrs          6,355.00
```

COST INCURRED

```
08/01/02       Long distance charges for July 2002.                    .34
08/02/02       Facsimile Charges                                      2.00
08/06/02       Cost of overnight delivery of documents to
               client, Hamburg Germany, by Federal Express.
               (Inv. #4-348-37787)                                   38.76
08/06/02       Facsimile Charges                                      2.00
08/14/02       Facsimile Charges                                      2.00
08/21/02       Photocopy Charges for 8/1 - 8/21/02.                  65.75
08/21/02       Facsimile Charges                                      2.00
08/21/02       Facsimile Charges                                      2.00
08/23/02       Postage Charges.                                        .60
08/23/02       Postage Charges                                         .60
08/23/02       Postage Charges                                         .37
08/30/02       Photocopy Charges for 8/21 - 8/30/02.                 48.75
08/31/02       West Law Computer Research for the month of
               August 2002.                                           8.94
                                                             ------------
               Total cost for this matter        $            174.11
```

BILLING SUMMARY

```
               TOTAL FEES FOR THIS PERIOD    25.40   hrs          6,355.00

               TOTAL COST FOR THIS PERIOD       $                  174.11
                                                             ------------
               TOTAL CHARGES FOR THIS PERIOD    $                6,529.11

               PLUS PAST DUE BALANCE            $                  143.72
                                                             ------------
               AMOUNT DUE - PLEASE PAY THIS AMOUNT  $            6,672.83
```

(38)

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

October 18, 2002

Billed through 09/30/02

Bill number        0775-00001-028 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 027 dated 09/16/02     $     6,672.83
Payments received, Thank You.     (last payment 10/17/02)  $     6,672.83
                                                           -------------
Net balance forward                                       $          .00

Retainer balance brought forward                          $     1,225.36   CR

PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/02 | WAM | Revise brief; review court of appeals order. | .50 hrs | 250 /hr | 125.00 |
| 09/11/02 | WAM | Work on brief on appeal and record excerpts. | 5.90 hrs | 250 /hr | 1,475.00 |
| 09/12/02 | WAM | Work on brief on appeal and record excerpts. | 7.10 hrs | 250 /hr | 1,775.00 |
| 09/13/02 | WAM | Work on appellate brief; legal research; prepare record excerpts. | 5.50 hrs | 250 /hr | 1,375.00 |
| 09/14/02 | WAM | Work on brief on appeal. | 5.10 hrs | 250 /hr | 1,275.00 |
| 09/15/02 | WAM | Work on brief on appeal and prepare record excerpts. | 4.80 hrs | 250 /hr | 1,200.00 |
| 09/16/02 | WAM | Work on brief on appal and record excerpts. | 7.60 hrs | 250 /hr | 1,900.00 |
| 09/17/02 | WAM | Work on brief on appeal; complete record excerpts. | 7.20 hrs | 250 /hr | 1,800.00 |
| 09/18/02 | WAM | Complete, file and serve brief on appeal and record excerpts. | 6.70 hrs | 250 /hr | 1,675.00 |
| 09/19/02 | WAM | Letter to Ms. Caberta. | .10 hrs | 250 /hr | 25.00 |
| 09/25/02 | WAM | Review pleading. | .10 hrs | 250 /hr | N/C |
| 09/27/02 | WAM | Review record excerpts; call to clerk's office re record excerpts; prepare and file motion to file excerpts as is; record excerpts as is. | 2.10 hrs | 250 /hr | 525.00 |

WARD A. MEYTHALER                                              52.70 hrs

(39)

Caberta, Ursula                                                    PAGE  2
Bill number        0775-00001-028 **WAM**

              Total fees for this matter        **52**.70   hrs    13,150.00

COST INCURRED

09/18/02     Cost of overnight delivery of **documents** to Clerk
             of Court, Atlanta, GA by Federal **Express**.  (Inv.
             #4-396-77093)                                          31.78
09/18/02     Cost of overnight delivery of **documents** to Clerk
             of Court, Atlanta, GA by Federal **Express**.  (Inv.
             #4-396-77093)                                          34.34
09/19/02     Cost of overnight delivery of **documents** to
             client by Federal Express.  (Inv. #4-397-05958)       38.95
09/27/02     Postage Charges                                         .60
09/30/02     Photocopy **Charges** for the month **of Sept**ember
             2002.                                                 399.50
09/30/02     West Law Computer Research for **the month** of
             September, 2002.                                      46.76
                                                             ------------
              Total cost **for** this matter        $           551.93

BILLING SUMMARY

              TOTAL FEES FOR THIS PERIOD       **52**.70   hrs    13,150.00

              TOTAL COST FOR THIS PERIOD            $           551.93
                                                             ------------
              TOTAL CHARGES FOR THIS PERIOD        $         13,701.93

              LESS RETAINER APPLIED AMOUNT         $          1,225.36   CR
                                                             ------------
              AMOUNT DUE - PLEASE PAY THIS **AMOUNT**    $   12,476.57

(40)

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

November 26, 2002

Billed through 10/31/02

Bill number        0775-00001-029 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


Balance forward as of bill number 028 dated 10/18/02      $      13,701.93
Payments received, Thank You.    (last payment 11/12/02)   $      13,701.93
                                                              ------------
Net balance forward                                        $           .00

PROFESSIONAL SERVICES RENDERED

10/07/02 RWM  Conference with Ward Meythaler.
                                       .10 hrs  300 /hr        30.00
10/07/02 WAM  Review decision re fees.  .30 hrs  250 /hr       75.00
10/08/02 WAM  Letter to Ms. Caberta re fees.
                                       .10 hrs  250 /hr        25.00
10/14/02 WAM  Work on objections to Magistrate's order re
              attorney's fees.         1.40 hrs  250 /hr      350.00
10/15/02 WAM  Work on objections to Magistrate's order re
              attorney's fees.         2.80 hrs  250 /hr      700.00
10/16/02 WAM  Work on objections to Magistrate's report.
                                       2.50 hrs  250 /hr      625.00
10/17/02 WAM  Legal research re subject matter jurisdiction;
              work on objection to Magistrate's report.
                                       1.30 hrs  250 /hr      325.00
10/18/02 WAM  Work on objections to Magistrate's report;
              research re attorney's fees.
                                       1.00 hrs  250 /hr      250.00
10/19/02 WAM  Work on objections to Magistrate's report.
                                       3.00 hrs  250 /hr      750.00
10/20/02 WAM  Work on objections to Magistrate's report; legal
              research; review prior pleadings.
                                       5.30 hrs  250 /hr    1,325.00
10/21/02 WAM  Research re attorneys fees; complete, file and
              serve objections to Magistrate's recommendations;
              review dismissal order.  4.20 hrs  250 /hr    1,050.00

(41)

```
Caberta, Ursula                                              PAGE  2
Bill number        0775-00001-029 WAM

10/22/02 WAM   Letter to Ms. Caberta; review correspondence from
               opposing counsel.          .30 hrs   250 /hr        75.00
10/27/02 WAM   Review brief on appeal; review appellate rules.
                                         2.00 hrs   250 /hr       500.00
10/28/02 WAM   Review order.              .10 hrs   250 /hr        25.00
10/29/02 WAM   Work on reply brief.      1.00 hrs   250 /hr       250.00
10/30/02 WAM   Work on reply brief; fax letter to Ms. Caberta
               and Mr. Hintze.           5.40 hrs   250 /hr     1,350.00
10/31/02 WAM   Work on reply brief.      8.30 hrs   250 /hr     2,075.00

               ROBERT W. MERKLE                                  .10 hrs
               WARD A. MEYTHALER                               39.00 hrs

               Total fees for this matter    39.10  hrs       9,780.00

COST INCURRED

10/01/02       Cost of overnight delivery of documents to David
               Goldstein, New York, NY by Federal Express
               9/18/02.  (Inv. #4-446-34828)                      28.96
10/01/02       Cost of overnight delivery of documents to Clerk
               of Court, Atlanta, GA by Federal Express 9/27/02.
               (Inv. #4-446-34828)                                15.63
10/04/02       Cost of copying and binding brief and record
               excerpts for appeal.  (reimbursement to Ward
               Meythaler)                                          43.87
10/08/02       Postage Charges                                     3.20
10/10/02       Photocopy Charges for 10/1 - 10/2/02.              14.00
10/21/02       Cost of courier service for delivery of documents
               to Clerk of Court by Roadruner Courier Service.
               (Inv. #54965)                                       8.40
10/22/02       Cost of overnight delivery of documents to Ms.
               Caberta by Federal Express.  (Inv. #4-446-69526)   46.92
10/31/02       Photocopy Charges for 10/11 - 10/31/02.            55.50
10/31/02       Photocopy charges from Kwik Kopy for copies of
               record excerpts.  (Ck. No. 22190, 11/5/02)         18.73
10/31/02       Reimbursement to Ward Meythaler for cost of
               binding and covers of brief 11/5/02.               31.05
                                                        ------------
               Total cost for this matter       $         266.26

BILLING SUMMARY

               TOTAL FEES FOR THIS PERIOD     39.10  hrs       9,780.00

               TOTAL COST FOR THIS PERIOD            $           266.26
                                                        ------------
               TOTAL CHARGES FOR THIS PERIOD         $        10,046.26
                                                        ------------
               AMOUNT DUE - PLEASE PAY THIS AMOUNT   $        10,046.26
```

(42)

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida 33607

(813) 281-9000  or (727) 441-2699

January 8, 2003

Billed through 11/30/02

Bill number        0775-00001-030 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


| | | |
|---|---|---|
| Balance forward as of bill number 029 dated 11/26/02 | $ | 10,046.26 |
| Payments received, Thank You.   (last payment 12/12/02) | $ | 10,046.26 |
| | | ------------ |
| Net balance forward | $ | .00 |

PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |
| 11/01/02 | WAM | Work on brief on appeal. | 6.40 hrs | 250 /hr | 1,600.00 |
| 11/02/02 | WAM | Revise brief; research re international discovery; review fax. | 4.80 hrs | 250 /hr | 1,200.00 |
| 11/03/02 | WAM | Revise appellate brief; review international rules on the taking of evidence. | 6.20 hrs | 250 /hr | 1,550.00 |
| 11/04/02 | WAM | Complete, file and serve reply appellate brief; telephone conference with Mr. Hintze; review fax; letter to Ms. Caberta. | 4.50 hrs | 250 /hr | 1,125.00 |
| 11/05/02 | WAM | Prepare, serve and file record excerpts. | 3.00 hrs | 250 /hr | 750.00 |
| 11/07/02 | WAM | Review document from Germany ( *Redacted* pleading). | .10 hrs | 250 /hr | 25.00 |
| 11/19/02 | WAM | Telephone conference with Mr. Hintze; prepare billing list. | 1.00 hrs | 250 /hr | 250.00 |
| 11/25/02 | RWM | Conference with Ward Meythaler. | | | |
| | | | .10 hrs | 300 /hr | 30.00 |

| | | |
|---|---|---|
| ROBERT W. MERKLE | | .20 hrs |
| WARD A. MEYTHALER | | 26.00 hrs |
| | | |
| Total fees for this matter | 26.20  hrs | 6,560.00 |

43

Caberta, Ursula                                                              PAGE  2
Bill number       0775-00001-030 WAM

COST INCURRED

| | | |
|---|---|---|
| 11/04/02 | Cost of overnight delivery of documents to Clerk of Court, Atlanta, GA by Federal Express.  (Inv. #4-494-28473) | 27.30 |
| 11/04/02 | Cost of overnight delivery of documents to David Goldstein, New York, NY by Federal Express. (Inv. #4-494-28473) | 23.66 |
| 11/04/02 | Cost of overnight delivery of documents to David Goldstein, New York, NY by Federal Express. (Inv. #4-494-28473) | 23.66 |
| 11/05/02 | Cost of overnight delivery of documents to David Goldstein, New York, NY by Federal Express. (Inv. #4-494-28473) | 26.52 |
| 11/05/02 | Cost of overnight delivery of documents to Ms. Caberta by Federal Express.  (Inv. #4-447-39862) | 29.12 |
| 11/25/02 | Facsimile Charges | 5.00 |
| 11/30/02 | Photocopy Charges for the month of November, 2002. | 294.50 |

```
                                                          ------------
```

Total cost for this matter              $        429.76

BILLING SUMMARY

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | 26.20 hrs | | 6,560.00 |
| TOTAL COST FOR THIS PERIOD | | $ | 429.76 |
| TOTAL CHARGES FOR THIS PERIOD | | $ | 6,989.76 |
| AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $ | 6,989.76 |

44

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

January 22, 2002

Billed through 12/31/02

Bill number        0775-00001-031 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 030 dated 01/08/03        $      6,989.76

PROFESSIONAL SERVICES RENDERED

12/11/02 WAM   Letter to Ms. Caberta; telephone conference with
               Ms. Caberta.              .20 hrs  250 /hr       50.00

               WARD A. MEYTHALER                               .20 hrs

               Total fees for this matter      .20   hrs       50.00

COST INCURRED

12/01/02       Cost of courier service for delivery of documents
               to U.S. District Court 11/27/02 by Roadrunner
               Courier Service.  (Inv. #55935)                   8.60
12/11/02       Facsimile Charges                                 2.00
12/31/02       Photocopy Charges for the month of December 2002.
                                                                 3.00

                                                            ------------
               Total cost for this matter       $              13.60

BILLING SUMMARY

               TOTAL FEES FOR THIS PERIOD        .20   hrs      50.00

(45)

Caberta, Ursula                                                          PAGE  2
Bill number       0775-00001-031 WAM

          TOTAL COST FOR THIS PERIOD              $              13.60
                                                              ------------
          TOTAL CHARGES FOR THIS PERIOD           $              63.60
          PLUS PAST DUE BALANCE                   $           6,989.76
                                                              ------------
          AMOUNT DUE - PLEASE PAY THIS AMOUNT     $           7,053.36

46

MERKLE & MAGRI, P.A.
5510 West LaSalle Street
Tampa, Florida  33607

(813) 281-9000  or (727) 441-2699

February 18, 2003

Billed through 01/31/03

Bill number        0775-00001-032 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


Balance forward as of bill number 031 dated 01/22/02        $      7,053.36

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/03/03 WAM | Review order. | .10 hrs | 250 /hr | 25.00 |
| 01/07/03 WAM | Letter to Ms. Caberta. | .10 hrs | 250 /hr | 25.00 |
| 01/08/03 WAM | Telehone conference with Ms. Caberta. | .10 hrs | 250 /hr | 25.00 |
| 01/16/03 WAM | Review bill; letter to Ms. Caberta; conference with office manager. | .50 hrs | 250 /hr | N/C |

WARD A. MEYTHALER                                    .80 hrs

Total fees for this matter        .80  hrs        75.00

COST INCURRED

01/31/03      Photocopy Charges for the month of January 2003.      3.00

                                                      ------------
Total cost for this matter        $          3.00

BILLING SUMMARY

TOTAL FEES FOR THIS PERIOD        .80  hrs        75.00

TOTAL COST FOR THIS PERIOD        $          3.00
                                                      ------------
TOTAL CHARGES FOR THIS PERIOD        $         78.00

PLUS PAST DUE BALANCE        $      7,053.36
                                                      ------------
AMOUNT DUE - PLEASE PAY THIS AMOUNT        $      7,131.36



MERKLE & MAGRI, P.A.
550 N. Reo Street, Suite 301
Tampa, Florida  33609

(813) 281-9000  or (727) 441-2699

April 8, 2003

Billed through 02/28/03

Bill number        0775-00001-033 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

Balance forward as of bill number 032 dated 02/18/03        $      7,131.36

PROFESSIONAL SERVICES RENDERED

02/11/03 WAM   Review order re oral argument; letter to Ms.
               Caberta.                    .10 hrs  250 /hr      25.00

               WARD A. MEYTHALER                               .10 hrs

               Total fees for this matter       .10   hrs       25.00

BILLING SUMMARY

               TOTAL FEES FOR THIS PERIOD      .10   hrs        25.00
                                                          ------------
               TOTAL CHARGES FOR THIS PERIOD        $          25.00

               PLUS PAST DUE BALANCE                $       7,131.36
                                                          ------------
               AMOUNT DUE - PLEASE PAY THIS AMOUNT  $       7,156.36

48

MERKLE & MAGRI, P.A.
550 N. Reo Street, Suite 301
Tampa, Florida  33609

(813) 281-9000  or  (727) 441-2699

May 20, 2003

Billed through 03/31/03

Bill number       0775-00001-035 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


Balance forward as of bill number 033 dated 04/08/03        $     7,156.36

PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
03/27/03 WAM  Telephone conference with clerk of court's office
and Mr. Goldstein; prepare and file emergency
motion for continuance; telephone calls re
disposition of order; conference with Mr. Magri;
letter to clerk of court and Ms. Caberta.

| | | | |
|---|---|---|---|
| | 2.50 hrs | 250 /hr | N/C |
| 03/28/03 WAM  Call to Mr. Hintze. | .20 hrs | 250 /hr | N/C |
| 03/31/03 WAM  Call re court's order. | .10 hrs | 250 /hr | N/C |

WARD A. MEYTHALER                                 2.80 hrs

Total fees for this matter        2.80  hrs          .00

BILLING SUMMARY

TOTAL FEES FOR THIS PERIOD        2.80  hrs          .00

                                          ------------
TOTAL CHARGES FOR THIS PERIOD        $          .00

PLUS PAST DUE BALANCE                $     7,156.36
                                          ------------
AMOUNT DUE - PLEASE PAY THIS AMOUNT  $     7,156.36

(49)

MERKLE & MAGRI, P.A.
550 N. Reo Street, Suite 301
Tampa, Florida  33609

(813) 281-9000  or (727) 441-2699

June 19, 2003

Billed through 04/30/03

Bill number        0775-00001-037 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,


Balance forward as of bill number 035 dated 05/20/03    $      7,156.36
Payments received, Thank You.    (last payment 06/13/03)  $      7,156.36
                                                            ------------
Net balance forward                                       $           .00

Retainer balance brought forward                          $      6,989.76  CR

PROFESSIONAL SERVICES RENDERED

04/03/03 WAM  Organize files.          1.00 hrs  250 /hr        N/C

              WARD A. MEYTHALER                              1.00 hrs

              Total fees for this matter        1.00  hrs        .00

COST INCURRED

04/01/03      Cost of overnight delivery of documents to David
              Goldstein, New York, NY 3/27/03 by Federal
              Express.  (Inv. #4-682-57867)                    16.88
04/01/03      Cost of overnight delivery of documents to Clerk
              of Court, Atlanta, GA 3/27/03 by Federal Express.
              (Inv. #4-682-57867)                              16.62
04/30/03      Photocopy Charges for the month of April 2003.     .75
04/30/03      Travel cost for Ward Meythaler to travel to
              Miami, Florida for oral argument in 11th Circuit
              Court of Appeals on June 3, 2003.               331.07
                                                            ------------
              Total cost for this matter        $            365.32

BILLING SUMMARY

              TOTAL FEES FOR THIS PERIOD        1.00  hrs        .00



Caberta, Ursula                                                    PAGE  2
Bill number       0775-00001-037 WAM

                TOTAL COST FOR THIS PERIOD              $         365.32
                                                                ------------
                TOTAL CHARGES FOR THIS PERIOD          $         365.32

                LESS RETAINER APPLIED AMOUNT           $         365.32   CR
                                                                ------------
                AMOUNT DUE - PLEASE PAY THIS AMOUNT    $            .00

                CURRENT RETAINER BALANCE               $       6,624.44   CR

MERKLE & MAGRI, P.A.
550 N. Reo Street, Suite 301
Tampa, Florida  33609

(813) 281-9000  or (727) 441-2699

July 11, 2003

Billed through 07/11/03

Bill number       0775-00001-040 WAM

Caberta, Ursula
Arbeitsgruppe Scientology
Eiffestrabe 664 B
20537 Hamburg,

| | | |
|---|---|---|
| Balance forward as of bill number 037 dated 06/19/03 | $ | 365.32 |
| Payments received, Thank You.   (last payment 06/13/03) | $ | 365.32 |
| Net balance forward | $ | .00 |
| Retainer balance brought forward | $ | 6,624.44   CR |

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 05/22/03 WAM | Letters to Mr. Ziegler at German Embassy and to Ms. Caberta. | .40 hrs | 250 /hr | 100.00 |
| 05/27/03 WAM | Telephone conference with Ms. Caberta. | .10 hrs | 250 /hr | N/C |
| 05/31/03 WAM | Review brief; prepare for oral argument. | 3.00 hrs | 250 /hr | 750.00 |
| 06/01/03 WAM | Review brief; review exhibits and case law; prepare for argument. | 7.90 hrs | 250 /hr | 1,975.00 |
| 06/02/03 WAM | Review rule re electronic brief; prepare for oral argument; review cases. | 9.10 hrs | 250 /hr | 2,275.00 |
| 06/03/03 WAM | Prepare for oral argument; review brief; revise outline; review fax; travel to Miami. | 11.00 hrs | 250 /hr | 2,750.00 |
| 06/04/03 WAM | Prepare for and attend oral argument in Miami before the court of appeals; travel to Tampa. | 9.00 hrs | 250 /hr | 2,250.00 |
| 06/05/03 WAM | Telephone conference with Mr. Ziegler at German Embassy. | .10 hrs | 250 /hr | 25.00 |
| 06/11/03 WAM | Letter to Ms. Caberta. | .10 hrs | 250 /hr | 25.00 |
| 06/16/03 WAM | Review decision of Eleventh Circuit; telephone conference with Mr. Hintze; review costs and prepare bill of costs. | 2.20 hrs | 250 /hr | 550.00 |
| ~~06/16/03 WAM~~ | ~~Review status re attorneys' fees motion and law re attorneys' fees under Florida Unfair and Deceptive Trade Practices Act.~~ | ~~1.00 hrs~~ | ~~250 /hr~~ | ~~250.00~~ |

52

```
Caberta, Ursula                                              PAGE  2
Bill number      0775-00001-040 WAM
```

```
06/17/03 WAM  Review rules re rehearing.      .20 hrs  250 /hr        50.00
06/17/03 WAM  Review 11th Circuit rules re attorneys' fees
              motion.                          .20 hrs  250 /hr        50.00
06/24/03 WAM  Telephone conference with Mr. Hintze; letter to
              Mr. Hintze; review court's order re fees; draft
              partial response.              1.80 hrs  250 /hr       450.00
07/08/03 WAM  Check on status of plaintiff's response to
              court's order.                   .10 hrs  250 /hr        25.00
07/08/03 WAM  Work on motion for attorneys' fees; review
              pertinent pleadings.          2.00 hrs  250 /hr       500.00
07/09/03 WAM  Review plaintiff's response to court's order;
              revise defendant's response to court's order.
                                            2.00 hrs  250 /hr       500.00
07/09/03 WAM  Prepare second motion for attorneys fees;
              research re attorneys fees.   3.00 hrs  250 /hr       750.00
07/10/03 WAM  Revise defendant's response to court's order.
                                            1.00 hrs  250 /hr       250.00
07/10/03 WAM  Revise second motion for attorneys fees; prepare
              exhibits; work on affidavit for attorneys fees;
              research re attorneys fees.   5.00 hrs  250 /hr     1,250.00
```

```
              WARD A. MEYTHALER                           59.20 hrs

              Total fees for this matter       59.20  hrs    14,775.00
```

```
COST INCURRED

04/04/03      Facsimile Charges                                     1.00
04/04/03      Facsimile Charges                                     1.00
05/22/03      Postage Charges                                        .74
05/22/03      Postage Charges                                        .43
05/30/03      Photocopy Charges for the month of May, 2003.         6.00
                                                          ------------
              Total cost for this matter           $               9.17
```

```
BILLING SUMMARY

              TOTAL FEES FOR THIS PERIOD       59.20  hrs    14,775.00

              TOTAL COST FOR THIS PERIOD              $             9.17
                                                          ------------
              TOTAL CHARGES FOR THIS PERIOD          $         14,784.17

              LESS RETAINER APPLIED AMOUNT          $          6,624.44  CR
                                                          ------------
              AMOUNT DUE - PLEASE PAY THIS AMOUNT    $          8,159.73
```

**Costs In addition to those listed in Bill of Costs:**

Courier Service...................................................................$260.30
Long distance phone calls.....................................................41.22
Fax Charges.......................................................................380.00
Postage..............................................................................35.45
Travel expenses for attorneys to courthouse..............................7.21
Overnight delivery services.................................................996.12
Translation charge.............................................................150.00
West Law Computer research...............................................279.82
Cost of binding appellate briefs or appendixes.........................93.64
Costs of photocopying........................................................572.75
Filing fee for appeal ..........................................................105.00
Cost of travel and lodging for trip to Miami, Florida for
    Eleventh Circuit oral argument.......................................331.07

                                                       $ 3252.58

        Costs allowed to Defendant by Eleventh **Circuit**      -$306.05

        **TOTAL**                                                  **$2,946.53**



ALL-STATE LEGAL® DEFENDANT'S EXHIBIT 29

Name: _Mey Thaler_____  Date: _6/10/03___

Client Name: _Ursula Caberta_____  No.: _____

Date From: _6/3/03_____  Date to: _6/4/03_____

Travel to: _Miami, Fla._____

Purpose: _Argument in 11th Circuit county appeal.___

Mode of Travel:  Car: _____  Mileage: _____

Air: _$184____  Cost: _____

Other: _____

OTHER EXPENSES:

Tolls: _____  Lodging: _96.07_____

Parking: _14 (airport)___  Rental Car: _____

Taxi: _37_____  Food: _____

Miscellaneous (Identify): _____

Telephone Calls (Client): _____

Calls to other clients: _____

Additional Requested Expenses: _____

_____

Amount Employee to be Reimbursed: _$331.07_____

Total Expenses to be Billed to Client: _$331.07_____



TAMPA AIRPORT PARKING
(813) 870-8790


06/04/03 14:43   L# 4 A#  8   Txn#615262
06/03/03 16:10  In   06/04/03 14:43  Out
Tkt# 375422
SHORT TERM        $ 13.08
Total Tax         $ 0.92
Total Fee         $ 14.00
CASH PAID         $ 14.00-
Cash Tender       $ 20.00
Change Due        $ 6.00
     THANK YOU AND DRIVE SAFELY



# Holiday Inn.

**Ward Meythier**
**Merkle & Magri**
**550 N Reo St St 301**
**Tampa FL 33609**

*340 Biscayne Blvd. - Miami,*
*FL. 33132 - USA*

| | | |
|---|---|---|
| **Room** No. | : | 0909 |
| **Arrival** | : | 06-03-03 |
| **Departure** | : | 06-04-03 |
| **Page** No. | : | 1 of 1 |
| **Folio** No. | : | |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Membership No. | : | |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : | |
| **Conf.** No. | : | 37646 |
| **Cashier** No. | : | 107 |
| **User** ID | : | RPP |

Thank You For Staying With Us          06-04-03

| Date | Text | Exchange Rate | Charges USD | Credits USD | Charges | Credits |
|------|------|---------------|-------------|-------------|---------|---------|
| 06-03-03 | Room Charge | | 85.02 | | 0.00 | 0.00 |
| 06-03-03 | Lodging Tax | | 5.10 | | 0.00 | 0.00 |
| 06-03-03 | Sales Tax | | 5.95 | | 0.00 | 0.00 |
| | **Total** | | 96.07 | 0.00 | 96.07 | 0.00 |
| | **Balance** | | 96.07 | | | |

**Guest Signature:**

Super Shuttle     12 + tip (3) = 15

cab                                    22

Airport parking                    14





## AmericanAirlines

# BOARDING PASS

PASSENGER NAME
**MEYTHALER/W**

FREQUENT FLYER NUMBER

FROM:
**MIAMI**

| FLIGHT | CLASS | DATE | DEPARTS |
|--------|-------|------|---------|
| **2126** | **N** | **04JUN** | **115P** |

TO:



# GROUP 3

# ELECTRONIC

alf-Service

## AmericanAirlines

BOARDING PASS
**MEYTHALER/W**

FROM:
MIAMI
TO:
TAMPA



# GROUP 3

DATE   CLASS  DEPARTS
04JUN  N      5P

## W. Meythaler

**From:**    "Orbitz Traveler Care" <travelercare@orbitz.com>
**To:**      "ward meythaler" <wmeythal@tampabay.rr.com>
**Sent:**    Thursday, May 22, 2003 9:56 AM
**Subject:** Orbitz Travel Document - Miami 6/3/03



*Visit planet earth via ORBITZ.COM*

*Your Travel Document* • • • 

Hello ward,

Thanks for traveling with **Orbitz**. This e-mail confirms the ticket number(s) issued for the **"Miami 6/3/03"** trip. Please review the ticket information:

### New Information for Airport Security

**Security update**: Most airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the **complete list** and check the latest **airport security rules**.

#### TICKET INFORMATION

**Passenger(s)**: WARD MEYTHALER
**Orbitz record locator**: 1G6OT3HV
**Airline ticket number(s)**: 0377439404735

**Tuesday, June 3, 2003**
US Airways # 4612
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES -
Please check in for your flight with the operating carrier
Tampa International (TPA) to Miami International (MIA)
**Departure (TPA):** June 3 5:40 PM EDT (evening)
**Arrival (MIA):** June 3 6:50 PM EDT (evening)
**Class:** Economy
**Seat assignment:** 5C **view/change seats**

---------------------------------

**Wednesday, June 4, 2003**
American Airlines # 2126

Miami International (MIA) to Tampa International (TPA)
**Departure (MIA):** June 4 1:15 PM EDT (afternoon)
**Arrival (TPA):** June 4 2:12 PM EDT (afternoon)
**Class:** Economy
**Seat assignment:** 25C **view/change seats**

May **22**, 2003

**GREAT RATES**
Click **for car and** hotel rates in **Miami**



*Book now on Orbitz!*

**TRAVELER CARE ALERTS**
Flight **delayed?** Get news that could **impact** your trip. Orbitz will **send** alerts to:
**ward meythaler**
wmeythal@tampabay.rr.com

Send **alerts** to your phone or pager. **Update** alerts setup

**ORBITZ EXTRAS**
Our **travel** partner also offers **Travel Protection**, a way to insure **your trip** investment, health **and** belongings.





If there's a problem, please call Orbitz Customer Service immediately at (888) 656-4546. You'll be asked to provide the Orbitz record locator: **1G6OT3HV**.

› **CHECK-IN INFORMATION**

Because this reservation is an e-ticket, no ticket will be mailed to you. When checking in, you must present a valid government-issued photo ID. See Quick Check-in Tips.

› **PURCHASE CONFIRMATION**

**Passenger:** WARD MEYTHALER
**Airline ticket number(s):** 0377439404735
**Fare type:** Adult
**Ticket type:** electronic (e-ticket)

**Total airfare**: $179.00 (including taxes)
**Service fee:** $5.00
**Total trip cost:** $184.00

› **BILLING INFORMATION**

**Credit card holder's name:** WARD MEYTHALER
**Credit card type:** MasterCard
**Credit card number:** xxxxxxxxxxxx5105

3310 N SAN MIGUEL ST
TAMPA, Florida 33629

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "**My Stuff**" to learn more.

Important notice related to ticket **terms and conditions**.

› **SCHEDULE CHANGES**

Schedule changes may occur prior to or during your trip. Orbitz will make every effort to contact you via e-mail if your itinerary changes. Such changes will be noted in "**My Stuff**" as well. We recommend you check there periodically before your trip.

Lastly, please remember that your travel itineraries and information always are available online in "**My Stuff**."

Again, thank you for choosing Orbitz.

Enjoy your trip!

**Orbitz Customer Care**

P.S. Need an answer? Check out our **FAQs**.

5/30/2003

 **TRANSPERFECT | TRANSLATIONS**

# Invoice

**Invoice Number 62002**

**Date**
4/24/2002

Mr. Ward Meythaler
Merkle & Magri, P.A.
5510 W. Lasalle Street
Tampa, FL  33607

**Re:**  Heller v. Caberta

| CUSTOMER PO # | | TERMS | DUE DATE | SHIP DATE |
|---|---|---|---|---|
| | | Net 21 | 5/15/02 | 4/22/02 |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1.00 | | German into English Translation, Editing, Proofreading (Minimum Charge) | 150.00 | 150.00 |



TIN #: 13-3686771

|  |  |
|---|---|
| **Total Invoice Amount** | $150.00 |
| **Payment Received** | $75.00 |
| **Total Amount Due** | $75.00 |

Three Park Avenue, New York, NY 10016 ‖ TEL 212 689-5555 FAX 212 689-1059 www.transperfect.com



# CHECK REQUEST FORM

**DATE:** 10/4/02

**PURPOSE:** Binding of brief and record excerpts for appeal.

**CLIENT NAME:** Caberta

**CLIENT NO.:**

**PAYABLE TO:** WAM

**AMOUNT:** 43.87

**CHECK NO.:**

**REQUESTED BY:** WAM

**APPROVED BY:** WAM

**BILL CLIENT?  (CIRCLE ONE)  (YES)  NO**



ENTERED 10/02



# KWIK KOPY PRINTING & MY PRINTER ONLINE

Cypress Service Center
4920 West Cypress Street, Suite 100
Tampa, Florida 33607

EIN 59-2958456

## (813) 289-1660
## FAX (813) 289-1060

**MY PRINTER online**

REVISED BULL CIRCLE COMMUNICATIONS

151266

**INVOICE NO:**

**INVOICE DATE:**

CUSTOMER: MERKLE & MAGRI  05686
ADDRESS: 5510 W. LASALLE STREET
STE. 300
CITY: TAMPA
STATE: FL      ZIP: 33607
PHONE: (813) 281-9000

**ORDER DESCRIPION:**
REF HELLER V CABERTA 7 BOOKS GBC

ATTN: WARD MEYDHALER

ORDER DATE: 09/18/2002

DUE DATE: 09/18/2002
DUE TIME: N/A

Counter: TAL

| ORIGS | FINISHED QUANTITY | UP | PLTS | INK COLORS | IMPRESSIONS | PRESS SIZE | FINISH SIZE | PAPER WEIGHT | PAPER TYPE | PAPER COLOR | BINDERY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | Punch & Bind 5/8 Inch | | | | | 21.00 |
| BIND ON THE TOP | | | | | | | | | | | | |
| | 10 | | | | | | Punch & Bind 1/2 Inch | | | | | 20.00 |

BINDERY DETAIL:        **All Claims and Returned Goods must be Accompanied by this Invoice.**

PRINTING: 41.00
BINDERY:
PRE-PRESS:

SUB-TOTAL: 41.00

SALES TAX EXEMPT:
SALES TAX: 2.46
CITY TAX: 0.41

TOTAL: 43.87

CASH PAID:
PAYMENT TYPE:

Received By: Signature

**DUE UPON RECEIPT** - *Please pay from this invoice.*
TERMS AND CONDITIONS: PER INVOICE CARDS... SAVINGS OF 25%!

BALANCE DUE: 43.87
Payment Due Date: 09/18/2002

# CHECK REQUEST FORM

**DATE:** 11/5/02

**PURPOSE:** Binding of appellate briefs

**CLIENT NAME:** Cakerty

**CLIENT NO.:**

**PAYABLE TO:** WAM

**AMOUNT:** 31.04.

**CHECK NO.:**

**REQUESTED BY:** WAM

**APPROVED BY:** WAM

**BILL CLIENT?  (CIRCLE ONE)  YES  NO**

Grey covers    2.89 + 1.93 = $4.82
binding                        26.22
                              $31.04



# KORY PRINTING & MY PRINTER ONLINE

Cypress Service Center
4920 West Cypress Street, Suite 100
Tampa, Florida 33607

EIN 59-2958456

**(813) 289-1660**
**FAX (813) 289-1060**

MY PRINTER
online
FULL CIRCLE COMMUNICATIONS

**INVOICE NO:** 151679

**INVOICE DATE:**

CUSTOMER: MERKLE & MAGRI  05686
ADDRESS: 5510 W. LASALLE STREET
STE. 300
CITY: TAMPA
STATE: FL          ZIP: 33607
PHONE: (813) 281-9000

**ORDER DESCRIPTION:**

14 BOOKS BOUND

ATTN: WARD MEYTHALER

**ORDER DATE:** 11/04/2002

**DUE DATE:** 11/04/2002

Counter: KAM      **DUE TIME:** N/A

| ORIGS | FINISHED QUANTITY | | INK COLORS | IMPRESSIONS | PRESS SIZE | FINISH SIZE | PAPER WEIGHT | PAPER TYPE | PAPER COLOR | BINDERY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14 | | | COPY COVER, GBC BIND | | | | | | | 24.50 |

BINDERY DETAIL:        **All Claims and Returned Goods must be Accompanied by this Invoice.**

| | |
|---|---|
| PRINTING: | 24.50 |
| BINDERY: | |
| PRE-PRESS: | |
| SUB-TOTAL: | 24.50 |
| SALES TAX EXEMPT: | |
| SALES TAX: | 1.47 |
| CITY TAX: | 0.25 |
| TOTAL: | 26.22 |
| CASH PAID: | |
| PAYMENT TYPE: | |
| BALANCE DUE: | 26.22 |
| Payment Due Date: | 11/04/2002 |

_Received By: Signature_

**DUE UPON RECEIPT** - *Please pay from this invoice.*
TERMS & CONDITIONS of this INVOICE on Back Side



# KWIK KOPY PRINTING & MY PRINTER ONLINE

Cypress Service Center
4920 West Cypress Street, Suite 100
Tampa, Florida 33607

EIN 59-2958456

## (813) 289-1660
## FAX (813) 289-1060

**INVOICE NO:** 151693

**INVOICE DATE:**

CUSTOMER: MERKLE & MAGRI  05686
ADDRESS: 5510 W. LASALLE STREET
STE. 300
CITY: TAMPA
STATE: FL          ZIP: 33607
PHONE: (813) 281-9000

**ORDER DESCRIPTION:**

BIND 7 CUSTOMER BOOKS

ATTN: WARD

ORDER DATE: 11/05/2002

DUE DATE: 11/05/2002
DUE TIME: N/A

Counter: KAM

| ORIGS | FINISHED QUANTITY | | | INK COLORS | IMPRESSIONS | PRESS SIZE | FINISH SIZE | PAPER WIGHT | PAPER TYPE | PAPER COLOR | BINDERY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | | | | BIND CUSTOMER BOOKS | | | | | | | 17.50 |
| TO 8.5" EDGE | | | | | | | | | | | | |

*Cabela*

BINDERY DETAIL:          **All Claims and Returned Goods must be Accompanied by this Invoice.**

PRINTING: 17.50
BINDERY:
PRE-PRESS:

SUB-TOTAL: 17.50

SALES TAX EXEMPT:
SALES TAX: 1.05
CITY TAX: 0.18

*Paid check # 22190*

TOTAL: 18.73

CASH PAID:
PAYMENT TYPE:

X *Lynelle W Moore*
Received By: Signature

*COD*

**DUE UPON RECEIPT** - *Please pay from this invoice.*
TERMS & CONDITIONS of this INVOICE on Back Side

BALANCE DUE: 18.73
Payment Due Date: 11/05/2002

# CHECK REQUEST FORM

**DATE** : **05/30/02**

**PURPOSE** : **Filing Fee**

**CLIENT NAME** : **Caberta**

**CLIENT NO.** : **0775-001**

**PAYABLE TO**        **AMOUNT**        **CHECK NO.**

**Clerk of Court**        **$105.00**        21285



# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

HUBERT HELLER

_____ Appellant /Cross–Appellee

vs.

URSULA CABERTA

_____ Appellee /Cross–Appellant

Case No. _____

U.S. COURT OF ... / RECEIVED CLE...
JUN 1 7 2003
ATLANTA, GA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 1 7 2003
THOMAS K. KAHN
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | Copy | Binding $18.73 | 100 | 8 | 800 | 120 + 18.73 | $121.75 |
| Appellee's Brief | Copy | Binding $43.87 | 74 | 11 | 814 | 122.10 + 43.87 | $126.35 |
| Reply Brief | Copy | Binding $26.22 | 33 | 11 | 363 | 54.45 + 26.22 | $ 57.95 |
| | | | | | | | |
| | | | | | | | |

*Note: If reproduction was done commercially, receipt(s) must be attached.

| | TOTAL | $ 385.37 | $ $306.05 |
|---|---|---|---|
| | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record. (David Goldstein, 740 Broadway, 5th Floor, New York, NY 10003 on June 16, 2003)

Date Signed: ___6/16/03___   Signature: _____

Attorney for: ___Ursula Caberta___
(Type or print name of client)

DEFENDANT'S EXHIBIT
30
ALL-STATE LEGAL

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ ___$306.05___ against ___Appellant___

and are payable directly to ___Appellee___

Thomas K. Kahn, Clerk

JUL 0 8 2003

Issued on: _____   By: _____
Deputy Clerk

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 02-12887-AA

HUBERT HELLER,
*Plaintiff-Appellant,*

v.

URSULA CABERTA,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of Florida

The Honorable James D. Whittemore

## BRIEF FOR PLAINTIFF-APPELLANT HUBERT HELLER

KENDRICK MOXON
Moxon & Kobrin
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

DAVID B. GOLDSTEIN
ROGER BEARDEN
Rabinowitz, Boudin, Standard,
 Krinsky & Lieberman, P.C.
740 Broadway, 5th Floor
New York, New York 10003
(212) 254-1111

*Attorneys for Plaintiff-Appellant, Hubert Heller*
Dated: August 1, 2002



DEFENDANT'S EXHIBIT 31  ALL-STATE LEGAL®

tortious interference. *Id.* at 1542.[24/]  Indeed, the **contrary rule**, permitting Caberta to avoid liability because Caberta intended to injure **Scientolog**ists generally in Heller's position, because she may not have had precise **knowledge** of the plaintiff's contract, is analogous to absolving a person of liability **who intenti**onally fired shots into a room of Scientologists, not knowing which **Scientologist she** would hit, but intending to hit as many as possible.  Florida law does not **require such** a perverse result.

**B.    Plaintiff Stated a Claim Under Florida's Deceptive and Unfair Trade Practices Act**

The district court held that plaintiff had **failed to alle**ge in the First Amended Complaint that Caberta's providing the sect filter **constitut**ed a "thing of value" as that term is defined in FDUTPA. RE 45-46; Fla. **Stat. § 501**.203(8).[25/]  In the Second

---

[24/]    The district court cited a subsequent opinion **from the** Florida Supreme Court in Georgetown Manor, arising from a separate and **irrelevant** question certified by this Court. RE 44 (citing *Ethan Allen* v. *Georgetown Manor, Inc.*, 647 So.2d 812 (Fla. 1995).  This Court's certified question concerned **whether** a plaintiff could recover for loss of goodwill on a tortious interference **claim, an issue** clearly not relevant to whether allegations of intent to harm a class of **business rela**tionships suffice to state a claim for tortious interference.  *See Georgetown Manor*, 991 F.2d at 1543.

*Martin Petroleum* v. *Amerada Hess Corp.*, **769 So**.2d 1105, 1107 (Fla. 4th DCA 2000), also cited by the district court, simply **held th**at a defendant cannot be liable for tortious interference where the defendant **had no** knowledge of and no intent to interfere with any of the plaintiff's economic **relations**hips.

[25/]    FDUTPA broadly prohibits: "unfair methods **of com**petition, unconscionable acts or practices, and unfair or deceptive acts or **practices in** the conduct of any trade or commerce." Fla. Stat. § 501.204(1).  The "trade **or comm**erce" provision defines

55

Amended Complaint, Heller explicitly alleged that:

> [T]hrough offering and providing her "sect filter," including in the State
> of Florida, as a condition of doing business in Germany, defendant
> offers and provides a service and things of value to individuals and
> businesses; that is, the benefit and professional opportunity to do
> business with the government of the City of Hamburg and with other
> German businesses that comply with defendant's "sect filter," and the
> avoidance of economic sanctions including commercial boycotts,
> individual firings, and the disruption and destruction of business
> relations with persons, businesses, and governments in Germany.

Second Amended Complaint ¶ 37 (RE 60).  Any defect in the First Amended

Complaint was cured by these supplemental allegations.  Indeed, defendant did not

challenge the FDUTPA claim after it was amended to allege the services and things

of value that Caberta provided, in conformity with the court's decision.

Moreover, given the liberal pleading standards in federal court, *see Conley*, 355

U.S. at 45-46, the district court erred in concluding that the First Amended Complaint

failed to allege that Caberta's promotion of the sect filter was offering and providing

a thing of value.  Plaintiff had recited the relevant portions of the FDUTPA, including

the definition of "trade or commerce" as including, *inter alia*, "providing, offering,

or distributing, [a] thing of value," alleged that Caberta was engaged in "trade or

---

a protected transaction as "the advertising, soliciting, providing, offering, or
distributing, whether by sale, rental or otherwise, of any good or service, or any
property, whether tangible or intangible, or any other article, commodity, or *thing of
value*, wherever situated." *Id.* § 501.203(8) (emphasis added).

56

commerce" within the meaning of the Act, **and alleg**ed that Caberta makes "employment, commercial and contractual relations **conditio**nal on [signing the sect filter]," in violation of the Act. First Amended **Complaint ¶¶** 11, 30, 32, 35 (RE 24, 33-34). Thus, the First Amended Complaint suffici**ently alle**ged that the sect filter, by operating as a pre-condition to economic rela**tions with** the City of Hamburg, constituted a "thing of value" under FDUTPA.

## CONCLUSION

For the reasons stated herein, this Court should **rever**se the district court's grant of defendant's motion to dismiss. In the **alternative,** this Court should remand to the district court to rule upon plaintiff's **motion** for sanctions and for a proper consideration of all of plaintiff's evidence, **including** if necessary after an evidentiary hearing to resolve any relevant eviden**tiary confl**icts.