# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                      Case No.: 8:00-CV-1528-T-27C

URSULA CABERTA,

    Defendant

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that undersigned law firm of MERKLE & MAGRI, P.A.., counsel for Plaintiffs, has relocated effective March 31, 2003 to the following address:

**MERKLE & MAGRI, P.A.**
550 North Reo Street
Suite 301
Tampa, Florida 33609

The telephone and facsimile numbers for the firm remain the same.

_____
WARD A. MEYTHALER
Florida Bar No. 832723
MERKLE & MAGRI, P.A.
550 North Reo Street, Suite 301
Tampa, FL 33609
PH: (813) 281-9000
FX: (813) 281-2223
Counsel for Ursula Caberta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid, on this _15_ day of July, 2003, to:



Kendrick Moxon
Helena Kobrin
Moxon & Kobrin
1100 Cleveland Street
Suite 900
Clearwater, FL  33755

_____
WARD A. MEYTHALER