UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

———————————————————x
HUBERT HELLER,:

          Plaintiff,    :    Case No. 8:00-CV-1528-T-27C

    vs.    :

URSULA CABERTA,    :

          Defendant.  :
———————————————————x

## PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR FEES

Plaintiff, Hubert Heller, moves, with the consent of counsel for defendant Ursula Caberta, for an Order extending the time to file plaintiff's response to Defendant's Second Motion for Attorney's Fees, Expenses and Costs Pursuant to FDUTPA and Memorandum of Law in Support.

Plaintiff's Opposition papers are presently due to be filed on August 1, 2003.

The Opposition requires analysis of lengthy billing statements, factual and legal elements relating to the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") and assertions by defendant that she is entitled to fees for actions undertaken for claims unrelated to FDUTPA.

Plaintiff's opposition is being prepared, in major part, by counsel who have been engaged in a lengthy trial and are currently preparing post trial briefs due in mid-

)                                                          )

August; who are currently preparing an *amicus* brief in the campaign finance reform case pending before the U.S. Supreme Court, due August 5th; and who are preparing a petition for rehearing in the Fifth Circuit, due August 5th. These combined factors and the press of other litigation, have made the timely preparation of the Opposition extremely difficult. Plaintiff accordingly requests a 10-day extension of time to file the Opposition papers, from Friday August 1, 2003, to Monday, August 11, 2003.

Counsel for defendant Caberta consents to the requested extension of time.

## CONCLUSION

For the reasons stated herein, plaintiff's motion for a 10-day extension should be granted.

Dated: July 29, 2003

Respectfully submitted,

_____
Kendrick Moxon
MOXON & KOBRIN
Helena Kobrin (FBN #0259713)
1100 Cleveland Street, Suite 900
Clearwater, FL 33755
(727) 443-5620

F. Wallace Pope, Jr.
FBN #: 124449
JOHNSON, BLAKELY, POPE, BOKOR,
RUPPEL & BURNS, P.A.
P.O. Box 1368
Clearwater, Fla. 33757

2

(727) 461-1818

*Attorneys for Plaintiff*
*Hubert Heller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR FEES** to be served on this 29th day of July, 2003, by U.S. Mail, to Ward Meythaler of Merkle & Magri, P.A., 550 North Reo Street, Suite 301, Tampa, Florida 33609.

_____
Attorney