UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



HUBERT HELLER,

    Plaintiff(s),

vs.                                                                            Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant(s).
_____/

### ORDER ON PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR FEES

**BEFORE THE COURT** is Plaintiff's Consented to Motion for Extension of Time to Respond to Defendant's Motion for Fees (Dkt. 187). Upon consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 187) is **GRANTED** and Plaintiff shall respond to Defendant's Motion for Fees on or before August 11, 2003.

**DONE AND ORDERED** in chambers this 1st day of August, 2003.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

FILE COPY

Date Printed: 08/05/2003

Notice sent to:

    ___   F. Wallace Pope, Esq.
           Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
           911 Chestnut St.
           P.O. Box 1368
           Clearwater, FL   33757-1368

           8:00-cv-01528   jlh

    ___   Kendrick L. Moxon, Esq.
           Moxon & Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA   90010

           8:00-cv-01528   jlh

    ___   Helena K. Kobrin, Esq.
           Moxon Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA   90010-1137

           8:00-cv-01528   jlh

    ___   John Matthew Merrett, Esq.
           Law Office of John M. Merrett
           1817 Bayard Pl.
           Jacksonville, FL   32205-8803

           8:00-cv-01528   jlh

    ___   Robert Merkle, Esq.
           Merkle & Magri, P.A.
           550 N. Reo St., Suite 301
           Tampa, FL   33609

           8:00-cv-01528   jlh

    ___   Daniel A. Leipold, Esq.
           Leipold, Donohue & Shipe, LLP
           960-A W. 17th St.
           Santa Ana, CA   92706

           8:00-cv-01528   jlh