IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

vs.                               Case No.: 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant

## MOTION TO FILE REPLY BRIEF

On July 15, 2003, Defendant filed a Second Motion for Attorney's Fees, Expenses and Costs Pursuant to FUDTPA. On August 11, 2003, Plaintiff filed its Opposition to Second Motion for Attorney's Fees, Expenses and Costs Pursuant to FUDTPA. Defendant requests permission to file the attached reply brief, which is 1 paragraph long because Plaintiff's opposition memorandum seriously misrepresents an issue concerning costs. At page 17 of Plaintiff's opposition memorandum, the Plaintiff appears to suggest that Defendant's claim for costs of $2,946.53 improperly includes $1,416.22 in costs which were previously awarded in this case pursuant to 28 U.S.C. §1920. While that issue is not discussed in Defendant's Second Motion for Attorney's Fees, it is addressed in the undersigned's affidavit to that motion (Exhibit 27). The affidavit points out that the request for costs <u>does not</u> include the costs ($1,416.22) previously awarded pursuant to 28 U.S.C. §1920.

WHEREFORE, Defendant requests leave to file the attached reply memorandum.

## RULE 3.01(g) CERTIFICATE OF COMPLIANCE

Pursuant to local rule 3.01(g), the undersigned attempted to resolve the issue in this motion by faxing a letter to Mr. Moxon on August 13, 2003 requesting that he advise us whether he will correct his apparent misstatement. A copy is of the letter is attached. That letter requested a response by August 14, 2003 or else Defendant would seek to file a reply brief. As of the afternoon of August 15, 2003, no response has been received from Mr. Moxon.

Respectfully submitted,

_____
WARD A. MEYTHALER
Florida Bar No.: 0832723
MERKLE & MAGRI, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
Counsel for Ursula Caberta

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid, to Kendrick L. Moxon, 1100 Cleveland Street, Suite 900 Clearwater, Florida 33755, on this 15 day of August, 2003.

_____
WARD A. MEYTHALER

# MERKLE & MAGRI, P.A.

550 N. Reo Street, Suite 301
Tampa, Florida 33609
(813) 281-9000
Clearwater (727) 441-2699
Fax (813) 281-2223
mm@merklemagri.com

FILE

August 13, 2003

**VIA FACSIMILE  (727) 443-5640**

Kendrick L. Moxon
Moxon & Kobrin
1100 Cleveland Street
Suite 900
Clearwater, FL  33755

  Re:  Heller vs. Caberta

Dear Mr. Moxon:

  We have just received your response to our second motion for attorney's fees. At page 17, you appear to suggest that our claim for costs of $2,946.53 includes the $1,416.22 in costs already awarded. Please note in my affidavit (Exhibit 27, page 5, paragraph 7) that the request for costs does not include the costs previously awarded pursuant to 28 U.S.C. §1920. Kindly advise me by tomorrow whether you will correct this apparent misstatement. Otherwise I will file a motion to file a reply brief.

Very truly yours,

Ward A. Meythaler

WAM/kk

*Law Offices
of*
**Merkle & Magri, P.A.**
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223

## FAX COVER SHEET

| To: | Kendrick Moxon |
| | (727) 443-5640 |
| From: | Ward A. Meythaler |
| Client/Matter: | Heller v. Caberta |
| Date: | 08/13/03 |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 1 |

ORIGINAL ✔WILL ☐WILL NOT FOLLOW

*The information contained in this facsimile message is information protected by attorney-client and/or attorney/work product privilege. It is intended only for the use of the individual above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the name recipient or the employee or agent responsible to deliver it to the name recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

*NOT COUNTING COVER SHEET: IF YOU DO NOT RECEIVE <u>ALL</u> PAGES PLEASE TELEPHONE US IMMEDIATELY AT (813) 281-9000.

## MESSAGE CONFIRMATION

08/13/03     11:56

| NO. | MODE | BOX | GROUP |
|---|---|---|---|
| 130 | TX | | |

| DATE/TIME | TIME | DISTANT STATION ID | PAGES | RESULT | ERROR PAGES | S.CODE |
|---|---|---|---|---|---|---|
| 08/13 11:55 | 00'28" | 727 443 5640 | 002/002 | OK | | 0000 |

*Law Offices of*
**Merkle & Magri, P.A.**
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223

# FAX COVER SHEET

To: Kendrick Moxon
(727) 443-5640

From: Ward A. Meythaler

Client/Matter: Heller v. Caberta

Date: 08/13/03

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 1 |