UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
03 AUG 21 PM 2:58

HUBERT HELLER,

      Plaintiff(s),

vs.                                Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

      Defendant(s).
_____/

### ORDER ON MOTION TO FILE REPLY BRIEF

**BEFORE THE COURT** is Defendant's Motion to File Reply Brief (Dkt. 190). Upon consideration, it is

**ORDERED AND ADJUDGED** that Defendant's motion (Dkt. 190) is **GRANTED**.

**DONE AND ORDERED** in chambers this 21st day of August, 2003.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

```
                         F I L E   C O P Y
Date Printed: 08/22/2003


Notice sent to:

        ___     F. Wallace Pope, Esq.
                Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
                911 Chestnut St.
                P.O. Box 1368
                Clearwater, FL  33757-1368

                8:00-cv-01528     eec

        ___     Kendrick L. Moxon, Esq.
                Moxon & Kobrin
                3055 Wilshire Blvd., Suite 900
                Los Angeles, CA  90010

                8:00-cv-01528     eec

        ___     Helena K. Kobrin, Esq.
                Moxon Kobrin
                3055 Wilshire Blvd., Suite 900
                Los Angeles, CA  90010-1137

                8:00-cv-01528     eec

        ___     John Matthew Merrett, Esq.
                Law Office of John M. Merrett
                1817 Bayard Pl.
                Jacksonville, FL  32205-8803

                8:00-cv-01528     eec

        ___     Robert Merkle, Esq.
                Merkle & Magri, P.A.
                550 N. Reo St., Suite 301
                Tampa, FL  33609

                8:00-cv-01528     eec

        ___     Daniel A. Leipold, Esq.
                Leipold, Donohue & Shipe, LLP
                960-A W. 17th St.
                Santa Ana, CA  92706

                8:00-cv-01528     eec
```