IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HUBERT HELLER, | |
| Plaintiff | |
| vs. | Case No.: 8:00-CV-1528-T-27EAJ |
| URSULA CABERTA, | |
| Defendant | |

### REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO FUDTPA

The Plaintiff suggests at page 17 of his opposition memorandum that the claim for costs (of $2,946.53) in Defendant's Second Motion For Attorney's Fees, Expenses and Costs includes the $1,416.22 in costs previously awarded. As indicated in the undersigned's affidavit to that motion (Exhibit 27, page 5, paragraph 7), the request for costs <u>does not</u> include the costs previously awarded pursuant to 28 U.S.C. §1920.

Respectfully submitted,

_____
WARD A. MEYTHALER
Florida Bar No.: 0832723
MERKLE & MAGRI, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223
Counsel for Ursula Caberta

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid, to Kendrick L. Moxon, 1100 Cleveland Street, Suite 900 Clearwater, Florida 33755, on this __15__ day of August, 2003.

_____
WARD A. MEYTHALER