UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



HUBERT HELLER,

    Plaintiff,

v.                       Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant.

_____/

## MOTION FOR ENTRY OF JUDGMENT AND SUPPORTING MEMORANDUM

The plaintiff, Hubert Heller, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 58, moves the Court for the entry of a final judgment of attorney's fees and costs in his favor. The grounds for this motion are as follows:

### MEMORANDUM

1. On June 19, 2003, Magistrate Judge Jenkins entered an order on plaintiff's motion for fees and costs awarding the plaintiff $3,250.00 in attorney's fees and $1,999.50 in expenses as sanctions for the defendant's failure to attend the first day of her deposition in Germany.

2. On March 2, 2004, the United States District Judge James D. Whittemore entered an order that the defendant shall pay to plaintiff $5,249.50 as sanctions for the defendant's failure to appear for her deposition.

3. Although the order provided that "the sanctions are payable to plaintiff forthwith," the defendant has failed to pay the plaintiff the amount due pursuant to the order.

4. The plaintiff is also entitled to interest on the amount awarded by Magistrate Judge Jenkins. The amount of interest due from June 19, 2003 through March 12, 2004 at the rate of .97% per annum is $37.38.

WHEREFORE, the plaintiff requests the Court to enter a judgment against Ursula Caberta in the amount of $5,286.88.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by regular U.S. Mail to Ward Meythaler, Esq.,

Merkle & Magri, P.A., 550 North Reo St., Ste. 301, Tampa, FL 33609, this 15 day of March, 2004.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

By: _____
F. Wallace Pope, Jr.
Post Office Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 441-8617 fax
FBN #0124449
Attorneys for plaintiff

and

Kendrick Moxon
Moxon & Kobrin
1100 Cleveland Street
Suite 900
Clearwater, FL 33755
(727) 443-5620
(727) 443-5640
FBN #0259713

314050