FILED

04 MAR 19 PM 4: 16

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HUBERT HELLER,**

     **Plaintiff**

**Vs**                           **Case No.: 8:00CV-1528-T-27C**

**URSULA CABERTA,**

     **Defendant**

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION FOR ENTRY OF JUDGMENT

Plaintiff, Hubert Heller, has moved the court to enter judgment for Plaintiff with respect to the $5,249.50 that was awarded Plaintiff as sanctions for the Defendant's failure to appear for part of her deposition. This is Defendant's response.

This case has been dismissed for lack of subject matter jurisdiction. The dismissal was affirmed by the Eleventh Circuit Court of Appeals. Costs were entered in favor of Defendant in the amount of $1,416.22 by the District Court and in the additional amount of $306.05 by the Eleventh Circuit. *See* Defendant's Exhibits 1 and 2. Consequently, costs have been entered against Plaintiff in favor of Defendant in the amount of $1,722.27. On the other hand, the court entered an order dated March 2, 2004, assessing attorneys fees and costs against the Defendant in the amount of $5,249.50 as a sanction for the Defendant's failure to appear for part of her deposition. Plaintiff now seeks a separate judgment as to that $5,249.50.

It is not clear that a separate judgment is necessary since a "judgment" includes any order from which an appeal lies. *See* Rule 54, Fed. R. Civ. P. To the extent that any type of separate "judgment" or "final judgment" is required, the $5,249.50 should be reduced or set off by the

*196*

amount of costs, $1,722.27, awarded Defendant against Plaintiff. *Cf. York v. Commodore Cruise Line, Ltd.,* 1993 U.S. Dist. LEXIS 17115 (SD. NY, 1993) (costs associated with one party's discovery violation offset by costs associated with other party's apparent discovery violation). In the alternative, the court should also enter judgment in favor of Defendant for the $1,722.27 in costs awarded Defendant.

Respectfully submitted,

Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on the __19__ of March, 2004 to:

F. Wallace Pope, Jr.
P O Box 1368
Clearwater, FL 33757

Kendrick Moxon
Moxon & Kobrin
1100 Cleveland Street, Suite 900
Clearwater, FL 33755

Ward A. Meythaler

# United States District Court

MIDDLE                                                    FLORIDA

**DISTRICT OF**

HURBERT HELLER,
PLAINTIFF,

0:                              2:19

**BILL OF COSTS**

V.

CLE

URSULA CABERTA
DEFENDANT

Case Number: 8:00-CV-1528-T-27C

Judgment having been entered in the above entitled action on May 9, 2002 against Hurbert Heller

                                              *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................................. $

Fees for service of summons and subpoena .............................................................

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........ $          324.47

Fees and disbursements for printing ...................................................................

Fees for witnesses (itemize on reverse side) ............................................................

Fees for exemplification and copies of papers necessarily obtained for use in the case .................... $          1091.75

Docket fees under 28 U.S.C. 1923 ....................................................................

Costs as shown on Mandate of Court of Appeals ........................................................

Compensation of court-appointed experts ..............................................................

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...........

Other costs (please itemize)

                                                    **TOTAL $**          1416.22

**SPECIAL NOTE:** Attach to your bill an itemization and documentation for requested costs in all categories.

DEFENDANT'S EXHIBIT 1

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in the
services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with
postage prepaid to: Kenneth Moxon
                    1100 Cleveland Street, Suite 900
                    Clearwater, Florida 33755

Signature of Attorney:   Ward L ____

Name of Attorney:   Ward A. Meythaler

For:   Ursula Caberta                              Date: 11/27/02
       *Name of Claiming Party*

Costs are taxed in the amount of   $ 1416.22                and included in the judgement.

SHERYL L. LOESCH          By:   Anne H. Dhle          12/3/02
*Clerk of Court*                 *Deputy Clerk*

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

HUBERT HELLER

    Appellant /Cross–Appellee

vs.

URSULA CABERTA

    Appellee /Cross–Appellant

Case No. 02-12684

*U.S. COURT OF APPEALS — RECEIVED — CLERK — JUN 17 2003 — ATLANTA, GA*

*FILED — U.S. COURT OF APPEALS — ELEVENTH CIRCUIT — JUN 17 2003 — THOMAS K. KAHN — CLERK*

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief Record Excerpts | Copy | Binding $18.73 | 100 | 8 | 800 | 120 + 18.73 | $121.75 |
| Appellee's Brief | Copy | Binding $43.87 | 74 | 11 | 814 | 122.10 + 43.87 | $126.35 |
| Reply Brief | Copy | Binding $26.22 | 33 | 11 | 363 | 54.45 + 26.22 | $ 57.95 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 385.37 REQUESTED | $ $306.05 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record. (David Goldstein, 740 Broadway, 5th Floor, New York, NY 10003 on June 16, 2003)

Date Signed: 6/16/03    Signature: _____

Attorney for: Ursula Caberta
(Type or print name of client)

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $306.05    against    Appellant

and are payable directly to    Appellee

Thomas K. Kahn, Clerk

By: Treva A. Patterson
Deputy Clerk

Issued on: JUL 0 8 2003

DEFENDANT'S EXHIBIT 2