UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
04 MAR 24 AM 9: 44

COURT
MIDDLE D.S. RICT OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff(s),

vs.                                        Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant(s).
_____/

### ORDER ON MOTION FOR ENTRY OF JUDGMENT

**BEFORE THE COURT** is Plaintiff's Motion for Entry of Judgment (Dkt. 195). Upon consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 195) is **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $5,249.50.

**DONE AND ORDERED** in chambers this 24th day of March, 2004.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record

197

F I L E   C O P Y

Date Printed: 03/24/2004


Notice sent to:

   ___   F. Wallace Pope, Esq.
        Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
        911 Chestnut St.
        P.O. Box 1368
        Clearwater, FL  33757-1368

        8:00-cv-01528     mrh

   ___   Kendrick L. Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010

        8:00-cv-01528     mrh

   ___   Helena K. Kobrin, Esq.
        Moxon Kobrin
        3055 Wilshire Blvd., Suite 900
        Los Angeles, CA  90010-1137

        8:00-cv-01528     mrh

   ___   John Matthew Merrett, Esq.
        Law Office of John M. Merrett
        1817 Bayard Pl.
        Jacksonville, FL  32205-8803

        8:00-cv-01528     mrh

   ___   Robert Merkle, Esq.
        Merkle & Magri, P.A.
        550 N. Reo St., Suite 301
        Tampa, FL  33609

        8:00-cv-01528     mrh

   ___   Daniel A. Leipold, Esq.
        Leipold, Donohue & Shipe, LLP
        960-A W. 17th St.
        Santa Ana, CA  92706

        8:00-cv-01528     mrh