IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBERT HELLER,

    Plaintiff

Vs                    Case No.: 8:00CV-1528-T-27C

URSULA CABERTA,

    Defendant
_____/

## MOTION FOR ENTRY OF JUDGMENT AND SUPPORTING MEMORANDUM

The Defendant, Ursula Caberta, by and through her undersigned counsel, pursuant to Fed. R. Civ. p. 58, moves the Court for the entry of a final judgment of coasts in her favor. The grounds for this motion are as follows:

## MEMORANDUM

This case has been dismissed for lack of subject matter jurisdiction. The dismissal was affirmed by the Eleventh Circuit Court of Appeals. Costs were entered in favor of Defendant in the amount of $1,416.22 by the District Court and in the additional amount of $306.05 by the Eleventh Circuit. *See* Defendant's Exhibits 1 and 2. Consequently, costs have been entered against Plaintiff in favor of Defendant in the amount of $1,722.27.

WHEREFORE, the Defendant requests the Court to enter a judgment against Hubert Heller in the amount of $1,722.27.

                                     Respectfully submitted,

_____
Ward A. Meythaler
Florida Bar No.: 0832723
Merkle & Magri, P.A.
550 North Reo Street, Suite 301
Tampa, Florida 33609
TEL: (813) 281-9000
FAX: (813) 281-2223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail on the 30 of March, 2004 to:

F. Wallace Pope, Jr.
P O Box 1368
Clearwater, FL 33757

Kendrick Moxon
Moxon & Kobrin
1100 Cleveland Street, Suite 900
Clearwater, FL 33755

_____
Ward A. Meythaler

2