FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

04 APR -2 PM 2: 36

 ..T COURT
MIDDLE D.... ...T OF FLORIDA
TAMPA, FLORIDA

HUBERT HELLER,

    Plaintiff(s),

vs.                              Case No. 8:00-CV-1528-T-27EAJ

URSULA CABERTA,

    Defendant(s).
_____/

## ORDER ON MOTION FOR ENTRY OF JUDGMENT

**BEFORE THE COURT** is Defendant's Motion for Entry of Judgment (Dkt. 199). Upon consideration, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Entry of Judgment (Dkt. 199) is **GRANTED**. Judgment is entered in favor of Defendant in the amount of $1,722.27 for which let execution issue. See (Dkts. 179, 183).

**DONE AND ORDERED** in chambers this _1st_ day of April, 2004.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record



F I L E   C O P Y

Date Printed: 04/05/2004

Notice sent to:

    ___   F. Wallace Pope, Esq.
           Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
           911 Chestnut St.
           P.O. Box 1368
           Clearwater, FL  33757-1368

           8:00-cv-01528    jlh

    ___   Kendrick L. Moxon, Esq.
           Moxon & Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA  90010

           8:00-cv-01528    jlh

    ___   Helena K. Kobrin, Esq.
           Moxon Kobrin
           3055 Wilshire Blvd., Suite 900
           Los Angeles, CA  90010-1137

           8:00-cv-01528    jlh

    ___   John Matthew Merrett, Esq.
           Law Office of John M. Merrett
           1817 Bayard Pl.
           Jacksonville, FL  32205-8803

           8:00-cv-01528    jlh

    ___   Robert Merkle, Esq.
           Merkle & Magri, P.A.
           550 N. Reo St., Suite 301
           Tampa, FL  33609

           8:00-cv-01528    jlh

    ___   Daniel A. Leipold, Esq.
           Leipold, Donohue & Shipe, LLP
           960-A W. 17th St.
           Santa Ana, CA  92706

           8:00-cv-01528    jlh